FILED

MAR 3 0 2020

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

To the Court—

24 March 2020

Please find enclosed for filing at your earliest convenience Exhibit A and Exhibit B, intended as evidence as to the "Objection" letter Plaintiff mailed yesterday concerning the partial filing fee and Plaintiff's account (5:20-CT-3083).

On March 23, 2020, the $8.83 balance on Plaintiff's account was deducted in full (See Exhibit A), thereby leaving a balance of zero (0.00).

The order issued by the Magistrate authorized this, for the last paragraph of page 1 and the first paragraph of page 2 state, respectively, that "all available funds" and "any money in the plaintiff's trust fund account" may be deducted to pay the "partial" and "remaining" filing fee.

By ordering DOC staff to deduct "all funds", Plaintiff is literally deprived of the ability to purchase items that are of absolute necessity, such as toothpaste, deodorant, ink pens, postage, shampoo, etc..

Please see Exhibit B, which states on pp. 1 and 2, correctly, that funds must be deducted from Plaintiff's account "each time" the amount in the account "exceeds $10.00", per the provisions of 28 U.S.C. §1915(b)(2).

If the Court agrees with Plaintiff's position and this objection to the 'Order' (Doc. No. 7) is not overruled, Plaintiff requests that the Court notify correctional staff at Tabor C.I. that Plaintiff's

account should exceed $10.00 for a deduction to occur, thereby permitting the purchase of necessities.

Please be informed that Plaintiff does not wish to inconvenience the Court; however, the language of the March 18, 2020 'Order' effectively permits NC DOC correctional staff to deduct "all funds" from Plaintiff's account even after the partial filing fee is paid, which will preclude the purchase of necessities, which is incredibly damaging since, contrary to common belief, inmates are responsible for obtaining their own hygiene items and other equally-important goods, sold at canteen.

Respectfully,

Re: 5:20-CT-3083

Cobey LaKemper
4600 Swamp Fox Hwy.
Tabor City, NC
28463