UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:20-ct-03083-FL

COBEY LAKEMPER,
                    Plaintiff,

        v.

ERIK A HOOKS, *et al.*,
                    Defendants.

**DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT**

NOW COME Defendants Hooks, Ishee, Lassiter, and Owens (hereinafter "Defendants"), by and through Undersigned Counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and hereby move for summary judgment as there exists no genuine issues of material fact which support Plaintiff's claims of alleged violations of his constitutional rights by Defendants.

In support of this motion, Defendants rely upon the pleadings filed in this case as well as the supporting materials filed herewith, including a Memorandum in Support of this Motion, which includes Declarations and exhibits.

1

Respectfully submitted this the 21st day of February, 2024.

JOSHUA H. STEIN
Attorney General

/s/ Alex R. Williams
Alex R. Williams (N.C.S.B. No. 41679)
Special Deputy Attorney General
N.C. Department of Justice
Public Safety Section
P.O. Box 629
Raleigh, North Carolina 27699-9001
Telephone: 919-716-6528
Facsimile: 919-716-6761
awilliams@ncdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, and that I will cause the foregoing document to be served on all non-CM/ECF participant(s) by depositing a copy in the U.S. Mail, postage prepaid, addressed as follows:

> Cobey LaKemper
> OPUS No. 0767480
> Alexander Correctional Institution
> 633 Old Landfill Rd.
> Taylorsville, NC 28681
> *Pro Se Plaintiff*

This the 21st day of February, 2024.

/s/ Alex R. Williams
Alex R. Williams
Special Deputy Attorney General

3