UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:20-ct-03083-FL

COBEY LAKEMPER,
                    Plaintiff,

        v.

ERIK A HOOKS, *et al.*,
                    Defendants.

**APPENDIX TO STATEMENT OF MATERIAL FACTS**

NOW COMES Defendants Hooks, Ishee, Lassiter, and Owens (hereinafter "Defendants"), by and through undersigned counsel, and respectfully submit this Appendix to Local Civil Rule 56.1 Statement of Material Facts.

1. EXHIBIT 1 – Declaration of Counsel, Alex R. Williams (pages 1-5)

    a. Pages 6-7 – Exhibit A – Offender Information Data (pages

    b. Page 8 – Exhibit B – Offender Disciplinary History;

    c. Pages 9-14 – Exhibit C – NJ Spotlight Article

    d. Pages 15-31 – Exhibit D – Mail Policy

    e. Page 32 – Exhibit E – TextBehind Terminology Webpage

    f. Pages 33-56 – Exhibit F – Disciplinary Procedures Policy

    g. Pages 57-64 – Exhibit G – Offender Rules of Conduct Policy

    h. Pages 65-69 – Exhibit H – Special Draw SOP

    i. Pages 70-73 – Exhibit I – Plaintiff's Special Draw and Responses

1

j. Pages 74-85 – Exhibit J – Administrative Remedy Procedure Policy

k. Page 86 – Exhibit K – IGRB Memorandum

l. Pages 87-261 – Exhibit L – Grievances (28 referenced in IGRB Memo)

   i. Page 87 - Pages Grievance No. 4860-2018-JPODF-09829 (Exhausted 1/31/19) (alleged delayed receipt of non-legal mail)
   ii. Page 91 - Grievance No. 4885-2019-JPDUA-00252 (Exhausted 2/28/19) (allegedly improper treatment of armpit rash)
   iii. Page 95 - Grievance No. 4885-2019-JPDUA-00709 (Exhausted 4/29/19) (alleged refusal to allow Plaintiff to participate in non-religious college correspondence courses)
   iv. Page 99 - Grievance No. 4885-2019-JPDUA-10204 (Exhausted 5/30/19) (alleged failure to provide 4 photos)
   v. Page 103 - Grievance No. 4885-2019-JPDLA-10808 (Exhausted 7/8/19) (alleged failure to provide 10 photos)
   vi. Page 109 - Grievance No. 4885-2019-JPDLA-11082 (Exhausted 8/7/19) (alleged improper security alert placed on Plaintiff)
   vii. Page 113 - Grievance No. 4885-2019-JPDUA-11602 (Exhausted 9/26/19) (alleged failure to provide Rolling Stone magazine)
   viii. Page 117 - Grievance No. 4885-2019-JPDUA-11936 (Exhausted 11/12/19) (alleged failure to provide Prison Legal News magazine)
   ix. Page 121 - Grievance No. 4885-2019-JPDUA-12692 (Exhausted 1/15/20) (alleged blanket ban on law library denied him access to courts)
   x. Page 125 - Grievance No. 4885-2020-JPDUA-00051 (Exhausted 2/28/20) (alleged failure to provide 10 photos)
   xi. Page 129 - Grievance No. 4885-2020-MPDLF-12532 (Exhausted 3/13/20) (allegedly failed to transfer Plaintiff to Pamlico or Nash pursuant to a verbal agreement)
   xii. Page 135 - Grievance No. 4885-2020-JPDUA-13612 (Exhausted 7/27/20) (allegedly arbitrarily keeping library closed during COVID)
   xiii. Page 140 - Grievance No. 4885-2020-JPDUA-13810 (Exhausted 8/24/20) (allegedly arbitrarily eliminating opportunities for recreation)
   xiv. Page 144 - Grievance No. 4485-2020-JPDUA-14071 (Exhausted 9/9/20) (allegedly forcing Plaintiff to accept medium custody and live in a cell with another inmate)

2

xv. Page 148 - Grievance No. 4885-2020-LPDLD-14960 (Exhausted 1/7/21) (allegedly breaching contract by failing to transfer Plaintiff)

xvi. Page 152 - Grievance No. 4850-2020-APD-1-14509 (Exhausted 2/20/21) (allegedly denied medical emergency concerning Plaintiff's left ear)

xvii. Page 156 - Grievance No. 4850-2021-APD-1-00058 (Exhausted 3/18/21) (alleged failure to provide four holiday cards)

xviii. Page 162 - Grievance No. 4850-2021-GPD-2-00319 (Exhausted 5/27/21) (denial of special draw request for Elite Paralegal Services) (**CASE RELATED**)

xix. Page 171 - Grievance No. 4850-2021-GPD-2-15259 (Exhausted 7/15/21) (alleged denial of pen-pal service)

xx. Page 177 - Grievance No. 4850-2021-GPD-2-15308 (Exhausted 8/30/21) (alleged confiscation of outgoing mail to pen-pal services)

xxi. Page 184 - Grievance No. 4850-2021-GPD-2-16002 (Exhausted 10/6/21) (alleged delay of outgoing legal mail by forwarding to SRG staff)

xxii. Page 190 - Grievance No. 4850-2021-SEG1-16042 (Exhausted 11/9/21) (alleged censorship of three items – 4 pages with a stained substance; 2016 Sports Illustrated Swimsuit Issue; 2017 Sports Illustrated Swimsuit Issue)

xxiii. Page 201 - Grievance No. 4880-2021-JPODD-16943 (Exhausted 12/29/21)(Publication Review Committee's alleged failure to issue response regarding 2016 Sports Illustrated Swimsuit Issue)

xxiv. Page 205 - Grievance No. 4870-2022-NPODC-00463 (Exhausted 5/3/22) (allegedly confiscated property after transfer to Alexander)

xxv. Page 209 - Grievance No. 4870-2022-KPODC-18052 (Exhausted 6/24/22) (alleged denial of non-privileged legal material from a source other than an attorney) (**CASE RELATED**)

xxvi. Page 213 - Grievance No. 4870-2022-KPODC-18426 (Exhausted 8/9/22) (alleged withholding of unidentified mail items)

xxvii. Page 217 - Grievance No. 4870-2022-KPODC-19132 (Exhausted 10/6/22) (alleged withholding of six books from Amazon)

xxviii. Page 258 - Grievance No. 4870-2022-KPODC-19361 (Exhausted 10/31/22) (allegedly censoring text messages)

m.  Pages 262-264 – Exhibit M – Text Messages

2.  EXHIBIT 2 – Declaration of Hooks

3.  EXHIBIT 3 – Declaration of Lassiter

4.  EXHIBIT 4 – Declaration of Ishee

5.  EXHIBIT 5 – Declaration of Owens

Respectfully submitted this the 22nd day of February, 2024.

JOSHUA H. STEIN
Attorney General

/s/ Alex R. Williams
Alex R. Williams
Special Deputy Attorney General
N.C. State Bar No. 41679
N.C. Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602-0629
Telephone:  (919) 716-6528
Fax:  (919) 716-6761
E-mail:  awilliams@ncdoj.gov

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing document with the Clerk

of Court using the CM/ECF system and that I will cause the foregoing document to be

served via US Mail on Plaintiff as follows:

> Cobey LaKemper
> OPUS No. 0767480
> Alexander Correctional Institution
> 633 Old Landfill Rd.
> Taylorsville, NC 28681
> *Pro Se Plaintiff*

This the 22nd day of February, 2024.

<u>/s/ Alex R. Williams</u>
Alex R. Williams
Special Deputy Attorney General
