# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF NORTH CAROLINA

### WESTERN DIVISION

FILED

MAR - 5 2024

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | | |
|---|---|---|
| COBEY LAKEMPER, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No.: **5:20-CT-3083-FL** |
| ERIK A. HOOKS, et al., | ) | |
| Defendants | ) | |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO SUMMARY JUDGMENT MOTION.

On 21 February 2024, Defendants filed their summary judgment motion (D.E. 71) after seven (7) extensions of time to file dispositive motions (D.E. 51, 53, 55, 59, 62, 67, 69). Defendants mailed their motion via courier and Plaintiff was served on 28 February 2024 (Exhibit A). Due to numerous NCDAC policy-prohibitions specifically geared toward obstructing prisoner litigation and the impact they have on meaningful legal activity, Plaintiff requires additional time to respond to Defendants' motion. Examples of Defendants' successful efforts to hinder include prohibitions on physical law libraries, copy machine access, typewriters, receiving non-privileged legal material via personal mail or in paper form, and maintaining an ineffective arrangement with a legal services provider whereby legal copies and research are generally not provided and have _not_ been provided to Plaintiff. As such, Plaintiff must employ

---

¹ A mailroom-provided photocopy of the front of the envelope containing Defendants' motion mailed via courier, signed and dated by Ms. Jebsen, mailroom staff.

the most irregular and unprecedented methods to overcome Defendants' hurdles in order to obtain needed legal services, including and especially _legal copies_ so as to provide Defendants' with a service copy of Plaintiff's opposition motion and memorandum of law. Plaintiff requires an additional thirty (30) days attached to the end of the current deadline. Plaintiff submits this request out of absolute necessity and _not_ to delay this case or any other bad faith reason.

WHEREFORE, Plaintiff respectfully asks the Court to add _thirty (30) days_ to the current response-deadline.

This the 28 day of February, 2024.

Cobey L. Kemper

633 Old Landfill Rd.

Taylorsville, NC 28681

# CERTIFICATE OF SERVICE

I hereby certify that on this date the attached document was served on the

Defendants via Attorney of Record by mailing a copy and depositing same in the U.S.

mail postage prepaid to the following:

**Mr. Alex Williams**
**Attorney for Defendant**
NC Department of Justice
Public Safety Section
P.O. Box 629
Raleigh, NC 27602

Date: _28 Feb 2024_

Cobey LaKemper
OPUS #0767480
Alexander Correctional Institution
633 Old Landfill Rd.
Taylorsville, NC 28681