IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

FILED

APR 05 2024

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____
_____ DEP CLK

COBEY LAKEMPER, )

    Plaintiff, )

v. )                    Civil Action No.:  **5:20-CT-3083-FL**

ERIK A. HOOKS, et al., )

    Defendants )

## PLAINTIFF'S APPENDIX TO LOCAL CIVIL RULE 56.1

## STATEMENT OF MATERIAL FACTS

COMES NOW Plaintiff, pro se, and hereby presents Plaintiff's Appendix To Local Civil Rule 56.1 Statement Of Material Facts, as follows:

— Declaration of Plaintiff, Cobey LaKemper

— Declaration by Anthony Arnold

— Declaration of Roger Edwards

— Declaration of Joseph Lee Ingle II

— Affidavit by Daniel S. Lucas

<u>Appendix</u>                                                         <u>Page 2</u>

— Affidavit of Earnest Richardson

— Declaration of Raymond Rivers

— Declaration by Michael C. Sauls

— Declaration of Timothy Sookram

— Declaration of Marty Thompson

— Declaration by Zachary Thompson

— Affidavit by John M. Wall

— Affidavit of Franklin Willis

— Declaration of Chance Wilson

— Affidavit of Edwardo Wong

— Exhibit A: "Requests for Production of Documents" discovery requests prepared and served on
          Defendants by Shelby N.S. Boykin, NCPLS

— Exhibit B: Correspondence mailed to Plaintiff from Timothy Sookram, NCPLS, concerning the absence
          of GTL tablets at Pamlico <u>and</u> Plaintiff's expressed request for additional discovery needs.

—Exhibit C: NCDAC "Administrative Remedy Procedure", Chapter G, Section .0300

—Exhibit D: 14 December 2019 grievance filed by Plaintiff, Grievance No. 4885-2019-JPDJA-12692, with Step One, Two, and Three Responses

—Exhibit E: Correspondence mailed to Plaintiff from NCPLS

—Exhibit F: NCDAC "Court Related Procedures", Chapter G, Section .0200

—Exhibit G: Correspondence mailed to Plaintiff from NCPLS

—Exhibit H: Correspondence mailed to Plaintiff from NCPLS

—Exhibit I: NCPLS informational brochure

—Exhibit J: Correspondence mailed to Plaintiff from Michele R. Luecking-Sunman, NCPLS

—Exhibit K: Correspondence mailed to Plaintiff from NCPLS

—Exhibit L: Correspondence mailed to Plaintiff from Lindsay Bass, NCPLS

—Exhibit M: Plaintiff's "Trust Fund Account Statement" dated 4 March 2024

—Exhibit N: TextBehind, "New Offender Mail Policy"

—Exhibit O: NCDAC "Inmate Use Of The Mail", Chapter D, Section .0300

—Exhibit P: 31 August 2023 Memo/Invoice from EPS identifying need to employ "white-out" to legal insignia prior to mailing administrative product to TextBehind

—Exhibit Q: 31 August 2023 envelope-front from EPS

—Exhibit R: 6 July 2022 envelope-front from American Prison Writing Archive ("APWA")

—Exhibit S: October 2020 "Settlement Agreement And Release"

—Exhibit T: 30 December 2020 "Notice" of Christmas card rejection from Defendant Owens

—Exhibit U: 8 January 2021 "Notice" of Christmas card rejection from Defendant Owens

—Exhibit V: 8 January 2021 "Notice" of Christmas card rejection from Defendant Owens

—Exhibit W: 8 January 2021 "Notice" of Christmas card rejection from Defendant Owens

—Exhibit X: 14 February 2021 grievance filed by Plaintiff, Grievance No. 4850-2021-APD-1-00058, with Step One, Two, and Three Responses

—Exhibit Y: 15 February 2021 correspondence from Defendant Owens

—Exhibit Z: 15 April 2021 "Request For Special Draw" disapproved by Defendant Owens

—Exhibit AA: 15 April 2021 instructional cover-letter to EPS intended to accompany "Special Draw" money order

—Exhibit BB: EPS informational brochure (23 February 2021-version)

—Exhibit CC: 27 April 2021 correspondence from Defendant Owens' designee, "T. Freeman, Trust Fund Office"

—Exhibit DD: 7 May 2021 correspondence from Defendant Owens

—Exhibit EE: 27 May 2021 "Step Three" response to grievance against Defendant Owens concerning Special Draw disapproval, Grievance No. 4850-2021-GPD-00319

—Exhibit FF: 24 May 2021 correspondence from Defendant Owens

—Exhibit GG: 30 December 2021 "Offender Request Form" submitted by Plaintiff seeking administrative-approval to receive needed documentary legal material sent direct to the facility due to TextBehind prohibition

—Exhibit HH: 24 October 2022 "Inmate Request Form" submitted by Plaintiff seeking assistance obtaining legal copies needed for pending lawsuits against NCDAC

—https://www.dac.nc.gov/divisions-and-sections/prisons/offender-mail

—https://apnews.com/article/586e19e4b1z64a2590eb88d70b12eelf

—www.YouTube.com/watch?v=3816PaZ5Kj4

—https://www.prisonlegalnews.org/news/2018/apr/2/corruption-among-prison-guards-north-carolina-spurred-low-pay/

—Defendants' Response to Plaintiff's First Interrogatories, Requests for Production of Documents, and Requests for Admission, pp. 1-24.

—RFPD 0001-0232.

Respectfully submitted on this 25 day of March, 2024.

Cobey LaKemper

633 Old Landfill Road

Taylorsville, NC 28681