

Mobile App Icon

*Exhibit* **N**



## New Offender Mail Policy    Effective Date: 10/18/2021

As per the effective date above, this correctional facility has a new Mail Management provider called TextBehind. Going forward, the mailroom staff will review, approve and print your mail at this facility during business hours. Please advise your family and friends to submit their electronic letters to **TextBehind.com** website or mobile app by 11:00 AM Monday through Friday for you to receive approved mail on the same day.

## MAILING OPTIONS

### 1)    Sending Electronic Mail through TextBehind:
For faster delivery and convenience, your family and friends can now create and send electronic letters, greeting cards, photos and drawings from your children at an affordable cost online by visiting **TextBehind.com** using a computer or FREE TextBehind mobile app for smartphones. You will receive all family and friends electronic mail in high-quality print form as shown behind this notice.

### 2)    Sending Hand-Written Mail to TextBehind:
If your family and friends choose to write letters by hand, they must send their letters to the following TextBehind mailing address to be photocopied before being forwarded to this correctional facility.

To meet the mail processing standards, every mail envelope sent to an offender must contain the following information:

1. Sender's complete first and last name. Initials are not acceptable.
2. Sender's complete return address.
3. Offender's complete first and last name. Initials are not acceptable.
4. Offender Number.
5. Correctional institution full name. Abbreviations are not acceptable.

**Any envelope without complete or missing information as specified above, either for the sender or the offender will be rejected and discarded UNOPENED without exception. The correct address format is as follows:**

> Offender First / Last Name **and** Offender Number
> Correctional Facility Name *(do not abbreviate facility name)*
> P.O. Box 247
> Phoenix, MD 21131

## UNACCEPTABLE MAIL:
TextBehind does not accept legal mail, money orders, personal checks, gift cards or cash in the mail. These unacceptable items will be returned to the sender. Please advise your family and friends to visit correctional institution's website for more information.

All TextBehind Mail will be processed and delivered to the correctional institution daily Monday through Friday.

Thank you,
**TextBehind.com** | Connecting Relationships Today for a Better Tomorrow.