## SELF IMPROVEMENT

THE ESSENTIALS OF PERSONAL GROWTH. This 23 page course will teach you the principles of achieving lasting positive changes in your life. This 5 - part series will uncover the most fundamental principles of personal growth, from goal setting, to visualizing, to taking action. PRICE: 6.50

THE POWER OF POSITIVE THINKING. Positive thinking will help you grow and be open to success. Through positive thinking, you will be able to allow yourself to start to envision your life as being positive and powerful. This 20-page booklet will help you open the door for good things to happen in your life. PRICE: $6.25

10 STEPS TO A BETTER LIFE. 17 Page booklet in which you will learn how the change of simple aspects in your life will help you improve it and make you happier. PRICE: $5.50

101 STEPS TO SUCCESS: Most people want to be successful in life. Goals are set and the hard work begins to reach those goals. Success means different things to different people but regardless of what your specific success is, there are ways to surpass your goals. These 101 steps can be used for any type of success. They are ways to better yourself as a person and proven methods you can apply to reach success. 22 Pages. PRICE: $6.50

IMPROVING ONESELF FOR GOOD AND ACHIEVE GOALS IN LIFE. This 45-page booklet will teach you how to improve yourself by effectively dealing with the various troubles life brings and more importantly - how to make changes for the good. PRICE: $9.00

HOW TO SPEAK AND WRITE CORRECTLY. The purpose of this 25-page booklet (2 pages per side for a total of 99 pages) is to direct the reader along a straight course, pointing out mistakes which need to be avoided and to give him or her the assistance to enable them to reach the goal of a correct knowledge of the English language. PRICE: $7.00

BACK TO SCHOOL: A GUIDE TO CONTINUING YOUR EDUCATION AFTER PRISON. This 66-page guide walks you through the process of setting educational goals and getting organized; enrolling in the educational program that best suits your needs; and receiving assistance to pay for college. It also offers practical advice for each step of the process. It won't answer all your questions but it will get your started and pointed in the direction of people and agencies that can provide you with more information and support. PRICE: $10.00.

*"He who is not courageous enough to take risks will accomplish nothing in life."*
...........Muhammad Ali

## EXERCISE ROUTINES

CROSSFIT CALISTHENICS WORKOUT - CONDITIONING AND MOBILITY WITHOUT EQUIPMENT. All of the exercises in this 7 page booklet can be done in your cell with a little creativity; or, on the yard with a group of people or by yourself. PRICE: $5.00.

BELLY OFF NO-GYM CLASSIC WORKOUT. This 8 page old-school workout program is done without weights and can be done anywhere. You will be introduced to a series of bodyweight exercises that work your entire body. PRICE: $5.00

YOGA POSTURES STEP-BY-STEP. This booklet will teach you the important yoga postures which develop and enhance your strength, flexibility and ability to balance. A regular yoga routine will result in physical, mental and emotional growth. PRICE: $8.00.

## SMALL BUSINESS START-UP, ETC.

SMALL BUSINESS INFORMATION: If you are thinking about starting a small business after release, now is the time to start doing the research and gathering the information you will need. For a fee of $25.00 + S/H we will provide you with a complete package of information pertaining to the business you are considering. To get this packet of information, send a detailed request regarding type of business and the city and state where it will be located.

75 STARTUP SECRETS: These are the tips, tricks and inside information you will need if you are planning on starting a small business. Approx. 18 pgs. PRICE: $6.00

HOW TO WRITE A BUSINESS PLAN. The process of creating and writing a blueprint for your business - a business plan (BP) - will help you determine whether your business will be strong from the start. A business plan contains a description of your business, including details about how it will operate a section on market research and marketing strategies, an evaluation of your main competitors, and several financial forecasts. 27 Pages. PRICE: $7.25

SELLING BY MAIL ORDER - MARKETING SERIES. This publication provides basic info on how to run a successful Mail Order business. It includes info on selecting, pricing, testing and writing effective advertisements for your product. 17 pages. PRICE: $5.25

## CREDIT REPORT

Have you ever wondered what's on your CREDIT REPORT? You are entitled to one free copy per year from the 3 major credit reporting bureaus. For a $2.00 fee we will download and mail a request form that you will complete and mail to the CRB.

BUILDING A BETTER CREDIT REPORT: Learn how to improve your credit score, dealing with debt, spot credit-related scams, and more. Approx. 24 pp. Price: $5.00

## VIP, S/H AND OTHER INFO

VIP AND REFERENCE SERVICES: The fee to become a VIP CLIENT of EPS is $25.00 a month plus the cost of requested services. As a VIP CLIENT your orders (please limit to no more than 2 per week) will get priority attention and mailed within 48 business hours unless you order special request photos in which case your order will take a few days longer as we send all photos out to be professionally printed.

SPECIAL REQUESTS: We will consider requests for services, documents, and publications, etc., not listed in out brochure. Please do not request any services or order any materials not permitted at your institution or in violation of State or Federal Law. send a detailed request along with a SASE for a price quote.

SHIPPING AND HANDLING (S/H) INFORMATION: Due to the high cost of mailing there is a minimum $1.00 S/H charge on all orders. Additional charges will apply for orders over 3 ounces (15 or more pages) which will be calculated when order is processed. Some of our services will have a notation that S/H is included in which case additional S/H is not required.

IMPORTANT: We cannot be responsible for the return of banned/unauthorized items or stolen orders - no refund will be given. It is your responsibility to know what you can or cannot have. Rejected orders will be held for one year and then discarded. Additionally, to comply with most institutions' security requirements, all documents are loose-leaf or fastened with staples unless told not to do so. **Do not cancel orders – if you do so a $5.00 fee will be charged. Last - we reserve the right to refuse services to anyone.**



EPS OFFICE
EPS, LLC
P.O. BOX 1717
Appleton, WI 54912-1717
Phone: 920.749.1060
Phone hours 10am-4pm central time
Email: EliteParalegalsvs@yahoo.com

# ★ EPS ★

Elite Paralegal & Prisoner Services, LLC



## About Us

EPS (ELITE PARALEGAL AND PRISONER SERVICES, LLC, Established 2009) is owned, operated and staffed by people who have your best interest at heart. We provide the best possible services at the lowest possible prices. There are similar services out there vying for your business, but be assured – none are like us and none can empathize with you as we can. Please try us first – you will be extremely satisfied with the services we provide. Additionally, we are open to suggestions, if there is something we do not currently offer and you would like to see if offered in the future – please let us know and we will look into adding it to our brochure. Our goal is to be the very best prisoner service in existence - please help us to achieve that goal!

PAYMENT OPTIONS AND MISC. INFORMATION: **ALL ORDERS MUST BE MAILED OR EMAILED – NO PHONE ORDERS** To establish an account with EPS, send Check or Money Order in any amount and provide us with a security code that you will use when requesting services. We also accept Visa or Master Card and require a $25.00 minimum deposit. There is a 3.5% Credit Card Company fee on all CC transactions. We will update your account balance with each order. Account balances less than .25 will be rounded to a zero balance. We also accept stamps (if not a violation of prison policy) for EPS services at the rate of 75% of face value; 65% of face value for checks or money orders sent to other businesses or for a deposit to your inmate account. Orders placed to other businesses for prison approved items must be shipped directly to the person sending payment – we will place orders from outside business for gifts for family and friends - we will not send money from your account to a third party other than a verifiable business. We charge a $5.00 business check or money order fee if you send 139 stamps or less and money is to be sent out; No check or money order fee will be charged when you send 140 or more stamps and money is to be sent out. We will not accept stamps from STATE prisoners in NE, NY, NC, TX, VA, FL and MO or any place else if in violation of policy. Additionally, we will not accept single, damaged stamps or stamped envelopes. Be warned that if any of the aforementioned stamps are sent, they will not be accepted and cannot be returned.

Revised 2/23/2021

Exhibit BB

## LEGAL SERVICES, FORMS AND PUBLICATIONS

UNITED STATES SUPREME COURT GUIDE FOR PROSPECTIVE INDIGENT PETITIONERS FOR WRIT OF CERTIORARI. This 24 page packet contains instructions and fill-in-the-blank forms designed to assist petitioners who are proceeding *informa pauperis* and without the assistance of counsel. PRICE: $6.75.

SUMMARIES OF SUCCESSFUL INEFFECTIVE ASSISTANCE OF COUNSEL CLAIMS, POST *WIGGINS V SMITH* INVOLVING ONE DEFICIENCY AT TRIAL. 85 pages of trial cases where ineffective assistance of counsel was established for a number of scenarios. PRICE: $13.00

STANDARDS ON TREATMENT OF PRISONERS. American Bar Association, Criminal Justice Section. This 40 page booklet addresses: Intake and Classification; Conditions of confinement; Rules of Conduct and Discipline; Personal Security; Health Care; Personal Dignity; Rehabilitation and Reintegration; Grievances and Access to Courts; Administration and Staffing; and, Accountability and Oversight. At a cost of $8.80 this is a must have for all prisoners.

FREEDOM OF INFORMATION ACT - A USERS GUIDE. This 14 page booklet guides you through the process of making a request. Sample form is included. PRICE: 5.25

LEGAL AND OTHER RESEARCH: We will search all available on-line resources – LexisNexis, magazine and newspapers, treatise, professional websites, etc. Our fee is $30.00 per hour (1 hour minimum) plus .10 per page and S/H - Send SASE for details.

PACER SEARCH FOR ELECTRONIC COURT RECORDS: Pacer is a service which allows registered users to obtain case and docket information online from Federal appellate, district and bankruptcy courts. Price is: $5.00 per search for up to 8 pages and $.30 for each additional page.

CASE LAW: Our rate is $3.75 per case for cases up to 10 pages. If the case exceeds 10 pages, we will notify you of a balance due at $.20 per page. Please be sure to accurately identify all cases you order.

CASE LAW SHEPARDIZING: $3.75 for the first Citation for up to 10 pages, we will notify you of a balance due at $.20 per page. Please be sure to accurately identify all cases you order. $2.50 for each additional Citation.

"WAS YOUR LAWYER ANY DAMN GOOD – LEGAL MALPRACTICE VS. INEFFECTIVE ASSISTANCE OF COUNSEL." 18 pp Booklet. PRICE: $5.50.

SAMPLE BRIEFS, MOTIONS, COMPLAINTS, SETTLEMENTS, AND JURY VERDICTS: Be specific as to the type of document that you want and the subject/topic - provide as much info as you can. We will do our best to provide material relevant to and in support of your situation, BUT it could be in opposition as well if your argument is without merit. Price: $5.00 per request for up to 10 pgs - .20 for each additional page.

LEGAL FORMS: We have thousands of State and Federal law forms in our database, most are fill-in-the-blank, others will require modification for your particular situation. Please be specific when ordering. PRICE: $5.00 per from up to 10 pgs - .20 for each additional page.

STATUTORY POWER OF ATTORNEY FORM: This POA form covers most every scenario and has a special instructions section. Send us your full name, DOB and address and the full name, DOB and address of the person whom you are giving POA. We will customize the form with your info and send you the original and 1 copy. PRICE: 10.00

FREEING THE INNOCENT: ACTUAL INNOCENCE AND THE WRIT OF HABEAS CORPUS. 11 pp Booklet. PRICE: $6.25

FEDERAL HABEAS CORPUS REVIEW: Challenging State Court Criminal Convictions: 27 pp Booklet. PRICE: $7.50

YOUR RIGHT TO ADEQUATE MEDICAL CARE. Chapter 23 of the Jailhouse Lawyers Manual. 34 Pages. The U.S. Constitution requires prison officials to provide all state and federal prisoners and pretrial detainees with adequate medical care. If you think your right to medical care might have been violated, this chapter will help you determine whether you have a legal claim for which you can get relief. PRICE: $7.25.

LEGAL RESEARCH AND CITATION STYLE IN THE UNITED STATES. The format for citations to legal materials is different from the format for scholarly citations to books and periodicals in general. This 18 page booklet is a basic guide to legal citation in the USA. PRICE: $6.00.

INSTRUCTIONS FOR CIVIL RIGHTS CLAIMS UNDER §1983. This 189 page packet, printed 2 pages per side, is a must have if you are plan to file a federal complaint for deprivation of your civil rights. PRICE: $15.00

DO-IT-YOURSELF LEGAL WILL: This is a complete kit containing general instructions, practice worksheet, estate planning guide, actual will forms and valuable information needed to make out a will for yourself. Written in plain English; easy to understand; provides guardianship for children and valid in all 50 states. 10 pages. PRICE: $6.00

MOTION TO VACATE, SET ASIDE, OR CORRECT A SENTENCE BY A PERSON IN FEDERAL CUSTODY. This is a motion under 28 U.S.C. §2255. This 14 page packet contains a generic form which can be used in any United States District Court and instructions. To use this form, you must be a person who is serving a sentence under a judgment against you in Federal Court. PRICE: $5.75

AMERICAN BAR ASSOCIATION CODE OF PROFESSIONAL RESPONSIBILITY. This 24 page booklet (2 pages per side for a total of 93 pages) outlines competent attorney representation and other ethical considerations. PRICE: $7.00

PROTECTING YOUR TRADEMARK – ENHANCING YOUR RIGHT THROUGH FEDERAL REGISTRATION. This 21 page booklet gives you the ins and outs of the Trademark process and a must have if you are wondering if you should register your mark. PRICE: $7.00.

COPYRIGHT PACKET: Do you want to protect your original works with copyright law so no one else can profit from them? This packet will tell you everything you need to copyright your original material including forms. Approx. 55 pp. PRICE: $9.50

PATENT PACKET: Do you have an invention you want to protect? Learn about patent laws, application procedures, costs and more – includes application with instructions. Approx. 38 pp PRICE: $8.00.

## LETTERS, POETRY, LYRICS, ETC.

THE ART OF PERSONAL LETTER WRITING PACKET: This 13 page booklet contains useful tips and everything you will need to write effective and meaningful personal letters. Packet has approx. PRICE: $4.00

12 RULES FOR WRITING GREAT LETTERS. This 9 page booklet will help you accomplish your goal of writing a great letter. This is the companion booklet to The Art of Personal Letter Writing Packet above. PRICE: $4.25

Capella University Grammar Handbook. This 75 page booklet outlines all you need to know about sentence basics and structure, paragraph structure, word choice, punctuation and mechanics. If you want to write like a pro – this publication is a must. Price: $11.50.

THE COMPLETE GUIDE TO PUNCTUATION. This 24 page, must have guide will teach you how to properly punctuate your letters and other documents. PRICE: $7.00.

HOW TO WRITE SONG LYRICS. Basic Step-by-Step 9 page guide on how to write meaningful lyrics for types of situations. PRICE: $4.50.

SONG/RAP LYRICS SEARCHES: PRICE: $1.25 per song; 6 songs for $6.25; 13 songs for $12.50.

HOW TO WRITE POETRY. Do you want to learn how to write poetry or how to improve as a poet? Would you like step-by-step advice on how to get poetry ideas and turn them into poems? Then this 23 page booklet is for you, PRICE: $6.75

LOVE PACKET: Contains everything you need to write convincing, romantic love letters to your significant other. Packet includes: How to write a love letter; How to say I love you in 100 languages; Love/Romantic nicknames for your sweetheart; Cute, sad and general love quotes and phrases, etc. Love Packet has approx. 15 pages of material. PRICE: $4.50

## MISCELLANEOUS PUBLICATIONS

A MAN'S GUIDE TO THE FEMALE MIND. This 45 page (2 pages per side for a total of 179 pages) packet is a must have for the man who wants to see inside the mind of any woman he chooses, to influence her behavior on a supernatural level and decipher her secret language. PRICE: $9.50 + 3.00 S/H

THE PSYCHOLOGICAL IMPACT OF INCARCERATION: IMPLICATIONS FOR POST-PRISON ADJUSTMENT. From prison to home this 18 page paper addresses the effect of incarceration and reentry on children, families, and communities. PRICE: $5.75.

HOW TO SURVIVE IN FEDERAL PRISON. If you want to know how to prepare for federal prison (useful tips for state prisoners as well) and how to survive in your new environment - just follow the steps in this 9 page booklet. PRICE: $4.50.

HOW TO SURVIVE IN PRISON AS AN INNOCENT MAN CONVICTED OF A SEX CRIME. 9 Pages. PRICE: $4.75

MONEY MAKING SECRETS OF MIND POWER MASTERS. This 56 page booklet tells you how to plug into your super conscious power to get what you want in life and acquire wealth. PRICE: $10.00.

## INTERNET SEARCHES

INTERNET INFORMATION SEARCHES: Public records, medical treatment, medications, religion, culture, music, newspaper articles, sports schedules, and anything else you can think of! PRICE: $5.00 per topic searched for up to 10 pages b/w and $6.50 for up to 10 pages of color results – Additional pages are .20 each for b/w and .35 for color copies (Photos/Images require additional fee - write for pricing).

CELEBRITY ADDRESSES: Write to your favorite celebrity for an autograph, photo, etc. PRICE is $1.00 per address, 5 addresses for $4.00, 10 addresses for $7.00. Please include at least 2 alternates in case we cannot locate any of your requests.

Exhibit B