

**State of North Carolina**
**Department of Public Safety**
**Prisons**

| | |
|---|---|
| Chapter: | ADMINISTRATION |
| Section: | 1.10 |
| Title: | **OFFENDER** |
| | **SPECIAL DRAW REQUESTS** |
| Issue Date: | 06/30/21 |
| Supersedes: | 02/05/21 |

## Standard Operating Procedures

## I. PURPOSE

To explain the special draw process by which offenders can withdraw funds from their Trust Fund Accounts for certain expenditures other than canteen purchases.

## II. REQUIREMENTS

The Trust Fund Clerk shall be responsible for processing the Special Draw Requests. The Superintendent will approve the Special Draw Requests.

## III. DEFINITIONS

(a)   Special Draw – The process that enables offenders to send money from their trust fund account for purposes as defined and approved by DPS policy.

(b)   Special Draw Request – Form PCI 1.10-1

(c)   Offender Request to Purchase Art Supplies – Form PCI 1.10-2

(d)   Offender Art Supply Purchase & Use Agreement – Form PCI 1.10-3

(e)   Offender Request for Additional Personal Property - Form PCI 3.22-1

(f)   Offender Request to Purchase Wallet – Form PCI 1.10-4

(f)   Bank Fees - $ 5.00 for a money order, for special draws under $1,000.00.

$10.00 for a cashier's check, for special draws $1,000.00 and over.

## IV. OPERATIONS/PROCEDURES

(a)   Offenders may request approval for a special draw from their Trust Fund Account for such purposes as to help support dependents, pay an attorney or other legitimate creditor,

*Page 1 of 5*

**Defendants' Response to Plaintiff's RFPD**
**Cobey Lakemper v. Hooks, et al; 5:20-CT-3083**

**RFPD 0001**

procure articles authorized under Department regulations and policies, transfer of funds from one inmate's account to another, and to open a savings account in accordance with Departmental policy.

(b)     Offenders shall not be allowed to dispose of funds for the sole purpose of gaining the benefits of indigence.

(c)     Special Draw Requests under $5,000.00 are approved at the facility level.

(d)     Special Draw Requests for $5,000.00 and over will be approved by the Facility Head, then forwarded for approval to the Region Director. After approval at the Region Level, the request will be sent to the IBS Helpdesk for review by the Director's Office. The request will then be sent to Controller's Office for final review and approval. All supporting documentation will be included. Documents can be scanned and sent via e-mail. Once approved, the Facility Head will receive notification that a check can be cut and converted to a cashier's check to be mailed out.

(e)     The Special Draw Request forms may be obtained from either custody or programs staff assigned to the offender's housing unit.

(f)     Offender Responsibility:

        (1)     The offender will fill out the request form with the dollar amount to be withdrawn from his account, including the bank's fee. The offender should fold the form in half and attach a stamped self-addressed envelope to the form before placing it in the mail drop box. The offender should note on the outside of the form that the request is to be forwarded to the Trust Fund Clerk.

        (2)     If the offender is sending money to an individual, proper documentation must be attached, along with written justification. Examples of acceptable documentation would be a bill, invoice, or statement. The individual should be on the offender's approved visitor's list. Exceptions may be made on a case by case basis.

        (3)     If the offender is sending money to a church, organization, or any type of group, proper documentation must be attached, along with written justification. Examples of acceptable documentation would be a bill, invoice, or statement.

        (4)     If the offender's request is for any purchase that requires a completed order form to be enclosed with payment, the order form must accompany the Special Draw Request and must be from the company. The order form may not be handwritten.

        (5)     If the offender is ordering books, magazines, newspapers, or photographs, the Offender Request for Additional Personal Property, PCI 3.22-1, must be completed, approved by unit management, and attached to the Special Draw Request.

        (6)     Policy prohibits an offender from incurring debt while incarcerated. This means

**RFPD 0002**

Defendants' Response to Plaintiff's RFPD
Cobey LaKemper v. Hooks, et al; 5:20-CT-03083-FL
Case 5:20-ct-03083-FL Document 80-37   Filed 04/05/24   Page 2 of 232

that full payment must accompany an order for a magazine, book, etc. The offender cannot place the order without payment, nor can he make monthly payments.

(g)  Staff Responsibility:

(1)  When the Trust Fund Clerk receives the request, he/she will first check the offender's account to verify that funds are available. If the request is to send money to an individual, the offender's approved visitor list will be checked. The request form will then be forwarded to the Facility Head or the Administrative Officer for approval, dependent on the amount.

(2)  Special draw requests over $100.00 will be approved by the Facility Head.

(3)  If the request is approved, the funds will be withdrawn from the offender's account. The Trust Fund Clerk will document justification on the FS11 comments when writing the check and documentation will be filed for audit and research purposes. The information on the check comments will include what is being paid and the address the check is being sent to.

(4)  One IBS check will be issued for each special draw request. Trust Fund Clerk place the check in the stamped envelope provided by the offender and mail it out. The offender will receive a copy of the processed request form as verification that it has been completed.

(5)  If the request is disapproved, the reason for the disapproval will be explained on the request form and returned to the Trust Fund Clerk, who will then return the disapproved request and the SASE to the offender.

(h)  Religious Paraphernalia:

(1)  If an offender wishes to purchase religious paraphernalia, he must submit a Religious Paraphernalia Request form to the Director of Programs for review and approval first.

(2)  Once that request is approved, the offender will complete a Special Draw Request form and submit it to Trust Fund Clerk, with the Religious Paraphernalia Request attached.

(3)  Authorized religious items must be purchased from a DPS authorized vendor.

(4)  Copies will be forwarded to the Mailroom.

(5)  When religious paraphernalia is received in the mailroom, the mailroom clerk will verify order with order form and notify the Religious Programs Supervisor. The supervisor will pickup from the mailroom and distribute to the offender.

**RFPD 0003**

Defendants' Response to Plaintiff's RFPD
Cobey Lakemper v. Hooks, et al; 5:20-CT-03083
Case 5:20-ct-03083-FL  Document 70831-37   Filed 04/05/24   Page 3 of 232

(i)    Art Supplies:

     (1)    Offenders wishing to purchase art supplies will complete and sign a Request to Purchase Art Supplies along with an Offender Art Supply Purchase and Use Agreement. The offender will take the request and agreement form to their Unit Manager for approval and signature. The offender will then fold the forms in half and attach a stamped envelope with the offender's return address printed on the envelope. The offender will place the form in the mail drop box. The offender should note on the outside of the form that the request is to be forwarded to the Trust Fund Clerk.

     (2)    If the amount is not correct or the funds are not available, the Trust Fund Clerk will return the request to the offender noting the reason for the return. If the purchase amount is different and the offender still wishes to still process the request, he will initial the change of the purchase amount on the form and re-submit the request.

     (3)    The Trust Fund Clerk will verify that the order total is correct and that the funds are available in the offender's account. The request will be forwarded to the Warden or the Administrative Officer for approval/disapproval.

     (4)    Once approved, the request will be returned to the Trust Fund Clerk, who will issue a check for the purchase (Refer to Section C.3 of this SOP) of the supplies. The check and request form will be mailed to the vendor. Copies will be retained in the Trust Fund Office. Copies will be forwarded to the offender and the Fiscal Sergeant and Mailroom.

     (5)    The vendor will ship the order to the facility in care of the Fiscal Sergeant. Once the order is received it will be checked to make sure it is correct, then a DC-160 Offender Personal Property form will be completed for the supplies and the offender will be called to the Laundry to receive the order. The Unit Manager and Unit Sergeant will be notified that the offender will be returning to the housing unit with the art supplies and property form.

     (6)    When the vendor prices change, the form will be updated and distributed.

(j)    Wallet

     (1)    Offenders may possess a one (1) wallet. Offenders may choose to order the wallet through Special Draw or have someone else order directly from a distributor. Offenders wishing to purchase a wallet will complete the Offender Request to Purchase Wallet form PCI 1.10-4. A Special Draw Request and Order form from a distributor. The requests and forms will be taken to the Unit Manager for approval and signature. The Offender will forward a self-addressed stamp envelope with all signed approved documents to trust fund for processing.

**RFPD 0004**

**Defendants' Response to Plaintiff's RFPD**
**Cobey LaKemper v. Hooks, et al; 5:20-cv-00083** Case 5:20-cv-00083-FL 1:200-cv-300-81-37    Filed 04/05/24    Page 4 of 232

(2)     If the amount is not correct or the funds are not available, the Trust Fund Clerk will return the request to the offender noting the reason for the return. If the purchase amount is different and the offender still wishes to still process the request, he will initial the change of the purchase amount on the form and re-submit the request.

(3)     The Trust Fund Clerk will verify that the order total is correct and that the funds are available in the offender's account. The request will be forwarded to the Superintendent or the Administrative Officer for approval/disapproval.

(4)     Once approved, the request will be returned to the Trust Fund Clerk, who will issue a check for the purchase (Refer to Section C.3 of this SOP) of the wallet. The check and request form will be mailed to the distributor. Copies will be retained in the Trust Fund Office. Copies will be forwarded to the offender and the Mail Room.

(5)     Once wallet is received in the mailroom, the mailroom clerk will verify the order and contact the Unit Manager for pick up. Unit Management will be responsible for distribution of the wallet and to ensure the offender is only in possession of one (1) wallet at any given time.

(6)     Offenders wishing to have someone order a wallet for them will complete the Offender Request to Purchase Wallet form PCI 1.10-4. The Unit Manager will approve, sign and forward to the Mailroom. Once wallet is received in the mailroom, the mailroom clerk will verify the order and contact the Unit Manager for pick up. Unit Management will be responsible for distribution of the wallet and to ensure the offender is only in possession of one (1) wallet at any given time.

Facility Head                  7/6/21
                                                    Date

1.10_06_30_21.doc

**Defendants' Response to Plaintiff's RFPD**
**Cobey Lakemper v. Hooks, et al; 5:20-CT-3083**
    **RFPD 0005**

Case 5:20-ct-03083-FL   Document 81-37    Filed 04/05/24    Page 5 of 232



**State of North Carolina**
**Department of Public Safety**
**Prisons**

| | |
|---|---|
| Chapter: | B |
| Section: | .0200 |
| Title: | **Offender Disciplinary Procedures** |
| Issue Date: | 07/17/17 |
| Supersedes: | 03/28/16 |

**POLICY AND PROCEDURE**

### .0201  GENERAL

Offender conformity to prison rules is necessary for the orderly, safe, and secure operation of correctional facilities. Effective, fair, and consistent disciplinary procedures enhance the orderly operation of the facility and reinforce appropriate behavior and responsibility. Prisons shall promulgate offender conduct rules and disciplinary procedures and sanctions for all new admissions to the prison system and make them available in conspicuous locations within each correctional facility. Offender Disciplinary Policies and Procedures shall be reviewed annually and updated if necessary, by Prisons Chief Disciplinary Hearing Officer. (4-4226)

### .0202  DISCIPLINARY OFFENSES

Disciplinary offenses are divided into three (3) classes, Class A through Class C. Class A offenses are the most serious and Class C offenses are the least serious.

(a)     The following are the Class A disciplinary offense:

(A01)   Seize or hold a hostage or in any manner unlawfully detain any person against his/her will;

(A02)   Participate in a riot, insurrection, work stoppage or group demonstration, or incite/encourage others to riot, participate in an insurrection, work stoppage or other group demonstration;

(A03)   Commit an assault on a staff member with a weapon, or by any other means likely to produce injury, such as hitting, kicking, pushing, pulling, or throwing objects;

(A04)   Commit an assault on another with a weapon or any other means likely to produce injury, such as hitting, kicking, pushing, pulling, or throwing objects;

(A05)   Commit an assault on another offender with intent to commit any sexual act;

(A06)   Escaping or attempting to escape from any prison facility, community assignment, during transport, or from the supervision of prison staff or its authorized agent. Attempt will include possession of escape plans, possession of any object that could aid in an escape, attempt to hide within the facility to affect an escape, or any other action that could result in escape if correctional staff did not intervene;

(A07)   Possess, manufacture, and/or detonate an incendiary or explosive device;

(A08)   Set a fire;

(A09)   Commit an assault on a staff member by throwing liquids, (including but not limited to urine and feces), or spitting on a staff member;

(A10)   Fight or engage in a mutual physical confrontation involving weapons (including but not limited to knives, locks, and razors), or resulting in outside medical attention;

(A11)   Commit an assault on a staff member with intent to commit any sexual act;

*Page 1 of 22*

**Defendants' Response to Plaintiff's RFPD**
**Cobey Lamarr Brooks v. Kempf, et al.** Case 5:20-CT-3081 81-37   Filed 04/05/24   Page 6 of 232

**RFPD 0006**

(A12)   Manufacture, possess, introduce, sell or use any unauthorized controlled substance, unauthorized intoxicant or alcoholic beverage, or possess associated paraphernalia;

(A13)   Refuse to submit to a drug test or breathalyzer test, or interfere with the taking of such tests;

(A14)   Participate in, or organize, whether individually or in concert with others, any gang or Security Risk Group (SRG), or participate in any activity or behavior associated with a Security Risk Group;

(A15)   Offer, give, solicit or accept a bribe, or offer to give or withhold anything to persuade staff to neglect duties or perform favors;

(A16)   Possess or use in any manner any type of unauthorized recording or image taking device or any type of unauthorized communication device whether audio, video , or any device that has direct outside communication capability: e.g. internet, email, instant message. Examples include, but are not limited to, smart phones, mobile cellular phones, desktops, laptops/electronic tablets, cameras, tape recorders or digital recorders that can be used to send and/or receive any type of messages/images/data for any purpose, or possess any associated component of an above noted device;

(A17)   Commit an assault on any person, other than an employee or offender, with intent to commit any sexual act;

(A18)   Knowingly make to any person a false oral or written allegation about a staff member that, if true, could expose the staff member to criminal liability;

(A19)   Commit an assault on another by throwing liquids (including but not limited to urine and feces), or spitting on another;

(A20)   Wrongfully take, give away, or carry away, canteen inventory/cash, which results in a loss of more than one hundred dollars ($100.00);

(A21)   Extortion, strong-arming, verbal or physical intimidation for personal or financial gain;

(A22)   Instigate or provoke an assault on a staff member; (Formerly B13)

(A23)   Instigate or provoke an assault on another (including but not limited to other offenders, civilians, etc.); (Formerly B07)

(A98)   Deliberately provide false and/or misleading information to staff during an investigation related to any offense in this class;

(A99)   Attempt to commit any of the above-listed offenses, aid another person to commit any of the above-listed offenses, or make plans to commit any of the above-listed offenses.  It shall be no defense that an individual was prevented from completing any of the above-listed offenses by prison staff or intervening circumstances.

(b)     The following are the Class B disciplinary offenses:

(B01)   Possess or have under control any weapon or instrument to aid in an assault, insurrection or riot;

(B02)   Flood cell(s);

(B03)   Willfully tamper with, damage or block any camera, locking device, fence, door, gate, window or cell light;

(B04)   No longer in use. See offense A12.

(B05)   Knowingly inhale, smell or breathe any vapors, fumes or odors, or possess for the purpose of inducing or attempting to induce intoxication through inhalation; or

---

**Defendants' Response to Plaintiff's RFPD**                                    **RFPD 0007**
**Cobey La Kemp v. Rob Hooks, et al, 5:20-CT-03083**

possess, inject, or ingest any non-controlled substance for the purpose of altering mental or physical capacity;

(B06)  Commit, solicit or incite others to commit any sexual act or indecently expose oneself, or touch the sexual or other intimate parts of oneself or another person for the purpose of sexual gratification;

(B07)  No longer in use. See Offense A23;

(B08)  Interfere with a staff member in the performance of his or her duties;

(B09)  Violate any law of the State of North Carolina or the United States of America; General Statute must be cited. This offense is to be used only if the misconduct cannot be addressed by an existing infraction;

(B10)  Commit or incite others to commit acts, which spread or may spread communicable diseases, or possess any instruments capable of spreading communicable diseases (including but not limited to tattooing instruments and needles);

(B11)  No longer in use. See offense A13.

(B12)  Leave, quit without authorization, fail to report, or neglect to adhere to approved schedules for community-based programs;

(B13)  No longer in use. See Offense A22;

(B14)  Willfully damage, destroy, alter, tamper with or lose State property or property belonging to another; (Formerly D09)

(B15)  Communicating directly, indirectly, via a third party, or in any manner with victims, or family members of the victims, who have requested in writing to Department of Public Safety officials that such communication is unwanted; and/or notified in writing by Department of Public Safety officials of a no contact order;

(B16)  No longer in use. See offenses B23 and C21;

(B17)  Causing a work stoppage, delaying work while on community work assignment, or causing the offender to be returned to the facility due to misconduct;

(B18)  Threaten to harm or injure staff or civilian; (Formerly C12)

(B19)  Sell, accumulate, give, misuse, or hide medication; (Formerly C01)

(B20)  Commit an assault on a staff member in a manner unlikely to produce injury;

(B21)  Commit an assault on another in a manner unlikely to produce injury;

(B22)  Fight or engage in a mutual physical confrontation not involving weapons, or not involving outside medical attention; (Formerly C04)

(B23)  Manufacture, distribute or possess a significant amount of tobacco unlikely for personal consumption;

(B98)  Deliberately provide false and/or misleading information to staff during an investigation related to any offense in this class;

(B99)  Attempt to commit any of the above-listed offenses, aid another person to commit any of the above-listed offenses, or make plans to commit any of the above-listed offenses. It shall be no defense that an individual was prevented from completing any of the above-listed offenses by prison staff or intervening circumstances.

(c)      The following are Class C disciplinary offenses:

(C01)  No longer in use. See Offense B19.

(C02)  Direct toward or use in the presence of any State official, any member of the prison staff, any offender, or any member of the general public, oral or written

---

**Defendants' Response to Plaintiff's RFPD**                                    **RFPD 0008**
**Cobey Lakemper v. Hooks, et al.**

          language or specific gestures or acts that are generally considered disrespectful, profane, lewd, or defamatory;

(C03)    Willfully disobey, fail to obey, or cause another offender to disobey or fail to obey any lawful order of a prison official or employee, be in an unauthorized location, or any other lawful order to which subject;

(C04)    No longer in use. See Offense B22.

(C05)    Offer, give, solicit or accept a bribe or offer to give or withhold anything to persuade another to neglect duties or perform favors;

(C06)    Leave, quit without authorization, fail to report or fail to report (on time to any scheduled facility job, work or program assignment, or any other appointment); or overtly refuse to accept a work or program assignment; or negligently fail to perform or complete any assigned duties;

(C07)    Threaten to harm or injure another offender;

(C08)    Wrongfully take, carry away, or damage personal or state property or accept or buy such property with the knowledge it has been wrongfully taken;

(C09)    Barter or trade; loan, give, or borrow; gamble or possess gambling paraphernalia; solicit or engage in any business activity;

(C10)    No longer in use;

(C11)    Misuse or use without authorization, the telephone or mail;

(C12)    No longer in use. See Offense B18.

(C13)    Willfully create a hazardous or physically/verbally offensive condition, or situation; or disruption in any setting (i.e. group meetings, religious services) whether for personal gain or solicitation; (Formerly Offense D05)

(C14)    Possess funds in a form other than authorized by Prisons' Policy, in excess of the authorized amount, or from an unauthorized source; (Formerly Offense D10)

(C15)    Possess stamps in excess of the authorized amount as specified in Prisons' Policies or possessing counterfeit or altered stamps;

(C16)    Counterfeit, forge, alter or reproduce without authorization any document, article of identification or other papers, or knowingly possess such falsified materials; (Formerly D08)

(C17)    Possess contraband not constituting a threat of escape or a danger of violence; (Formerly Offense D03)

(C18)    Exchange articles of clothing/linen/sheets, possess unauthorized or excess clothing/linen/sheets, or mutilate or alter State issued clothing/linen/sheets or wear or us same; Misuse prison supplies (Formerly Offense D07 & D15)

(C19)    Feign physical or mental illness or disablement for any purpose; (Formerly Offense D14)

(C20)    Assist another person with litigation or legal matters; (Formerly Offense D16)

(C21)    Possess or use any tobacco products or paraphernalia for personal consumption; or possess unauthorized lighters or lighting devices;

(C99)    Attempt to commit any of the above-listed offenses, aid another person to commit any of the above-listed offenses, or make plans to commit any of the above-listed offenses. It shall be no defense that an individual was prevented from completing any of the above-listed offenses by prison staff or intervening circumstances.

(d)      The following are the Class D disciplinary offenses: No longer in use.

    (D01)    No longer in use. See Offense C03.

**Defendants' Response to Plaintiff's RFPD**                                          **RFPD 0009**
**Cobey La~~Kemper~~20 H5 026/81 51; 5:20-ct-03088~~Kemper 20 H5 026 51 51~~ 81-37      Filed 04/05/24      Page 9 of 232**

(D02)  No longer in use. See Offense C06.
(D03)  No longer in use. See Offense C17.
(D04)  No longer in use. See Offense C09.
*(D05)  No longer in use. See Offense C13.*
(D06)  No longer in use.
(D07)  No longer in use. See Offense C18.
(D08)  No longer in use. See Offense C19.
(D09)  No longer in use. See Offense B14.
(D10)  No longer in use. See Offense C14.
(D11)  No longer in use. See Offense C14.
(D12)  No longer in use.
(D13)  No longer in use.
(D14)  No longer in use. See Offense C19.
(D15)  No longer in use. See Offense C18.
(D16)  No longer in use. See Offense C20.
(D99)  No longer in use.

## .0203  ADMINISTRATIVE FEES

(a)    All offenders whose offenses result in a guilty disposition will be assessed an administrative fee of $10.00 through the Inmate banking system of OPUS. Only one fee per disciplinary report is to be assessed regardless of the number of charges or number of reinvestigations.

(b)    All administrative fees will be electronically collected through Inmate banking system and transferred to the General Fund.

## .0204  AUTHORIZED DISCIPLINARY SANCTIONS

Presumptive sanctions are established for the three (3) classes of offenses. Unless the sanction is decreased or suspended by the Hearing Officer per section .0204(e)(4) and (5), or decreased or suspended by the Facility Head/Designee per section .0204(e)(6) and (f)(2), all the presumptive sanctions listed for each class may be imposed for conviction of a disciplinary offense within the given class. The Facility Head/Designee may void any disciplinary sanction. In those cases where the Facility Head/Designee voids a disciplinary sanction, designated staff shall forward a memorandum or email documenting this action to the Chief Disciplinary Hearing Officer who shall ensure that it is documented in the offender's appropriate electronic file. The presumptive sanctions are as follows:

(a)    For a Class A offense, presumptive sanctions are authorized:

(1)    Confinement in Restrictive Housing for Disciplinary Purposes (RHDP) for up to 30 days.

(2)    Loss of up to 30 days sentence credits, as applicable.

(3)    Up to 50 hours extra duty within the next 60 days following the hearing or release from Restrictive Housing for Disciplinary Purposes (RHDP). Not more than 4 hours shall be performed on a workday and not more than 8 hours on other days.

**Defendants' Response to Plaintiff's RFPD**                                    **RFPD 0010**
**Cobey Lamarque D. Hooks et al; 5:20-CT-3083**

    (4)    Loss of up to three (3) privileges for a period not to exceed ninety (90) days.

    (5)    Limit weekly trust fund withdrawals to $ 10.00 for a period not to exceed ninety (90) days.

    (6)    Demotion within minimum custody.

(b)    For a Class B offense, presumptive sanctions are authorized:

    (1)    Confinement in Restrictive Housing for Disciplinary Purposes (RHDP) for up to 20 days.

    (2)    Loss of up to 20 days' sentence credits, as applicable.

    (3)    Up to 40 hours' extra duty within the next 60 days following the hearing or release from Restrictive Housing for Disciplinary Purposes (RHDP). Not more than 4 hours shall be performed on a workday and not more than 8 hours on other days.

    (4)    Loss of up to two (2) privileges for a period not to exceed sixty (60) days.

    (5)    Limit weekly trust fund withdrawals to $10.00 for a period not to exceed sixty (60) days.

    (6)    Demotion within minimum custody.

(c)    For a Class C offense, presumptive sanctions are authorized:

    (1)    Demotion within minimum custody.

    (2)    Loss of up to 10 days sentence credits, as applicable

    (3)    Up to 30 hours' extra duty within the next 45 days following the hearing or release from Restrictive Housing for Disciplinary Purposes (RHDP). Not more than 4 hours shall be performed on a workday and not more than 8 hours on other days.

    (4)    Loss of up to two (2) privileges for a period not to exceed thirty (30) days.

    (5)    Limit weekly trust fund withdrawals to $10.00 for a period not to exceed thirty (30) days.

(d)    Other Requirements:

    (1)    When initiating disciplinary procedures for an offender found possessing excess stamps or funds in a form other than that authorized or in excess of the authorized amount, the Facility Head/Designee shall secure all of the money/excess stamps found in the offender's possession in accordance with current Prisons policy for money and stamps. The disposition is to be included in

**Defendants' Response to Plaintiff's RFPD**
**Cobey Lakemper v. Hooks, et al; 5:20-CT-3083**    **RFPD 0011**

Case 5:20-ct-03083-FL   Document 181-37   Filed 04/05/24   Page 11 of 232

the Investigation Officer's report. Upon a guilty verdict, the disposition of money/stamps taken will be documented on the OR14, Comment screen; at the level, the verdict is rendered. Balances of money and stamps will be transferred in accordance with current Prisons policy for money and stamps if the offender is found guilty. Excess stamps taken will be documented on the OR14, Comment screen, at the level the verdict is rendered and handled in accordance with current Prisons policy regarding authorized items.

(2)     Offender personal property that is confiscated in conjunction with a disciplinary offense will be treated as contraband and documented on the OR14, Comment screen, by the Investigating Officer. Following a verdict of guilty, the Facility Head/Designee or Disciplinary Hearing Officer shall document disposition of Unauthorized Personal Property in accordance with current Prisons policy on the OR14, Comment screen. Balances in the Unauthorized Funds account will be transferred in accordance with current Prisons policy if the offender is found guilty.

(3)     Should the Facility Head/Designee or Disciplinary Hearing Officer restrict the Trust Fund withdrawal to $10.00 per week, the action will be applied electronically through the OPUS Inmate banking system.

(4)     The Disciplinary Hearing Officer may decrease the presumptive sanction under any Class, A – C. The reason shall be recorded on the ISO4, Disciplinary Hearing Officer screen, with comments via OR14, Comment screen. Documentation on the OR14 screen is required for all decisions whether following presumptive or deviating from the same. In the case of multiple charges incurred from a single incident report, the total amount of Restrictive Housing for Disciplinary Purposes (RHDP) imposed shall be limited to the maximum allowed for the highest-class offense, and no single privilege shall be suspended for more than ninety 90 days. Periods of suspension of the same privilege shall run consecutively. Periods of suspension of unlike privileges shall run concurrently.

(5)     The Disciplinary Hearing Officer may suspend part or all of the presumptive sanctions for a period not to exceed ninety (90) days. The reason for suspending sanctions shall be recorded on the IS04, Disciplinary Hearing Officer screen, via the OR14, Comment screen. The Disciplinary Hearing Officer may activate a suspended sanction if a disciplinary conviction occurs during the suspension time period.

(6)     The Facility Head/Designee may decrease the presumptive sanction under any class B – C. The reason for the decrease of presumptive sanctions or suspension of any part of the presumptive sanctions shall be recorded on the IS03, Charges and Plea screen, with comments via OR14, Comment screen. Documentation on the OR14 screen is required for all decisions whether following presumptive or deviating from the same. No single offense to which an offender voluntarily pleads and waives a hearing before the Facility Head/Designee or Disciplinary Hearing Officer shall result in active sanctions greater than the presumptive sanction for the offense that is one class below the offense charged or suspension

Defendants' Response to Plaintiff's RFPD                                        RFPD 0012
Cobey Lankxmpe5:20-cv-00832-FL; 5:20-CT-03085 Hooker, et al; 5:20-CT-03085 81-37    Filed 04/05/24    Page 12 of 232

of all the presumptive sanctions of the class charged. In the case of multiple charges stemming from a single incident report, the total amount of Restrictive Housing for Disciplinary Purposes (RHDP) imposed shall be limited to the maximum allowed for the highest-class offense from this single incident and suspension of any privilege type shall be limited to 90 days.

(7)    The Facility Head/Designee may also activate a suspended sanction if a disciplinary conviction occurs during the suspension time period in the case of a waiver of hearing and plea of guilty.

(8)    Sanctions are active immediately and may be imposed immediately by the Facility Head/Designee.  Appeal of the disciplinary will not delay sanctions from being imposed.

(9)    Restrictive Housing for Administrative Purposes (RHAP) is authorized to provide necessary control while completing an investigation.  No offender may be placed in Restrictive Housing for Administrative Purposes (RHAP) for more than 72 hours without the documented approval of the Facility Head/Designee. The time that the offender is assigned on Restrictive Housing for Administrative Purposes (RHAP) awaiting disposition of an offense shall be credited toward any Restrictive Housing for Disciplinary Purposes (RHDP) subsequently imposed for the incident. (4-4235)

(10)   If for any reason a sanction is not fully completed within ninety (90) days from the date of imposition, or date of activation of a suspended sentence, then the remaining balance will automatically become null and void.

(11)   Continuous confinement of an offender to Restrictive Housing for Disciplinary Purposes (RHDP) for more than thirty (30) days requires review and approval by the Facility Head/Designee.  An offender will not serve more than thirty 30 consecutive days in Restrictive Housing for Disciplinary Purposes (RHDP).

(12)   Food may not be used as a form of disciplinary sanctions. (4-4320)

(13)   If an offender should be found not guilty of an alleged violation, the disciplinary report is removed from the offender's electronic files automatically by OPUS. (4-4246)

(e)    Other Requirements Which Apply to Specific Classifications of Offenses:

(1)    When an offender is charged with any Class A offense, or the B08, B20, or B21 offenses, the offender must be referred to the Disciplinary Hearing Officer for disposition and the Referring Authority should document this on the IS03 screen and comments via the OR14, Comment screen.

(2)    Suspension of privileges as presumptive sanctions for Class C offenses may occur during or after Restrictive Housing for Disciplinary Purposes (RHDP), at the discretion of the Facility Head/Designee.

(3)    When an offender pleads guilty to an authority for a Class C offense, the sanction

**Defendants' Response to Plaintiff's RFPD**                              **RFPD 0013**
**Cobey Lamar v. Hooks, et al; 5:20-CT-3085**

will be a suspended Class C sanction.

(4)     Offenders who escape while participating on work release, study release, home leave, or any other program authorized under G.S. 148.4 are subject to administrative disciplinary action as follows:

    (A)     The offender should be charged with disciplinary infraction B-12, (Leave, quit without authorization, fail to report, or neglect to adhere to approved schedules for community based programs) if the offender:

        (I)     Voluntarily returns to the off-site community-based program site prior to facility staff being notified he/she is unaccounted for;

        (II)    Voluntarily returns to the facility within 24 hours and prior to the initiation of escape procedures; (Escape procedures should be put into effect as soon as staff learn an offender has left from a community-based program); and

        (III)   Commits no new criminal offenses while away from his/her assigned location regardless of when he/she returned to custody.

    (B)     The offender should be charged with disciplinary infraction A06, (escape or attempting to escape-this includes possessing any materials that could assist with an escape) if the offender:

        (I)     Does not voluntarily return to the off-site community-based program or the prison facility prior to initiation of escape procedures;

        (II)    Does not return to the facility within 24 hours of leaving the community-based program; or

        (III)   Commits any criminal offense while away from his/her assigned location.

## .0205   DISCIPLINARY PROCEDURES

(a)     Reporting and Preventing Misconduct

    (1)     Any Department of Public Safety employee or agent who witnesses an act of misconduct on the part of an offender or offenders shall take appropriate action to prevent continuation of the misconduct.

    (2)     The employee(s) witnessing the misconduct or other appropriate staff may try to counsel the offender to stop the misbehavior and prevent recurrence.

    (3)     When counseling is not appropriate or is ineffective, a written report of the actual or suspected misconduct should be presented to the Facility Head/Designee as soon as possible after the incident but no later than the end of the employees' shift, unless extenuating circumstances exist. The written report should include,

**Defendants' Response to Plaintiff's RFPD**                    **RFPD 0014**
**Cobey Lassiter v. Erik A. Hooks, et al; 5:20-CT-3085**

but not be limited to, details of the reported misconduct, any unusual offender behavior, any staff witnesses, any physical evidence and its disposition, any immediate action taken, including the use of force, and the reporting party's signature and date and time of report.

(4)    Anyone, including offenders, may report offender misconduct. When a report of offender misconduct is received from someone other than an employee, a written witness statement should be requested.

(b)    Time Frames

(1)    The Officer-In-Charge should assign an Investigating Officer within 24 hours after being notified of actual or suspected offender misconduct or after being notified of a reinvestigation by the Disciplinary Hearing Officer or the Chief Disciplinary Hearing Officer via the IP51 0 25 screen. Assignment will be documented on the IS02, Disciplinary Investigation screen, and comments can be made on the OR14, Comment screen.

(2)    When an alleged rule violation is reported or a reinvestigation has been ordered, an appropriate investigation is begun within 24 hours of the time the violation is reported or ordered for reinvestigation and is completed within 72 hours, unless an extension is granted and documented by the appropriate authority. The Investigating Officer will document the start of the investigation on the IS02, Disciplinary Investigation screen and on the OR14, Comment screen. (4-4234)

(3)    The Investigating Officer should submit the investigative report through use of the IS02, Disciplinary Investigation screen and process and summarize the results on the OR14, Comment screen. This report should be completed and submitted to the Facility Head/Designee within 72 hours of beginning the investigation unless an extension is granted and documented by the appropriate authority. (4-4236/4-4240)

(4)    The Facility Head/Designee will access completed investigations via the IP51 0 20, Pending Review screen. That authority will review the investigation within 72 hours and decide if formal disciplinary action, or further disciplinary action in the case of a rehearing ordered by the Chief Disciplinary Hearing Officer, is required unless additional time is granted and documented by the appropriate authority. If disciplinary action is required, the authority/designee will document formal charges on the IS03, Disciplinary Charges and Pleas screen. The summary of the charges will be documented on the OR14, Comment screen. The disciplinary report will then be printed and the offender should be advised in writing of the charges and given a copy within this time frame. A plea of guilty and waiver of hearing should be documented on the IS03, Disciplinary Charges and Pleas screen and on the OR14, Comment screen. (4-4230/4-4238/4-4240). Documentation is required for all decisions whether following presumptive sanctions or deviating from the same.

(5)    The Disciplinary Hearing Officer will access referrals via IP51 0 21, Pending Review screen, convene the disciplinary hearing, and document the proceedings on the IS04, Disciplinary Hearing Officer screen and on the OR14, Comment

**Defendants' Response to Plaintiff's RFPD**
**Cobey Lashon 5:20-cv-00083-FL et al; 5:20-ct-3083**                                    **RFPD 0015**

screen within seven (7) days, excluding weekends and holidays, after the offender has been charged with an offense unless an extension is granted. A plea of guilty and waiver of hearing should be documented on the IS04, Disciplinary Hearing Officer screen and on the OR14, Comment screen. The disposition of the charge is to be documented on the IS04, Disciplinary Hearing Officer screen and the summary of the hearing will be entered as comments on OR14, Comment screen. Documentation on the OR14 screen is required for all decisions whether following presumptive or deviating from the same.

(6)     The offender may appeal a guilty finding by the Disciplinary Hearing Officer in writing to the Prisons Director within 15 calendar days from the date of hearing. The appeal shall be received by the Prisons Director within 15 calendar days from the date of the hearing.

(7)     The Prisons Director/Designee will log receipt of the appeal and supporting documents on the IS05, Disciplinary Appeal screen. Tracking and notification to the facility and the offender will be accomplished via the IS05, Appeal screen, and batch jobs, to include appropriate alerts, pending reviews, and appeal letters. The designated facility staff should monitor these transactions daily. The review should be completed within thirty (30) calendar days of receipt of the offender's appeal and the offender promptly notified of the results. (4-4248)

(8)     The Facility Head/Designee may grant in writing additional time for charging the offender. The Facility Head/Designee will document the approval, rationale, and number of days requested, on the IS03, Disciplinary Charges and Pleas screen and OR14, Comment Screen.

(9)     Assistant Chief Disciplinary Hearing Officer may grant in writing additional time for convening the Disciplinary Hearing. The Disciplinary Hearing Officer will document the approval, rationale, and number of days requested, on the IS04, Disciplinary Hearing Officer screen, and OR14, Comment screen. (4-4239)

(10)    Extensions may be granted, with limited timeframe as follows:

> Investigating Officers-15-day maximum
> Referring Authority-10-day maximum
> Disciplinary Hearing Officer-15-day maximum

(11)    The following list, which is not an all-inclusive list, provides some reasons for which additional time may be granted: (4-4239)

(A)     In the event of extenuating circumstances, investigating officers, referring authorities and /or Disciplinary Hearing Officers may request additional time beyond those noted in section 10. The request shall be made to the Assistant Chief Disciplinary Hearing Officer or the Chief Disciplinary Hearing Officer via email. These are the only staff authorized to approve extensions in excess of the times noted in section 10.

(B)     Law Enforcement or the District Attorney requests a suspension of the

disciplinary procedures to prevent interference with criminal investigations or prosecutions.

(C)     Witness(s) or evidence is not available or additional time is necessary to obtain additional information.

(D)     The accused offender is not available because of transfer for Restrictive Housing for Disciplinary Purposes (RHDP), medical or mental health reasons, or court appearance.

(c)     Offender Rights

(1)     The offender has a right to:
(A)     At least 24 hours advance written notice of the disciplinary charges before the hearing; (4-4236)

(B)     Be informed of the alleged misconduct, and to make verbal and/or written statements to the Investigating Officer; (4-4242)

(C)     Request in writing to the Investigating Officer, during the investigation, that a written witness statement(s) or evidence be gathered, or evidence or witness(s) be present at the hearing if charges are referred. If an offender is unable to write, he/she may request that the Investigating Officer transcribe his oral request(s), which the offender will sign, and date. Failure to make these requests on the offender witness form shall be deemed a waiver of such requests.

(D)     In cases involving offenders identified as M4 – M5, Behavioral Health staff will complete the DC–556M. Additionally, the Investigative Officer, Facility Head/Desginee or Disciplinary Hearing Officer may refer any offender to Behavioral Health staff when any offender displays obvious signs of mental health decline. This referral may occur at any time during the disciplinary process. Behavioral Health staff will conduct an evaluation and complete the DC-556M form within 5 business days from the date of the referral.

(E)     If the offender is identified as Developmentally Disabled, the offender's Case Manager or another DD trained Case Manager must be notified. The Case Manager must be present when the offender is advised of his rights, must assist with communicating statements, must be present when the offender is charged by the Facility Head/Designee, when the Disciplinary Hearing Officer meets with the offender, and must assist with completion of the disciplinary appeal form should the offender desire to appeal a guilty verdict. Assistance at each level shall be documented on a separate DC-138B, Statement by Witness form and on the appropriate screens (IS02, IS03, or IS04 and OR14 at each level).

(F)     Request the Facility Head/Designee to appoint a staff member to assist the offender at the hearing; (4-4243)

**Defendants' Response to Plaintiff's RFPD**
**Cobey Lakemper v. Hooks, et al; 5:20-CT-3083**            **RFPD 0017**

(G)   Be read the substance of the evidence and have the opportunity to explain or refute the evidence at the disciplinary hearing; and

(H)   Appeal to the Prisons Director.

(2)   The offender may waive specific rights in writing or by overt refusal to cooperate with the disciplinary procedures associated with those rights. Overt offender uncooperativeness that leads to a waiver of a right shall be witnessed by a minimum of two staff persons and documented in the record of the disciplinary process. This includes, but is not limited to any refusal to sign the DC-138A, Offender Rights form, the DC-138B, Statement by Witness form, the Offense and Disciplinary report (batch job #50), the Record of Hearing form (batch job #55), and/or the Waiver of Hearing and Plea of Guilty form (batch job #60 or #65). A right not waived or refused by the offender is retained by the offender.

(A)   Force should not be used to make an offender attend the hearing.

(B)   When an offender refuses to attend a hearing, the offender will be informed that the refusal to attend as scheduled is a waiver of the opportunity to attend and that the hearing will be conducted outside the offender's presence. (4-4241)

(C)   When an offender refuses to attend a hearing, the offender should be given the opportunity to make a written statement regarding his refusal to attend the hearing and/or providing information to be considered at the hearing. This statement should be submitted at the time of refusal so that the offender is not allowed to disrupt the hearing schedule. (4-4241)

(D)   The refusal to attend should be documented on the DC-138G, Refusal to Attend Disciplinary Hearing form, and witnessed by at least two staff persons, who should sign verifying they witnessed the offender's refusal. (4-4241)

(E)   The Disciplinary Hearing Officer will document that the offender refused to attend the hearing, signed or refused to sign the DC-138G, Refusal to Attend Disciplinary Hearing form, staff names who witnessed the refusal, and that the written statements from staff and/or the offender documenting the refusal were reviewed. (4-4241)

(F)   A refusal to attend a hearing only applies to the current hearing in question. By waiving a hearing, the offender does not automatically waive future hearings for other future disciplinary infractions.

(3)   Violation of these rights by staff may be grounds for dismissal of disciplinary charges.

(d)   Investigation Officer Appointment and Responsibilities

(1)   Each correctional facility should have one or more staff trained to serve as Investigating Officer. The Investigating Officer will be required to complete

**Defendants' Response to Plaintiff's RFPD**                                    **RFPD 0018**
**Cobey LaKemper v. Hooks, et al; 5:20-CT-03083-FL**

Case 5:20-ct-03083-FL   Document 381-37   Filed 04/05/24   Page 18 of 232

formal OSDT approved Disciplinary Hearing Officer Procedures training prior to being given an OPUS profile to conduct offender disciplinary investigations.

(2)     The Officer-In-Charge will notify the Investigating Officer when a report of possible misconduct is reported.

(3)     A staff person who is witness to an offense cannot serve as the Investigating Officer for that offense.

(4)     Responsibilities:

(A)     Fully investigate the alleged act of offender misconduct, which includes interviewing and acquiring a written statement from the person reporting the misconduct, the accused offender, and other witnesses, and employing other appropriate investigatory techniques.

(B)     Advise the accused offender, in writing and orally, if necessary, of the rights enumerated in Section .0205(c) of this policy.

(C)     Prepare a written investigation report on the IS02, Disciplinary Investigation screen and OR14, Comment screen, with appropriate comments. The report shall summarize the evidence gathered, disposition of money/stamps and/or contraband taken, interviews conducted, offender rights waived and/or requested, extensions requested/ approved, and written statements obtained during the investigation. Each written statement obtained should be summarized. If written statements are not taken from witnesses requested by the offender, their names and the explanation for not taking statements shall be included in the report. The names of witnesses requested by the offender to be present at the disciplinary hearing shall be included in the report, a written statement will be obtained from the requested witnesses to be present at the hearing, and a summary of each included in the report. The Investigating Officer may make recommendations regarding proceeding with formal disciplinary action, the presence of witnesses at the disciplinary hearing, and the particular offender conduct rule violation.

(D)     Complete and present to the Facility Head/Designee the disciplinary package including the Investigating Officer's Report (batch job #45), written witness statements, and forms documenting advisement of offender rights and compliance with policy requirements.

(E)     If necessary, acquire documented approval from the Facility Head/Designee to extend the investigation beyond the 72 hours from the beginning of the investigation.

(5)     The Investigating Officer is the only authorized investigatory staff member for the gathering of evidence.

(e)     Behavior Health Staff Responsibilities

(1)     When an offender is referred for a mental health evaluation during the

**Defendants' Response to Plaintiff's RFPD**                                    **RFPD 0019**
**Cobey Lakemper v. Hooks, et al; 5:20-CT-3083**

investigative process, Behavioral Health Staff will make a report on the DC-556M, as to:

    (A)    Whether the offender's current mental illness precludes participation in the disciplinary process, in which case the disciplinary hearing should be postponed;

    (B)    Whether factors related to serious mental illness should be considered during the disciplinary process (not an opinion regarding criminal responsibility) and;

    (C)    Whether the offender's mental status contraindicates assignment to Restrictive Housing

  (2)    The evaluation findings shall be forwarded to the Investigating Officer, filed as a part of the disciplinary record, and recorded in the electronic medical record (HERO).

  (3)    The Disciplinary Hearing Officer should follow the findings and recommendations of Behavior Health Staff in parts (A) and (C) above unless there are strong overriding security reasons not to do so. These reasons must be clearly documented by the Disciplinary Hearing Officer on the OR14, Comment screen, and approved by the Facility Head/Designee in consultation with the appropriate Psychology Program Manager/designee. Unresolved disagreements will be referred to the Regional Assistant Director of Behavioral Health, who may consult with the Deputy Director for Auxiliary Services. Information provided in part (B) should be considered in combination with other available evidence.

  (4)    All other issues related to the disciplinary process are referenced in the current Offender Disciplinary Policy and Procedure and shall be followed as directed.

(f)    Facility Head Responsibilities

  (1)    The disciplinary process is critical to the safe and orderly operation of prison facilities and the Facility Head is responsible for managing a fair and impartial process. Procedural correctness, protection of offender rights, thorough investigations, and proper documentation are the Facility Head/Designee's responsibility. The Facility Head/Designee shall review disciplinary hearings and dispositions to assure conformity with policy and procedure, as well as, sign and date the Offense and Disciplinary Report acknowledging the review. (4-4247)

  (2)    The Facility Head/Designee also has the following responsibilities:

    (A)    Ensure one or more staff is trained to serve as Investigating Officers by completing the required Disciplinary Hearing Officer Procedures training.

    (B)    Review the Investigating Officer's report and determine whether to counsel the offender or proceed with formal disciplinary action. If

**Defendants' Response to Plaintiff's RFPD**
**Cobey Lakemper v. Hooker, et al; 5:20-CT-3083**                                          **RFPD 0020**
Case 5:20-ct-03083-FL   Document 81-37   Filed 04/05/24   Page 20 of 232

counseling is used in lieu of formal disciplinary, it should be documented on the IS03, Disciplinary Charges and Plea screen, and the OR14, Comment screen, with appropriate comments and the appropriate counseling code.

(C)     Review the disciplinary package to ensure procedural correctness and the protection of offender rights.

(D)     May refer the case, in writing, back to the Investigating Officer for further investigation or to protect the offender's rights.

(E)     Decide whether to charge the offender with a disciplinary offense and, if so:

    (I)     determine the offense(s) with which the offender is to be charged;

    (II)    advise the offender of the charge(s);

    (III)   ask the offender if a staff representative is requested and, if so, appoint a staff member to this role;

    (IV)    complete the disciplinary report (batch job #50) by accessing the IS03, Disciplinary Charges and Plea screen, and provide the related comments on the OR14, Comment screen, to include but not be limited to, who, what, when, where, how, the offender's plea, rationale for sanctions if reduced below presumptive, requested extension(s), reason for request, number of days requested, and approval(s),etc.; Documentation on the OR14 screen is required for all decisions whether following presumptive or deviating from the same.

    (V)     give the offender a copy of the completed Offense and Disciplinary Report (batch job #50) with a summary that addresses the offense(s) for which the offender is being charged, and;

    (VI)    When required, authorize an extension to charge the offender beyond 72 hours.

(F)     Ensure that pertinent items of information, reports, evidence, the accused, needed witnesses, and if requested, a staff representative, are available at the time of the disciplinary hearing.

(G)     May appoint a staff member to present evidence to the Disciplinary Hearing Officer.

(H)     Shall appoint a recorder to assist the Disciplinary Hearing Officer.

(g)     Staff Representative Responsibilities

    (1)     If the appointed representative was a witness to the alleged misconduct, the Facility Head/Designee should be notified so a new representative may be

**Defendants' Response to Plaintiff's RFPD**
**Cobey Lakemper v. Hooks, et al; 5:20-CT-3083**                                    **RFPD 0021**

appointed.

(2)     The staff representative does not serve as an advocate or assume an adversarial role. The staff representative has no investigative authority.

(3)     Responsibilities:

    (A)     Assure that the offender has an opportunity to present their version of the facts to the Disciplinary Hearing Officer;

    (B)     Assist the offender with understanding the disciplinary process; and

    (C)     Make a written statement on the way the Representative assisted the accused offender.

(h)     Waiver of Hearing and Plea of Guilty

(1)     The offender may voluntarily plead guilty, waive a hearing before the Facility Head/Designee or Disciplinary Hearing Officer, and accept a sanction less than the presumptive sanctions specified in Section .0204 of this policy. At the Disciplinary Hearing Officer level, a plea of guilty and a waiver of hearing will be documented on the IS04, Disciplinary Hearing Officer screen, and the OR14, Comment screen. The Waiver of Hearing & Plea of Guilty Report (batch job #65) and the Offense and Disciplinary Report (batch job #50) should be printed. The Record of Hearing Report (batch job #55) will only be generated on plea of guilty for (A) class offenses. At the Referring Authority level, the IS03, Disciplinary Charges and Plea screen, would be accessed and documentation of the offender's guilty plea should be documented on the OR14, Comment screen. The Waiver of Hearing & Plea of Guilty Report (batch job #60) and the Offense and Disciplinary Report (batch job #50) should be printed. The sanction will be at least one class below the offense to which the offender is pleading guilty and sanctions active or suspension of the presumptive sanctions for the offense to which the offender is pleading guilty, at the discretion of the Facility Head/Designee, or the Disciplinary Hearing Officer. (4-4237)

(2)     The offender shall sign the printed Waiver of Hearing & Plea of Guilty report (DHO level batch job #65, Unit level batch job #60) indicating that the plea and waiver are freely given and are not the result of any coercion or intimidation. If the offender is unable to sign due to restraints, this will be documented on the form, on the OR14, Comment screen, and a second witness will sign the form attesting the offender could not sign. This waiver also waives the right to appeal. The offender will be given a copy of the signed document (batch job #60 or #65).

(i)     Disciplinary Hearing Officer Appointments (4-4240)

(1)     Disciplinary Hearing Officers shall be chosen to provide an impartial disciplinary hearing. No person who initiates the disciplinary charges or was a witness in the case may serve as a Disciplinary Hearing Officer.

(2)     The Prisons Director shall appoint and have trained one or more Disciplinary

**Defendants' Response to Plaintiff's RFPD**                                    **RFPD 0022**
**Cobey Lakemper v. Hooks, et al; 5:20-CT-3083**

Hearing Officers to hear and determine the disposition of formal disciplinary charges. These Disciplinary Hearing Officers will perform their responsibilities as full time and exclusive duties.

(j)     Disciplinary Hearing Officer Responsibilities

(1)     The Disciplinary Hearing Officer reviews all the evidence for referred disciplinary cases, including both direct and circumstantial evidence, determines guilt or innocence, and determines sanctions consistent with this policy.

(2)     Responsibilities:

(A)     Review the disciplinary package to ensure procedural correctness and the protection of offender rights;

(B)     Determine if the offender has been diagnosed with mental illness;

(C)     Arrange for a hearing within seven (7) days, excluding weekends and holidays, after the offender has been charged with an offense;

(D)     Assure the presence of the people and evidence needed for the hearing;

(E)     If necessary, refer the disciplinary back to the Facility Head/Designee for one of the reasons enumerated in policy section .0205(b)(11) or .0205(e)(1)(A);

(F)     Read the charges to the accused offender and obtain a plea of guilty or not guilty;

(G)     Read to the offender the witness statements and other evidence relating to guilt or innocence. Confidential information shall not be divulged in such a manner as to reveal the identity of the confidential source and/or jeopardize the safety of the confidential source;

(H)     Give the accused offender the opportunity to make a verbal statement, to refute or explain evidence, and to present relevant evidence. (4-4242)

(I)     Give witnesses, requested by the offender, the opportunity to testify either in person or by telephone; (4-4242)

(J)     Document on the IS04, Disciplinary Hearing Officer screen, and OR14, Comment screen, providing relevant comments, reasons for declining to call requested witnesses or allowing the accused to present items of physical evidence. The factors considered in determining to call witnesses or present evidence shall include but not be limited to: (4-4242)

(I)     relevance;

(II)    duplicative or cumulative testimony;

(III)   necessity;

       (IV)    offender's failure to make timely request for witnesses or physical evidence in advance of the hearing; and

       (V)    undue hazard related to the facility's safety or correctional goals

       Whenever the presentation of live testimony or physical evidence is denied by the Disciplinary Hearing Officer, written statements gathered by the Investigating Officer may be used. The reason(s) for denial shall be documented on the IS04, Disciplinary Hearing Officer screen, with comments on the OR14, Comment screen;

(K)    If the offender pleads guilty or is found guilty, the Disciplinary Hearing Officer may impose sanctions consistent with policy section .0204; Documentation is required for all decisions whether following presumptive sanctions or deviating from the same.

(L)    Enter the findings of guilty, not guilty or dismissal and the rationale on the IS04, Disciplinary Hearing Officer screen, and OR14, Comment screen, and advise the offender of the decision. If offender is unable to sign due to restraints, a second witness will sign the form attesting offender could not sign. The decision shall be based solely on information, direct and/or circumstantial, obtained in the hearing process including staff reports, the status of the offender charges, evidence from witnesses, and all pertinent documentation. Give the offender a copy of the written statement of the evidence relied upon and the reasons for the sanctions imposed by accessing Record of Hearing report (batch job #55). Thoroughly document the course of the hearing on the OR14, Comment screen; (4-4244)

(3)    Advise the offender of the right to appeal to the Prisons Director within 15 calendar days from the date of hearing. Appeal should be received by the Prison Director within 15 calendar days from the date of the hearing. (4-4245)

    (A)    Complete and distribute the Record of Hearing forms. (4-4245)

    (B)    A record of the hearing and findings is maintained for five years. (4-4240)

(k)    Appeal to the Prisons Director

    (1)    If the offender appeals to the Prisons Director, his/her Designee is authorized to:

        (A)    Approve the Disciplinary Hearing Officer's decision.

        (B)    Order a re-investigation or re-hearing in whole or in part.

        (C)    Disapprove the Disciplinary Hearing Officer's decision and dismiss the case.

        (D)    Reduce but not increase the sanctions determined by the Disciplinary

**Defendants' Response to Plaintiff's RFPD**                                        **RFPD 0024**
Cobey Lamar v. Hooks, et al; 5:20-CT-03083-FL

Hearing Officer.

(2)     The decision by the Disciplinary Hearing Officer shall be final. Such decision can only be approved or disapproved by the Prisons Director/Designee.

(3)     Appeals are only available for offenders convicted of disciplinary offenses. The Prisons Director/Designee cannot initiate an appeal of the Disciplinary Hearing Officer's final decision.

(4)     Any offender who elects to plead guilty may not appeal the guilty plea.

(5)     Tracking and notification to the facility and the offender will be accomplished via the IS05, Disciplinary Appeal screen, Alerts and Pending Reviews screens, and appropriate batch jobs, to include the Offender Appeal Decision Letter (batch job #40). The facility where the incident occurred shall print the Offender Appeal Decision Letter, give to the offender, and attach another copy with the disciplinary package. If the offender has transferred, the current housing facility should print the Offender Appeal Decision Letter and give to the offender.

(l)     Use of Offender Confidential Informant

(1)     If at all possible, written and signed statements should be obtained from the informant. These statements can be summarized by the person obtaining the statement so that the confidentiality of the informant is maintained. This summary statement will be a part of the disciplinary record; however, the confidential informant's statement will not be a part of the disciplinary record but will be made available to the Disciplinary Hearing Officer and maintained by the Facility Head/Designee in a confidential file for at least five (5) years. The staff member should sign the summary statement.

(2)     In the event the informant fears for his/her safety and is unwilling to write a statement, the staff member taking the statement will provide a summary as part of the disciplinary record. The interviewer's notes and the name of the informant will be maintained by the Facility Head/Designee in a confidential file. The statement written for the confidential file should be a thorough description of the informant's information. The staff member should sign, including date and time, the statement, and request the informant to sign or initial.

(3)     Before disciplinary action is taken based on information provided through confidential information, the following conditions should be met:

(A)     The staff member making the summary statement must know the informant, have used him/her in the past and found him/her reliable, and received the information from the informant based on the informant's personal or firsthand knowledge. The information would also be admissible if physical evidence or other reliable evidence, including similar statements by other informants, corroborates the informant's information.

(B)     The staff member should state the facts that support the reliability of the

**Defendants' Response to Plaintiff's RFPD**                              **RFPD 0025**
**Cobey Lakemper v. Hooks, et al; 5:20-CT-3083**

confidential informant's statement, which should be filed with the confidential informant's statement.

(C)     The Disciplinary Hearing Officer should review the confidential statement and the reliability of the informant, as documented by the person obtaining the confidential informant's statement, and state this review in the Record of Hearing, on the OR14, Comment screen.

(D)     All staff involved in the collection and usage of confidential information should take steps to ensure the informant's identity is not disclosed.

(m)    Rules Violation Related to Mental Illness

(1)     At any time during the disciplinary process, after offender misconduct has been identified, an authorized official may address the misconduct or otherwise dispose of the disciplinary action or rules violation when information indicates mental illness contributed significantly to the offender's behavior.

(2)     All offenders residing within the confines of Prisons must be held responsible and accountable for their actions; however, special consideration must be given to those offenders whose mental illness contributed significantly to their behavior and actions.

(3)     Offenders shall not be issued a rule violation for any of the following reasons:

(A)     The behavior occurred in connection with a cell extraction for the administration of involuntary medication or involuntary medical treatment.

(B)     The behavior occurred in connection with a cell extraction for transfer of the offender to a mental health inpatient unit or between mental health inpatient units.

(C)     The behavior occurred in connection with being placed in mental health restraints and or stabilization.

(4)     When any of these circumstances are met, the offender's conduct shall be documented on a separate DC-138B, statement by witness form. Any use of force used during these situations shall be documented appropriately on an Incident/Use of Force report form and screens for inclusion in the offender's central file.

(n)     Modifications

The Prisons Director may authorize modifications of this procedure consistent with its fundamental principles, provided any modification shall be in writing, approved by the Secretary of Public Safety and incorporated in the policies and procedures of the Department.

**_REFERENCE FORMS_**

Defendants' Response to Plaintiff's RFPD
Cobey Lakemper v. Hooks, et al; 5:20-CT-3085                                    **RFPD 0026**

The forms listed below are the forms used specifically for offender disciplinary packages. These forms are located on Prisons web page and maybe accessed by clicking the link below or as indicated. http://internal.doc.state.nc.us/dop/forms_main.htm .

DC-138A – Notice to Offender

DC-138B – Statement by Witness

DC-138F – Request for Extension of Time

DC-138G – Refusal to Attend Disciplinary Hearing

DC-556M – Disciplinary Behavioral Health Report * This form may be accessed at the facility providing mental health services.


_____                    July 17, 2017

_____                    _____
Director of Prisons                                 Date


B.0200_07_17_17 doc

Defendants' Response to Plaintiff's RFPD                          RFPD 0027
Cobey Lakemper v. Hooks, et al; 5:20 CT 3083

Case 5:20-ct-03083-FL   Document 81-37   Filed 04/05/24   Page 27 of 232



**State of North Carolina**
**Department of Public Safety**
**Prisons**

| | |
|---|---|
| Chapter: | B |
| Section: | .0200 |
| Title: | **Inmate Disciplinary Procedures** |
| Issue Date: | 03/28/16 |
| Supersedes: | 04/01/14 |

**POLICY AND PROCEDURE**

### .0201 GENERAL

Inmate conformity to prison rules is absolutely necessary for the orderly, safe, and secure operation of correctional facilities. Effective, fair, and consistent disciplinary procedures enhance the orderly operation of the facility and reinforce appropriate behavior and responsibility. Prisons shall promulgate inmate conduct rules and disciplinary procedures and sanctions for all new admissions to the prison system and make them available in conspicuous locations within each correctional facility. Inmate Disciplinary Policies and Procedures shall be reviewed annually and updated if necessary, by Prisons Chief Disciplinary Hearing Officer. (4-4226)

### .0202 DISCIPLINARY OFFENSES

Disciplinary offenses are divided into four (4) classes, which are Class A through Class D. Class A offenses are the most serious and Class D offenses are the least serious.

(a) The following are the Class A disciplinary offenses:

(A1) Seize or hold a hostage or in any manner unlawfully detain any person against his/her will;

(A2) Participate in a riot, insurrection, work stoppage or group demonstration, or incite/encourage others to riot, participate in an insurrection, work stoppage or other group demonstration;

(A3) Commit an assault on a staff member with a weapon or by any other means likely to produce injury, such as hitting, kicking, pushing, pulling, throwing objects;

(A4) Commit an assault on another with a weapon or any other means likely to produce injury;

(A5) Commit an assault on another inmate with intent to commit any sexual act;

(A6) Escaping or attempting to escape from any prison facility, community assignment, during transport, or from the supervision of DOC staff or its authorized agent. Attempt will include possession of escape plans, possession of any object that could aid in an escape, attempt to hide within the facility to affect an escape, or any other action that could result in escape if correctional staff did not intervene;

(A7) Possess, manufacture, and/or detonate an incendiary or explosive device;

(A8) Set a fire that endangers the life of another person or damages state property;

(A9) Commit an assault on a staff member by throwing liquids, (including but not limited to urine and feces), or spitting on a staff member;

*Page 1 of 24*

(A10)  Fight or engage in a mutual physical confrontation involving weapons (including but not limited to knives, locks, and razors), or resulting in outside medical attention;

(A11)  Commit an assault on a staff member with intent to commit any sexual act;

(A12)  Manufacture, possess, introduce, sell or use any unauthorized controlled substance, unauthorized intoxicant or alcoholic beverage, or possess associated paraphernalia;

(A13)  Refuse to submit to a drug test or breathalyzer test, or interfere with the taking of such tests;

(A14)  Participate in, or organize, whether individually or in concert with others, any gang or Security Threat Group (STG), or participate in any activity or behavior associated with a Security Threat Group;

(A15)  Offer, give, solicit or accept a bribe, or offer to give or withhold anything to persuade staff to neglect duties or perform favors;

(A16)  Possess or use in any manner any type of unauthorized recording or image taking device or any type of unauthorized communication device whether audio, video , or any device that has direct outside communication capability: e.g. internet, email, instant message. Examples include but are not limited to smart phones, mobile cellular phones, desktops, laptop, personal digital assistants, cameras, tape recorders or digital recorders that can be used to send and/or receive any type of messages/images for any purpose;

(A17)  Commit an assault on any person, other than an employee or inmate, with intent to commit any sexual act;

(A18)  Knowingly make to any person a false oral or written allegation about a staff member that, if true, could expose the staff member to criminal liability;

(A19)  Commit an assault on another by throwing liquids (including but not limited to urine and feces), or spitting on another;

(A20)  Wrongfully take, give away, or carry away, canteen inventory/cash, which results in a loss of more than one hundred dollars ($100.00);

(A21)  Extortion, strong-arming, verbal or physical intimidation for personal or financial gain;

(A98)  Deliberately provide false and/or misleading information to staff during an investigation related to any offense in this class;

(A99)  Attempt to commit any of the above-listed offenses, aid another person to commit any of the above-listed offenses, or make plans to commit any of the above-listed offenses.  It shall be no defense that an individual was prevented from completing any of the above-listed offenses by prison staff or intervening circumstances.

(b)     The following are the Class B disciplinary offenses:

(B1)   Possess or have under control any weapon or instrument to aid in an assault, insurrection or riot;

(B2)   Flood cell(s);

(B3)   Willfully tamper with, damage or block any camera, locking device, fence, door, gate or window;

**Defendants' Response to Plaintiff's RFPD**                                          **RFPD 0029**
**Cobey Lakamper v. Hooks, et al; 5:20-CT-3083**

(B4)   No longer in use. See offense A12.

(B5)   Knowingly inhale, smell or breathe any vapors, fumes or odors, or possess for the purpose of inducing or attempting to induce intoxication through inhalation; or possess, inject, or ingest any non-controlled substance for the purpose of altering mental or physical capacity;

(B6)   Commit, solicit or incite others to commit any sexual act or indecently expose oneself, or touch the sexual or other intimate parts of oneself or another person for the purpose of sexual gratification;

(B7)   Instigate or provoke an assault on another;

(B8)   Interfere with a staff member in the performance of his or her duties;

*(B9)  Violate any law of the State of North Carolina or the United States of America;

(B10)  Commit or incite others to commit acts, which spread or may spread communicable diseases, or possess any instruments capable of spreading communicable diseases (including but not limited to tattooing instruments and needles);

(B11)  No longer in use. See offense A13.

(B12)  Leave, quit without authorization, fail to report, or neglect to adhere to approved schedules for community-based programs;

(B13)  Instigate or provoke an assault on a staff member;

(B14)  Willfully damage, destroy, alter, tamper with or lose State property or property belonging to another;

(B15)  Communicating directly, indirectly, via a third party, or in any manner with victims, or family members of the victims, who have requested in writing to Department of Public Safety officials that such communication is unwanted; and/or notified in writing by Department of Public Safety officials of a no contact order;

(B16)  Possess any tobacco products or paraphernalia; or possess unauthorized lighters or lighting devices; or use any tobacco products;

(B17)  Causing work stoppage, or delaying work while on community work assignment in the community, causing the inmate to be returned to the facility due to inmate misconduct;        /

(B18)  Threaten to harm or injure staff; (Formerly C12)

(B19)  Sell, accumulate, give, misuse, or hide medication; (Formerly C1)

(B20)  Commit an assault on a staff member in a manner unlikely to produce injury;

(B21)  Commit an assault on another in a manner unlikely to produce injury;

(B98)  Deliberately provide false and/or misleading information to staff during an investigation related to any offense in this class;

(B99)  Attempt to commit any of the above-listed offenses, aid another person to commit any of the above-listed offenses, or make plans to commit any of the above-listed offenses. It shall be no defense that an individual was prevented from completing any of the above-listed offenses by prison staff or intervening circumstances.

* An inmate should only be charged with Offense B9 in cases wherein a specific statute has been violated and the act is not covered by current Prisons disciplinary offenses. The specific statute should be cited.

**Defendants' Response to Plaintiff's RFPD**
**Cobey Lakamper v. Hooks, et al; 5:20-CT-3083**
Case 5:20-ct-03083-FL  Document 81-37  Filed 04/05/24  Page 30 of 232
**RFPD 0030**

(c)     The following are Class C disciplinary offenses:

(C1)    No longer in use. See Offense B19.

(C2)    Direct toward or use in the presence of any State official, any member of the prison staff, any inmate, or any member of the general public, oral or written language or specific gestures or acts that are generally considered disrespectful, profane, lewd, or defamatory;

(C3)    Willfully disobey or fail to obey or cause another inmate to disobey or fail to obey any lawful order of a prison official or employee, or any other lawful order to which subject;

(C4)    Fight or engage in mutual physical confrontation not involving weapons, or not involving outside medical attention;

(C5)    Offer, give, solicit or accept a bribe or offer to give or withhold anything to persuade another to neglect duties or perform favors;

(C6)    Leave, quit without authorization, fail to report to any facility job, work or program assignment, or scheduled appointment;

(C7)    Threaten to harm or injure another or threaten to damage the property of any person;

(C8)    Wrongfully take or carry away the personal property of another or State property or accept or buy such property with the knowledge it has been wrongfully taken;

(C9)    Barter or trade; loan or borrow; solicit or engage in any business activity;

(C10)   No longer in use.

(C11)   Misuse or use without authorization, the telephone or mail;

(C12)   No longer in use. See Offense B18.

(C13)   Willfully create a hazardous or physically offensive condition or situation; (Formerly Offense D5)

(C14)   Possess funds in a form other than authorized by Prisons' Policy, in excess of the authorized amount, or from an unauthorized source; (Formerly Offense D10)

(C15)   Possess stamps in excess of the authorized amount as specified in Prisons' Policies;

(C99)   Attempt to commit any of the above-listed offenses, aid another person to commit any of the above-listed offenses, or make plans to commit any of the above-listed offenses. It shall be no defense that an individual was prevented from completing any of the above-listed offenses by prison staff or intervening circumstances.

(d)     The following are the Class D disciplinary offenses:

(D1)    Be in an unauthorized location;

(D2)    Negligently fail to perform or complete assigned duties;

(D3)    Possess contraband not constituting a threat of escape or a danger of violence;

(D4)    Gamble or possess gambling paraphernalia;

(D5)    No longer in use. See Offense C13.

(D6)    Fail to go to bed when the lights are dimmed or get up during the night without securing permission of the correctional staff;

**Defendants' Response to Plaintiff's RFPD**                    **RFPD 0031**
**Cobey Lakemper v. Hooker et al; 5:20-CT-3083**

(D7)    Exchange articles of clothing/linen/sheets, possess unauthorized or excess clothing/linen/sheets, or mutilate or alter State issued clothing/linen/sheets or wear or use same;

(D8)    Counterfeit, forge, alter or reproduce without authorization any document, article of identification, stamps or other papers, or knowingly possess such falsified materials;

(D9)    No longer in use. See Offense B14.

(D10)   No longer in use. See Offense C14.

(D11)   No longer in use. See Offense C14.

(D12)   Fail to keep living quarters in a clean and/or proper condition;

(D13)   Fail to observe basic standards of personal hygiene in bathing and grooming;

(D14)   Feign physical or mental illness or disablement for any purpose;

(D15)   Misuse prison supplies;

(D16)   Assist another person with litigation or legal matters;

(D99)   Attempt to commit any of the above-listed offenses, aid another person to commit any of the above-listed offenses, or make plans to commit any of the above-listed offenses. It shall be no defense that an individual was prevented from completing any of the above-listed offenses by prison staff or intervening circumstances.

## .0203  ADMINISTRATIVE FEES

(a)    All inmates whose offenses result in a guilty disposition will be assessed an administrative fee of $10.00 through the Inmate Banking module of OPUS. Only one fee per disciplinary report is to be assessed regardless of the number of charges or number of reinvestigations.

(b)    All administrative fees will be electronically collected through Inmate Banking and transferred to the General Fund.

## .0204  AUTHORIZED DISCIPLINARY PUNISHMENTS

Presumptive punishments are established for the four (4) classes of offenses. Unless the punishment is decreased or suspended by the Hearing Officer per section .0204(e)(4) and (5), or decreased or suspended by the Facility Head/Designee per section .0204(e)(6) and (f)(2), all the presumptive punishments listed for each class may be imposed for conviction of a disciplinary offense within the given class. The Facility Head/Designee may void any disciplinary punishment. In those cases where the Facility Head/Designee voids a disciplinary punishment, designated staff shall forward a memorandum documenting this action to the Chief Disciplinary Hearing Officer who shall ensure that it is documented in the inmate's appropriate electronic file. The presumptive punishments are as follows:

(a)    For a Class A offense, the following presumptive punishments are authorized:

(1)    Confinement in disciplinary segregation for up to 60 days.

(2)    Demotion from minimum to medium custody, or medium to close custody.

**Defendants' Response to Plaintiff's RFPD**
**Cobey Lakemper v. Hooks, et al, 5:20-CV-3083**

Case 5:20-ct-03083-FL   Document 81-37   Filed 04/05/24   Page 32 of 232

**RFPD 0032**

(3)     Loss of up to 40 days sentence credits, as applicable.

(4)     Up to 50 hours extra duty within the next 60 days following the hearing or release from disciplinary segregation.  Not more than 4 hours shall be performed on a workday and not more than 8 hours on other days.

(5)     Loss of up to three (3) privileges for a period not to exceed 6 months.

(6)     Limit weekly trust fund withdrawals to $ 10.00 for a period not to exceed 6 months.

(b)     For a Class B offense, the following presumptive punishments are authorized:

(1)     Confinement in disciplinary segregation for up to 45 days.

(2)     Demotion from minimum to medium custody.

(3)     Loss of up to 30 days sentence credits, as applicable.

(4)     Up to 40 hours extra duty within the next 60 days following the hearing or release from disciplinary segregation.  Not more than 4 hours shall be performed on a workday and not more than 8 hours on other days.

(5)     Loss of up to two (2) privileges for a period not to exceed 4 months.

(6)     Limit weekly trust fund withdrawals to $10.00 for a period not to exceed 4 months.

(c)     For a Class C offense, the following presumptive punishments are authorized:

(1)     Confinement in disciplinary segregation for up to 30 days.

(2)     If the inmate is in minimum custody, demotion to minimum custody level I or level II.

(3)     Up to 30 hours extra duty within the next 45 days following the hearing or release from disciplinary segregation.  Not more than 4 hours shall be performed on a workday and not more than 8 hours on other days.

(4)     Loss of up to two (2) privileges for a period not to exceed 2 months.

(5)     Loss of up to 20 days sentence credits, as applicable.

**Defendants' Response to Plaintiff's RFPD**                           **RFPD 0033**
**Cobey Lakemper v. Hooks, et al; 5:20-CT-3083**

Case 5:20-ct-03083-FL   Document 81-37   Filed 04/05/24   Page 33 of 232

      (6)     Limit weekly trust fund withdrawals to $10.00 for a period not to exceed 2 months.

(d)    For a Class D offense, the following presumptive punishments are authorized:

      (1)     Confinement in disciplinary segregation for up to 15 days.

      (2)     Loss of one (1) privilege for a period not to exceed 1 month.

      (3)     Up to 20 hours extra duty within the next 30 days following the hearing or release from disciplinary segregation. Not more than 4 hours shall be performed on a workday and not more than 8 hours on other days.

      (4)     Loss of up to 10 days sentence credits, as applicable.

      (5)     Limit weekly trust fund withdrawals to $10.00 for a period not to exceed 1 month.

(e)    Other Requirements:

      (1)     When initiating disciplinary procedures for an inmate found possessing excess stamps, funds in a form other than that authorized or in excess of the authorized amount, the Facility Head/Designee shall place all of the money/excess stamps found in the inmate's possession in accordance with current Prisons policy for money and stamps. The disposition is to be included in the Investigation Officer's report. Upon a guilty verdict, the disposition of money/stamps taken will be documented on the OR14, Comment screen, at the level the verdict is rendered. Balances of money and stamps will be transferred in accordance with current Prisons policy for money and stamps if the inmate is found guilty. Excess stamps taken will be documented on the OR14, Comment screen, at the level the verdict is rendered and disposed of in accordance with current Prisons policy Authorized Items.

      (2)     Inmate personal property that is confiscated in conjunction with a disciplinary offense will be treated as contraband and documented on the OR14, Comment screen, by the Investigating Officer. Following a verdict of guilty, the Facility Head/Designee or Disciplinary Hearing Officer shall dispose of the property in accordance with current Prisons policy for Disposal of Unauthorized Personal Property and the disposition will be documented on the OR14, Comment screen, by the Facility Head/Designee or the Disciplinary Hearing Officer. Balances in the Unauthorized Funds account will be transferred in accordance with current Prisons policy if the inmate is found guilty.

      (3)     Should the Facility Head/Designee or Disciplinary Hearing Officer restrict the Trust Fund withdrawal to $10.00 per week, the action will be applied electronically through the OPUS Inmate Banking system.

**Defendants' Response to Plaintiff's RFPD**
**Cobey Lakamper v. Hooks, et al, 5:20-CV-3083**

Case 5:20-ct-03083-FL Document 81-37    Filed 04/05/24    Page 34 of 232

**RFPD 0034**

(4)    The Disciplinary Hearing Officer may decrease the presumptive punishment under any Class, A - D. The reason shall be recorded on the IS04, Disciplinary Hearing Officer screen, with comments via OR14, Comment screen. In the case of multiple charges incurred from a single incident report, the total amount of disciplinary segregation imposed shall be limited to the maximum allowed for a Class A offense, and no single privilege shall be suspended for more than six (6) months. Periods of suspension of the same privilege shall run consecutively. Periods of suspension of unlike privileges shall run concurrently.

(5)    The Disciplinary Hearing Officer may suspend part or all of the presumptive punishment for a period not to exceed 6 months. The reason for suspending punishment shall be recorded on the IS04, Disciplinary Hearing Officer screen, via the OR14, Comment screen. The Disciplinary Hearing Officer may activate a suspended punishment if a disciplinary conviction occurs during the suspension time period.

(6)    The Facility Head/Designee may decrease the presumptive punishment under any class B-D. The reason for the decrease of presumptive punishment or suspension of any part of the presumptive punishment shall be recorded on the IS03, Charges and Plea screen, with comments via OR14, Comment screen. No single offense to which an inmate voluntarily pleads and waives a hearing before the Facility Head/Designee or Disciplinary Hearing Officer shall result in active punishment greater than the presumptive punishment for the offense that is one class below the offense charged or suspension of all the presumptive punishment of the class charged. In the case of multiple charges incurred from a single incident report, the total amount of disciplinary segregation imposed shall be limited to the maximum allowed for a class A offense, and suspension of any privilege type shall be limited to six (6) months.

(7)    The Facility Head/Designee may also activate a suspended punishment if a disciplinary conviction occurs during the suspension time period in the case of a waiver of hearing and plea of guilty.

(8)    Punishment is active immediately and may be imposed immediately by the Facility Head/Designee. Appeal of the disciplinary will not delay punishment from being imposed.

(9)    Administrative segregation is authorized to provide necessary control while completing an investigation. No inmate may be placed in administrative segregation for more than 72 hours without the documented approval of the Facility Head/Designee. The time that the inmate is assigned on administrative segregation awaiting disposition of an offense shall be credited toward any disciplinary segregation subsequently imposed for the incident. (4-4235)

Defendants' Response to Plaintiff's RFPD                                      **RFPD 0035**
Cobey Lakemper v. Hooks, et al; 5:20-CT-3083

(10)   If for any reason a sanction is not fully completed within six (6) months from the date of imposition, or date of activation of a suspended sentence, then the remaining balance will automatically become null and void.

(11)   Continuous confinement of an inmate to disciplinary segregation for more than thirty (30) days requires review and approval by the Facility Head/Designee. An inmate will not serve more than sixty (60) consecutive days in disciplinary segregation. (4-4255)

(12)   Food may not be used as a form of disciplinary punishment. (4-4320)

(13)   If an inmate should be found not guilty of an alleged violation, the disciplinary report is removed from all of the inmate's files automatically by OPUS. (4-4246)

(f)   Other Requirements Which Apply to Specific Classifications of Offenses:

(1)   When an inmate is charged with a Class A offense, the inmate must be referred to the Disciplinary Hearing Officer for disposition and the Referring Authority should document this on the IS03 screen and comments via the OR14, Comment screen.

(2)   Suspension of privileges as presumptive punishment for Class C and D offenses may occur during or after disciplinary segregation, at the discretion of the Facility Head/Designee.

(3)   When an inmate pleads guilty to an authority for a Class D offense, the punishment will be a suspended Class D punishment.

(4)   Inmates who escape while participating on work release, study release, home leave, or any other program authorized under G.S. 148.4 are subject to administrative disciplinary action as follows:

(i)   The inmate should be charged with disciplinary infraction B-12, (Leave, quit without authorization, fail to report, or neglect to adhere to approved schedules for community based programs) if the inmate:

- Voluntarily returns to the off-site community-based program site prior to facility staff being notified he/she is unaccounted for;

- Voluntarily returns to the facility within 24 hours and prior to the initiation of escape procedures; (Escape procedures should be put into effect as soon as staff learn an inmate has left from a community-based program); and

**Defendants' Response to Plaintiff's RFPD**                                              **RFPD 0036**
**Cobey Lakemper v. Hooks, et al; 5:20-CV-3083**

- Commits no new criminal offenses while away from his/her assigned location regardless of when he/she returned to custody.

(ii) The inmate should be charged with disciplinary infraction A-06, (escape or attempting to escape-this includes possessing any materials that could assist with an escape) if the inmate:

- Does not voluntarily return to the off-site community-based program or the prison facility prior to initiation of escape procedures;

- Does not return to the facility within 24 hours of leaving the community-based program; or

- Commits any criminal offense while away from his/her assigned location.

## .0205 DISCIPLINARY PROCEDURES

(a) Reporting and Preventing Misconduct

(1) Any Department of Public Safety employee or agent who witnesses an act of misconduct on the part of an inmate or inmates shall take appropriate action to prevent continuation of the misconduct.

(2) The employee(s) witnessing the misconduct or other appropriate staff may try to counsel the inmate to stop the misbehavior and prevent recurrence.

(3) When counseling is not appropriate or is ineffective, a written report of the actual or suspected misconduct should be presented to the Facility Head/Designee as soon after the incident as practical. The written report should include, but not be limited to, details of the reported misconduct, any unusual inmate behavior, any staff witnesses, any physical evidence and its disposition, any immediate action taken, including the use of force, and the reporting party's signature and date and time of report.

(4) Anyone, including inmates, may report inmate misconduct. When a report of inmate misconduct is received from someone other than an employee, a written witness statement should be requested.

(b) Time Frames

**Defendants' Response to Plaintiff's RFPD**                          **RFPD 0037**
**Cobey Lakamper v. Hooks, et al; 5:20-CT-3088**

(1)     The Officer-In-Charge should assign an Investigating Officer within 24 hours after being notified of actual or suspected inmate misconduct or after being notified of a reinvestigation by the Disciplinary Hearing Officer or the Chief Disciplinary Hearing Officer via the IP51 0 25 screen. Assignment will be documented on the IS02, Disciplinary Investigation screen, and comments can be made on the OR14, Comment screen.

(2)     When an alleged rule violation is reported or a reinvestigation has been ordered, an appropriate investigation is begun within 24 hours of the time the violation is reported or ordered for reinvestigation and is completed without unreasonable delay unless an extension is granted and documented by the appropriate authority. The Investigating Officer will document the start of the investigation on the IS02, Disciplinary Investigation screen and on the OR14, Comment screen. (4-4234)

(3)     The Investigating Officer should submit the investigative report through use of the IS02, Disciplinary Investigation screen and process and summarize the results on the OR14, Comment screen. This report should be completed and submitted to the Facility Head/Designee within 72 hours of beginning the investigation unless an extension is granted and documented by the appropriate authorization. (4-4236/4-4240)

(4)     The Facility Head/Designee will access completed investigations via the IP51 0 20, Pending Review screen. That authority will review the investigation within 72 hours and decide if formal disciplinary action, or further disciplinary action in the case of a rehearing ordered by the Chief Disciplinary Hearing Officer, is required unless additional time is granted and documented by the appropriate authority.  If disciplinary action is required, the authority/designee will document formal charges on the IS03, Disciplinary Charges and Pleas screen. The summary of the charges will be documented on the OR14, Comment screen. The disciplinary report will then be printed and the inmate should be advised in writing of the charges and given a copy within this time frame. A plea of guilty and waiver of hearing should be documented on the IS03, Disciplinary Charges and Pleas screen and on the OR14, Comment screen. (4-4230/4-4238/4-4240)

(5)     The Disciplinary Hearing Officer will access referrals via IP51 0 21, Pending Review screen, convene the disciplinary hearing, and document the proceedings on the IS04, Disciplinary Hearing Officer screen and on the OR14, Comment screen within seven (7) days, excluding weekends and holidays, after the inmate has been charged with an offense unless an extension is granted.  A plea of guilty and waiver of hearing should be documented on the IS04, Disciplinary Hearing Officer screen and on the OR14, Comment screen. The disposition of the charge is to be documented on the IS04, Disciplinary Hearing Officer screen and the summary of the hearing will be entered as comments on OR14, Comment screen.

**Defendants' Response to Plaintiff's RFPD**                              **RFPD 0038**
**Cobey La Kemper v. Brooks, et al. 5:20-CT-3088**
Case 5:20-ct-03088-BL Document 81-37    Filed 04/05/24    Page 38 of 232

(6)     The inmate may appeal a guilty finding by the Disciplinary Hearing Officer in writing to the Prisons Director within 15 calendar days from the date of hearing. The appeal shall be received by the Prisons Director within 15 calendar days from the date of the hearing.

(7)     The Prisons Director/Designee will log receipt of the appeal and supporting documents on the IS05, Disciplinary Appeal screen. Tracking and notification to the facility and the inmate will be accomplished via the IS05, Appeal screen, and batch jobs, to include appropriate alerts, pending reviews, and appeal letters. The designated facility staff should monitor these transactions daily. The review should be completed within thirty (30) calendar days of receipt of the inmate's appeal and the inmate promptly notified of the results. (4-4248)

(8)     The Facility Head/Designee may grant in writing additional time for charging the inmate. The Facility Head/Designee will document the approval, rationale, and number of days requested, on the IS03, Disciplinary Charges and Pleas screen and OR14, Comment Screen. No more than thirty (30) days can be requested at one time. Multiple extensions can be requested as appropriate.

(9)     Assistant Chief Disciplinary Hearing Officer may grant in writing additional time for convening the Disciplinary Hearing. The Disciplinary Hearing Officer will document the approval, rationale, and number of days requested, on the IS04, Disciplinary Hearing Officer screen, and OR14, Comment screen. (4-4239) No more than thirty (30) days can be requested at one time. Multiple extensions can be requested as appropriate.

(10)    The following list, which is not an all-inclusive list, provides some reasons for which additional time may be granted: (4-4239)

   (A)     Essential staff or other persons are not available due to holidays, leave, regularly scheduled days off, or other factors that prevent the individual from being available.

   (B)     Law Enforcement or the District Attorney requests a suspension of the disciplinary procedures to prevent interference with criminal investigations or prosecutions.

   (C)     Witness(es) or evidence is not available or additional time is necessary to obtain additional information.

   (D)     The accused inmate is not available because of transfer for segregation, medical or mental health reasons, or court appearance.

**Defendants' Response to Plaintiff's RFPD**                  **RFPD 0039**
Cobey Lakemper v. Hooks et al, 5:20-CV-00883

(c)     Inmate Rights

(1)     The inmate has a right to:

(A)     At least 24 hours advance written notice of the disciplinary charges before the hearing; (4-4236)

(B)     Be informed of the alleged misconduct, and to make verbal and/or written statements to the Investigating Officer; (4-4242)

(C)     Request in writing to the Investigating Officer, during the investigation, that a written witness statement(s) or evidence be gathered, or evidence or witness(es) be present at the hearing if charges are referred.  If an inmate is unable to write, he may request that the Investigating Officer transcribe his oral request(s) which the inmate will sign and date.  Failure to make these requests on the inmate witness form shall be deemed a waiver of such requests.

(D)     Request the Facility Head/Designee to appoint a staff member to assist the inmate at the hearing; (4-4243)

(E)     Be read the substance of the evidence and have the opportunity to explain or refute the evidence at the disciplinary hearing; and

(F)     Appeal to the Prisons Director.

(2)     The inmate may waive specific rights in writing or by overt refusal to cooperate with the disciplinary procedures associated with those rights.  Overt inmate uncooperativeness that leads to a waiver of a right shall be witnessed by a minimum of two staff persons and documented in the record of the disciplinary process.  This includes, but is not limited to any refusal to sign the DC-138A, Inmate Rights form, the DC-138B, Statement by Witness form, the Offense and Disciplinary report (batch job #50), and Record of Hearing form (batch job #55). A right not waived or refused by the inmate is retained by the inmate.

(A)     Force should not be used to make an inmate attend the hearing.

(B)     When an inmate refuses to attend a hearing, the inmate will be informed that the refusal to attend as scheduled is a waiver of the opportunity to attend and that the hearing will be conducted outside the inmate's presence. (4-4241)

**Defendants' Response to Plaintiff's RFPD**                                    **RFPD 0040**
**Cobey Lakemper v. Hooks, et al; 5:20-CV-3083**

      (C)    When an inmate refuses to attend a hearing, the inmate should be given the opportunity to make a written statement regarding his refusal to attend the hearing and/or providing information to be considered at the hearing. This statement should be submitted at the time of refusal so that the inmate is not allowed to disrupt the hearing schedule. (4-4241)

      (D)    The refusal to attend should be documented on the DC-138G, Refusal to Attend Disciplinary Hearing form, and witnessed by at least two staff persons, who should sign verifying they witnessed the inmate's refusal. (4-4241)

      (E)    The Disciplinary Hearing Officer will document that the inmate refused to attend the hearing, signed or refused to sign the DC-138G, Refusal to Attend Disciplinary Hearing form, staff names who witnessed the refusal, and that the written statements from staff and/or the inmate documenting the refusal were reviewed. (4-4241)

      (F)    A refusal to attend a hearing only applies to the current hearing in question. By waiving a hearing, the inmate does not automatically waive future hearings for other future disciplinary infractions.

   (3)    Violation of these rights by staff may be grounds for dismissal of disciplinary charges.

(d)    Investigation Officer Appointment and Responsibilities

   (1)    Each correctional facility should have one or more staff trained to serve as Investigating Officer. The Investigating Officer will be required to complete formal OSDT approved Disciplinary Hearing Officer Procedures training prior to being given an OPUS profile to conduct inmate disciplinary investigations.

   (2)    The Officer-In-Charge will notify the Investigating Officer when a report of possible misconduct is reported.

   (3)    A staff person who is witness to an offense cannot serve as the Investigating Officer for that offense.

   (4)    Responsibilities:

      (A)    Fully investigate the alleged act of inmate misconduct, which includes interviewing and acquiring a written statement from the person reporting the misconduct, the accused inmate, and other witnesses, and employing other appropriate investigatory techniques.

**Defendants' Response to Plaintiff's RFPD**
**Cobey Lakamper v. Hooker et al; 5:20-CT-3088**                                          **RFPD 0041**

(B)    Advise the accused inmate, in writing and orally, if necessary, of the rights enumerated in Section .0205(c) of this policy.

(C)    Determine if the inmate is an inpatient mental health resident and, if so, notify the Inpatient Mental Health Director/Designee of the charges and the circumstances involved.  If the inmate is an inpatient mental health resident, a Mental Health Representative must be present when the inmate is advised of his rights, must assist with communicating statements, must be present when the inmate is charged by the Facility Head/Designee, when the Disciplinary Hearing Officer meets with the inmate, and must assist with completion of the disciplinary appeal form should the inmate desire to appeal a guilty verdict. Assistance at each level shall be documented on a separate DC-138B, Statement by Witness form and on the appropriate screens (IS02, IS03, or IS04 and OR14 at each level).

(D)    Determine if the inmate is identified as Developmentally Disabled and, if so, notify the inmate's Case Manager or another DD trained Case Manager.  The Case Manager must be present when the inmate is advised of his rights, must assist with communicating statements, must be present when the inmate is charged by the Facility Head/Designee, when the Disciplinary Hearing Officer meets with the inmate, and must assist with completion of the disciplinary appeal form should the inmate desire to appeal a guilty verdict. Assistance at each level shall be documented on a separate DC-138B, Statement by Witness form and on the appropriate screens (IS02, IS03, or IS04 and OR14 at each level).

(E)    During the course of the investigation, should the Investigating Officer determine that the inmate exhibited behavior not covered by (C) or (D) above, which may be associated with a severe mental health abnormality; the Investigating Officer should then consult with the appropriate health staff.

(F)    Prepare a written investigation report on the IS02, Disciplinary Investigation screen and OR14, Comment screen, with appropriate comments. The report shall summarize the evidence gathered, disposition of money/stamps and/or contraband taken, interviews conducted, inmate rights waived and/or requested, extensions requested/ approved, and written statements obtained during the investigation. Each written statement obtained should be summarized. If written statements are not taken from witnesses requested by the inmate, their names and the explanation for not taking statements shall be included in the report. The names of witnesses requested by the inmate to be present at the disciplinary hearing shall be included in the report, a written statement will be obtained from the requested witnesses to be present at the

**Defendants' Response to Plaintiff's RFPD**                                          **RFPD 0042**
Cobey Lakemper, et al.

hearing, and a summary of each included in the report. The Investigating Officer may make recommendations regarding proceeding with formal disciplinary action, the presence of witnesses at the disciplinary hearing, and the particular inmate conduct rule violation.

(G)    Complete and present to the Facility Head/Designee the disciplinary package including the Investigating Officer's Report (batch job #45), written witness statements, and forms documenting advisement of inmate rights and compliance with policy requirements.

(H)    If necessary, acquire documented approval from the Facility Head/Designee to extend the investigation beyond the 72 hours from the beginning of the investigation.

(5)    The Investigating Officer is the only authorized investigatory staff member for the gathering of evidence.

(e)    Inpatient Mental Health Program Director Responsibilities

(1)    When a mental health inpatient is being investigated for a disciplinary offense, the Treatment Team or Treatment Team Leader should make a report on the DC-556M, Treatment Team form, as to:

(A)    Whether the patient's current mental illness precludes participation in the disciplinary process, in which case the disciplinary hearing should be postponed;

(B)    Whether the patient's mental illness contributed significantly to the alleged disciplinary offense; and

(C)    Whether the patient's mental status contraindicates any particular form of punishment.

(D)    Whether the inmate requires staff assistance.

(2)    The evaluation findings and recommendations shall be forwarded to the Investigating Officer, filed as a part of the disciplinary record, and filed in the inmate's inpatient mental health records. The Treatment Team Leader/Designee shall sign the report.

(3)    The Disciplinary Hearing Officer should follow the evaluation, findings and recommendations of the patient's Treatment Team, Treatment Team Coordinator, or Primary Therapist unless there are strong overriding security reasons not to do so.

**Defendants' Response to Plaintiff's RFPD**                                        **RFPD 0043**
**Cobey Lakemper, et al. v. Hooks, et al.**   Case 5:20-ct-03085-FL   Document 81-37   Filed 04/05/24   Page 43 of 232

These reasons must be clearly documented by the Disciplinary Hearing Officer on the OR14, Comment screen, and approved by the Facility Head/Designee in consultation with the appropriate Mental Health Coordinator. Unresolved disagreements will be referred to the Chief of Medical Services/Designee who may consult with the Assistant Director of Support Services for resolution.

(f)     Facility Head Responsibilities

(1)     The disciplinary process is critical to the safe and orderly operation of prison facilities and the Facility Head is responsible for managing a fair and impartial process. Procedural correctness, protection of inmate rights, thorough investigations, and proper documentation are the Facility Head/Designee's responsibility. The Facility Head/Designee shall review disciplinary hearings and dispositions to assure conformity with policy and procedure, as well as, sign and date the Offense and Disciplinary Report acknowledging the review. (4-4247)

(2)     The Facility Head/Designee also has the following responsibilities:

(A)     Review the Investigating Officer's report and determine whether to counsel the inmate or proceed with formal disciplinary action. If counseling is used in lieu of formal disciplinary, it should be documented on the IS03, Disciplinary Charges and Plea screen, and the OR14, Comment screen, with appropriate comments and the appropriate counseling code.

(B)     Review the disciplinary package to ensure procedural correctness and the protection of inmate rights.

(C)     May refer the case, in writing, back to the Investigating Officer for further investigation or to protect the inmate's rights.

(D)     Decide whether to charge the inmate with a disciplinary offense and, if so:

(i)     determine the offense(s) with which the inmate is to be charged;

(ii)    advise the inmate of the charge(s);

(iii)   ask the inmate if a staff representative is requested and, if so, appoint a staff member to this role;

(iv)    if the inmate is an inpatient mental health resident, a Mental Health Representative must serve as Staff Representative;

**Defendants' Response to Plaintiff's RFPD**                    **RFPD 0044**
**Cobey Lakamper v. Hooks, et al.** 5:20-ct-03088

(v)     if the inmate is identified as Developmentally Disabled, a DD trained Case Manager will serve as the Staff Representative;

(vi)    complete the disciplinary report (batch job #50) by accessing the IS03, Disciplinary Charges and Plea screen, and provide the related comments on the OR14, Comment screen, to include but not be limited to, who, what, when, where, how, the inmate's plea, rationale for punishment if reduced below presumptive, requested extension(s), reason for request, number of days requested, and approval(s), etc;

(vii)   give the inmate a copy of the completed Offense and Disciplinary Report (batch job #50) with a summary that addresses the offense(es) for which the inmate is being charged, and;

(viii)  when required, authorize an extension to charge the inmate beyond 72 hours.

(E)     Ensure one or more staff are trained to serve as Investigation Officers by completing the required Disciplinary Hearing Officer Procedures training.

(F)     Ensure that pertinent items of information, reports, evidence, the accused, needed witnesses, and if requested, a staff representative, are available at the time of the disciplinary hearing.

(G)     May appoint a staff member to present evidence to the Disciplinary Hearing Officer.

(H)     Shall appoint a recorder to assist the Disciplinary Hearing Officer.

(g)   Staff Representative Responsibilities

(1)     If the appointed representative was a witness to the alleged misconduct, the Facility Head/Designee should be notified so a new representative may be appointed.

(2)     The staff representative does not serve as an advocate or assume an adversarial role. The staff representative has no investigative authority.

(3)     Responsibilities:

(A)     Assure that the inmate has an opportunity to present their version of the facts to the Disciplinary Hearing Officer;

**Defendants' Response to Plaintiff's RFPD**                                        **RFPD 0045**
**Cobey Lakemper v. Hooks, et al; 5:20-CV-00083**

(B)     Present the inmate's version for physically, mentally, or language impaired inmates unable to present their version;

(C)     Assist the inmate with understanding the disciplinary process; and

(D)     Make a written statement on the way the Representative assisted the accused inmate.

(h)     Waiver of Hearing and Plea of Guilty

(1)     The inmate may voluntarily plead guilty, waive a hearing before the Facility Head/Designee or Disciplinary Hearing Officer, and accept a punishment less than the presumptive punishments specified in Section .0204 of this policy. At the Disciplinary Hearing Officer level, a plea of guilty and a waiver of hearing will be documented on the IS04, Disciplinary Hearing Officer screen and the OR14, Comment screen. The Waiver of Hearing & Plea of Guilty Report (batch job #65) and the Offense and Disciplinary Report (batch job #50) should be printed. The Record of Hearing Report (batch job #55) will only be generated on plea of guilty for A class offenses. At the Referring Authority level, the IS03, Disciplinary Charges and Plea screen, would be accessed and documentation of the inmate's guilty plea should be documented on the OR14, Comment screen. The Waiver of Hearing & Plea of Guilty Report (batch job #60) and the Offense and Disciplinary Report (batch job #50) should be printed. The punishment will be at least one class below the offense to which the inmate is pleading guilty and punishment active or suspension of the presumptive punishment for the offense to which the inmate is pleading guilty, at the discretion of the Facility Head/Designee, or the Disciplinary Hearing Officer. (4-4237)

(2)     The inmate shall sign the printed Waiver of Hearing & Plea of Guilty report (DHO level batch job #65, Unit level batch job #60) indicating that the plea and waiver are freely given and are not the result of any coercion or intimidation. If the inmate is unable to sign due to restraints, this will be documented on the form, on the OR14, Comment screen, and a second witness will sign the form attesting the inmate could not sign. This waiver also waives the right to appeal. The inmate will be given a copy of the signed document (batch job #60 or #65).

(i)     Disciplinary Hearing Officer Appointments (4-4240)

(1)     Disciplinary Hearing Officers shall be chosen to provide an impartial disciplinary hearing. No person who initiates the disciplinary charges or was a witness in the case may serve as a Disciplinary Hearing Officer. The responsibilities of the Disciplinary Hearing Officer will be related only to the administration of the inmate disciplinary procedure.

**Defendants' Response to Plaintiff's RFPD**                    **RFPD 0046**
**Cobey Lakemper v. Hooks, et al, 5:20-CT-03083**   Case 5:20-ct-03083-FL Document 81-37   Filed 04/05/24   Page 46 of 232

(2)  The Prisons Director shall appoint and have trained one or more Disciplinary Hearing Officers to hear and determine the disposition of formal disciplinary charges. These Disciplinary Hearing Officers will perform their responsibilities as full time and exclusive duties.

(j)  Disciplinary Hearing Officer Responsibilities

(1)  The Disciplinary Hearing Officer reviews all the evidence for referred disciplinary cases, including both direct and circumstantial evidence, determines guilt or innocence, and determines punishment consistent with this policy.

(2)  Responsibilities:

(A)  Review the disciplinary package to ensure procedural correctness and the protection of inmate rights;

(B)  Arrange for a hearing within seven (7) days, excluding weekends and holidays, after the inmate has been charged with an offense;

(C)  Assure the presence of the people and evidence needed for the hearing;

(D)  If necessary, refer the disciplinary back to the Facility Head/Designee for one of the reasons enumerated in policy section .0205(b)(11) or .0205(e)(1)(A);

(E)  Read the charges to the accused inmate and obtain a plea of guilty or not guilty;

(F)  Read to the inmate the witness statements and other evidence relating to guilt or innocence. Confidential information shall not be divulged in such a manner as to reveal the identity of the confidential source and/or jeopardize the safety of the confidential source;

(G)  Give the accused inmate the opportunity to make a verbal statement, to refute or explain evidence, and to present relevant evidence. (4-4242)

(H)  Give witnesses, requested by the inmate, the opportunity to testify either in person or by telephone; (4-4242)

(I)  Document on the IS04, Disciplinary Hearing Officer screen, and OR14, Comment screen, providing relevant comments, reasons for declining to call requested witnesses or allowing the accused to present items of physical evidence. The factors considered in determining to call witnesses or present

**Defendants' Response to Plaintiff's RFPD**                                        **RFPD 0047**
**Cobey Lamar Cooper v. Hooks, et al; 5:20-CT-03050**

evidence shall include but not be limited to: (4-4242)

    (i)     relevance;

    (ii)    duplicative or cumulative testimony;

    (iii)   necessity;

    (iv)   inmate's failure to make timely request for witnesses or physical evidence in advance of the hearing; and

    (v)    undue hazard related to the facility's safety or correctional goals.

Whenever the presentation of live testimony or physical evidence is denied by the Disciplinary Hearing Officer, written statements gathered by the Investigating Officer may be used. The reason(s) for denial shall be documented on the IS04, Disciplinary Hearing Officer screen, with comments on the OR14, Comment screen;

(J)    If the inmate pleads guilty or is found guilty, the Disciplinary Hearing Officer may impose punishment consistent with policy section .0204;

(K)    A Disciplinary Hearing Officer shall not impose a sanction that significantly impairs or impedes the inmate's access to required health or mental health treatment services;

(L)    Enter the findings of guilty, not guilty or dismissal and the rationale on the IS04, Disciplinary Hearing Officer screen, and OR14, Comment screen, and advise the inmate of the decision. The decision shall be based solely on information, direct and/or circumstantial, obtained in the hearing process including staff reports, the status of the inmate charges, evidence from witnesses, and all pertinent documentation. Give the inmate a copy of the written statement of the evidence relied upon and the reasons for the punishment imposed by accessing Record of Hearing report (batch job #55). Thoroughly document the course of the hearing on the OR14, Comment screen; (4-4244)

(M)    Enter on the record any objections the inmate may have to the decision; (4-4245)

(3)    Advise the inmate of the right to appeal to the Prisons Director within 15 calendar days from the date of hearing. Appeal should be received by the Prison Director within 15 calendar days from the date of the hearing. (4-4245)

**Defendants' Response to Plaintiff's RFPD**
**Cobey Lamar Hooks**

**RFPD 0048**

       (A)     Complete and distribute the Record of Hearing forms. (4-4245)

       (B)     A record of the hearing and findings is maintained for five years. (4-4240)

(k)     Appeal to the Prisons Director

    (1)     If the inmate appeals to the Prisons Director, his/her Designee is authorized to:

       (A)     Approve the Disciplinary Hearing Officer's decision.

       (B)     Order a re-investigation or re-hearing in whole or in part.

       (C)     Disapprove the Disciplinary Hearing Officer's decision and dismiss the case.

       (D)     Reduce but not increase the punishment determined by the Disciplinary Hearing Officer.

    (2)     The decision by the Disciplinary Hearing Officer shall be final. Such decision can only be approved or disapproved by the Prisons Director/Designee.

    (3)     Appeals are only available for inmates convicted of disciplinary offenses. The Prisons Director/Designee cannot initiate an appeal of the Disciplinary Hearing Officer's final decision.

    (4)     Any inmate who elects to plead guilty may not appeal the guilty plea.

    (5)     Tracking and notification to the facility and the inmate will be accomplished via the IS05, Disciplinary Appeal screen, Alerts and Pending Reviews screens, and appropriate batch jobs, to include the Inmate Appeal Decision Letter (batch job #40). The facility where the incident occurred shall print the Inmate Appeal Decision Letter, give to the inmate, and attach another copy with the disciplinary package. If the inmate has transferred, the current housing facility should print the Inmate Appeal Decision Letter and give to the inmate.

(l)     Use of Inmate Confidential Informant

    (1)     If at all possible, written and signed statements should be obtained from the informant. These statements can be summarized by the person obtaining the statement so that the confidentiality of the informant is maintained. This summary statement will be a part of the disciplinary record; however, the confidential informant's statement will not be a part of the disciplinary record but will be made available to the Disciplinary Hearing Officer and maintained by the Facility

**Defendants' Response to Plaintiff's RFPD**                                    **RFPD 0049**
Cobey Lakemper v. Hooks, et al, 5:20-CT-3030

Head/Designee in a confidential file for at least five (5) years. The staff member should sign the summary statement.

(2) In the event the informant fears for his safety and is unwilling to write a statement, the staff member taking the statement will provide a summary as part of the disciplinary record. The interviewer's notes and the name of the informant will be maintained by the Facility Head/Designee in a confidential file. The statement written for the confidential file should be a thorough description of the informant's information. The staff member should sign, including date and time, the statement, and request the informant to sign or initial.

(3) Before disciplinary action is taken based on information provided by a confidential informant, the following conditions should be met:

    (A) The staff member making the summary statement must know the informant, have used him/her in the past and found him/her reliable, and received the information from the informant based on the informant's personal or firsthand knowledge. The information would also be admissible if physical evidence or other reliable evidence, including similar statements by other informants, corroborates the informant's information.

    (B) The staff member should state the facts that support the reliability of the confidential informant's statement, which should be filed with the confidential informant's statement.

    (C) The Disciplinary Hearing Officer should review the confidential statement and the reliability of the informant, as documented by the person obtaining the confidential informant's statement, and state this review in the Record of Hearing, on the OR14, Comment screen.

    (D) The Disciplinary Hearing Officer should find that safety considerations prevent disclosure of the informant's identity.

(m) Modifications

The Prisons Director may authorize modifications of this procedure consistent with its fundamental principles, provided any modification shall be in writing, approved by the Secretary of Public Safety and incorporated in the polices and procedures of the Department.

(n) Forms

The forms listed below are the forms used specifically for inmate disciplinary packages. These forms

**Defendants' Response to Plaintiff's RFPD**                      **RFPD 0050**
Cobey Lakemper, et al.

are located on Prisons, Support Services, Disciplinary Services, Forms web page.

    (1)    DC-138A – Notice to Inmate

    (2)    DC-138B – Statement by Witness

    (3)    DC-138F – Request for Extension of Time

    (4)    DC-138G – Refusal To Attend Disciplinary Hearing

The DC-556M – Treatment Team Recommendation form, can be accessed at the facility providing mental health services.

*George F. Solomon*

---

Director of Prisons

<u>March 28, 2016</u>
Date

**Defendants' Response to Plaintiff's RFPD**
**Cobey Lacamper v. Hooks, et al; 5:20-CV-00083**                                    **RFPD 0051**



**State of North Carolina
Department of Public Safety
Prisons**

| | |
|---|---|
| Chapter: | B |
| Section: | .0200 |
| Title: | **Inmate Disciplinary Procedures** |
| Issue Date: | 04/01/14 |
| Supersedes: | 08/01/12 |

**POLICY AND PROCEDURE**

#### .0201  GENERAL

Inmate conformity to prison rules is absolutely necessary for the orderly, safe, and secure operation of correctional facilities. Effective, fair, and consistent disciplinary procedures enhance the orderly operation of the facility and reinforce appropriate behavior and responsibility. Prisons shall promulgate inmate conduct rules and disciplinary procedures and sanctions for all new admissions to the prison system and make them available in conspicuous locations within each correctional facility. Inmate Disciplinary Policies and Procedures shall be reviewed annually and updated if necessary, by Prisons Chief Disciplinary Hearing Officer. (4-4226)

#### .0202  DISCIPLINARY OFFENSES

Disciplinary offenses are divided into four (4) classes, which are Class A through Class D. Class A offenses are the most serious and Class D offenses are the least serious.

(a)  The following are the Class A disciplinary offenses:

  (A1)  Seize or hold a hostage or in any manner unlawfully detain any person against his/her will;

  (A2)  Participate in a riot, insurrection, work stoppage or group demonstration, or incite/encourage others to riot, participate in an insurrection, work stoppage or other group demonstration;

  (A3)  Commit an assault on a staff member with a weapon or by any other means likely to produce injury, such as hitting, kicking, pushing, pulling, throwing objects;

  (A4)  Commit an assault on another with a weapon or any other means likely to produce injury;

  (A5)  Commit an assault on another inmate with intent to commit any sexual act;

  (A6)  Escaping or attempting to escape from any prison facility, community assignment, during transport, or from the supervision of DOC staff or its authorized agent. Attempt will include possession of escape plans, possession of any object that could aid in an escape, attempt to hide within the facility to affect an escape, or any other action that could result in escape if correctional staff did not intervene;

  (A7)  Possess, manufacture, and/or detonate an incendiary or explosive device;

  (A8)  Set a fire that endangers the life of another person or damages state property;

  (A9)  Commit an assault on a staff member by throwing liquids, (including but not limited to urine and feces), or spitting on a staff member;

**Defendants' Response to Plaintiff's RFPD**
**Cobey Lakemper v. Hooker, et al; 5:20-CT-03083-FL**   Case 5:20-ct-03083-FL   Document 81-37   Filed 04/05/24   Page 52 of 232

**RFPD 0052**

(A10) Fight or engage in a mutual physical confrontation involving weapons (including but not limited to knives, locks, and razors), or resulting in outside medical attention;

(A11) Commit an assault on a staff member with intent to commit any sexual act;

(A12) Manufacture, possess, introduce, sell or use any unauthorized controlled substance, unauthorized intoxicant or alcoholic beverage, or possess associated paraphernalia;

(A13) Refuse to submit to a drug test or breathalyzer test, or interfere with the taking of such tests;

(A14) Participate in, or organize, whether individually or in concert with others, any gang or Security Threat Group (STG), or participate in any activity or behavior associated with a Security Threat Group;

(A15) Offer, give, solicit or accept a bribe, or offer to give or withhold anything to persuade staff to neglect duties or perform favors;

(A16) Possess or use in any manner any type of unauthorized recording or image taking device or any type of unauthorized communication device whether audio, video , or any device that has direct outside communication capability: e.g. internet, email, instant message. Examples include but are not limited to smart phones, mobile cellular phones, desktops, laptop, personal digital assistants, cameras, tape recorders or digital recorders that can be used to send and/or receive any type of messages/images for any purpose;

(A17) Commit an assault on any person, other than an employee or inmate, with intent to commit any sexual act;

(A18) Knowingly make to any person a false oral or written allegation about a staff member that, if true, could expose the staff member to criminal liability;

(A19) Commit an assault on another by throwing liquids (including but not limited to urine and feces), or spitting on another;

(A20) Wrongfully take, give away, or carry away, canteen inventory/cash, which results in a loss of more than one hundred dollars ($100.00);

(A21) Extortion, strong-arming, verbal or physical intimidation for personal or financial gain;

(A98) Deliberately provide false and/or misleading information to staff during an investigation related to any offense in this class;

(A99) Attempt to commit any of the above-listed offenses, aid another person to commit any of the above-listed offenses, or make plans to commit any of the above-listed offenses. It shall be no defense that an individual was prevented from completing any of the above-listed offenses by prison staff or intervening circumstances.

(b) The following are the Class B disciplinary offenses:

(B1) Possess or have under control any weapon or instrument to aid in an assault, insurrection or riot;

(B2) Flood cell(s);

(B3) Willfully tamper with, damage or block any camera, locking device, fence, door, gate or window;

**Defendants' Response to Plaintiff's RFPD** **RFPD 0053**
**Cobey LaKamper, et al. 5:20-ct-03060**

(B4)   No longer in use. See offense A12.

(B5)   Knowingly inhale, smell or breathe any vapors, fumes or odors, or possess for the purpose of inducing or attempting to induce intoxication through inhalation; or possess, inject, or ingest any non-controlled substance for the purpose of altering mental or physical capacity;

(B6)   Commit, solicit or incite others to commit any sexual act or indecently expose oneself, or touch the sexual or other intimate parts of oneself or another person for the purpose of sexual gratification;

(B7)   Instigate or provoke an assault on another;

(B8)   Interfere with a staff member in the performance of his or her duties;

*(B9)  Violate any law of the State of North Carolina or the United States of America;

(B10)  Commit or incite others to commit acts, which spread or may spread communicable diseases, or possess any instruments capable of spreading communicable diseases (including but not limited to tattooing instruments and needles);

(B11)  No longer in use. See offense A13.

(B12)  Leave, quit without authorization, fail to report, or neglect to adhere to approved schedules for community-based programs;

(B13)  Instigate or provoke an assault on a staff member;

(B14)  Willfully damage, destroy, alter, tamper with or lose State property or property belonging to another;

(B15)  Communicating directly, indirectly, via a third party, or in any manner with victims, or family members of the victims, who have requested in writing to Department of Public Safety officials that such communication is unwanted; and/or notified in writing by Department of Public Safety officials of a no contact order;

(B16)  Possess any tobacco products or paraphernalia; or possess unauthorized lighters or lighting devices; or use any tobacco products;

(B17)  Causing work stoppage, or delaying work while on community work assignment in the community, causing the inmate to be returned to the facility due to inmate misconduct;

(B18)  Threaten to harm or injure staff; (Formerly C12)

(B19)  Sell, accumulate, give, misuse, or hide medication; (Formerly C1)

(B20)  Commit an assault on a staff member in a manner unlikely to produce injury;

(B21)  Commit an assault on another in a manner unlikely to produce injury;

(B98)  Deliberately provide false and/or misleading information to staff during an investigation related to any offense in this class;

(B99)  Attempt to commit any of the above-listed offenses, aid another person to commit any of the above-listed offenses, or make plans to commit any of the above-listed offenses. It shall be no defense that an individual was prevented from completing any of the above-listed offenses by prison staff or intervening circumstances.

> * An inmate should only be charged with Offense B9 in cases wherein a specific statute has been violated and the act is not covered by current Prisons disciplinary offenses. The specific statute should be cited.

**Defendants' Response to Plaintiff's RFPD**                                          **RFPD 0054**
Cobey Lamumper v. Hooks, et al; 5:20-CV-00083

(c)      The following are Class C disciplinary offenses:

         (C1)     No longer in use. See Offense B19.

         (C2)     Direct toward or use in the presence of any State official, any member of the prison staff, any inmate, or any member of the general public, oral or written language or specific gestures or acts that are generally considered disrespectful, profane, lewd, or defamatory;

         (C3)     Willfully disobey or fail to obey or cause another inmate to disobey or fail to obey any lawful order of a prison official or employee, or any other lawful order to which subject;

         (C4)     Fight or engage in mutual physical confrontation not involving weapons, or not involving outside medical attention;

         (C5)     Offer, give, solicit or accept a bribe or offer to give or withhold anything to persuade another to neglect duties or perform favors;

         (C6)     Leave, quit without authorization, fail to report to any facility job, work or program assignment, or scheduled appointment;

         (C7)     Threaten to harm or injure another or threaten to damage the property of any person;

         (C8)     Wrongfully take or carry away the personal property of another or State property or accept or buy such property with the knowledge it has been wrongfully taken;

         (C9)     Barter or trade; loan or borrow; solicit or engage in any business activity;

         (C10)   Intentionally inflict self-injury for any reason;

         (C11)   Misuse or use without authorization, the telephone or mail;

         (C12)   No longer in use. See Offense B18.

         (C13)   Willfully create a hazardous or physically offensive condition or situation; (Formerly Offense D5)

         (C14)   Possess funds in a form other than authorized by Prisons' Policy, in excess of the authorized amount, or from an unauthorized source; (Formerly Offense D10)

         (C15)   Possess stamps in excess of the authorized amount as specified in Prisons' Policies;

         (C99)   Attempt to commit any of the above-listed offenses, aid another person to commit any of the above-listed offenses, or make plans to commit any of the above-listed offenses. It shall be no defense that an individual was prevented from completing any of the above-listed offenses by prison staff or intervening circumstances.

(d)      The following are the Class D disciplinary offenses:

         (D1)     Be in an unauthorized location;

         (D2)     Negligently fail to perform or complete assigned duties;

         (D3)     Possess contraband not constituting a threat of escape or a danger of violence;

         (D4)     Gamble or possess gambling paraphernalia;

         (D5)     No longer in use. See Offense C13.

         (D6)     Fail to go to bed when the lights are dimmed or get up during the night without securing permission of the correctional staff;

**Defendants' Response to Plaintiff's RFPD**              **RFPD 0055**
Cobey LaKamp, et al. v. Hooks, et al. 5:20-CT-3088
Case 5:20-ct-03088 Document 81-37    Filed 04/05/24    Page 55 of 232

(D7)  Exchange articles of clothing/linen/sheets, possess unauthorized or excess clothing/linen/sheets, or mutilate or alter State issued clothing/linen/sheets or wear or use same;

(D8)  Counterfeit, forge, alter or reproduce without authorization any document, article of identification, stamps or other papers, or knowingly possess such falsified materials;

(D9)  No longer in use. See Offense B14.

(D10)  No longer in use. See Offense C14.

(D11)  No longer in use. See Offense C14.

(D12)  Fail to keep living quarters in a clean and/or proper condition;

(D13)  Fail to observe basic standards of personal hygiene in bathing and grooming;

(D14)  Feign physical or mental illness or disablement for any purpose;

(D15)  Misuse prison supplies;

(D16)  Assist another person with litigation or legal matters;

(D99)  Attempt to commit any of the above-listed offenses, aid another person to commit any of the above-listed offenses, or make plans to commit any of the above-listed offenses. It shall be no defense that an individual was prevented from completing any of the above-listed offenses by prison staff or intervening circumstances.

## .0203  ADMINISTRATIVE FEES

(a)  All inmates whose offenses result in a guilty disposition will be assessed an administrative fee of $10.00 through the Inmate Banking module of OPUS. Only one fee per disciplinary report is to be assessed regardless of the number of charges or number of reinvestigations.

(b)  All administrative fees will be electronically collected through Inmate Banking and transferred to the General Fund.

## .0204  AUTHORIZED DISCIPLINARY PUNISHMENTS

Presumptive punishments are established for the four (4) classes of offenses. Unless the punishment is decreased or suspended by the Hearing Officer per section .0204(e)(4) and (5), or decreased or suspended by the Facility Head/Designee per section .0204(e)(6) and (f)(2), all the presumptive punishments listed for each class may be imposed for conviction of a disciplinary offense within the given class. The Facility Head/Designee may void any disciplinary punishment. In those cases where the Facility Head/Designee voids a disciplinary punishment, designated staff shall forward a memorandum documenting this action to the Chief Disciplinary Hearing Officer who shall ensure that it is documented in the inmate's appropriate electronic file. The presumptive punishments are as follows:

(a)  For a Class A offense, the following presumptive punishments are authorized:

(1)  Confinement in disciplinary segregation for up to 60 days.

(2)  Demotion from minimum to medium custody, or medium to close custody.

**Defendants' Response to Plaintiff's RFPD**                        **RFPD 0056**
Cobey Lakeape 20. H02008 2 et al; 5:20-CT-03083-M    Filed 04/05/24    Page 56 of 232

      (3)     Loss of up to 40 days sentence credits, as applicable.

      (4)     Up to 50 hours extra duty within the next 60 days following the hearing or release from disciplinary segregation. Not more than 4 hours shall be performed on a workday and not more than 8 hours on other days.

      (5)     Loss of up to three (3) privileges for a period not to exceed 6 months.

      (6)     Limit weekly trust fund withdrawals to $ 10.00 for a period not to exceed 6 months.

(b)     For a Class B offense, the following presumptive punishments are authorized:

      (1)     Confinement in disciplinary segregation for up to 45 days.

      (2)     Demotion from minimum to medium custody.

      (3)     Loss of up to 30 days sentence credits, as applicable.

      (4)     Up to 40 hours extra duty within the next 60 days following the hearing or release from disciplinary segregation. Not more than 4 hours shall be performed on a workday and not more than 8 hours on other days.

      (5)     Loss of up to two (2) privileges for a period not to exceed 4 months.

      (6)     Limit weekly trust fund withdrawals to $10.00 for a period not to exceed 4 months.

(c)     For a Class C offense, the following presumptive punishments are authorized:

      (1)     Confinement in disciplinary segregation for up to 30 days.

      (2)     If the inmate is in minimum custody, demotion to minimum custody level I or level II.

      (3)     Up to 30 hours extra duty within the next 45 days following the hearing or release from disciplinary segregation. Not more than 4 hours shall be performed on a workday and not more than 8 hours on other days.

      (4)     Loss of up to two (2) privileges for a period not to exceed 2 months.

      (5)     Loss of up to 20 days sentence credits, as applicable.

**Defendants' Response to Plaintiff's RFPD**
**Cobey Lamberth v. Hooks, et al; 5:20-CT-3083** Case 5:20-ct-03083-FL Document 81-37   Filed 04/05/24   Page 57 of 232    **RFPD 0057**

(6)     Limit weekly trust fund withdrawals to $10.00 for a period not to exceed 2 months.

(d)     For a Class D offense, the following presumptive punishments are authorized:

(1)     Confinement in disciplinary segregation for up to 15 days.

(2)     Loss of one (1) privilege for a period not to exceed 1 month.

(3)     Up to 20 hours extra duty within the next 30 days following the hearing or release from disciplinary segregation. Not more than 4 hours shall be performed on a workday and not more than 8 hours on other days.

(4)     Loss of up to 10 days sentence credits, as applicable.

(5)     Limit weekly trust fund withdrawals to $10.00 for a period not to exceed 1 month.

(e)     Other Requirements:

(1)     When initiating disciplinary procedures for an inmate found possessing excess stamps, funds in a form other than that authorized or in excess of the authorized amount, the Facility Head/Designee shall place all of the money/excess stamps found in the inmate's possession in accordance with current Prisons policy for money and stamps. The disposition is to be included in the Investigation Officer's report. Upon a guilty verdict, the disposition of money/stamps taken will be documented on the OR14, Comment screen, at the level the verdict is rendered. Balances of money and stamps will be transferred in accordance with current Prisons policy for money and stamps if the inmate is found guilty. Excess stamps taken will be documented on the OR14, Comment screen, at the level the verdict is rendered and disposed of in accordance with current Prisons policy Authorized Items.

(2)     Inmate personal property that is confiscated in conjunction with a disciplinary offense will be treated as contraband and documented on the OR14, Comment screen, by the Investigating Officer. Following a verdict of guilty, the Facility Head/Designee or Disciplinary Hearing Officer shall dispose of the property in accordance with current Prisons policy for Disposal of Unauthorized Personal Property and the disposition will be documented on the OR14, Comment screen, by the Facility Head/Designee or the Disciplinary Hearing Officer. Balances in the Unauthorized Funds account will be transferred in accordance with current Prisons policy if the inmate is found guilty.

(3)     Should the Facility Head/Designee or Disciplinary Hearing Officer restrict the Trust Fund withdrawal to $10.00 per week, the action will be applied electronically through the OPUS Inmate Banking system.

**Defendants' Response to Plaintiff's RFPD**                              **RFPD 0058**
Cobey Lamonte v. Roberts et al; 5:20-CT-3083     81-37     Filed 04/05/24     Page 58 of 232

(4)     The Disciplinary Hearing Officer may decrease the presumptive punishment under any Class, A - D. The reason shall be recorded on the ISO4, Disciplinary Hearing Officer screen, with comments via OR14, Comment screen. In the case of multiple charges incurred from a single incident report, the total amount of disciplinary segregation imposed shall be limited to the maximum allowed for a Class A offense, and no single privilege shall be suspended for more than six (6) months. Periods of suspension of the same privilege shall run consecutively. Periods of suspension of unlike privileges shall run concurrently.

(5)     The Disciplinary Hearing Officer may suspend part or all of the presumptive punishment for a period not to exceed 6 months. The reason for suspending punishment shall be recorded on the IS04, Disciplinary Hearing Officer screen, via the OR14, Comment screen. The Disciplinary Hearing Officer may activate a suspended punishment if a disciplinary conviction occurs during the suspension time period.

(6)     The Facility Head/Designee may decrease the presumptive punishment under any class B-D. The reason for the decrease of presumptive punishment or suspension of any part of the presumptive punishment shall be recorded on the IS03, Charges and Plea screen, with comments via OR14, Comment screen. No single offense to which an inmate voluntarily pleads and waives a hearing before the Facility Head/Designee or Disciplinary Hearing Officer shall result in active punishment greater than the presumptive punishment for the offense that is one class below the offense charged or suspension of all the presumptive punishment of the class charged. In the case of multiple charges incurred from a single incident report, the total amount of disciplinary segregation imposed shall be limited to the maximum allowed for a class A offense, and suspension of any privilege type shall be limited to six (6) months.

(7)     The Facility Head/Designee may also activate a suspended punishment if a disciplinary conviction occurs during the suspension time period in the case of a waiver of hearing and plea of guilty.

(8)     Punishment is active immediately and may be imposed immediately by the Facility Head/Designee. Appeal of the disciplinary will not delay punishment from being imposed.

(9)     Administrative segregation is authorized to provide necessary control while completing an investigation. No inmate may be placed in administrative segregation for more than 72 hours without the documented approval of the Facility Head/Designee. The time that the inmate is assigned on administrative segregation awaiting disposition of an offense shall be credited toward any disciplinary segregation subsequently imposed for the incident. (4-4235)

**Defendants' Response to Plaintiff's RFPD**                          **RFPD 0059**
Cobey Lamar Jr. Hooks, et al; 5:20 CT 3083
Case 5:20-ct-03083-FL    Document 81-37    Filed 04/05/24    Page 59 of 232

(10)   If for any reason a sanction is not fully completed within six (6) months from the date of imposition, or date of activation of a suspended sentence, then the remaining balance will automatically become null and void.

(11)   Continuous confinement of an inmate to disciplinary segregation for more than thirty (30) days requires review and approval by the Facility Head/Designee. An inmate will not serve more than sixty (60) consecutive days in disciplinary segregation. (4-4255)

(12)   Food may not be used as a form of disciplinary punishment. (4-4320)

(13)   If an inmate should be found not guilty of an alleged violation, the disciplinary report is removed from all of the inmate's files automatically by OPUS. (4-4246)

(f)   Other Requirements Which Apply to Specific Classifications of Offenses:

(1)   When an inmate is charged with a Class A offense, the inmate must be referred to the Disciplinary Hearing Officer for disposition and the Referring Authority should document this on the IS03 screen and comments via the OR14, Comment screen.

(2)   Suspension of privileges as presumptive punishment for Class C and D offenses may occur during or after disciplinary segregation, at the discretion of the Facility Head/Designee.

(3)   When an inmate pleads guilty to an authority for a Class D offense, the punishment will be a suspended Class D punishment.

(4)   Inmates who escape while participating on work release, study release, home leave, or any other program authorized under G.S. 148.4 are subject to administrative disciplinary action as follows:

(A)   The inmate should be charged with disciplinary infraction B-12, (Leave, quit without authorization, fail to report, or neglect to adhere to approved schedules for community based programs) if the inmate:

(I)   Voluntarily returns to the off-site community-based program site prior to facility staff being notified he/she is unaccounted for;

(II)   Voluntarily returns to the facility within 24 hours and prior to the initiation of escape procedures; (Escape procedures should be put into effect as soon as staff learn an inmate has left from a community-based program); and

**Defendants' Response to Plaintiff's RFPD**                    **RFPD 0060**
Cobey Lamberth v. Hooks, et al; 5:20-CT-03088-31-37     Filed 04/05/24     Page 60 of 232

(III)  Commits no new criminal offenses while away from his/her assigned location regardless of when he/she returned to custody.

(B)  The inmate should be charged with disciplinary infraction A-06, (escape or attempting to escape-this includes possessing any materials that could assist with an escape) if the inmate:

(I)  Does not voluntarily return to the off-site community-based program or the prison facility prior to initiation of escape procedures;

(II)  Does not return to the facility within 24 hours of leaving the community-based program; or

(III)  Commits any criminal offense while away from his/her assigned location.

## .0205  DISCIPLINARY PROCEDURES

(a)  Reporting and Preventing Misconduct

(1)  Any Department of Public Safety employee or agent who witnesses an act of misconduct on the part of an inmate or inmates shall take appropriate action to prevent continuation of the misconduct.

(2)  The employee(s) witnessing the misconduct or other appropriate staff may try to counsel the inmate to stop the misbehavior and prevent recurrence.

(3)  When counseling is not appropriate or is ineffective, a written report of the actual or suspected misconduct should be presented to the Facility Head/Designee as soon after the incident as practical. The written report should include, but not be limited to, details of the reported misconduct, any unusual inmate behavior, any staff witnesses, any physical evidence and its disposition, any immediate action taken, including the use of force, and the reporting party's signature and date and time of report.

(4)  Anyone, including inmates, may report inmate misconduct. When a report of inmate misconduct is received from someone other than an employee, a written witness statement should be requested.

(b)  Time Frames

**Defendants' Response to Plaintiff's RFPD**
Cobey Lassiter v. Hooks, et al; 5:20-CT-3083  **RFPD 0061**
Case 5:20-ct-03083-FL   Document 81-37   Filed 04/05/24   Page 61 of 232

(1)     The Officer-In-Charge should assign an Investigating Officer within 24 hours after being notified of actual or suspected inmate misconduct or after being notified of a reinvestigation by the Disciplinary Hearing Officer or the Chief Disciplinary Hearing Officer via the IP51 0 25 screen. Assignment will be documented on the IS02, Disciplinary Investigation screen, and comments can be made on the OR14, Comment screen.

(2)     When an alleged rule violation is reported or a reinvestigation has been ordered, an appropriate investigation is begun within 24 hours of the time the violation is reported or ordered for reinvestigation and is completed without unreasonable delay unless an extension is granted and documented by the appropriate authority. The Investigating Officer will document the start of the investigation on the IS02, Disciplinary Investigation screen and on the OR14, Comment screen. (4-4234)

(3)     The Investigating Officer should submit the investigative report through use of the IS02, Disciplinary Investigation screen and process and summarize the results on the OR14, Comment screen. This report should be completed and submitted to the Facility Head/Designee within 72 hours of beginning the investigation unless an extension is granted and documented by the appropriate authorization. (4-4236/4-4240)

(4)     The Facility Head/Designee will access completed investigations via the IP51 0 20, Pending Review screen. That authority will review the investigation within 72 hours and decide if formal disciplinary action, or further disciplinary action in the case of a rehearing ordered by the Chief Disciplinary Hearing Officer, is required unless additional time is granted and documented by the appropriate authority. If disciplinary action is required, the authority/designee will document formal charges on the IS03, Disciplinary Charges and Pleas screen. The summary of the charges will be documented on the OR14, Comment screen. The disciplinary report will then be printed and the inmate should be advised in writing of the charges and given a copy within this time frame. A plea of guilty and waiver of hearing should be documented on the IS03, Disciplinary Charges and Pleas screen and on the OR14, Comment screen. (4-4230/4-4238/4-4240)

(5)     The Disciplinary Hearing Officer will access referrals via IP51 0 21, Pending Review screen, convene the disciplinary hearing, and document the proceedings on the IS04, Disciplinary Hearing Officer screen and on the OR14, Comment screen within seven (7) days, excluding weekends and holidays, after the inmate has been charged with an offense unless an extension is granted. A plea of guilty and waiver of hearing should be documented on the IS04, Disciplinary Hearing Officer screen and on the OR14, Comment screen. The disposition of the charge is to be documented on the IS04, Disciplinary Hearing Officer screen and the summary of the hearing will be entered as comments on OR14, Comment screen.

**Defendants' Response to Plaintiff's RFPD**
Cobey Lamberson v. Hooks, et al; 5:20-CT-03083

**RFPD 0062**

Case 5:20-ct-03083-FL   Document 81-37   Filed 04/05/24   Page 62 of 232

(6)     The inmate may appeal a guilty finding by the Disciplinary Hearing Officer in writing to the Prisons Director within 15 calendar days from the date of hearing. The appeal shall be received by the Prisons Director within 15 calendar days from the date of the hearing.

(7)     The Prisons Director/Designee will log receipt of the appeal and supporting documents on the IS05, Disciplinary Appeal screen. Tracking and notification to the facility and the inmate will be accomplished via the IS05, Appeal screen, and batch jobs, to include appropriate alerts, pending reviews, and appeal letters. The designated facility staff should monitor these transactions daily. The review should be completed within thirty (30) calendar days of receipt of the inmate's appeal and the inmate promptly notified of the results. (4-4248)

(8)     The Facility Head/Designee may grant in writing additional time for charging the inmate. The Facility Head/Designee will document the approval, rationale, and number of days requested, on the IS03, Disciplinary Charges and Pleas screen and OR14, Comment Screen. No more than thirty (30) days can be requested at one time. Multiple extensions can be requested as appropriate.

(9)     Assistant Chief Disciplinary Hearing Officer may grant in writing additional time for convening the Disciplinary Hearing. The Disciplinary Hearing Officer will document the approval, rationale, and number of days requested, on the IS04, Disciplinary Hearing Officer screen, and OR14, Comment screen. (4-4239) No more than thirty (30) days can be requested at one time. Multiple extensions can be requested as appropriate.

(10)     The following list, which is not an all-inclusive list, provides some reasons for which additional time may be granted: (4-4239)

      (A)     Essential staff or other persons are not available due to holidays, leave, regularly scheduled days off, or other factors that prevent the individual from being available.

      (B)     Law Enforcement or the District Attorney requests a suspension of the disciplinary procedures to prevent interference with criminal investigations or prosecutions.

      (C)     Witness(es) or evidence is not available or additional time is necessary to obtain additional information.

      (D)     The accused inmate is not available because of transfer for segregation, medical or mental health reasons, or court appearance.

**Defendants' Response to Plaintiff's RFPD**          **RFPD 0063**
Cobey Lamberson v. Roark, et al; 5:20 ct 03081-37    Filed 04/05/24    Page 63 of 232

(c)    Inmate Rights

   (1)    The inmate has a right to:

      (A)    At least 24 hours advance written notice of the disciplinary charges before the hearing; (4-4236)

      (B)    Be informed of the alleged misconduct, and to make verbal and/or written statements to the Investigating Officer; (4-4242)

      (C)    Request in writing to the Investigating Officer, during the investigation, that a written witness statement(s) or evidence be gathered, or evidence or witness(es) be present at the hearing if charges are referred. If an inmate is unable to write, he may request that the Investigating Officer transcribe his oral request(s) which the inmate will sign and date. Failure to make these requests on the inmate witness form shall be deemed a waiver of such requests.

      (D)    Request the Facility Head/Designee to appoint a staff member to assist the inmate at the hearing; (4-4243)

      (E)    Be read the substance of the evidence and have the opportunity to explain or refute the evidence at the disciplinary hearing; and

      (F)    Appeal to the Prisons Director.

   (2)    The inmate may waive specific rights in writing or by overt refusal to cooperate with the disciplinary procedures associated with those rights. Overt inmate uncooperativeness that leads to a waiver of a right shall be witnessed by a minimum of two staff persons and documented in the record of the disciplinary process. This includes, but is not limited to any refusal to sign the DC-138A, Inmate Rights form, the DC-138B, Statement by Witness form, the Offense and Disciplinary report (batch job #50), and Record of Hearing form (batch job #55). A right not waived or refused by the inmate is retained by the inmate.

      (A)    Force should not be used to make an inmate attend the hearing.

      (B)    When an inmate refuses to attend a hearing, the inmate will be informed that the refusal to attend as scheduled is a waiver of the opportunity to attend and that the hearing will be conducted outside the inmate's presence. (4-4241)

---

**Defendants' Response to Plaintiff's RFPD**                    **RFPD 0064**
Cobey Lamberson v. Hooks, et al; 5:20-CT-3083

(C)     When an inmate refuses to attend a hearing, the inmate should be given the opportunity to make a written statement regarding his refusal to attend the hearing and/or providing information to be considered at the hearing. This statement should be submitted at the time of refusal so that the inmate is not allowed to disrupt the hearing schedule. (4-4241)

(D)     The refusal to attend should be documented on the DC-138G, Refusal to Attend Disciplinary Hearing form, and witnessed by at least two staff persons, who should sign verifying they witnessed the inmate's refusal. (4-4241)

(E)     The Disciplinary Hearing Officer will document that the inmate refused to attend the hearing, signed or refused to sign the DC-138G, Refusal to Attend Disciplinary Hearing form, staff names who witnessed the refusal, and that the written statements from staff and/or the inmate documenting the refusal were reviewed. (4-4241)

(F)     A refusal to attend a hearing only applies to the current hearing in question. By waiving a hearing, the inmate does not automatically waive future hearings for other future disciplinary infractions.

(3)     Violation of these rights by staff may be grounds for dismissal of disciplinary charges.

(d)     Investigation Officer Appointment and Responsibilities

(1)     Each correctional facility should have one or more staff trained to serve as Investigating Officer. The Investigating Officer will be required to complete formal OSDT approved Disciplinary Hearing Officer Procedures training prior to being given an OPUS profile to conduct inmate disciplinary investigations.

(2)     The Officer-In-Charge will notify the Investigating Officer when a report of possible misconduct is reported.

(3)     A staff person who is witness to an offense cannot serve as the Investigating Officer for that offense.

(4)     Responsibilities:

(A)     Fully investigate the alleged act of inmate misconduct, which includes interviewing and acquiring a written statement from the person reporting the misconduct, the accused inmate, and other witnesses, and employing other appropriate investigatory techniques.

**Defendants' Response to Plaintiff's RFPD**                                        **RFPD 0065**
Cobey Lassiter v. Roy Cooper, et al; 5:20-CT-03081-M
Case 5:20-ct-03081-M   Document 81-37   Filed 04/05/24   Page 65 of 232

(B)     Advise the accused inmate, in writing and orally, if necessary, of the rights enumerated in Section .0205(c) of this policy.

(C)     Determine if the inmate is an inpatient mental health resident and, if so, notify the Inpatient Mental Health Director/Designee of the charges and the circumstances involved. If the inmate is an inpatient mental health resident, a Mental Health Representative must be present when the inmate is advised of his rights, must assist with communicating statements, must be present when the inmate is charged by the Facility Head/Designee, when the Disciplinary Hearing Officer meets with the inmate, and must assist with completion of the disciplinary appeal form should the inmate desire to appeal a guilty verdict. Assistance at each level shall be documented on a separate DC-138B, Statement by Witness form and on the appropriate screens (IS02, IS03, or IS04 and OR14 at each level).

(D)     Determine if the inmate is identified as Developmentally Disabled and, if so, notify the inmate's Case Manager or another DD trained Case Manager. The Case Manager must be present when the inmate is advised of his rights, must assist with communicating statements, must be present when the inmate is charged by the Facility Head/Designee, when the Disciplinary Hearing Officer meets with the inmate, and must assist with completion of the disciplinary appeal form should the inmate desire to appeal a guilty verdict. Assistance at each level shall be documented on a separate DC-138B, Statement by Witness form and on the appropriate screens (IS02, IS03, or IS04 and OR14 at each level).

(E)     During the course of the investigation, should the Investigating Officer determine that the inmate exhibited behavior not covered by (C) or (D) above, which may be associated with a severe mental health abnormality; the Investigating Officer should then consult with the appropriate health staff.

(F)     Prepare a written investigation report on the IS02, Disciplinary Investigation screen and OR14, Comment screen, with appropriate comments. The report shall summarize the evidence gathered, disposition of money/stamps and/or contraband taken, interviews conducted, inmate rights waived and/or requested, extensions requested/ approved, and written statements obtained during the investigation. Each written statement obtained should be summarized. If written statements are not taken from witnesses requested by the inmate, their names and the explanation for not taking statements shall be included in the report. The names of witnesses requested by the inmate to be present at the disciplinary hearing shall be included in the report, a written statement will be obtained from the requested witnesses to be present at the

**Defendants' Response to Plaintiff's RFPD**                                   **RFPD 0066**
Cobey Lassiter v. Roy Cooper, et al; 5:20-CT-3085    Filed 04/05/24    Page 66 of 232

hearing, and a summary of each included in the report. The Investigating Officer may make recommendations regarding proceeding with formal disciplinary action, the presence of witnesses at the disciplinary hearing, and the particular inmate conduct rule violation.

(G)     Complete and present to the Facility Head/Designee the disciplinary package including the Investigating Officer's Report (batch job #45), written witness statements, and forms documenting advisement of inmate rights and compliance with policy requirements.

(H)     If necessary, acquire documented approval from the Facility Head/Designee to extend the investigation beyond the 72 hours from the beginning of the investigation.

(5)     The Investigating Officer is the only authorized investigatory staff member for the gathering of evidence.

(e)     Inpatient Mental Health Program Director Responsibilities

(1)     When a mental health inpatient is being investigated for a disciplinary offense, the Treatment Team or Treatment Team Leader should make a report on the DC-556M, Treatment Team form, as to:

(A)     Whether the patient's current mental illness precludes participation in the disciplinary process, in which case the disciplinary hearing should be postponed;

(B)     Whether the patient's mental illness contributed significantly to the alleged disciplinary offense; and

(C)     Whether the patient's mental status contraindicates any particular form of punishment.

(D)     Whether the inmate requires staff assistance.

(2)     The evaluation findings and recommendations shall be forwarded to the Investigating Officer, filed as a part of the disciplinary record, and filed in the inmate's inpatient mental health records. The Treatment Team Leader/Designee shall sign the report.

(3)     The Disciplinary Hearing Officer should follow the evaluation, findings and recommendations of the patient's Treatment Team, Treatment Team Coordinator, or Primary Therapist unless there are strong overriding security reasons not to do so.

**Defendants' Response to Plaintiff's RFPD**                                      **RFPD 0067**
Cobey Lamb, et al. v. Hooks, et al; 5:20-CT-3081-37    Filed 04/05/24    Page 67 of 232

These reasons must be clearly documented by the Disciplinary Hearing Officer on the OR14, Comment screen, and approved by the Facility Head/Designee in consultation with the appropriate Mental Health Coordinator. Unresolved disagreements will be referred to the Chief of Medical Services/Designee who may consult with the Assistant Director of Support Services for resolution.

(f)     Facility Head Responsibilities

    (1)     The disciplinary process is critical to the safe and orderly operation of prison facilities and the Facility Head is responsible for managing a fair and impartial process. Procedural correctness, protection of inmate rights, thorough investigations, and proper documentation are the Facility Head/Designee's responsibility. The Facility Head/Designee shall review disciplinary hearings and dispositions to assure conformity with policy and procedure, as well as, sign and date the Offense and Disciplinary Report acknowledging the review. (4-4247)

    (2)     The Facility Head/Designee also has the following responsibilities:

        (A)     Review the Investigating Officer's report and determine whether to counsel the inmate or proceed with formal disciplinary action. If counseling is used in lieu of formal disciplinary, it should be documented on the IS03, Disciplinary Charges and Plea screen, and the OR14, Comment screen, with appropriate comments and the appropriate counseling code.

        (B)     Review the disciplinary package to ensure procedural correctness and the protection of inmate rights.

        (C)     May refer the case, in writing, back to the Investigating Officer for further investigation or to protect the inmate's rights.

        (D)     Decide whether to charge the inmate with a disciplinary offense and, if so:

            (i)      determine the offense(s) with which the inmate is to be charged;

            (ii)     advise the inmate of the charge(s);

            (iii)    ask the inmate if a staff representative is requested and, if so, appoint a staff member to this role;

            (iv)     if the inmate is an inpatient mental health resident, a Mental Health Representative must serve as Staff Representative;

**Defendants' Response to Plaintiff's RFPD**                                    **RFPD 0068**
Cobey Lakenper v. Hooks, et al; 5:20-CV-00833-FL; 5:20-CV-00833 1-37     Filed 04/05/24     Page 68 of 232

(v) if the inmate is identified as Developmentally Disabled, a DD trained Case Manager will serve as the Staff Representative;

(vi) complete the disciplinary report (batch job #50) by accessing the IS03, Disciplinary Charges and Plea screen, and provide the related comments on the OR14, Comment screen, to include but not be limited to, who, what, when, where, how, the inmate's plea, rationale for punishment if reduced below presumptive, requested extension(s), reason for request, number of days requested, and approval(s), etc;

(vii) give the inmate a copy of the completed Offense and Disciplinary Report (batch job #50) with a summary that addresses the offense(es) for which the inmate is being charged, and;

(viii) when required, authorize an extension to charge the inmate beyond 72 hours.

(E) Ensure one or more staff are trained to serve as Investigation Officers by completing the required Disciplinary Hearing Officer Procedures training.

(F) Ensure that pertinent items of information, reports, evidence, the accused, needed witnesses, and if requested, a staff representative, are available at the time of the disciplinary hearing.

(G) May appoint a staff member to present evidence to the Disciplinary Hearing Officer.

(H) Shall appoint a recorder to assist the Disciplinary Hearing Officer.

(g) Staff Representative Responsibilities

(1) If the appointed representative was a witness to the alleged misconduct, the Facility Head/Designee should be notified so a new representative may be appointed.

(2) The staff representative does not serve as an advocate or assume an adversarial role. The staff representative has no investigative authority.

(3) Responsibilities:

(A) Assure that the inmate has an opportunity to present their version of the facts to the Disciplinary Hearing Officer;

**Defendants' Response to Plaintiff's RFPD**                                    **RFPD 0069**
Cobey Lamar, et al. v. Houston, et al; 5:20-CT-03083-81-37    Filed 04/05/24    Page 69 of 232

      (B)    Present the inmate's version for physically, mentally, or language impaired inmates unable to present their version;

      (C)    Assist the inmate with understanding the disciplinary process; and

      (D)    Make a written statement on the way the Representative assisted the accused inmate.

(h)    Waiver of Hearing and Plea of Guilty

      (1)    The inmate may voluntarily plead guilty, waive a hearing before the Facility Head/Designee or Disciplinary Hearing Officer, and accept a punishment less than the presumptive punishments specified in Section .0204 of this policy. At the Disciplinary Hearing Officer level, a plea of guilty and a waiver of hearing will be documented on the IS04, Disciplinary Hearing Officer screen, and the OR14, Comment screen. The Waiver of Hearing & Plea of Guilty Report (batch job #65) and the Offense and Disciplinary Report (batch job #50) should be printed. The Record of Hearing Report (batch job #55) will only be generated on plea of guilty for A class offenses. At the Referring Authority level, the IS03, Disciplinary Charges and Plea screen, would be accessed and documentation of the inmate's guilty plea should be documented on the OR14, Comment screen. The Waiver of Hearing & Plea of Guilty Report (batch job #60) and the Offense and Disciplinary Report (batch job #50) should be printed. The punishment will be at least one class below the offense to which the inmate is pleading guilty and punishment active or suspension of the presumptive punishment for the offense to which the inmate is pleading guilty, at the discretion of the Facility Head/Designee, or the Disciplinary Hearing Officer. (4-4237)

      (2)    The inmate shall sign the printed Waiver of Hearing & Plea of Guilty report (DHO level batch job #65, Unit level batch job #60) indicating that the plea and waiver are freely given and are not the result of any coercion or intimidation. If the inmate is unable to sign due to restraints, this will be documented on the form, on the OR14, Comment screen, and a second witness will sign the form attesting the inmate could not sign. This waiver also waives the right to appeal. The inmate will be given a copy of the signed document (batch job #60 or #65).

(i)    Disciplinary Hearing Officer Appointments (4-4240)

      (1)    Disciplinary Hearing Officers shall be chosen to provide an impartial disciplinary hearing. No person who initiates the disciplinary charges or was a witness in the case may serve as a Disciplinary Hearing Officer. The responsibilities of the Disciplinary Hearing Officer will be related only to the administration of the inmate disciplinary procedure.

**Defendants' Response to Plaintiff's RFPD**                           **RFPD 0070**
Cobey Lamb, et al. v. Cobey Lamb, et al; 5:20-cv-00831-37    Filed 04/05/24    Page 70 of 232

(2)     The Prisons Director shall appoint and have trained one or more Disciplinary Hearing Officers to hear and determine the disposition of formal disciplinary charges. These Disciplinary Hearing Officers will perform their responsibilities as full time and exclusive duties.

(j)     Disciplinary Hearing Officer Responsibilities

(1)     The Disciplinary Hearing Officer reviews all the evidence for referred disciplinary cases, including both direct and circumstantial evidence, determines guilt or innocence, and determines punishment consistent with this policy.

(2)     Responsibilities:

(A)     Review the disciplinary package to ensure procedural correctness and the protection of inmate rights;

(B)     Arrange for a hearing within seven (7) days, excluding weekends and holidays, after the inmate has been charged with an offense;

(C)     Assure the presence of the people and evidence needed for the hearing;

(D)     If necessary, refer the disciplinary back to the Facility Head/Designee for one of the reasons enumerated in policy section .0205(b)(11) or .0205(e)(1)(A);

(E)     Read the charges to the accused inmate and obtain a plea of guilty or not guilty;

(F)     Read to the inmate the witness statements and other evidence relating to guilt or innocence. Confidential information shall not be divulged in such a manner as to reveal the identity of the confidential source and/or jeopardize the safety of the confidential source;

(G)     Give the accused inmate the opportunity to make a verbal statement, to refute or explain evidence, and to present relevant evidence. (4-4242)

(H)     Give witnesses, requested by the inmate, the opportunity to testify either in person or by telephone; (4-4242)

(I)     Document on the IS04, Disciplinary Hearing Officer screen, and OR14, Comment screen, providing relevant comments, reasons for declining to call requested witnesses or allowing the accused to present items of physical evidence. The factors considered in determining to call witnesses or present

**Defendants' Response to Plaintiff's RFPD**                                                    **RFPD 0071**
Cobey Lamberton v. Roscoe, et al; 5:20-CT-3083
Case 5:20-ct-03083-FL; Document 81-37    Filed 04/05/24    Page 71 of 232

evidence shall include but not be limited to: (4-4242)

    (i)    relevance;

    (ii)    duplicative or cumulative testimony;

    (iii)    necessity;

    (iv)    inmate's failure to make timely request for witnesses or physical evidence in advance of the hearing; and

    (v)    undue hazard related to the facility's safety or correctional goals.

Whenever the presentation of live testimony or physical evidence is denied by the Disciplinary Hearing Officer, written statements gathered by the Investigating Officer may be used. The reason(s) for denial shall be documented on the IS04, Disciplinary Hearing Officer screen, with comments on the OR14, Comment screen;

(J)    If the inmate pleads guilty or is found guilty, the Disciplinary Hearing Officer may impose punishment consistent with policy section .0204;

(K)    A Disciplinary Hearing Officer shall not impose a sanction that significantly impairs or impedes the inmate's access to required health or mental health treatment services;

(L)    Enter the findings of guilty, not guilty or dismissal and the rationale on the IS04, Disciplinary Hearing Officer screen, and OR14, Comment screen, and advise the inmate of the decision. The decision shall be based solely on information, direct and/or circumstantial, obtained in the hearing process including staff reports, the status of the inmate charges, evidence from witnesses, and all pertinent documentation. Give the inmate a copy of the written statement of the evidence relied upon and the reasons for the punishment imposed by accessing Record of Hearing report (batch job #55). Thoroughly document the course of the hearing on the OR14, Comment screen; (4-4244)

(M)    Enter on the record any objections the inmate may have to the decision; (4-4245)

(3)    Advise the inmate of the right to appeal to the Prisons Director within 15 calendar days from the date of hearing. Appeal should be received by the Prison Director within 15 calendar days from the date of the hearing. (4-4245)

**Defendants' Response to Plaintiff's RFPD**                                    **RFPD 0072**
Cobey Lake, et al. v. Roy Cooper, et al; 5:20-CT-3073

(A)     Complete and distribute the Record of Hearing forms. (4-4245)

(B)     A record of the hearing and findings is maintained for five years. (4-4240)

(k)     Appeal to the Prisons Director

(1)     If the inmate appeals to the Prisons Director, his/her Designee is authorized to:

(A)     Approve the Disciplinary Hearing Officer's decision.

(B)     Order a re-investigation or re-hearing in whole or in part.

(C)     Disapprove the Disciplinary Hearing Officer's decision and dismiss the case.

(D)     Reduce but not increase the punishment determined by the Disciplinary Hearing Officer.

(2)     The decision by the Disciplinary Hearing Officer shall be final. Such decision can only be approved or disapproved by the Prisons Director/Designee.

(3)     Appeals are only available for inmates convicted of disciplinary offenses. The Prisons Director/Designee cannot initiate an appeal of the Disciplinary Hearing Officer's final decision.

(4)     Any inmate who elects to plead guilty may not appeal the guilty plea.

(5)     Tracking and notification to the facility and the inmate will be accomplished via the IS05, Disciplinary Appeal screen, Alerts and Pending Reviews screens, and appropriate batch jobs, to include the Inmate Appeal Decision Letter (batch job #40). The facility where the incident occurred shall print the Inmate Appeal Decision Letter, give to the inmate, and attach another copy with the disciplinary package. If the inmate has transferred, the current housing facility should print the Inmate Appeal Decision Letter and give to the inmate.

(l)     Use of Inmate Confidential Informant

(1)     If at all possible, written and signed statements should be obtained from the informant. These statements can be summarized by the person obtaining the statement so that the confidentiality of the informant is maintained. This summary statement will be a part of the disciplinary record; however, the confidential informant's statement will not be a part of the disciplinary record but will be made available to the Disciplinary Hearing Officer and maintained by the Facility

**Defendants' Response to Plaintiff's RFPD**                                           **RFPD 0073**
Cobey Lamberth v. Brooks, et al; 5:20-CT-03081-37     Filed 04/05/24     Page 73 of 232

Head/Designee in a confidential file for at least five (5) years. The staff member should sign the summary statement.

(2)    In the event the informant fears for his safety and is unwilling to write a statement, the staff member taking the statement will provide a summary as part of the disciplinary record. The interviewer's notes and the name of the informant will be maintained by the Facility Head/Designee in a confidential file. The statement written for the confidential file should be a thorough description of the informant's information. The staff member should sign, including date and time, the statement, and request the informant to sign or initial.

(3)    Before disciplinary action is taken based on information provided by a confidential informant, the following conditions should be met:

      (A)    The staff member making the summary statement must know the informant, have used him/her in the past and found him/her reliable, and received the information from the informant based on the informant's personal or firsthand knowledge. The information would also be admissible if physical evidence or other reliable evidence, including similar statements by other informants, corroborates the informant's information.

      (B)    The staff member should state the facts that support the reliability of the confidential informant's statement, which should be filed with the confidential informant's statement.

      (C)    The Disciplinary Hearing Officer should review the confidential statement and the reliability of the informant, as documented by the person obtaining the confidential informant's statement, and state this review in the Record of Hearing, on the OR14, Comment screen.

      (D)    The Disciplinary Hearing Officer should find that safety considerations prevent disclosure of the informant's identity.

(m)    Modifications

The Prisons Director may authorize modifications of this procedure consistent with its fundamental principles, provided any modification shall be in writing, approved by the Secretary of Public Safety and incorporated in the polices and procedures of the Department.

### *REFERENCE FORMS*

**Defendants' Response to Plaintiff's RFPD**             **RFPD 0074**
Cobey Lakey, et. al. v. Moore, et. al; 5:20-CT-3083

The forms listed below are the forms used specifically for inmate disciplinary packages. These forms are located on Prisons web page and maybe accessed by clicking the link below.

DC-138A – Notice to Inmate

DC-138B – Statement by Witness

DC-138F – Request for Extension of Time

DC-138G – Refusal To Attend Disciplinary Hearing

DC-556M – Treatment Team Recommendation Form * This form may be accessed at the facility providing mental health services.

Director of Prisons          Date

B.0200_04_01_14.doc

**Defendants' Response to Plaintiff's RFPD**          **RFPD 0075**
Cobey Lemon v. Christopher Hooks, et al; 5:20-CT-03083          Filed 04/05/24          Page 75 of 232

# CORNERSTONE LMS TRANSCRIPT

**Name:** Erik Hooks

**ORG UNIT** PS Office of the Secretary (OS)

**Date Criteria Type:** Training End Date - Session and External training will be filtered using end date. For all other training types, completion date will be used

**Start Date:**

**End Date:** 5/4/2023

**Training Type:** Cohort, Curriculum, External Training, Library, Material, Online Class, Posting, Quick Course, Session, Test, Online Content

**Training Title:**

**Subject(s):**

**Archived Training Include:** Yes

**Completed Training Only:** Yes, Show all historical instances of completion if the user has completed more than one instance

**Report Generated By:** Johnnie McCullers

**Report Date:** 5/4/2023

| Erik Hooks | | | | |
|---|---|---|---|---|
| TITLE:  Secretary Of Public Safety | TYPE | TRAINING HOURS | STATUS | COMPLETION DATE |
| SBI - 2020 Sworn In-Service - Bloodborne Pathogens | Session | 2 | Completed | 12/21/2020 |
| SBI - 2020 Sworn In-Service - Law Enforcement Threat Assessment | Session | 4 | Completed | 12/5/2020 |
| SBI - 2020 Sworn In-Service - Armed/Unarmed Security/Company Police: Understanding Their Roles and Authority | Session | 2 | Completed | 12/1/2020 |

**Defendants' Response to Plaintiff's RFPD** Case 5:20-CT-03083-FL    Document 81-37    Filed 04/05/24    Page 76 of 232    **RFPD 0076**
**Cobey LaKemper v. Hooks, et al; 5:20-CT-3083**

| Erik Hooks | | | | |
|---|---|---|---|---|
| TITLE: Secretary Of Public Safety | TYPE | TRAINING HOURS | STATUS | COMPLETION DATE |
| SBI - 2020 Sworn In-Service - Communication Strategies When Encountering Persons Who are Deaf or Hard of Hearing | Session | 2 | Completed | 11/30/2020 |
| SBI - 2020 Sworn In-Service - Career Survival: Training and Standards Issues | Session | 2 | Completed | 11/20/2020 |
| SBI - 2020 Sworn In-Service - The Signs Within: Suicide Prevention Education and Awareness | Session | 2 | Completed | 12/1/2020 |
| SBI - 2020 Sworn In-Service - Long-Term Effects of Childhood Adversity | Session | 2 | Completed | 11/20/2020 |
| SBI - 2020 Sworn In-Service - Legal Update | Session | 4 | Completed | 12/31/2020 |
| DPS - NCVIP Managing Performance for Employees | Curriculum | 0.55 | Completed | 2/22/2021 |
| DPS - NCVIP Planning for Employees | Curriculum | 0.52 | Completed | 12/20/2020 |
| DPS - NCVIP Annual Evaluation for Employees | Curriculum | 0.2 | Completed | 12/20/2020 |
| NC Learning Center New User Orientation | Online Class | 0.17 | Completed (Equivalent) | 12/5/2014 |
| Grievance Overview (OSHR) | Online Class | 0.25 | Completed (Equivalent) | 3/18/2014 |
| SBI - 2020 Sworn In-Service - Firearms Qualification | Session | 2 | Completed | 12/7/2020 |
| SBI - 2020 Sworn In-Service - Firearms Classroom | Session | 2 | Completed | 12/7/2020 |
| PREA - Hiring and Promotion Prohibitions (DPS) | Curriculum | 0.25 | Completed | 2/22/2021 |
| DPS - PREA - OPA T10- Information for Person(s) with Direct and Indirect Contact | Materials | 0 | Completed | 12/3/2020 |
| Cyber Security: Password Security | Online Class | 0.13 | Completed | 2/22/2021 |
| NC DPS Symptom Self-Screening Tool | Materials | 0 | Completed | 11/25/2020 |
| GCC - Grant Opening Process | Online Class | 0.5 | Completed | 12/25/2020 |

Defendants' Response to Plaintiff's RFPD Cobey LaKemper v. Hooks, et al; 5:20-CT-3083

Case 5:20-CT-3083-FL   Document 81-37   Filed 04/05/24   Page 77 of 232

RFPD 0077

| Erik Hooks | | | | |
|---|---|---|---|---|
| TITLE: Secretary Of Public Safety | TYPE | TRAINING HOURS | STATUS | COMPLETION DATE |
| North Carolina State Government's Safe Practices for the Pandemic Worksite Training | Online Class | 1 | Completed | 12/25/2020 |
| Cyber Security: Mobile Device Security | Online Class | 0.17 | Completed | 10/24/2020 |
| Budget Basics for Public Managers | Online Class | 0.75 | Completed (Equivalent) | 7/15/2015 |
| Cyber Security: Who is the Human Firewall | Online Class | 0.17 | Completed | 10/24/2020 |
| Mandatory State Employees Computer Asset Compliance Checklist | Materials | 0.25 | Completed | 11/25/2020 |
| NCVIP Annual Training for Managers_2020 | Online Class | 2 | Completed | 10/24/2020 |
| DPS - Social Media Policy | Materials | 0 | Completed | 10/24/2020 |
| Cyber Security: Social Media - Staying Secure in a Connected World | Online Class | 0.17 | Completed | 10/24/2020 |
| Cyber Security: Ransomware | Online Class | 0.25 | Completed | 10/24/2020 |
| Cyber Security: Social Engineering Red Flags | Online Class | 0.25 | Completed | 10/24/2020 |
| SBI - 2019 Annual Policy Required Training - Sworn | Curriculum | 5 | Completed | 12/31/2019 |
| 2019ICS | Online Class | 1 | Completed | 12/31/2019 |
| PREA - Hiring and Promotion Prohibitions (DPS) | Curriculum | 0.25 | Completed | 12/31/2019 |
| DPS - PREA - OPA T10- Information for Person(s) with Direct and Indirect Contact | Materials | 0 | Completed | 12/31/2019 |
| DPS IT: Acceptable Use Policies | Curriculum | 2 | Completed | 11/26/2019 |
| Cyber Security: Insider-Threat | Online Class | 0.03 | Completed | 12/31/2019 |
| Equal Employment Opportunity and Diversity Fundamentals (EEODF)_V2 | Curriculum | 13 | Completed (Equivalent) | 10/4/1995 |
| Cyber Security: Understanding and Protecting PII | Online Class | 0.25 | Completed | 9/16/2019 |
| DPS - Social Media Policy | Materials | 0 | Completed | 9/2/2019 |
| Cyber Security: How to be a Human Firewall | Online Class | 0.25 | Completed | 9/16/2019 |
| DPS IT: Laptop and Mobile Device | Materials | 0.5 | Completed | 9/2/2019 |
| DPS IT: Acceptable Use Policies | Curriculum | 2 | Completed | 9/16/2019 |

| Erik Hooks | | | | |
|---|---|---|---|---|
| TITLE: Secretary Of Public Safety | TYPE | TRAINING HOURS | STATUS | COMPLETION DATE |
| Cyber Security: Phishing Fundamentals | Online Class | 0.2 | Completed | 9/16/2019 |
| Cyber Security: Your Role - Internet Security and You | Online Class | 0.25 | Completed | 9/16/2019 |
| SBI - Legal Update - 2018 Sworn In-Service | Session | 4 | Completed | 7/28/2018 |
| PREA - Hiring and Promotion Prohibitions (DPS) | Curriculum | 0.25 | Completed | 9/2/2019 |
| DPS - PREA - OPA T10- Information for Person(s) with Direct and Indirect Contact | Materials | 0 | Completed | 9/2/2019 |
| Security Mentor - Information Protection | Online Class | 0.2 | Completed | 12/21/2018 |
| DPS - Social Media Policy | Materials | 0 | Completed | 12/15/2018 |
| SBI - 2018 3rd Quarter Firearms | Session | 4 | Completed | 8/24/2018 |
| SBI - 2018 Sworn In-Service | Curriculum | 24 | Completed | 12/20/2018 |
| SBI - Equality in Policing - 2018 Sworn In-Service | Materials | 0 | Completed | 7/28/2018 |
| SBI - Law Enforcement Intell Update - 2018 Sworn In-Service | Materials | 0 | Completed | 7/28/2018 |
| SBI - Strategies to Improve LE Interaction and Relationships with Minority Youth - 2018 Sworn In-Service | Materials | 0 | Completed | 7/28/2018 |
| SBI - Officer Safety: Surviving Planned Attacks Against LEO - 2018 Sworn In-Service | Materials | 0 | Completed | 7/28/2018 |
| SBI - Communication Skills with Persons in Crisis - De-Escalation Techniques - 2018 Sworn In-Service | Materials | 0 | Completed | 7/28/2018 |
| SBI - 2018 2nd Quarter Firearms | Session | 4 | Completed | 7/13/2018 |
| DPS IT: Laptop and Mobile Device | Materials | 0.5 | Completed | 7/27/2018 |
| DPS IT: Acceptable Use Policies | Curriculum | 1.5 | Completed | 7/27/2018 |
| SBI - 2018 Annual Policy Required Training - Sworn | Curriculum | 6 | Completed | 6/11/2018 |
| Preventing Workplace Harassment v2 | Online Class | 0.32 | Completed | 5/2/2018 |
| Security Mentor - Insider Threat | Online Class | 0.2 | Completed | 5/2/2018 |

| Erik Hooks | | | | |
|---|---|---|---|---|
| TITLE: Secretary Of Public Safety | TYPE | TRAINING HOURS | STATUS | COMPLETION DATE |
| SBI - Firearms Classroom - 2018 Sworn In-Service | Session | 2 | Completed | 3/7/2018 |
| SBI - Firearms Qualification - 2018 Sworn In-Service | Session | 2 | Completed | 3/7/2018 |
| DPS HR - Social Media, Interpersonal Communication & Relationships with Staff | Online Class | 1 | Completed | 2/19/2018 |
| Adverse Weather Policy: Plan, Educate, Communicate | Online Class | 0.17 | Completed | 2/19/2018 |
| PREA - Hiring and Promotion Prohibitions (DPS) | Curriculum | 0.25 | Completed | 12/6/2017 |
| DPS - PREA - OPA T10- Information for Person(s) with Direct and Indirect Contact | Materials | 0 | Completed | 12/6/2017 |
| Security Mentor - Public Wifi | Online Class | 0.17 | Completed | 11/18/2017 |
| Security Mentor - Mobile Security | Online Class | 0.17 | Completed | 11/18/2017 |
| SBI - 2017 Annual Policy Required Training | Curriculum | 8 | Completed | 7/25/2017 |
| DPS IT: Acceptable Use Policies | Curriculum | 1.5 | Completed | 7/25/2017 |
| Security Mentor - Computer Security | Online Class | 0.25 | Completed | 7/25/2017 |
| SBI 2017 ICS and Special Operations Training | Session | 7 | Completed | 6/1/2017 |
| SBI - 2017 Sworn Inservice | Curriculum | 26 | Completed | 1/24/2018 |
| DPS-HR Bonus Leave Payout Program | Materials | 0 | Completed | 4/21/2017 |
| Security Mentor - Information Protection. | Online Class | 0.17 | Completed | 7/27/2017 |
| Equal Employment Opportunity and Diversity Fundamentals (EEODF) | Curriculum | 13.08 | Completed (Equivalent) | 10/4/1995 |
| SBI - 2016 Management Conference | Session | 12 | Completed | 12/13/2016 |
| DPS-NCVIP: Performance Evaluation for Transfers & Separations (PETS) | Online Class | 1 | Completed | 2/19/2018 |
| SBI - 2016 Bloodborne Pathogens Training | Online Class | 0 | Completed | 12/17/2016 |
| SBI - 2016 Hazardous Materials | Curriculum | 0 | Completed | 12/30/2016 |
| SBI-2016 4th Quarter Firearms Training | Session | 4 | Completed | 12/15/2016 |
| SBI - 2016 Bias Based Profiling Training | Online Class | 0 | Completed | 12/17/2016 |
| SBI - 2016 Ethics | Online Class | 0 | Completed | 12/17/2016 |

| Erik Hooks | | | | |
|---|---|---|---|---|
| TITLE: Secretary Of Public Safety | TYPE | TRAINING HOURS | STATUS | COMPLETION DATE |
| PREA - Hiring and Promotion Prohibitions (DPS) | Curriculum | 0.25 | Completed | 12/17/2016 |
| DPS - PREA - OPA T10- Information for Person(s) with Direct and Indirect Contact | Materials | 0 | Completed | 12/17/2016 |
| Security Mentor - Web Security | Online Class | 0.25 | Completed | 7/27/2017 |
| Security Mentor - Email Security | Online Class | 0.25 | Completed | 7/27/2017 |
| Security Mentor - Social Networking "When a Friend is Not a Friend" | Online Class | 0.17 | Completed | 11/18/2017 |
| Security Mentor - Phishing | Online Class | 0.17 | Completed | 8/8/2016 |
| DPS HR - NCVIP New Supervisor Training | Materials | 0 | Completed | 7/1/2016 |
| SBI & ALE NCVIP Final Appraisal Training for SUPERVISORS | Session | 3 | Completed | 6/22/2016 |
| Security Mentor - Passwords | Online Class | 0.17 | Completed | 5/24/2016 |
| Security Mentor - Keys to Security: Introduction to Security Awareness | Online Class | 0.17 | Completed | 3/26/2016 |
| SBI-2016 1st Quarter Firearms Training | Session | 4 | Completed | 3/22/2016 |
| SBI - 2016 Sworn Inservice | Curriculum | 24 | Completed | 10/7/2016 |
| Actionable Intelligence, how to hunt criminals and terrorist | Session | 8 | Completed | 2/3/2016 |
| SBI-2015 4th Quarter Firearms | Session | 4 | Completed | 12/15/2015 |
| PREA - Hiring and Promotion Prohibitions (DPS) | Curriculum | 0.25 | Completed | 1/15/2016 |
| DPS - PREA - OPA T10- Information for Person(s) with Direct and Indirect Contact | Materials | 0 | Completed | 1/15/2016 |
| SBI - 2015 HazMat Training HSS150992015 | Curriculum | 0 | Completed | 12/14/2015 |
| SBI - 2015 Bias Based Profiling HUM150992013 | Online Class | 0 | Completed | 11/23/2015 |
| SBI - 2015 Bloodborne Pathogens HSS150992014 | Online Class | 0 | Completed | 11/23/2015 |
| SBI-2015 3rd Quarter Firearms Training | Session | 4 | Completed | 9/30/2015 |
| SBI - NCVIP Performance Management | Session | 2 | Completed | 9/9/2015 |

Defendants' Response to Plaintiff's RFPD Case 5:20-CT-03083-FL   Document 81-37   Filed 04/05/24   Page 81 of 232   RFPD 0081
Cobey LaKemper v. Hooks, et al; 5:20-CT-3083

| Erik Hooks | | | | |
|---|---|---|---|---|
| TITLE: Secretary Of Public Safety | TYPE | TRAINING HOURS | STATUS | COMPLETION DATE |
| SBI – 2015 Brief on Disorder in Ferguson, MO | Online Class | 1 | Completed | 11/23/2015 |
| DPS - NCVIP Introduction for Employees | Curriculum | 0.55 | Completed | 8/18/2015 |
| NCVIP Performance Management Technology Training for Managers & Supervisors -- Individual Development Plans | Online Class | 0.2 | Completed | 8/12/2015 |
| NCVIP Performance Management Technology Training for Employees – Individual Development Plans | Online Class | 0.23 | Completed | 8/12/2015 |
| DPS - NCVIP Annual Evaluation for Employees | Curriculum | 0.37 | Completed | 8/12/2015 |
| DPS - NCVIP Annual Evaluation for Managers and Supervisors | Curriculum | 0.83 | Completed | 8/12/2015 |
| DPS - NCVIP Interim Feedback Review for Supervisors and Managers | Curriculum | 0.58 | Completed | 8/12/2015 |
| DPS - NCVIP Planning for Supervisors and Managers | Curriculum | 0.72 | Completed | 8/12/2015 |
| DPS - NCVIP Managing Performance for Managers and Supervisors | Curriculum | 2.07 | Completed | 8/12/2015 |
| DPS - NCVIP Interim Feedback Review for Employees | Curriculum | 0.3 | Completed | 8/12/2015 |
| DPS - NCVIP Managing Performance for Employees | Curriculum | 0.78 | Completed | 8/12/2015 |
| DPS - NCVIP Planning for Employees | Curriculum | 0.47 | Completed | 8/12/2015 |
| PeopleAdmin Position Management Module Manager Training | Video | 0 | Completed | 7/15/2015 |
| Budget Basics for Public Managers | Online Class | 0 | Completed | 7/15/2015 |
| DPS - Procurement Card Training | Online Class | 1 | Completed | 7/15/2015 |
| Life Planning | Materials | 0 | Completed | 8/21/2015 |
| Criminal Justice - Securing the Human Module 26 | Online Class | 0.08 | Completed | 7/9/2015 |
| SBI - Worker's Compensation, LOA, and FMLA | Materials | 2 | Completed | 6/2/2015 |

| Erik Hooks | | | | |
|---|---|---|---|---|
| TITLE: Secretary Of Public Safety | TYPE | TRAINING HOURS | STATUS | COMPLETION DATE |
| SBI - Worker's Compensation, LOA, and FMLA | Curriculum | 2 | Completed | 6/2/2015 |
| You Are The Target - Securing the Human Module 1 | Online Class | 0.03 | Completed | 5/28/2015 |
| Email and IM -Securing the Human Module 3 | Online Class | 0.1 | Completed | 5/28/2015 |
| DPS - NCVIP Introduction for Supervisors | Curriculum | 0.75 | Completed | 4/15/2015 |
| SBI - 2015 Sworn Inservice | Curriculum | 24 | Completed | 11/30/2015 |
| Introducing NCVIP | Video | 0 | Completed | 2/16/2015 |
| SBI-2014 4th Quarter Firearms Training (Lexington) | Session | 4 | Completed | 1/13/2015 |
| SBI - Bias-Based Profiling HUM140992016 | Materials | 1 | Completed | 12/5/2014 |
| SBI - HazMat HSS140992014 | Curriculum | 2 | Completed | 12/5/2014 |
| SBI - Bloodborne Pathogens HSS140992015 | Materials | 2 | Completed | 12/5/2014 |
| SBI - Everyday Ethics for Sworn Staff HUM140992013 | Materials | 1 | Completed | 12/5/2014 |
| SBI - Discovery: Best Practices MIS140761033 | Materials | 1 | Completed | 12/5/2014 |
| PREA - Hiring and Promotion Prohibitions (DPS) | Curriculum | 0.25 | Completed | 12/5/2014 |
| DPS - PREA - OPA T10- Information for Person(s) with Direct and Indirect Contact | Materials | 0 | Completed | 12/5/2014 |
| NC Learning Center Transcript Quick Reference Guide | Materials | 0.08 | Completed | 12/5/2014 |
| NC Learning Center New User Orientation | Online Class | 0.17 | Completed | 12/5/2014 |
| DPS Run- Hide- Fight: Protective Actions for a Shooter in the Workplace Incident | Video | 0.17 | Completed | 8/10/2014 |
| PREA - Hiring and Promotion Prohibitions (DPS) | Curriculum | 0.25 | Completed | 8/10/2014 |
| OSHR Safety - Be A Hazard Hero! (archived) | Online Class | 0.37 | Completed | 8/10/2014 |
| SBI - 2014 SBI Sworn In-Service | Session | 27 | Completed | 12/29/2014 |

Defendants' Response to Plaintiff's RFPD3083-FL
Cobey LaKemper v. Hooks, et al; 5:20-CT-3083

Document 81-37    Filed 04/05/24    Page 83 of 232

RFPD 0083

| Erik Hooks | | | | |
|---|---|---|---|---|
| TITLE: Secretary Of Public Safety | TYPE | TRAINING HOURS | STATUS | COMPLETION DATE |
| 2014 DOJ Clothing Allowance Policy HUM143874014 | Policy | 0 | Completed | 4/29/2014 |
| Grievance Overview (OSHR) | Online Class | 0.25 | Completed | 3/18/2014 |
| Archived Transcript 0651 | External Training | 0 | Completed | 2/25/2014 |
| SBI Policy 26 - Drug Free Workplace HUM143874004 | Policy | 0 | Completed | 1/26/2014 |
| SBI Policy 25 - Social Media On and Off Duty HUM143874003 | Policy | 0 | Completed | 1/26/2014 |
| 2014 SBI Policy Manual HUM143874001 | Policy | 0 | Completed | 1/26/2014 |
| 2014 SBI Procedure Manual HUM143874002 | Policy | 0 | Completed | 1/26/2014 |
| Preventing Harassment for Managers | Online Class | 0 | Completed | 1/27/2014 |
| SBI - 2013 4th Qtr. Firearms Practice - Special Investigations | Session | 4 | Completed | 12/19/2013 |
| Hazard Communication 2012 Update (HAZCOM2012) | Curriculum | 1 | Completed | 11/25/2013 |
| 2013 3rd Qtr Firearms Practice - Special Investigations | Session | 4 | Completed | 9/26/2013 |
| New User Quick Reference Card - NC Learning Center | General | 0 | Completed | 1/26/2014 |
| Manager Quick Reference Card - NC Learning Center | General | 0 | Completed | 1/26/2014 |
| NC Learning Center Manager Orientation Course | Online Class | 0 | Completed | 1/27/2014 |
| NC Learning Center New User Orientation Course - Version 1 | Online Class | 0 | Completed | 1/27/2014 |
| EEOI 1: Equal Employment Opportunity Institute - Level I | Online Class | 0 | Completed | 10/4/1995 |
| | | 317.28 | | |

# CORNERSTONE LMS TRANSCRIPT

**Name:** Todd Ishee

**ORG UNIT** AC Secretary's Office

**Date Criteria Type:** Training End Date - Session and External training will be filtered using end date. For all other training types, completion date will be used

**Start Date:**

**End Date:** 5/4/2023

**Training Type:** Cohort, Curriculum, External Training, Library, Material, Online Class, Posting, Quick Course, Session, Test, Online Content

**Training Title:**

**Subject(s):**

**Archived Training Include:** Yes

**Completed Training Only:** Yes, Show all historical instances of completion if the user has completed more than one instance

**Report Generated By:** Johnnie McCullers

**Report Date:** 5/4/2023

| Todd Ishee | | | | |
|---|---|---|---|---|
| TITLE:  Secretary Of Dept. Of Adult Corr. | TYPE | TRAINING HOURS | STATUS | COMPLETION DATE |
| Unconscious Bias Program | Curriculum | 1.95 | Completed | 9/9/2022 |
| Privacy: Prevent Identity Theft | Online Class | 0.13 | Completed | 4/10/2023 |
| Privacy: The Value of Personal Information | Online Class | 0.13 | Completed | 4/27/2023 |
| Cyber Security: 2023 Social Engineering Red Flags | Online Class | 0.25 | Completed | 4/27/2023 |
| Privacy: PII and Compliance | Online Class | 0.07 | Completed | 2/7/2023 |
| Cyber Security: Non-Technical Security | Online Class | 0.17 | Completed | 2/7/2023 |
| Privacy: Data Privacy Basics | Online Class | 0.17 | Completed | 2/7/2023 |

Page 1 of 6

Defendants' Response to Plaintiff's RFPD 3083-FL    Document 81-37    Filed 04/05/24    Page 85 of 232    RFPD 0085
Cobey LaKemper v. Hooks, et al; 5:20-CT-3083

| Todd Ishee | | | | |
|---|---|---|---|---|
| TITLE:  Secretary Of Dept. Of Adult Corr. | **TYPE** | **TRAINING HOURS** | **STATUS** | **COMPLETION DATE** |
| Privacy: The What, Why, and How of Data Privacy | Online Class | 0.05 | Completed | 2/7/2023 |
| DAC HR - Confidentiality Agreement | Materials | 0 | Completed | 12/14/2022 |
| Cyber Security: Corporate Email Tips with Quiz | Online Class | 0.17 | Completed | 1/9/2023 |
| NC DPS HR - Religious Accommodation Policy Training | Online Class | 1 | Completed | 12/14/2022 |
| DPS HR - Confidentiality Agreement | Materials | 0 | Completed | 11/10/2022 |
| Cyber Security: Mobile Device Security 2022 | Online Class | 0.17 | Completed | 10/4/2022 |
| How Do I Identify My Biases? | Online Class | 0.05 | Completed | 9/9/2022 |
| Cyber Security: Creating Strong Passwords - Security Awareness Training | Online Class | 0.25 | Completed | 9/9/2022 |
| EXT - 2022 South Piedmont Committee of NCCA: "Turning Setbacks into Comebacks" | Session | 5 | Completed | 6/30/2022 |
| Key Triggers to Search for Unconscious Bias | Online Class | 0.07 | Completed | 7/15/2022 |
| SOP - Tuberculosis (TB) in Corrections | Online Class | 0.5 | Completed | 7/13/2022 |
| PREA - Hiring and Promotion Prohibitions (DPS) | Curriculum | 0.25 | Completed | 7/13/2022 |
| DPS - PREA - OPA T10- Information for Person(s) with Direct and Indirect Contact | Materials | 0 | Completed | 7/13/2022 |
| DPS HR - Confidentiality Agreement | Materials | 0 | Completed | 7/1/2022 |
| What Types of Bias Exist? | Online Class | 0.05 | Completed | 6/15/2022 |
| Cyber Security: Phishing Foundations | Online Class | 0.17 | Completed | 6/15/2022 |
| Statewide Compensation System Manager's Toolkit Training | Curriculum | 0.63 | Completed | 6/15/2022 |
| How Does Bias Feel? | Online Class | 0.07 | Completed | 6/9/2022 |
| The Science of Bias | Online Class | 0.07 | Completed | 4/20/2022 |
| Cyber Security: Remote Work: Cyber and Physical Security | Online Class | 0.17 | Completed | 4/20/2022 |
| What Is Unconscious Bias? | Online Class | 0.05 | Completed | 3/31/2022 |
| SOP - Tuberculosis (TB) in Corrections | Online Class | 0.5 | Completed | 3/31/2022 |
| Why Is It Hard To Talk About Bias? | Online Class | 0.05 | Completed | 2/25/2022 |

| Todd Ishee | | | | |
|---|---|---|---|---|
| TITLE: Secretary Of Dept. Of Adult Corr. | **TYPE** | **TRAINING HOURS** | **STATUS** | **COMPLETION DATE** |
| Cyber Security: Cybersecurity Toolkit | Online Class | 0.25 | Completed | 2/3/2022 |
| EXT - North Carolina Correctional Association - 42nd Annual Training Conference "United Professionals" | Session | 9.5 | Completed | 11/19/2021 |
| What Does Bias Look Like? | Online Class | 0.05 | Completed | 1/27/2022 |
| What's the Difference Between Bias and Instincts? | Online Class | 0.03 | Completed | 12/20/2021 |
| Cyber Security: Protect Yourself From Ransomware | Online Class | 0.17 | Completed | 12/1/2021 |
| 2021 NC DPS HR \| Religious Accommodation Training | Online Class | 0 | Completed | 12/1/2021 |
| Overcome Your Unconscious Bias | Online Class | 0.03 | Completed | 11/23/2021 |
| Cyber Security: 10 Ways to Avoid Phishing Scams | Online Class | 0.17 | Completed | 10/8/2021 |
| Model Bias-Interrupting Behaviors | Online Class | 0.1 | Completed | 9/27/2021 |
| How Unconscious Bias Affects Your Work, Whether You Know It or Not | Online Class | 0.1 | Completed | 9/27/2021 |
| Can You Change Bias? | Online Class | 0.08 | Completed | 9/27/2021 |
| Build Structures to Combat Bias | Online Class | 0.1 | Completed | 9/27/2021 |
| Know When You're Acting Biased | Online Class | 0.13 | Completed | 9/27/2021 |
| Slow Down Your Thinking to Avoid Unconscious Bias | Online Class | 0.15 | Completed | 9/27/2021 |
| How to Talk About Bias | Online Class | 0.08 | Completed | 9/27/2021 |
| Why Everyone Has Unconscious Bias | Online Class | 0.1 | Completed | 9/27/2021 |
| Interrupt Your Bias in the Moment | Online Class | 0.1 | Completed | 9/27/2021 |
| Why It's Hard to Talk About Bias – and Why You Should | Online Class | 0.1 | Completed | 9/27/2021 |
| What Unconscious Bias Looks Like at Work | Online Class | 0.1 | Completed | 9/27/2021 |
| When You Should Be Aware of Unconscious Bias | Online Class | 0.12 | Completed | 9/27/2021 |
| Break the Everyday Habit of Bias | Online Class | 0.07 | Completed | 9/27/2021 |

Defendants' Response to Plaintiff's RFPD3083-FL   Document 81-37   Filed 04/05/24   Page 87 of 232   **RFPD 0087**
Cobey LaKemper v. Hooks, et al; 5:20-CT-3083

| Todd Ishee | | | | |
|---|---|---|---|---|
| TITLE:  Secretary Of Dept. Of Adult Corr. | TYPE | TRAINING HOURS | STATUS | COMPLETION DATE |
| The Power of Uncovering Your Unconscious Bias | Online Class | 0.1 | Completed | 9/27/2021 |
| Requirements for COVID-19 Testing and Face Coverings as an Alternative to Proof of Full Vaccination | Policy | 0.08 | Completed | 9/7/2021 |
| Cyber Security: 2021 Social Engineering Red Flags | Online Class | 0.17 | Completed | 8/2/2021 |
| PREA - Hiring and Promotion Prohibitions (DPS) | Curriculum | 0.25 | Completed | 7/1/2021 |
| DPS - PREA - OPA T10- Information for Person(s) with Direct and Indirect Contact | Materials | 0 | Completed | 7/1/2021 |
| DPS HR - Confidentiality Agreement | Materials | 0 | Completed | 7/1/2021 |
| Mandatory State Employees Computer Asset Compliance Checklist 2021 | Materials | 0.08 | Completed | 7/1/2021 |
| DPS HR - Advancing Goals Job Aid | Materials | 0 | Completed | 7/1/2021 |
| SOP In-Service Firearms - 501 Part II - Firearms Safety | Session | 1 | Completed | 5/27/2021 |
| OSDT In-Service - Concealed Carry Handgun (Classroom) | Session | 6 | Completed | 5/27/2021 |
| SOP In-Service Firearms - 501 Part I - Law & Policy Concerning Use Of Deadly Force | Session | 1 | Completed | 5/27/2021 |
| Cyber Security: Insider Threats For End Users | Online Class | 0.17 | Completed | 6/4/2021 |
| PREA - Hiring and Promotion Prohibitions (DPS) | Curriculum | 0.25 | Completed | 4/27/2021 |
| Cyber Security: Security Beyond the Office | Online Class | 0.17 | Completed | 4/8/2021 |
| DPS - PREA - OPA T10- Information for Person(s) with Direct and Indirect Contact | Materials | 0 | Completed | 2/23/2021 |
| Cyber Security: 2021 Security Awareness Training | Online Class | 0.25 | Completed | 2/1/2021 |
| DPS - NCVIP Planning for Supervisors and Managers | Curriculum | 1.17 | Completed | 12/19/2020 |

| Todd Ishee | | | | |
|---|---|---|---|---|
| TITLE: Secretary Of Dept. Of Adult Corr. | **TYPE** | **TRAINING HOURS** | **STATUS** | **COMPLETION DATE** |
| DPS - NCVIP Managing Performance for Managers and Supervisors | Curriculum | 1.55 | Completed | 12/19/2020 |
| Cyber Security: Password Security | Online Class | 0.13 | Completed | 12/1/2020 |
| DPS IT: Acceptable Use Policies | Curriculum | 3 | Completed | 11/30/2020 |
| North Carolina State Government's Safe Practices for the Pandemic Worksite Training | Online Class | 1 | Completed | 12/1/2020 |
| Cyber Security: Mobile Device Security | Online Class | 0.17 | Completed | 10/1/2020 |
| Cyber Security: Who is the Human Firewall | Online Class | 0.17 | Completed | 8/20/2020 |
| Mandatory State Employees Computer Asset Compliance Checklist | Materials | 0.25 | Completed | 7/24/2020 |
| NCVIP Annual Training for Managers_2020 | Online Class | 2 | Completed | 2/23/2021 |
| DPS - Social Media Policy | Materials | 0 | Completed | 7/7/2020 |
| DPS HR - Confidentiality Agreement | Materials | 0 | Completed | 7/7/2020 |
| DPS - PREA - OPA T10- Information for Person(s) with Direct and Indirect Contact | Materials | 0 | Completed | 7/7/2020 |
| NC DPS - NCVIP Advancing Goals Webinar 2021 | Session | 2 | Completed | 6/17/2020 |
| Cyber Security: Social Media - Staying Secure in a Connected World | Online Class | 0.17 | Completed | 6/16/2020 |
| Cyber Security: Ransomware | Online Class | 0.25 | Completed | 5/11/2020 |
| Cyber Security: Social Engineering Red Flags | Online Class | 0.25 | Completed | 2/5/2020 |
| DPS HR - New Employee Orientation | Curriculum | 4.08 | Completed | 2/10/2020 |
| DPS IT: Acceptable Use Policies | Curriculum | 2 | Completed | 1/7/2020 |
| Cyber Security: Insider-Threat | Online Class | 0.03 | Completed | 1/7/2020 |
| Cyber Security: Understanding and Protecting PII | Online Class | 0.25 | Completed | 11/18/2019 |
| ASCA July 2019 | External Training | 7.25 | Completed | 8/15/2019 |
| ASCA 2019 Summer Conference | External Training | 12 | Completed | 8/8/2019 |
| Equal Employment Opportunity and Diversity Fundamentals (EEODF)_V2 | Curriculum | 13 | Completed | 9/16/2020 |

Defendants' Response to Plaintiff's RFPD3083-FL    Document 81-37    Filed 04/05/24    Page 89 of 232    RFPD 0089
Cobey LaKemper v. Hooks, et al; 5:20-CT-3083

| Todd Ishee | | | | |
|---|---|---|---|---|
| TITLE: Secretary Of Dept. Of Adult Corr. | **TYPE** | **TRAINING HOURS** | **STATUS** | **COMPLETION DATE** |
| DPS - Procurement Card Training | Online Class | 1 | Completed | 7/11/2019 |
| Cyber Security: How to be a Human Firewall | Online Class | 0.25 | Completed | 9/12/2019 |
| DPS - Social Media Policy | Materials | 0 | Completed | 1/7/2020 |
| DPS HR - Confidentiality Agreement | Materials | 0 | Completed | 1/3/2020 |
| DPS - PREA - OPA T10- Information for Person(s) with Direct and Indirect Contact | Materials | 0 | Completed | 1/7/2020 |
| SAF - Accident/Incident Investigation Training | Online Class | 1 | Completed | 1/7/2020 |
| SAF - Workplace Safety and Health Orientation and Hazard Identification Training | Online Class | 1 | Completed | 1/15/2020 |
| DPS Run- Hide- Fight: Protective Actions for a Shooter in the Workplace Incident | Video | 0.17 | Completed | 1/15/2020 |
| PREA - Hiring and Promotion Prohibitions (DPS) | Curriculum | 0.25 | Completed | 1/21/2020 |
| Cyber Security: Your Role - Internet Security and You | Online Class | 0.25 | Completed | 9/17/2019 |
| DPS - NCVIP Managing Performance for Managers and Supervisors | Curriculum | 1.55 | Completed | 1/21/2020 |
| DPS - NCVIP Planning for Supervisors and Managers | Curriculum | 0.7 | Completed | 1/15/2020 |
| Cyber Security: Phishing Fundamentals | Online Class | 0.2 | Completed | 9/13/2019 |
| HR - Preventing Overpayments | Online Class | 0 | Completed | 1/8/2020 |
| DPS - NCVIP Introduction for Supervisors | Curriculum | 0.75 | Completed | 1/15/2020 |
| DPS HR - Social Media, Interpersonal Communication & Relationships with Staff | Online Class | 1 | Completed | 9/17/2019 |
| Preventing Workplace Harassment v2 | Online Class | 0.32 | Completed | 1/8/2020 |
| DPS HR - NCVIP New Supervisor Training | Materials | 0 | Completed | 7/1/2016 |
| | | 92.32 | | |

Defendants' Response to Plaintiff's 2RFPD3083-FL   Document 81-37   Filed 04/05/24   Page 90 of 232   **RFPD 0090**
Cobey LaKemper v. Hooks, et al; 5:20-CT-3083

# CORNERSTONE LMS TRANSCRIPT

**Name:** Kenneth Lassiter

**ORG UNIT** COR SO COO DS2 CE DIR OPS FARMS M3

**Date Criteria Type:** Training End Date - Session and External training will be filtered using end date. For all other training types, completion date will be used

**Start Date:**

**End Date:** 5/4/2023

**Training Type:** Cohort, Curriculum, External Training, Library, Material, Online Class, Posting, Quick Course, Session, Test, Online Content

**Training Title:**

**Subject(s):**

**Archived Training Include:** Yes

**Completed Training Only:** Yes, Show all historical instances of completion if the user has completed more than one instance

**Report Generated By:** Johnnie McCullers

**Report Date:** 5/4/2023

| Kenneth Lassiter | | | | |
|---|---|---|---|---|
| **TITLE:  Director Of Prison** | **TYPE** | **TRAINING HOURS** | **STATUS** | **COMPLETION DATE** |
| Requirements for COVID-19 Testing and Face Coverings as an Alternative to Proof of Full Vaccination | Policy | 0.08 | Completed | 10/24/2021 |
| Cyber Security: 2021 Social Engineering Red Flags | Online Class | 0.17 | Completed | 10/24/2021 |
| PREA - Understanding the LGBTI Offender | Curriculum | 2 | Completed | 10/24/2021 |
| SOP - Reasonable Accommodations for Inmates with Disabilities in Accordance with the ADA for Prisons Employees (Online) (In-Service) | Online Class | 1 | Completed | 8/2/2021 |

Defendants' Response to Plaintiff's RFPD 3083-FL     Document 81-37     Filed 04/05/24     Page 91 of 232          RFPD 0091
Cobey LaKemper v. Hooks, et al; 5:20-CT-3083

| Kenneth Lassiter | | | | |
|---|---|---|---|---|
| TITLE:  Director Of Prison | | | | |
| | **TYPE** | **TRAINING HOURS** | **STATUS** | **COMPLETION DATE** |
| PREA - Hiring and Promotion Prohibitions (DPS) | Curriculum | 0.25 | Completed | 8/16/2021 |
| DPS - PREA - OPA T10- Information for Person(s) with Direct and Indirect Contact | Materials | 0 | Completed | 8/2/2021 |
| Cyber Security: Insider Threats For End Users | Online Class | 0.17 | Completed | 8/2/2021 |
| SOP - Hazardous Drugs (Annual Compliance) | Online Class | 1 | Completed | 6/23/2021 |
| PREA: Sexual Abuse and Sexual Harassment (SAH) 101 (Online) (In-Service) | Online Class | 1 | Completed | 4/26/2021 |
| PREA: Sexual Abuse and Sexual Harassment (SAH) 101 (Online) (In-Service) | Online Class | 1 | Completed (Equivalent) | 9/25/2020 |
| Cyber Security: Security Beyond the Office | Online Class | 0.17 | Completed | 5/4/2021 |
| DPS - PREA - OPA T10- Information for Person(s) with Direct and Indirect Contact | Materials | 0 | Completed | 3/19/2021 |
| Cyber Security: 2021 Security Awareness Training | Online Class | 0.25 | Completed | 2/5/2021 |
| DPS - NCVIP Managing Performance for Employees | Curriculum | 0.55 | Completed | 1/15/2021 |
| DPS - NCVIP Annual Evaluation for Employees | Curriculum | 0.2 | Completed | 12/20/2020 |
| NC Learning Center New User Orientation | Online Class | 0.17 | Completed (Equivalent) | 3/22/2017 |
| DPS - NCVIP Planning for Employees | Curriculum | 0.52 | Completed | 12/20/2020 |
| PREA - Hiring and Promotion Prohibitions (DPS) | Curriculum | 0.25 | Completed | 1/15/2021 |
| Cyber Security: Password Security | Online Class | 0.13 | Completed | 12/9/2020 |
| North Carolina State Government's Safe Practices for the Pandemic Worksite Training | Online Class | 1 | Completed | 1/27/2021 |
| Cyber Security: Mobile Device Security | Online Class | 0.17 | Completed | 11/6/2020 |
| PREA - Sexual Abuse and Sexual Harassment 101 | Online Class | 1 | Completed | 9/25/2020 |

Defendants' Response to Plaintiff's RFPD Cobey LaKemper v. Hooks, et al; 5:20-CT-3083 Case 5:20-CT-03083-FL    Document 81-37    Filed 04/05/24    Page 92 of 232    **RFPD 0092**

| Kenneth Lassiter | | | | |
|---|---|---|---|---|
| TITLE: Director Of Prison | TYPE | TRAINING HOURS | STATUS | COMPLETION DATE |
| Cyber Security: Who is the Human Firewall | Online Class | 0.17 | Completed | 8/14/2020 |
| Mandatory State Employees Computer Asset Compliance Checklist | Materials | 0.25 | Completed | 7/29/2020 |
| NCVIP Annual Training for Employees_2020 | Online Class | 4 | Completed | 7/29/2020 |
| DPS - Social Media Policy | Materials | 0 | Completed | 7/29/2020 |
| SAF - Occupational Exposure to Infectious Diseases (Online) (In-Service) | Online Class | 2 | Completed | 6/24/2020 |
| PREA: Sexual Abuse and Sexual Harassment (SAH) 201 (Online) (In-Service) | Online Class | 1 | Completed | 6/19/2020 |
| DPS - Professional Ethics (Online) (In-Service) | Online Class | 2 | Completed | 6/19/2020 |
| SOP - Reasonable Accommodations for Inmates with Disabilities in Accordance with the ADA for Prisons Employees (Online) (In-Service) | Online Class | 1 | Completed | 6/12/2020 |
| SAF - Occupational Exposure to Infectious Diseases (Online) (In-Service) | Online Class | 2 | Completed (Equivalent) | 7/24/2017 |
| DPS - Fire Safety (Online) (In-Service) | Online Class | 1 | Completed (Equivalent) | 2/1/2019 |
| DPS HR - Social Media, Interpersonal Communication & Relationships with Staff | Online Class | 1 | Completed | 6/12/2020 |
| ACJJ - Unlawful Workplace Harassment | Online Class | 1 | Completed | 6/10/2020 |
| AC- Staff and Offender: Maintaining Professional Boundaries | Online Class | 2 | Completed | 6/10/2020 |
| Cyber Security: Social Media - Staying Secure in a Connected World | Online Class | 0.17 | Completed | 6/5/2020 |
| SAF - Forklift Safety Certification | Session | 1 | Completed | 1/31/2020 |
| SAF - Personal Protective Equipment (PPE) | Session | 1 | Completed | 1/31/2020 |
| CE - Correction Enterprises - Machine Guarding | Session | 1 | Completed | 1/31/2020 |
| Lockout/Tagout Procedures for Authorized Employees | Session | 1 | Completed | 1/31/2020 |

Defendants' Response to Plaintiff's RFPD
Cobey LaKemper v. Hooks, et al; 5:20-CT-3083

RFPD 0093

| Kenneth Lassiter | | | | |
|---|---|---|---|---|
| TITLE: Director Of Prison | TYPE | TRAINING HOURS | STATUS | COMPLETION DATE |
| SAF - Occupational Noise Exposure - Hearing Conservation (Safety) | Session | 1 | Completed | 1/31/2020 |
| SAF - Asbestos Awareness | Session | 1 | Completed | 1/31/2020 |
| CE - Correction Enterprises: Hot Work Program | Session | 1 | Completed | 1/31/2020 |
| SAF - Hazard Communication Program | Session | 1 | Completed | 1/31/2020 |
| SAF - Confined Spaces Entry | Session | 1 | Completed | 1/31/2020 |
| DAC - Fire Safety (Classroom Only) (In-Service) | Session | 1 | Completed | 1/31/2020 |
| SAF - Occupational Exposure to Infectious Diseases (BBP) - Instructor Training Program (Safety) | Session | 2 | Completed | 1/31/2020 |
| SAF - Fire Drills - Emergency Evacuation | Session | 1 | Completed | 1/31/2020 |
| SOP - Nasal NARCAN Training for Correctional Officers | Online Class | 0.5 | Completed | 4/6/2020 |
| Cyber Security: Ransomware | Online Class | 0.25 | Completed | 5/27/2020 |
| Cyber Security: Social Engineering Red Flags | Online Class | 0.25 | Completed | 3/27/2020 |
| PREA - Hiring and Promotion Prohibitions (DPS) | Curriculum | 0.25 | Completed | 2/19/2020 |
| DPS IT: Laptop and Mobile Device | Materials | 0.5 | Completed (Equivalent) | 7/10/2019 |
| DPS IT: Acceptable Use Policies | Curriculum | 2 | Completed | 11/26/2019 |
| Cyber Security: Insider-Threat | Online Class | 0.03 | Completed | 12/13/2019 |
| Cyber Security: Understanding and Protecting PII | Online Class | 0.25 | Completed | 9/10/2019 |
| DPS - Social Media Policy | Materials | 0 | Completed | 7/10/2019 |
| Cyber Security: How to be a Human Firewall | Online Class | 0.25 | Completed | 7/4/2019 |
| DPS IT: Laptop and Mobile Device | Materials | 0.5 | Completed | 7/10/2019 |
| DPS IT: Acceptable Use Policies | Curriculum | 2 | Completed | 7/10/2019 |
| Cyber Security: Phishing Fundamentals | Online Class | 0.2 | Completed | 5/2/2019 |
| Cyber Security: Your Role - Internet Security and You | Online Class | 0.25 | Completed | 3/29/2019 |

Defendants' Response to Plaintiff's RFPD
Cobey LaKemper v. Hooks, et al; 5:20-CT-3083

Case 5:20-CT-03083-FL    Document 81-37    Filed 04/05/24    Page 94 of 232

RFPD 0094

| Kenneth Lassiter | | | | |
|---|---|---|---|---|
| TITLE: Director Of Prison | TYPE | TRAINING HOURS | STATUS | COMPLETION DATE |
| SOP - Prescription for Hope and Perseverance (Participant Training) | Session | 4 | Completed | 2/8/2019 |
| SOP In-Service - Suicide Prevention - Self-Injurious Behavior | Session | 2 | Completed | 2/8/2019 |
| SAF - Occupational Exposure to Infectious Diseases (Classroom) (In-Service) (BBP) | Session | 2 | Completed | 1/18/2019 |
| OSDT - Situational Awareness (In-Service) | Session | 4 | Completed | 2/7/2019 |
| SOP - Introduction To Contraband | Session | 2 | Completed | 2/7/2019 |
| SOP In-Service - Prison Emergencies: Prevention and Response (822 Part II) | Session | 2 | Completed | 2/7/2019 |
| SAF - Occupational Noise Exposure - Hearing Conservation (Safety) | Session | 2 | Completed | 1/18/2019 |
| SAF - Asbestos Awareness | Session | 2 | Completed | 1/18/2019 |
| SOP In-Service - Fire Safety (822 Part III) | Session | 1 | Completed | 1/18/2019 |
| SAF - Personal Protective Equipment (PPE) | Session | 1 | Completed | 1/18/2019 |
| SAF - Fire Drills - Emergency Evacuation | Session | 1 | Completed | 1/18/2019 |
| Lockout/Tagout Procedures for Authorized Employees | Session | 1 | Completed | 1/18/2019 |
| SAF - Forklift Safety Certification | Session | 1 | Completed | 1/18/2019 |
| SAF - Hazard Communication Program | Session | 1 | Completed | 1/18/2019 |
| CE - Correction Enterprises - Machine Guarding | Session | 2 | Completed | 1/18/2019 |
| SAF - Confined Spaces Entry | Session | 2 | Completed | 1/18/2019 |
| CE - Correction Enterprises: Hot Work Program | Session | 2 | Completed | 1/18/2019 |
| PREA - Hiring and Promotion Prohibitions (DPS) | Curriculum | 0.25 | Completed | 5/2/2019 |
| Security Mentor - Information Protection | Online Class | 0.2 | Completed | 12/10/2018 |
| DPS - Social Media Policy | Materials | 0 | Completed | 12/10/2018 |
| Security Mentor - Internet Of Things (IoT): Here, There and Everywhere | Online Class | 0.25 | Completed | 10/4/2018 |

Defendants' Response to Plaintiff's RFPD
Cobey LaKemper v. Hooks, et al; 5:20-CT-3083

RFPD 0095

Case 5:20-CT-03083-FL   Document 81-37   Filed 04/05/24   Page 95 of 232

| Kenneth Lassiter | | | | |
|---|---|---|---|---|
| **TITLE: Director Of Prison** | **TYPE** | **TRAINING HOURS** | **STATUS** | **COMPLETION DATE** |
| PREA - Sexual Abuse and Sexual Harassment 101 | Online Class | 1 | Completed | 5/10/2019 |
| Security Mentor - Cloud Security - Computing in the Cloud! | Online Class | 0.25 | Completed | 8/14/2018 |
| DPS IT: Laptop and Mobile Device | Materials | 0.5 | Completed | 7/18/2018 |
| DPS IT: Acceptable Use Policies | Curriculum | 1.5 | Completed | 7/18/2018 |
| Security Mentor - Working Remotely | Online Class | 0.2 | Completed | 6/1/2018 |
| Preventing Workplace Harassment v2 | Online Class | 0.32 | Completed (Equivalent) | 2/6/2018 |
| Security Mentor - Insider Threat | Online Class | 0.2 | Completed | 4/2/2018 |
| OSDT - Situational Awareness (In-Service) | Session | 4 | Completed | 3/23/2018 |
| PREVENTING WORKPLACE HARASSMENT. | Online Class | 0.32 | Completed | 2/6/2018 |
| Security Mentor - Social Engineering Lesson | Online Class | 0.25 | Completed | 2/14/2018 |
| Adverse Weather Policy: Plan, Educate, Communicate | Online Class | 0.17 | Completed | 1/25/2018 |
| DPS - PREA - OPA T10- Information for Person(s) with Direct and Indirect Contact | Materials | 0 | Completed | 1/25/2018 |
| PREA - Hiring and Promotion Prohibitions (DPS) | Curriculum | 0.25 | Completed | 1/25/2018 |
| Security Mentor - Office Security | Online Class | 0.17 | Completed | 12/1/2017 |
| Security Mentor - Public Wifi | Online Class | 0.17 | Completed | 10/18/2017 |
| Security Mentor - Mobile Security | Online Class | 0.17 | Completed | 10/2/2017 |
| SAF - Confined Spaces Entry | Session | 2 | Completed | 1/27/2017 |
| SAF - Personal Protective Equipment (PPE) | Session | 1 | Completed | 1/27/2017 |
| DAC - Fire Safety (Classroom Only) (In-Service) | Session | 1 | Completed | 1/27/2017 |
| CE - Correction Enterprises - Machine Guarding | Session | 2 | Completed | 1/27/2017 |
| SAF - Fire Drills - Emergency Evacuation | Session | 1 | Completed | 1/27/2017 |
| SAF - Forklift Safety Certification | Session | 1 | Completed | 1/27/2017 |
| CE - Correction Enterprises: Hot Work Program | Session | 2 | Completed | 1/27/2017 |

**Defendants' Response to Plaintiff's RFPD**
**Cobey LaKemper v. Hooks, et al; 5:20-CT-3083**

**RFPD 0096**

| Kenneth Lassiter | | | | |
|---|---|---|---|---|
| TITLE: Director Of Prison | TYPE | TRAINING HOURS | STATUS | COMPLETION DATE |
| SAF - Hazard Communication Program | Session | 1 | Completed | 1/27/2017 |
| SAF - Asbestos Awareness | Session | 2 | Completed | 1/27/2017 |
| JJ - Bloodborne Pathogens | Session | 1 | Completed | 1/27/2017 |
| SAF - Occupational Noise Exposure - Hearing Conservation (Safety) | Session | 2 | Completed | 1/27/2017 |
| Lockout/Tagout Procedures for Authorized Employees | Session | 1 | Completed | 1/27/2017 |
| DPS IT: Acceptable Use Policies | Curriculum | 1.5 | Completed | 7/28/2017 |
| Security Mentor - Computer Security | Online Class | 0.25 | Completed | 7/26/2017 |
| DPS-HR Bonus Leave Payout Program | Materials | 0 | Completed | 5/9/2017 |
| Security Mentor - Information Protection. | Online Class | 0.17 | Completed | 5/9/2017 |
| Correction Enterprises Strategic Plan 2017-2020 (Part 1 of 2) | Materials | 0.25 | Completed | 3/22/2017 |
| Correction Enterprises Strategic Plan 2017-2020 (Part 2 of 2) | Materials | 0.25 | Completed | 3/22/2017 |
| Security Mentor - Incident Reporting | Online Class | 0.17 | Completed | 3/22/2017 |
| DPS - PREA - OPA T10- Information for Person(s) with Direct and Indirect Contact | Materials | 0 | Completed | 1/13/2017 |
| PREA - Hiring and Promotion Prohibitions (DPS) | Curriculum | 0.25 | Completed | 12/9/2016 |
| Security Mentor - Web Security | Online Class | 0.25 | Completed | 12/19/2016 |
| Security Mentor - Email Security | Online Class | 0.25 | Completed | 12/9/2016 |
| Security Mentor - Social Networking "When a Friend is Not a Friend" | Online Class | 0.17 | Completed | 12/9/2016 |
| PREA - Sexual Abuse and Sexual Harassment 101 | Online Class | 1 | Completed | 1/13/2017 |
| Security Mentor - Phishing | Online Class | 0.17 | Completed | 7/5/2016 |
| DPS - NCVIP Planning for Employees | Curriculum | 0.47 | Completed | 6/6/2016 |
| DPS - NCVIP Planning for Employees | Curriculum | 0.47 | Completed | 6/6/2016 |
| Security Mentor - Passwords | Online Class | 0.17 | Completed | 5/6/2016 |
| Security Mentor - Keys to Security: Introduction to Security Awareness | Online Class | 0.17 | Completed | 7/5/2016 |

Defendants' Response to Plaintiff's RFPD
Cobey LaKemper v. Hooks, et al; 5:20-CT-3083

Case 5:20-CT-3083-FL   Document 81-37   Filed 04/05/24   Page 97 of 232

RFPD 0097

| Kenneth Lassiter | | | | |
|---|---|---|---|---|
| TITLE: Director Of Prison | TYPE | TRAINING HOURS | STATUS | COMPLETION DATE |
| DPS - NCVIP Managing Performance for Employees | Curriculum | 0.55 | Completed | 7/5/2016 |
| DPS - PREA - OPA T10- Information for Person(s) with Direct and Indirect Contact | Materials | 0 | Completed | 1/27/2016 |
| PREA - Hiring and Promotion Prohibitions (DPS) | Curriculum | 0.25 | Completed | 1/27/2016 |
| Correction Enterprises 2012-2017 Strategic Plan, 3rd Year Update - October 2015 | Materials | 0 | Completed | 7/5/2016 |
| Lockout/Tagout Procedures for Authorized Employees | Session | 1 | Completed | 2/6/2015 |
| SAF - Forklift Safety Certification | Session | 1 | Completed | 2/6/2015 |
| SAF - Confined Spaces Entry | Session | 2 | Completed | 2/6/2015 |
| SAF - Occupational Noise Exposure - Hearing Conservation (Safety) | Session | 2 | Completed | 2/6/2015 |
| SAF - Fire Drills - Emergency Evacuation | Session | 1 | Completed | 2/6/2015 |
| SAF - Asbestos Awareness | Session | 2 | Completed | 2/6/2015 |
| CE - Correction Enterprises - Machine Guarding | Session | 2 | Completed | 2/6/2015 |
| CE - Correction Enterprises: Hot Work Program | Session | 2 | Completed | 2/6/2015 |
| DAC - Fire Safety (Classroom Only) (In-Service) | Session | 1 | Completed | 2/6/2015 |
| JJ - Bloodborne Pathogens | Session | 1 | Completed | 2/6/2015 |
| SAF - Hazard Communication Program | Session | 1 | Completed | 2/6/2015 |
| SAF - Personal Protective Equipment (PPE) | Session | 1 | Completed | 2/6/2015 |
| DPS - NCVIP Annual Evaluation for Employees | Curriculum | 0.37 | Completed | 1/27/2016 |
| DPS - NCVIP Interim Feedback Review for Employees | Curriculum | 0.3 | Completed | 7/5/2016 |
| DPS - NCVIP Planning for Employees | Curriculum | 0.47 | Completed | 2/6/2016 |
| DPS - Procurement Card Training | Online Class | 1 | Completed | 4/10/2015 |
| DPS - NCVIP Introduction for Employees | Curriculum | 0.55 | Completed | 9/9/2015 |

Defendants' Response to Plaintiff's RFPD
Cobey LaKemper v. Hooks, et al; 5:20-CT-3083

Case 5:20-ct-03083-FL    Document 81-37    Filed 04/05/24    Page 98 of 232

RFPD 0098

| Kenneth Lassiter | | | | |
|---|---|---|---|---|
| TITLE: Director Of Prison | TYPE | TRAINING HOURS | STATUS | COMPLETION DATE |
| Introducing NCVIP | Video | 0 | Completed | 2/13/2015 |
| DPS Safety - Slips, Trips, and Falls | Online Class | 1 | Completed | 2/13/2015 |
| DPS - PREA - OPA T10- Information for Person(s) with Direct and Indirect Contact | Materials | 0 | Completed | 2/13/2015 |
| PREA - Hiring and Promotion Prohibitions (DPS) | Curriculum | 0.25 | Completed | 2/13/2015 |
| SAF - Workplace Safety and Health Orientation and Hazard Identification Training | Online Class | 1 | Completed | 2/13/2015 |
| Correction Enterprises 2012-2017 Strategic Plan, 2nd Year Update - October 2014 | Materials | 0 | Completed | 2/13/2015 |
| NC Learning Center Transcript Quick Reference Guide | Materials | 0.08 | Completed | 3/22/2017 |
| NC Learning Center New User Orientation | Online Class | 0.17 | Completed | 3/22/2017 |
| PREA - Sexual Abuse and Sexual Harassment 101 | Online Class | 1 | Completed | 8/22/2014 |
| CE - Correction Enterprises: Hot Work Program | Session | 2 | Completed | 8/21/2014 |
| SAF - Occupational Noise Exposure - Hearing Conservation (Safety) | Session | 2 | Completed | 8/21/2014 |
| SAF - Forklift Safety Certification | Session | 1 | Completed | 8/21/2014 |
| SAF - Confined Spaces Entry | Session | 2 | Completed | 8/21/2014 |
| SAF - Asbestos Awareness | Session | 2 | Completed | 8/21/2014 |
| Lockout/Tagout Procedures for Authorized Employees | Session | 1 | Completed | 8/21/2014 |
| CE - Correction Enterprises - Machine Guarding | Session | 2 | Completed | 8/21/2014 |
| SAF - Fire Drills - Emergency Evacuation | Session | 1 | Completed | 8/20/2014 |
| SAF - Hazard Communication Program | Session | 1 | Completed | 8/20/2014 |
| SAF - Hazard Communication Program | Session | 1 | Completed | 8/1/2014 |
| SOP In-Service - Fire Safety (822 Part III) | Session | 1 | Completed | 7/31/2014 |
| SAF - Personal Protective Equipment (PPE) | Session | 1 | Completed | 7/31/2014 |

Defendants' Response to Plaintiff's RFPD
Cobey LaKemper v. Hooks, et al; 5:20-CT-3083

Case 5:20-ct-03083-FL    Document 81-37    Filed 04/05/24    Page 99 of 232

RFPD 0099

| Kenneth Lassiter | | | | |
|---|---|---|---|---|
| TITLE: Director Of Prison | TYPE | TRAINING HOURS | STATUS | COMPLETION DATE |
| SAF - Spill Prevention Control and Countermeasures | Session | 3 | Completed | 7/31/2014 |
| JJ - Bloodborne Pathogens | Session | 1 | Completed | 7/31/2014 |
| DPS Run- Hide- Fight: Protective Actions for a Shooter in the Workplace Incident | Video | 0.17 | Completed | 2/7/2014 |
| SAF - Hazard Communication GHS Update Training (DPS Safety) | Online Class | 1 | Completed | 12/4/2013 |
| PREA - Hiring and Promotion Prohibitions (DPS) | Curriculum | 0.25 | Completed | 9/16/2013 |
| New User Quick Reference Card - NC Learning Center | General | 0 | Completed | 3/22/2017 |
| Manager Quick Reference Card - NC Learning Center | General | 0 | Completed | 3/22/2017 |
| | | 160.37 | | |

Defendants' Response to Plaintiff's RFPD
Cobey LaKemper v. Hooks, et al; 5:20-CT-3083

RFPD 0100

284 matches found. The selection criteria for this report was:
None

| Begin Date | Completion Date | Course Number | Course Name | Contact Hours |
|---|---|---|---|---|
| 08/01/2013 | 08/01/2013 | 0008309 | WOMEN IN CRIMINAL JUSTICE - ONE DAY CONFERENCE | 5 |
| 07/22/2013 | 07/22/2013 | 0011433 | AS: FIXED ASSET TRACKING FACILITY END USER | 1 |
| 07/16/2013 | 07/16/2013 | 0011686 | PREA: SEXUAL ABUSE AND HARASSMENT 101 (1HR) | 1 |
| 05/20/2013 | 05/20/2013 | 0007392 | OC PEPPER SPRAY ANNUAL: DOP | 2 |
| 05/17/2013 | 05/17/2013 | 0009262 | FIREARMS SAFETY (501-PART II) | 1 |
| 05/17/2013 | 05/17/2013 | 0010882 | SHOTGUN PROFICIENCY TRAINING (501-PART V) | 1 |
| 05/17/2013 | 05/17/2013 | 0009887 | CULTURAL DIVERSITY (809 PART III) | 3 |
| 05/17/2013 | 05/17/2013 | 0009826 | FIREARMS: M&P.40 DOP HANDGUN REFRESHER/REQUALIFICATION | 4 |
| 05/17/2013 | 05/17/2013 | 0009260 | LAW & POLICY CONCERNING USE OF DEADLY FORCE(501-PART I) | 1 |
| 05/08/2013 | 05/08/2013 | 0009408 | CRDT PHASE III - ANNUAL INSERVICE TRNG (602-5) | 4 |
| 05/08/2013 | 05/08/2013 | 0009129 | CRDT PHASE I - ANNUAL INSERVICE TRNG | 4 |
| 02/21/2013 | 02/21/2013 | 0011696 | NCDPS PERSONNEL: HIRING PROCESS (4HRS) | 4 |
| 12/04/2012 | 12/05/2012 | 0011605 | NCDPS DIVISION OF ADULT CORRECTION: 2012 MANAGERS MTG | 12 |
| 09/18/2012 | 09/18/2012 | 0011544 | SECURITY STAFFING TRAINING | 4 |
| 09/13/2012 | 09/13/2012 | 0010146 | PROFESSIONAL ETHICS (TRADITIONAL) | 2 |
| 09/13/2012 | 09/13/2012 | 0008707 | UNLAWFUL WORKPLACE HARASSMENT (2 HRS) | 2 |
| 09/13/2012 | 09/13/2012 | 0009466 | MONADNOCK BATON REFRESHER LP(4 HRS) | 4 |
| 09/12/2012 | 09/12/2012 | 0009408 | CRDT PHASE III - ANNUAL INSERVICE TRNG (602-5) | 4 |
| 09/12/2012 | 09/12/2012 | 0009129 | CRDT PHASE I - ANNUAL INSERVICE TRNG | 4 |
| 09/12/2012 | 09/12/2012 | 0007392 | OC PEPPER SPRAY ANNUAL: DOP | 2 |
| 09/11/2012 | 09/11/2012 | 0008063 | SELF-INJURIOUS BEHAVIOR PREVENTION | 1 |
| 09/11/2012 | 09/11/2012 | 0010516 | OCCUPATIONAL EXPOSURE TO INFECTIOUS DISEASES (2 HOURS) | 2 |
| 09/11/2012 | 09/11/2012 | 0011084 | SECURITY THREAT GROUPS WITHIN THE NCDC (2010) | 2 |
| 09/11/2012 | 09/11/2012 | 0009891 | PRISON EMER OPERATIONS: FIRE SAFETY (822-3) | 1 |
| 09/11/2012 | 09/11/2012 | 0009890 | PRISON OPERATIONS (822-2) | 2 |
| 09/11/2012 | 09/11/2012 | 0009030 | SAFE SEARCH PRACTICES (816-B) | 2 |
| 09/10/2012 | 09/10/2012 | 0009887 | CULTURAL DIVERSITY (809 PART III) | 3 |
| 08/09/2012 | 08/09/2012 | 0011547 | EVIDENCE BASED PRACTICES OVERVIEW TRAINING | 4 |
| 06/14/2012 | 06/14/2012 | 0002065 | DISCIPLINE AND DISMISSAL PROCEDURES | 8 |
| 05/29/2012 | 05/30/2012 | 0011509 | FOOD AND NUTRITION MANAGEMENT TRAINING FOR STAFF | 11 |
| 05/16/2012 | 05/16/2012 | 0010882 | SHOTGUN PROFICIENCY TRAINING (501-PART V) | 1 |
| 05/16/2012 | 05/16/2012 | 0009826 | FIREARMS: M&P.40 DOP HANDGUN REFRESHER/REQUALIFICATION | 4 |
| 05/16/2012 | 05/16/2012 | 0009260 | LAW & POLICY CONCERNING USE OF DEADLY FORCE(501-PART I) | 1 |
| 05/16/2012 | 05/16/2012 | 0009262 | FIREARMS SAFETY (501-PART II) | 1 |
| 12/06/2011 | 12/07/2011 | 0011436 | NCDOC MANAGERS'INSTITUTE - JUSTICE REINVESTMENT ACT | 11 |
| 12/05/2011 | 12/05/2011 | 0011437 | JUSTICE REINVESTMENT ACT OF 2011 INTRO.TRAINING FOR DOP | 5 |
| 09/14/2011 | 09/15/2011 | 0007536 | CLDP | 210 |
| 05/13/2011 | 05/13/2011 | 0009466 | MONADNOCK BATON REFRESHER LP(4 HRS) | 4 |
| 05/13/2011 | 05/13/2011 | 0011084 | SECURITY THREAT GROUPS WITHIN THE NCDC (2010) | 2 |
| 05/12/2011 | 05/12/2011 | 0009891 | PRISON EMER OPERATIONS: FIRE SAFETY (822-3) | 1 |
| 05/12/2011 | 05/12/2011 | 0009407 | CRDT PHASE II - ANNUAL INSERVICE TRNG (602-5) | 4 |
| 05/12/2011 | 05/12/2011 | 0009129 | CRDT PHASE I - ANNUAL INSERVICE TRNG | 4 |
| 05/11/2011 | 05/11/2011 | 0009260 | LAW & POLICY CONCERNING USE OF DEADLY FORCE(501-PART I) | 1 |
| 05/11/2011 | 05/11/2011 | 0010516 | OCCUPATIONAL EXPOSURE TO INFECTIOUS DISEASES (2 HOURS) | 2 |
| 05/11/2011 | 05/11/2011 | 0010882 | SHOTGUN PROFICIENCY TRAINING (501-PART V) | 1 |
| 05/11/2011 | 05/11/2011 | 0009826 | FIREARMS: M&P.40 DOP HANDGUN REFRESHER/REQUALIFICATION | 4 |
| 05/11/2011 | 05/11/2011 | 0009262 | FIREARMS SAFETY (501-PART II) | 1 |
| 05/10/2011 | 05/10/2011 | 0009030 | SAFE SEARCH PRACTICES (816-B) | 2 |
| 05/10/2011 | 05/10/2011 | 0009890 | PRISON OPERATIONS (822-2) | 2 |
| 05/10/2011 | 05/10/2011 | 0011113 | STAFF & OFFENDER RELATIONS FOR DOC STAFF (2010) | 2 |
| 05/10/2011 | 05/10/2011 | 0010146 | PROFESSIONAL ETHICS (TRADITIONAL) | 2 |

| Begin Date | Completion Date | Course Number | Course Name | Contact Hours |
|---|---|---|---|---|
| 05/09/2011 | 05/09/2011 | 0000017 | REPORT WRITING (807) | 4 |
| 05/09/2011 | 05/09/2011 | 0008707 | UNLAWFUL WORKPLACE HARASSMENT (2 HRS) | 2 |
| 03/24/2011 | 03/25/2011 | 0011263 | NCCA: OVERCOMING ADVERSITY DURING CHALLENGING TIMES | 12 |
| 02/15/2011 | 02/15/2011 | 0008108 | HEALTHCARE PROVIDER CPR (8 HOURS) | 8 |
| 11/06/2010 | 11/06/2010 | 0011152 | SECURITY AWARENESS TRAINING (LMS) | 1 |
| 08/15/2010 | 08/20/2010 | 0010988 | SUPERVISORY: ENHANCING SKILLS FOR PEAK PERFORMANCE | 48 |
| 05/25/2010 | 05/25/2010 | 0011027 | INMATE PUBLICATION REVIEW (2010 ONLINE VER. 1 HOUR) | 1 |
| 04/29/2010 | 04/29/2010 | 0002065 | DISCIPLINE AND DISMISSAL PROCEDURES | 8 |
| 04/28/2010 | 04/28/2010 | 0009257 | MEDIATION TRAINING-MANAGEMENT/AGENCY REPRESENTATIVES | 8 |
| 02/10/2010 | 02/10/2010 | 0009260 | LAW & POLICY CONCERNING USE OF DEADLY FORCE(501-PART I) | 1 |
| 02/10/2010 | 02/10/2010 | 0010882 | SHOTGUN PROFICIENCY TRAINING (501-PART V) | 1 |
| 02/10/2010 | 02/10/2010 | 0009886 | RIFLE PROFICIENCY TRAINING (501 PART IV) | 1 |
| 02/10/2010 | 02/10/2010 | 0009826 | FIREARMS: M&P.40 DOP HANDGUN REFRESHER/REQUALIFICATION | 4 |
| 02/10/2010 | 02/10/2010 | 0009262 | FIREARMS SAFETY (501-PART II) | 1 |
| 02/10/2010 | 02/10/2010 | 0007392 | OC PEPPER SPRAY ANNUAL: DOP | 2 |
| 02/09/2010 | 02/09/2010 | 0009890 | PRISON OPERATIONS (822-2) | 2 |
| 02/09/2010 | 02/09/2010 | 0010146 | PROFESSIONAL ETHICS (TRADITIONAL) | 2 |
| 02/09/2010 | 02/09/2010 | 0010516 | OCCUPATIONAL EXPOSURE TO INFECTIOUS DISEASES (2 HOURS) | 2 |
| 02/09/2010 | 02/09/2010 | 0009891 | PRISON EMER OPERATIONS: FIRE SAFETY (822-3) | 1 |
| 02/05/2010 | 02/05/2010 | 0009466 | MONADNOCK BATON REFRESHER LP(4 HRS) | 4 |
| 02/03/2010 | 02/03/2010 | 0008707 | UNLAWFUL WORKPLACE HARASSMENT (2 HRS) | 2 |
| 02/03/2010 | 02/03/2010 | 0009030 | SAFE SEARCH PRACTICES (816-B) | 2 |
| 02/03/2010 | 02/03/2010 | 0008063 | SELF-INJURIOUS BEHAVIOR PREVENTION | 1 |
| 02/03/2010 | 02/03/2010 | 0007912 | DOC STAFF/OFFENDER RELATIONSHIPS:MAIN PROF BOUNDARIES | 2 |
| 12/17/2009 | 12/17/2009 | 0010936 | NC EMPLOYEE GIFT BAN | 1 |
| 10/16/2009 | 10/16/2009 | 0010941 | NABCJ WORKSHOP | 4 |
| 08/26/2009 | 08/26/2009 | 0009812 | WOMEN WORKING IN CORRECTIONS | 6 |
| 06/05/2009 | 06/05/2009 | 0003271 | NCCA REGIONAL CONF (5HRS) | 5 |
| 12/18/2008 | 12/18/2008 | 0007657 | DISTRACTION DEVICE INSTRUCTOR | 8 |
| 12/17/2008 | 12/17/2008 | 0007629 | CHEMICAL MUNITIONS INSTRUCTOR CERTIFICATION | 16 |
| 12/16/2008 | 12/16/2008 | 0007628 | SPECIALITY IMPACT MUNITIONS INSTRUCTOR | 8 |
| 12/15/2008 | 12/15/2008 | 0007312 | OC AEROSOL PROJECTORS TRAIN THE TRAINER | 8 |
| 11/19/2008 | 11/19/2008 | 0010777 | NCCA ANNUAL TRAINING CONFERENCE | 18 |
| 11/05/2008 | 11/05/2008 | 0010773 | PERFORMANCE UNDER IMMINENT THREAT CONDITIONS(2HRS) | 2 |
| 10/30/2008 | 10/30/2008 | 0009408 | CRDT PHASE III - ANNUAL INSERVICE TRNG (602-5) | 4 |
| 10/30/2008 | 10/30/2008 | 0009030 | SAFE SEARCH PRACTICES (816-B) | 2 |
| 10/30/2008 | 10/30/2008 | 0009129 | CRDT PHASE I - ANNUAL INSERVICE TRNG | 4 |
| 10/29/2008 | 10/29/2008 | 0009466 | MONADNOCK BATON REFRESHER LP(4 HRS) | 4 |
| 10/29/2008 | 10/29/2008 | 0010146 | PROFESSIONAL ETHICS (TRADITIONAL) | 2 |
| 10/29/2008 | 10/29/2008 | 0010516 | OCCUPATIONAL EXPOSURE TO INFECTIOUS DISEASES (2 HOURS) | 2 |
| 10/29/2008 | 10/29/2008 | 0009891 | PRISON EMER OPERATIONS: FIRE SAFETY (822-3) | 1 |
| 10/29/2008 | 10/29/2008 | 0008063 | SELF-INJURIOUS BEHAVIOR PREVENTION | 1 |
| 10/28/2008 | 10/28/2008 | 0007392 | OC PEPPER SPRAY ANNUAL: DOP | 2 |
| 10/28/2008 | 10/28/2008 | 0009826 | FIREARMS: M&P.40 DOP HANDGUN REFRESHER/REQUALIFICATION | 4 |
| 10/28/2008 | 10/28/2008 | 0009886 | RIFLE PROFICIENCY TRAINING (501 PART IV) | 1 |
| 10/28/2008 | 10/28/2008 | 0009265 | SHOTGUN PROFICIENCY TRAINING (501-PART V) | 2 |
| 10/28/2008 | 10/28/2008 | 0009262 | FIREARMS SAFETY (501-PART II) | 1 |
| 10/28/2008 | 10/28/2008 | 0009260 | LAW & POLICY CONCERNING USE OF DEADLY FORCE(501-PART I) | 1 |
| 10/27/2008 | 10/27/2008 | 0008707 | UNLAWFUL WORKPLACE HARASSMENT (2 HRS) | 2 |
| 10/27/2008 | 10/27/2008 | 0009889 | PRISON EMER OPERATIONS: HOSTAGE (822 PART I) | 2 |
| 10/27/2008 | 10/27/2008 | 0007912 | DOC STAFF/OFFENDER RELATIONSHIPS:MAIN PROF BOUNDARIES | 2 |
| 10/27/2008 | 10/27/2008 | 0000016 | OBSERVATION & SUPERVISION OF INMATES (813) | 4 |
| 08/22/2008 | 08/22/2008 | 0010719 | BEING FIT IN CORRECTIONS: MIND, BODY AND SPIRIT | 8 |
| 04/22/2008 | 04/22/2008 | 0010334 | MONADNOCK EXPANDABLE BATON INSTRUCTOR UPDATE(3HRS) | 3 |

**Defendants' Response to Plaintiff's RFPD**
**RFPD 0102**
Cobey Lassiter v. Hooks, et al; 5:20-CT-3031-M
Page 2

| Begin Date | Completion Date | Course Number | Course Name | Contact Hours |
|---|---|---|---|---|
| 01/30/2008 | 01/31/2008 | 0010302 | HIGH SECURITY MAXIMUM CONTROL/DIRECTOR'S CLASSIFICATION | 4 |
| 12/12/2007 | 12/12/2007 | 0009675 | NC ETHICS LAW FOR DESIGNATED EMPLOYEES | 2 |
| 11/26/2007 | 11/26/2007 | 0009262 | FIREARMS SAFETY (501-PART II) | 1 |
| 11/26/2007 | 11/26/2007 | 0009886 | RIFLE PROFICIENCY TRAINING (501 PART IV) | 1 |
| 11/26/2007 | 11/26/2007 | 0009826 | FIREARMS: M&P.40 DOP HANDGUN REFRESHER/REQUALIFICATION | 4 |
| 11/26/2007 | 11/26/2007 | 0009265 | SHOTGUN PROFICIENCY TRAINING (501-PART V) | 2 |
| 11/26/2007 | 11/26/2007 | 0009260 | LAW & POLICY CONCERNING USE OF DEADLY FORCE(501-PART I) | 1 |
| 10/09/2007 | 10/10/2007 | 0009216 | SAFETY REPRESENTATIVE ORIENTATION TRAINING PROGRAM | 10 |
| 09/12/2007 | 09/12/2007 | 0009129 | CRDT PHASE I - ANNUAL INSERVICE TRNG | 4 |
| 09/12/2007 | 09/12/2007 | 0009407 | CRDT PHASE II - ANNUAL INSERVICE TRNG (602-5) | 4 |
| 09/04/2007 | 09/04/2007 | 0009494 | IS-700 FEMA/NATIONAL INCIDENT MANAGEMENT SYSTEM | 3 |
| 08/24/2007 | 08/24/2007 | 0009989 | NORTH PIEDMONT REGION WORKSHOP | 7 |
| 08/17/2007 | 08/17/2007 | 0009951 | NCCA CENTRAL REGION WORKSHOP | 6 |
| 08/07/2007 | 08/07/2007 | 0009493 | IS-200 FEMA/ICS FOR SINGLE RESOURCES & INITIAL ACTION | 3 |
| 08/07/2007 | 08/07/2007 | 0009492 | IS-100 FEMA/INTRO TO THE INCIDENT COMMAND SYSTEM | 3 |
| 06/13/2007 | 06/13/2007 | 0009771 | ANALYZING INMATE PHONE RECORDS | 4 |
| 06/06/2007 | 06/06/2007 | 0009758 | PREA:PRISON RAPE ELIMINATION ACT(PREA)- 1HR CLASSROOM | 1 |
| 04/23/2007 | 04/25/2007 | 0009806 | NC DOC CTG/STG INTELLIGENCE OFFICERS CONFERENCE | 20 |
| 04/12/2007 | 04/12/2007 | 0009812 | WOMEN WORKING IN CORRECTIONS | 6 |
| 02/08/2007 | 02/09/2007 | 0008505 | NCCA TRAINING RETREAT | 8 |
| 12/13/2006 | 12/14/2006 | 0007629 | CHEMICAL MUNITIONS INSTRUCTOR CERTIFICATION | 16 |
| 12/12/2006 | 12/12/2006 | 0007628 | SPECIALITY IMPACT MUNITIONS INSTRUCTOR | 8 |
| 12/11/2006 | 12/11/2006 | 0007312 | OC AEROSOL PROJECTORS TRAIN THE TRAINER | 8 |
| 11/07/2006 | 11/07/2006 | 0008063 | SELF-INJURIOUS BEHAVIOR PREVENTION | 1 |
| 10/20/2006 | 10/20/2006 | 0009194 | NCCA: NORTH PIEDMONT REGION WORKSHOP | 5 |
| 10/17/2006 | 10/19/2006 | 0009470 | M&P.40 HANDGUN INSTRUCTOR TRANSITION (28 HOURS) | 28 |
| 08/08/2006 | 09/06/2006 | 0009083 | 12 HOUR INITIAL CRDT PROGRAM FOR DOC STAFF | 12 |
| 08/08/2006 | 08/08/2006 | 0008063 | SELF-INJURIOUS BEHAVIOR PREVENTION | 1 |
| 08/08/2006 | 08/08/2006 | 0007392 | OC PEPPER SPRAY ANNUAL: DOP | 2 |
| 08/08/2006 | 08/08/2006 | 0006137 | BLOODBORNE PATHOGENS TRAINING - DOP | 2 |
| 08/08/2006 | 08/08/2006 | 0000421 | DOC FIRE SAFETY ANNUAL IN-SERVICE LP (1HR) | 1 |
| 06/02/2006 | 06/02/2006 | 0006828 | SOUTHEASTERN REGION WORKSHOP (7HRS) | 7 |
| 05/18/2006 | 05/18/2006 | 0009428 | ACA (EXPLORING NEW HORIZONS) | 7 |
| 04/17/2006 | 04/18/2006 | 0009429 | COMMUNITY/SECURITY THREAT GROUP OFFICERS CONFERENCE | 8 |
| 02/22/2006 | 02/24/2006 | 0000244 | EEO INSTITUTE TRNG | 24 |
| 02/16/2006 | 02/17/2006 | 0009273 | NCCA ANNUAL TRAINING RETREAT: STRATEGIES FOR LIVING | 6 |
| 10/24/2005 | 10/24/2005 | 0008910 | COMMAND & CONTROL FOR INITIAL COMMANDERS | 8 |
| 08/06/2005 | 08/11/2005 | 0009096 | 135TH CONGRESS OF CORRECTION | 16 |
| 06/02/2005 | 06/02/2005 | 0008927 | FIREARMS INSTRUCTOR UPDATE | 6 |
| 03/07/2005 | 03/07/2005 | 0005612 | AHA HEARTSAVER ADULT CPR WITH AED (4 HRS.) | 4 |
| 03/07/2005 | 03/07/2005 | 0005147 | DOP UNARMED SELF-DEFENSE ANNUAL TRAINING | 4 |
| 02/17/2005 | 02/18/2005 | 0008505 | NCCA TRAINING RETREAT | 8 |
| 10/18/2004 | 10/20/2004 | 0008800 | GANGS ACROSS THE CAROLINAS CONFERENCE | 14 |
| 08/17/2004 | 08/17/2004 | 0005612 | AHA HEARTSAVER ADULT CPR WITH AED (4 HRS.) | 4 |
| 08/16/2004 | 08/16/2004 | 0007392 | OC PEPPER SPRAY ANNUAL: DOP | 2 |
| 08/16/2004 | 08/16/2004 | 0007896 | NC DOC HAZARD COMMUNICATION PROGRAM | 1 |
| 08/16/2004 | 08/16/2004 | 0007408 | FIREARMS: DOP REQUALIFICATION COURSE | 8 |
| 08/16/2004 | 08/16/2004 | 0007752 | FIREARMS: REVOLVER PROFICIENCY 501-III SPEEDLOADERS | 3 |
| 08/16/2004 | 08/16/2004 | 0000421 | DOC FIRE SAFETY ANNUAL IN-SERVICE LP (1HR) | 1 |
| 02/05/2004 | 02/06/2004 | 0008505 | NCCA TRAINING RETREAT | 8 |
| 01/05/2004 | 01/05/2004 | 0006137 | BLOODBORNE PATHOGENS TRAINING - DOP | 2 |
| 11/19/2003 | 11/21/2003 | 0007894 | NCCA SOUTHEASTERN REGION ONE DAY WORKSHOP | 6 |
| 10/13/2003 | 10/17/2003 | 0008440 | CSTP: ADVISOR CLASSROOM | 35 |
| 10/09/2003 | 10/09/2003 | 0007022 | EMPLOYMENT INTERVIEWING | 4 |

**Defendants' Response to Plaintiff's RFPD**
**RFPD 0103**
Cobey Lassiter v. Hooks, et al; 5:20-CT-3085-FL Filed 04/05/24 Page 103 of 232

| Begin Date | Completion Date | Course Number | Course Name | Contact Hours |
|------------|-----------------|---------------|-------------|---------------|
| 09/03/2003 | 09/03/2003 | 0007021 | 12 HOUR SHIFT TIME SHEET REPORTING PILOT PROJECT | 8 |
| 07/23/2003 | 07/23/2003 | 0007198 | NIC VIDEO CONFERENCE | 3 |
| 03/21/2003 | 03/21/2003 | 0007776 | PERT: RECOGNIZING STRESS AND STRESS TYPES | 6 |
| 03/14/2003 | 03/14/2003 | 0008232 | DISTRACTION DEVICE INSTRUCTOR (4 HOURS) | 4 |
| 03/14/2003 | 03/14/2003 | 0008231 | SPECIALTY IMPACT INSTRUCTOR | 4 |
| 03/13/2003 | 03/13/2003 | 0008230 | CHEMICAL MUNITIONS INSTRUCTOR (4 HOURS) | 4 |
| 03/13/2003 | 03/13/2003 | 0008229 | OC MASTER TRAINING (4 HOURS) | 4 |
| 02/06/2003 | 02/07/2003 | 0008013 | NCCA STEERING COMMITTEE (4 HRS) | 4 |
| 12/02/2002 | 12/02/2002 | 0008063 | SELF-INJURIOUS BEHAVIOR PREVENTION | 1 |
| 11/21/2002 | 11/21/2002 | 0007894 | NCCA SOUTHEASTERN REGION ONE DAY WORKSHOP | 6 |
| 10/18/2002 | 10/18/2002 | 0007912 | DOC STAFF/OFFENDER RELATIONSHIPS:MAIN PROF BOUNDARIES | 2 |
| 06/20/2002 | 06/20/2002 | 0003266 | NCCA STRIVING FOR EXCELLENCE DURING STRUGGLING TIMES | 4 |
| 05/30/2002 | 05/30/2002 | 0008042 | LESS THAN LETHAL DEFENSIVE TACTICS WORKSHOP | 3 |
| 05/29/2002 | 05/29/2002 | 0007022 | EMPLOYMENT INTERVIEWING | 4 |
| 03/22/2002 | 03/23/2002 | 0007392 | OC PEPPER SPRAY ANNUAL: DOP | 2 |
| 03/22/2002 | 03/23/2002 | 0006641 | ASBESTOS AWARENESS TRAINING (2 HRS) | 2 |
| 03/22/2002 | 03/23/2002 | 0000421 | DOC FIRE SAFETY ANNUAL IN-SERVICE LP (1HR) | 1 |
| 02/12/2002 | 02/13/2002 | 0008013 | NCCA STEERING COMMITTEE (4 HRS) | 4 |
| 01/11/2002 | 01/11/2002 | 0007616 | MONADNOCK PR-24 BATON TRAINING FOR PERT(12HRS) | 12 |
| 01/07/2002 | 01/07/2002 | 0006137 | BLOODBORNE PATHOGENS TRAINING - DOP | 2 |
| 01/07/2002 | 01/07/2002 | 0005616 | CPR & BASIC FIRST AID (6 HOURS) | 6 |
| 11/14/2001 | 11/16/2001 | 0007894 | NCCA SOUTHEASTERN REGION ONE DAY WORKSHOP | 6 |
| 06/20/2001 | 06/20/2001 | 0007725 | NCCA WORKSHOP (NE REGION) | 5 |
| 06/19/2001 | 06/19/2001 | 0007495 | OVS DOP RESPONSE TO VICTIMS OF CRIME | 3 |
| 05/04/2001 | 05/04/2001 | 0007616 | MONADNOCK PR-24 BATON TRAINING FOR PERT(12HRS) | 12 |
| 04/20/2001 | 04/20/2001 | 0005531 | COMMANDER'S TIME (8 HOURS) | 8 |
| 02/27/2001 | 02/28/2001 | 0007311 | SPECIALTY IMPACT MUNITIONS INSTRUCTOR TRAINING | 8 |
| 02/27/2001 | 02/28/2001 | 0007310 | CHEMICAL MUNITIONS INSTRUCTOR TRAINING | 16 |
| 01/30/2001 | 01/30/2001 | 0004027 | CPR & BASIC FIRST AID (8 HOURS) | 8 |
| 01/11/2001 | 01/11/2001 | 0005616 | CPR & BASIC FIRST AID (6 HOURS) | 6 |
| 01/11/2001 | 01/11/2001 | 0006137 | BLOODBORNE PATHOGENS TRAINING - DOP | 2 |
| 12/15/2000 | 12/15/2000 | 0007036 | UNLAWFUL WORKPLACE HARASSMENT (4 HRS) | 4 |
| 09/08/2000 | 09/08/2000 | 0005531 | COMMANDER'S TIME (8 HOURS) | 8 |
| 08/25/2000 | 08/25/2000 | 0005531 | COMMANDER'S TIME (8 HOURS) | 8 |
| 07/14/2000 | 07/14/2000 | 0007237 | ORIENT. TO UNLAWFUL WORKPLACE HARASSMENT POLICY FOR DOC | 1 |
| 05/03/2000 | 05/03/2000 | 0005253 | FIREARMS:SITUATIONAL DECISION MAKING 501-B | 8 |
| 05/03/2000 | 05/03/2000 | 0005252 | FIREARMS: LOW/LIMITED LIGHT REVOLVER 501-A | 2 |
| 05/03/2000 | 05/03/2000 | 0005251 | FIREARMS: REVOLVER PROFICIENCY 501-III SPEEDLOADERS | 3 |
| 05/03/2000 | 05/03/2000 | 0005236 | FIREARMS: DOP REQUALIFICATION COURSE | 8 |
| 04/14/2000 | 04/14/2000 | 0002165 | ROPES CHALLENGE COURSE | 6 |
| 02/04/2000 | 02/04/2000 | 0005616 | CPR & BASIC FIRST AID (6 HOURS) | 6 |
| 02/04/2000 | 02/04/2000 | 0006137 | BLOODBORNE PATHOGENS TRAINING - DOP | 2 |
| 10/31/1999 | 11/05/1999 | 0005609 | MONADNOCK STRAIGHT BATON INSTRUCTOR TRAINING | 32 |
| 08/27/1999 | 08/27/1999 | 0005531 | COMMANDER'S TIME (8 HOURS) | 8 |
| 07/16/1999 | 07/16/1999 | 0005183 | MONADNOCK PR-24 BATON TECHNIQUES | 12 |
| 06/18/1999 | 06/18/1999 | 0005531 | COMMANDER'S TIME (8 HOURS) | 8 |
| 06/04/1999 | 06/04/1999 | 0001266 | SCOTT AIR PACK IIA: IN SERVICE | 8 |
| 05/07/1999 | 05/07/1999 | 0005253 | FIREARMS:SITUATIONAL DECISION MAKING 501-B | 8 |
| 04/23/1999 | 04/23/1999 | 0005531 | COMMANDER'S TIME (8 HOURS) | 8 |
| 04/20/1999 | 04/22/1999 | 0006750 | SPANISH FOR CRIMINAL JUSTICE PRACTITIONERS | 24 |
| 04/07/1999 | 04/07/1999 | 0000299 | THE APPRAISAL PROCESS (TAP) - REFRESHER | 4 |
| 03/12/1999 | 03/12/1999 | 0000421 | DOC FIRE SAFETY ANNUAL IN-SERVICE LP (1HR) | 1 |
| 03/12/1999 | 03/12/1999 | 0001281 | OC PEPPER SPRAY ANNUAL: DOP 869 | 2 |
| 02/17/1999 | 02/17/1999 | 0005531 | COMMANDER'S TIME (8 HOURS) | 8 |

| Begin Date | Completion Date | Course Number | Course Name | Contact Hours |
|---|---|---|---|---|
| 02/16/1999 | 02/16/1999 | 0005531 | COMMANDER'S TIME (8 HOURS) | 8 |
| 02/05/1999 | 02/05/1999 | 0005616 | CPR & BASIC FIRST AID (6 HOURS) | 6 |
| 11/20/1998 | 11/20/1998 | 0005253 | FIREARMS:SITUATIONAL DECISION MAKING 501-B | 8 |
| 06/26/1998 | 06/26/1998 | 0005531 | COMMANDER'S TIME (8 HOURS) | 8 |
| 05/08/1998 | 05/08/1998 | 0005236 | FIREARMS: DOP REQUALIFICATION COURSE | 8 |
| 03/23/1998 | 03/24/1998 | 0005183 | MONADNOCK PR-24 BATON TECHNIQUES | 12 |
| 03/17/1998 | 03/17/1998 | 0000899 | EMPLOYMENT INTERVIEWING | 2 |
| 03/17/1998 | 03/17/1998 | 0000898 | LEGAL ASPECTS OF INTERVIEWING | 1 |
| 01/08/1998 | 01/08/1998 | 0005616 | CPR & BASIC FIRST AID (6 HOURS) | 6 |
| 06/30/1997 | 06/30/1997 | 0001266 | SCOTT AIR PACK IIA: IN SERVICE | 8 |
| 06/17/1997 | 06/17/1997 | 0005482 | INKED FINGERPRINT TRAINING | 3 |
| 05/07/1997 | 05/07/1997 | 0005252 | FIREARMS: LOW/LIMITED LIGHT REVOLVER 501-A | 2 |
| 05/07/1997 | 05/07/1997 | 0005236 | FIREARMS: DOP REQUALIFICATION COURSE | 8 |
| 04/28/1997 | 05/01/1997 | 0003357 | INTERPERSONAL COMMUNICATION SKILLS | 18 |
| 03/10/1997 | 03/21/1997 | 0000918 | UNARMED SELF-DEFENSE INSTRUCTOR TRAINING | 80 |
| 02/10/1997 | 02/10/1997 | 0002895 | PROMOTIONAL EXAM:  LT PASS 5 YEARS | 5 |
| 01/21/1997 | 01/22/1997 | 0003252 | PROMOTIONAL EXAM REVIEW | 16 |
| 01/06/1997 | 01/06/1997 | 0004027 | CPR & BASIC FIRST AID (8 HOURS) | 8 |
| 05/20/1996 | 05/21/1996 | 0002958 | OPUS: INMATE CLASSIFICATION COURSE | 16 |
| 05/10/1996 | 05/10/1996 | 0005253 | FIREARMS:SITUATIONAL DECISION MAKING 501-B | 8 |
| 05/08/1996 | 05/08/1996 | 0005236 | FIREARMS: DOP REQUALIFICATION COURSE | 8 |
| 05/08/1996 | 05/08/1996 | 0005252 | FIREARMS: LOW/LIMITED LIGHT REVOLVER 501-A | 2 |
| 05/08/1996 | 05/08/1996 | 0005251 | FIREARMS:  REVOLVER PROFICIENCY 501-III SPEEDLOADERS | 3 |
| 04/12/1996 | 04/12/1996 | 0000421 | DOC FIRE SAFETY ANNUAL IN-SERVICE LP (1HR) | 1 |
| 03/28/1996 | 03/29/1996 | 0002959 | OPUS: OFFICER IN CHARGE | 16 |
| 02/23/1996 | 02/24/1996 | 0000987 | THE APPRAISAL PROCESS (TAP) | 12 |
| 01/11/1996 | 01/11/1996 | 0004027 | CPR & BASIC FIRST AID (8 HOURS) | 8 |
| 11/03/1995 | 11/03/1995 | 0005147 | DOP UNARMED SELF-DEFENSE ANNUAL TRAINING | 4 |
| 06/15/1995 | 06/15/1995 | 0005252 | FIREARMS: LOW/LIMITED LIGHT REVOLVER 501-A | 2 |
| 05/26/1995 | 05/26/1995 | 0000421 | DOC FIRE SAFETY ANNUAL IN-SERVICE LP (1HR) | 1 |
| 05/12/1995 | 05/12/1995 | 0004486 | BLOODBORNE PATHOGENS TRNG PROGRAM: DOP | 3 |
| 04/17/1995 | 04/28/1995 | 0000924 | FIREARMS INSTRUCTOR TRNG | 80 |
| 04/16/1995 | 04/16/1995 | 0001013 | SPECIFIC INSTRUCTOR ORIENTATION | 2 |
| 03/13/1995 | 03/24/1995 | 0001022 | GENERAL INSTRUCTOR TRAINING (80 HRS.) | 80 |
| 03/02/1995 | 03/02/1995 | 0000913 | GENERAL INSTRUCTOR TRAINING ORIENTATION (2 HRS) | 2 |
| 01/11/1995 | 01/11/1995 | 0004027 | CPR & BASIC FIRST AID (8 HOURS) | 8 |
| 11/10/1994 | 11/10/1994 | 0005155 | DAPP UNARMED SELF-DEFENSE ANNUAL TRAINING | 4 |
| 09/19/1994 | 09/19/1994 | 0005236 | FIREARMS: DOP REQUALIFICATION COURSE | 8 |
| 08/19/1994 | 08/19/1994 | 0001265 | OC PEPPER SPRAY INITIAL:  DOP | 4 |
| 06/29/1994 | 06/29/1994 | 0000421 | DOC FIRE SAFETY ANNUAL IN-SERVICE LP (1HR) | 1 |
| 04/29/1994 | 04/29/1994 | 0005322 | SEXUAL HARASSMENT IN THE WORKPLACE | 4 |
| 04/19/1994 | 04/19/1994 | 0001268 | PERT | 8 |
| 03/09/1994 | 03/09/1994 | 0004027 | CPR & BASIC FIRST AID (8 HOURS) | 8 |
| 02/07/1994 | 02/07/1994 | 0001268 | PERT | 8 |
| 11/18/1993 | 11/18/1993 | 0005147 | DOP UNARMED SELF-DEFENSE ANNUAL TRAINING | 4 |
| 11/15/1993 | 11/17/1993 | 0001268 | PERT | 8 |
| 09/15/1993 | 09/15/1993 | 0005236 | FIREARMS: DOP REQUALIFICATION COURSE | 8 |
| 08/06/1993 | 08/06/1993 | 0002165 | ROPES CHALLENGE COURSE | 6 |
| 06/30/1993 | 06/30/1993 | 0001268 | PERT | 8 |
| 06/25/1993 | 06/25/1993 | 0000421 | DOC FIRE SAFETY ANNUAL IN-SERVICE LP (1HR) | 1 |
| 05/24/1993 | 05/24/1993 | 0000651 | SAS/DBS INTRO TO INVENTORY | 8 |
| 05/20/1993 | 05/20/1993 | 0000545 | BASIC SUBSTANCE ABUSE AWARENESS IN THE WORKPLACE | 8 |
| 03/22/1993 | 03/22/1993 | 0000582 | OFFICE SAFETY (COMP WORK STATION, GEN  OFFICE EMER  SIT | 2 |
| 02/01/1993 | 02/01/1993 | 0004027 | CPR & BASIC FIRST AID (8 HOURS) | 8 |

**Defendants' Response to Plaintiff's RFPD**
Cobey Lassiter v. Hooks, et al; 5:20-CT-03081-37
**RFPD 0105**
Case 5:20-ct-03081-M-RJ  Document 183-1  Filed 04/05/24  Page 105 of 232

Staff/Agent: LKE03 - LASSITER, KENNETH E.

| Begin Date | Completion Date | Course Number | Course Name | Contact Hours |
|---|---|---|---|---|
| 10/27/1992 | 10/27/1992 | 0005147 | DOP UNARMED SELF-DEFENSE ANNUAL TRAINING | 4 |
| 09/16/1992 | 09/16/1992 | 0005236 | FIREARMS: DOP REQUALIFICATION COURSE | 8 |
| 08/30/1992 | 08/31/1992 | 0001268 | PERT | 8 |
| 07/10/1992 | 07/10/1992 | 0000239 | EMPLOYEE ASSISTANCE PROGRAM PHASE II | 1 |
| 06/01/1992 | 06/01/1992 | 0002894 | PROMOTIONAL EXAM: SGT PASS 5 YEARS | 5 |
| 05/06/1992 | 05/13/1992 | 0003252 | PROMOTIONAL EXAM REVIEW | 16 |
| 05/01/1992 | 05/01/1992 | 0000421 | DOC FIRE SAFETY ANNUAL IN-SERVICE LP (1HR) | 1 |
| 01/24/1992 | 01/24/1992 | 0004027 | CPR & BASIC FIRST AID (8 HOURS) | 8 |
| 11/22/1991 | 11/22/1991 | 0005147 | DOP UNARMED SELF-DEFENSE ANNUAL TRAINING | 4 |
| 09/09/1991 | 09/09/1991 | 0005236 | FIREARMS: DOP REQUALIFICATION COURSE | 8 |
| 04/23/1991 | 04/24/1991 | 0000200 | REPORT WRITING | 4 |
| 02/06/1991 | 02/06/1991 | 0005147 | DOP UNARMED SELF-DEFENSE ANNUAL TRAINING | 4 |
| 10/17/1990 | 10/17/1990 | 0005236 | FIREARMS: DOP REQUALIFICATION COURSE | 8 |
| 09/27/1990 | 09/27/1990 | 0004027 | CPR & BASIC FIRST AID (8 HOURS) | 8 |
| 09/11/1989 | 10/06/1989 | 0000027 | CORRECTIONAL OFFICER BASIC TRAINING | 160 |
| 09/07/1989 | 09/07/1989 | 0003640 | SUICIDE PREVENTION TRNG | 2 |
| 08/14/1989 | 08/19/1989 | 0000001 | ORIENTATION TRNG FOR NEW EMPLOYEES | 8 |
| | | | Total Contact Hours Matching Filter Criteria | 2143 |

# CORNERSTONE LMS TRANSCRIPT

**Name:** Barney Owens

**ORG UNIT** PS ACJJ OPS PRI EST MED Pamlico

**Date Criteria Type:** Training End Date - Session and External training will be filtered using end date. For all other training types, completion date will be used

**Start Date:**

**End Date:** 5/4/2023

**Training Type:** Cohort, Curriculum, External Training, Library, Material, Online Class, Posting, Quick Course, Session, Test, Online Content

**Training Title:**

**Subject(s):**

**Archived Training Include:** Yes

**Completed Training Only:** Yes, Show all historical instances of completion if the user has completed more than one instance

**Report Generated By:** Johnnie McCullers

**Report Date:** 5/4/2023

| Barney Owens | | | | |
|---|---|---|---|---|
| **TITLE: Correctional Administrator III** | **TYPE** | **TRAINING HOURS** | **STATUS** | **COMPLETION DATE** |
| How Unconscious Bias Affects Your Work, Whether You Know It or Not | Online Class | 0.1 | Completed | 9/18/2021 |
| Model Bias-Interrupting Behaviors | Online Class | 0.1 | Completed | 9/18/2021 |
| Interrupt Your Bias in the Moment | Online Class | 0.1 | Completed | 9/30/2021 |
| Build Structures to Combat Bias | Online Class | 0.1 | Completed | 9/30/2021 |
| Know When You're Acting Biased | Online Class | 0.13 | Completed | 9/30/2021 |
| Break the Everyday Habit of Bias | Online Class | 0.07 | Completed | 9/30/2021 |
| When You Should Be Aware of Unconscious Bias | Online Class | 0.12 | Completed | 9/30/2021 |

Defendants' Response to Plaintiff's RFPD
Cobey LaKemper v. Hooks, et al; 5:20-CT-3083

Case 5:20-ct-03083-FL    Document 81-37    Filed 04/05/24    Page 107 of 232

RFPD 0107

| Barney Owens | | | | |
|---|---|---|---|---|
| **TITLE: Correctional Administrator III** | **TYPE** | **TRAINING HOURS** | **STATUS** | **COMPLETION DATE** |
| **How to Talk About Bias** | Online Class | 0.08 | Completed | 9/30/2021 |
| **Can You Change Bias?** | Online Class | 0.08 | Completed | 9/30/2021 |
| **Why Everyone Has Unconscious Bias** | Online Class | 0.1 | Completed | 9/30/2021 |
| **Slow Down Your Thinking to Avoid Unconscious Bias** | Online Class | 0.15 | Completed | 9/30/2021 |
| **Why It's Hard to Talk About Bias – and Why You Should** | Online Class | 0.1 | Completed | 9/30/2021 |
| **What Unconscious Bias Looks Like at Work** | Online Class | 0.1 | Completed | 9/30/2021 |
| **The Power of Uncovering Your Unconscious Bias** | Online Class | 0.1 | Completed | 9/30/2021 |
| **Requirements for COVID-19 Testing and Face Coverings as an Alternative to Proof of Full Vaccination** | Policy | 0.08 | Completed | 9/30/2021 |
| **Cyber Security: 2021 Social Engineering Red Flags** | Online Class | 0.17 | Completed | 8/13/2021 |
| **PREA - Understanding the LGBTI Offender** | Curriculum | 2 | Completed | 8/4/2021 |
| **SOP - Reasonable Accommodations for Inmates with Disabilities in Accordance with the ADA for Prisons Employees (Online) (In-Service)** | Online Class | 1 | Completed | 8/13/2021 |
| **PREA - Hiring and Promotion Prohibitions (DPS)** | Curriculum | 0.25 | Completed | 7/7/2021 |
| **DPS - PREA - OPA T10- Information for Person(s) with Direct and Indirect Contact** | Materials | 0 | Completed | 7/1/2021 |
| **Mandatory State Employees Computer Asset Compliance Checklist 2021** | Materials | 0.08 | Completed | 7/1/2021 |
| **DPS HR - Advancing Goals Job Aid** | Materials | 0 | Completed | 8/2/2021 |
| **Cyber Security: Insider Threats For End Users** | Online Class | 0.17 | Completed | 6/17/2021 |
| **SOP - American Correctional Association Accreditation Audit Training** | Session | 11 | Completed | 3/25/2021 |
| **Cyber Security: Security Beyond the Office** | Online Class | 0.17 | Completed | 4/8/2021 |

Defendants' Response to Plaintiff's RFPD
Cobey LaKemper v. Hooks, et al; 5:20-CT-3083

Case 5:20-ct-03083-FL   Document 81-37   Filed 04/05/24   Page 108 of 232

RFPD 0108

| Barney Owens | | | | |
|---|---|---|---|---|
| TITLE: Correctional Administrator III | TYPE | TRAINING HOURS | STATUS | COMPLETION DATE |
| DPS HR - The Appraisal Process (TAP) | Session | 9 | Completed | 1/1/2016 |
| SOP - 340B Drug Pricing Program (Administration Education) | Online Class | 1 | Completed | 3/12/2021 |
| SOP - Hazardous Drugs (Annual Compliance) | Online Class | 1 | Completed | 2/25/2021 |
| DPS - PREA - OPA T10- Information for Person(s) with Direct and Indirect Contact | Materials | 0 | Completed | 2/25/2021 |
| Cyber Security: 2021 Security Awareness Training | Online Class | 0.25 | Completed | 2/5/2021 |
| NC Learning Center New User Orientation | Online Class | 0.17 | Completed (Equivalent) | 4/25/2015 |
| Grievance Overview (OSHR) | Online Class | 0.25 | Completed (Equivalent) | 8/6/2014 |
| PREA - Sexual Abuse and Sexual Harassment 101 | Online Class | 1 | Completed | 12/15/2020 |
| Cyber Security: Password Security | Online Class | 0.13 | Completed | 12/4/2020 |
| PREA - Hiring and Promotion Prohibitions (DPS) | Curriculum | 0.25 | Completed | 12/4/2020 |
| North Carolina State Government's Safe Practices for the Pandemic Worksite Training | Online Class | 1 | Completed | 11/5/2020 |
| DPS HR - EEODF Supervisor Refresher Training | Online Class | 1 | Completed | 10/13/2020 |
| Cyber Security: Mobile Device Security | Online Class | 0.17 | Completed | 10/6/2020 |
| DPS HR - Introduction to Employee Grievance & Mediation: Exploring Options for Resolution of Grievance | Session | 7 | Completed | 10/8/2020 |
| Cyber Security: Who is the Human Firewall | Online Class | 0.17 | Completed | 9/1/2020 |
| Mandatory State Employees Computer Asset Compliance Checklist | Materials | 0.25 | Completed | 9/1/2020 |
| SOP - Reasonable Accommodations for Inmates with Disabilities in Accordance with the ADA for Prisons Employees (Online) (In-Service) | Online Class | 1 | Completed | 9/1/2020 |

Defendants' Response to Plaintiff's RFPD
Cobey LaKemper v. Hooks, et al; 5:20-CT-3083

Case 5:20-ct-03083-FL   Document 81-37   Filed 04/05/24   Page 109 of 232

**RFPD 0109**

| Barney Owens | | | | |
|---|---|---|---|---|
| TITLE: Correctional Administrator III | TYPE | TRAINING HOURS | STATUS | COMPLETION DATE |
| DPS - Social Media Policy | Materials | 0 | Completed | 8/31/2020 |
| Cyber Security: Social Media - Staying Secure in a Connected World | Online Class | 0.17 | Completed | 6/23/2020 |
| SOP - COVID-19 Training for DPS Staff | Online Class | 0.5 | Completed | 5/28/2020 |
| SOP - Hand Held Radio Communication | Online Class | 1 | Completed | 5/28/2020 |
| SOP - Donning & Doffing PPE | Online Class | 0.5 | Completed | 4/6/2020 |
| Cyber Security: Ransomware | Online Class | 0.25 | Completed | 4/6/2020 |
| Cyber Security: Social Engineering Red Flags | Online Class | 0.25 | Completed | 3/5/2020 |
| PREA - Hiring and Promotion Prohibitions (DPS) | Curriculum | 0.25 | Completed | 1/3/2020 |
| DPS IT: Laptop and Mobile Device | Materials | 0.5 | Completed (Equivalent) | 6/4/2019 |
| DPS IT: Acceptable Use Policies | Curriculum | 2 | Completed | 11/26/2019 |
| Cyber Security: Insider-Threat | Online Class | 0.03 | Completed | 11/20/2019 |
| SOP - Hazardous Drugs (Annual Compliance) | Online Class | 1 | Completed | 10/24/2019 |
| EXT - PREA: Management of Transgender Offenders Conference for DAC Prisons | Session | 16 | Completed | 8/20/2019 |
| Equal Employment Opportunity and Diversity Fundamentals (EEODF)_V2 | Curriculum | 13 | Completed (Equivalent) | 9/13/2000 |
| Cyber Security: Understanding and Protecting PII | Online Class | 0.25 | Completed | 10/24/2019 |
| OSDT In-Service - Concealed Carry Handgun (Classroom) | Session | 6 | Completed | 1/8/2019 |
| SOP - Reasonable Accommodations for Inmates with Disabilities in Accordance with the ADA for Prisons Employees (Online) (In-Service) | Online Class | 1 | Completed | 7/5/2019 |
| DPS - Social Media Policy | Materials | 0 | Completed | 7/5/2019 |
| Cyber Security: How to be a Human Firewall | Online Class | 0.25 | Completed | 7/5/2019 |
| MS200 Manager Self-Service (MSS) Online | Online Class | 0 | Completed | 6/19/2019 |
| ES200 Employee Self-Service Online | Online Class | 0 | Completed | 6/19/2019 |

Defendants' Response to Plaintiff's RFPD
Cobey LaKemper v. Hooks, et al; 5:20-CT-3083

Case 5:20-ct-03083-FL    Document 81-37    Filed 04/05/24    Page 110 of 232

RFPD 0110

| Barney Owens | | | | |
|---|---|---|---|---|
| TITLE: Correctional Administrator III | TYPE | TRAINING HOURS | STATUS | COMPLETION DATE |
| DPS IT: Laptop and Mobile Device | Materials | 0.5 | Completed | 6/4/2019 |
| DPS IT: Acceptable Use Policies | Curriculum | 2 | Completed | 6/4/2019 |
| EXT - Leadership Development Workshop (2019) | Session | 16 | Completed | 2/19/2019 |
| SOP - Prisons Leaders Orientation | Session | 30 | Completed | 4/25/2019 |
| Cyber Security: Phishing Fundamentals | Online Class | 0.2 | Completed | 6/4/2019 |
| SOP - Nasal NARCAN Training for Correctional Officers | Online Class | 0.5 | Completed | 6/5/2019 |
| Cyber Security: Your Role - Internet Security and You | Online Class | 0.25 | Completed | 3/8/2019 |
| SAF - Safety Representative - Program A | Session | 7 | Completed | 11/1/2018 |
| PREA - Sexual Abuse and Sexual Harassment 101 | Online Class | 1 | Completed | 6/4/2019 |
| Security Mentor - Information Protection | Online Class | 0.2 | Completed | 12/4/2018 |
| PREA - Hiring and Promotion Prohibitions (DPS) | Curriculum | 0.25 | Completed | 12/4/2018 |
| DPS - Social Media Policy | Materials | 0 | Completed | 10/24/2018 |
| SOP In-Service Firearms - 501 Part I - Law & Policy Concerning Use Of Deadly Force | Session | 0.75 | Completed | 4/25/2018 |
| SOP In-Service Firearms - 501 Part II - Firearms Safety | Session | 1 | Completed | 4/25/2018 |
| OSDT In-Service - Controls, Restraints and Defensive Techniques (CRDT) Phase VI - Advanced Techniques | Session | 2 | Completed | 4/26/2018 |
| OSDT In-Service - Controls, Restraints and Defensive Techniques (CRDT) Phase I - Annual Refresher Training | Session | 6 | Completed | 4/26/2018 |
| SOP In-Service Firearms - 501 Part V - Shotgun Proficiency Training | Session | 2 | Completed | 4/26/2018 |
| SOP In-Service Firearms - 501 Part III - Handgun Proficiency/Requalification Training | Session | 3 | Completed | 4/26/2018 |

Defendants' Response to Plaintiff's RFPD
Cobey LaKemper v. Hooks, et al; 5:20-CT-3083

Case 5:20-ct-03083-FL   Document 81-37   Filed 04/05/24   Page 111 of 232

RFPD 0111

| Barney Owens | | | | |
|---|---|---|---|---|
| TITLE: Correctional Administrator III | TYPE | TRAINING HOURS | STATUS | COMPLETION DATE |
| Security Mentor - Internet Of Things (IoT): Here, There and Everywhere | Online Class | 0.25 | Completed | 10/24/2018 |
| Security Mentor - Cloud Security - Computing in the Cloud! | Online Class | 0.25 | Completed | 9/10/2018 |
| SOP In-Service Firearms - 501 Part II - Firearms Safety | Session | 1 | Completed | 6/28/2018 |
| SOP - Less Lethal Impact Munitions & 40MM Platform | Session | 6 | Completed | 6/28/2018 |
| SOP - Reasonable Accommodations for Inmates with Disabilities in Accordance with the ADA for Prisons Employees (Online) (In-Service) | Online Class | 1 | Completed | 6/4/2019 |
| DPS IT: Laptop and Mobile Device | Materials | 0.5 | Completed | 6/22/2018 |
| DPS IT: Acceptable Use Policies | Curriculum | 1.5 | Completed | 6/7/2018 |
| Security Mentor - Working Remotely | Online Class | 0.2 | Completed | 6/7/2018 |
| ACJJ - CPR American Heart Association (AHA) Heartsaver Adult CPR With AED (4 hours) | Session | 4 | Completed | 4/26/2018 |
| SOP - Facility Security Staffing Training | Session | 8 | Completed | 3/28/2018 |
| Security Mentor - Insider Threat | Online Class | 0.2 | Completed | 5/10/2018 |
| Preventing Workplace Harassment v2 | Online Class | 0.32 | Completed | 5/10/2018 |
| Security Mentor - Social Engineering Lesson | Online Class | 0.25 | Completed | 2/6/2018 |
| DPS HR - Social Media, Interpersonal Communication & Relationships with Staff | Online Class | 1 | Completed | 2/6/2018 |
| Adverse Weather Policy: Plan, Educate, Communicate | Online Class | 0.17 | Completed | 2/6/2018 |
| OSHR Safety - Adverse Weather: Plan, Educate, Communicate | Materials | 0.2 | Completed | 12/22/2017 |
| DPS - PREA - OPA T10- Information for Person(s) with Direct and Indirect Contact | Materials | 0 | Completed | 12/8/2017 |
| Security Mentor - Office Security | Online Class | 0.17 | Completed | 12/1/2017 |

Defendants' Response to Plaintiff's RFPD
Cobey LaKemper v. Hooks, et al; 5:20-CT-3083

Case 5:20-ct-03083-FL   Document 81-37   Filed 04/05/24   Page 112 of 232

RFPD 0112

| Barney Owens | | | | |
|---|---|---|---|---|
| TITLE: Correctional Administrator III | TYPE | TRAINING HOURS | STATUS | COMPLETION DATE |
| PREA - Hiring and Promotion Prohibitions (DPS) | Curriculum | 0.25 | Completed | 12/8/2017 |
| SOP - Procedures for Pat/Frisk Searches | Online Class | 1 | Completed | 10/3/2017 |
| Security Mentor - Public Wifi | Online Class | 0.17 | Completed | 10/3/2017 |
| Security Mentor - Mobile Security | Online Class | 0.17 | Completed | 8/10/2017 |
| SOP - Offender Disciplinary Policy Update/Revision 2017 | Online Class | 2 | Completed | 7/10/2017 |
| SOP - Reasonable Accommodations for Inmates with Disabilities in Accordance with the ADA for Prisons Employees (Online) (In-Service) | Online Class | 1 | Completed | 7/10/2017 |
| SOP - Concealed Carry for Certified Staff (Online) (In-Service) | Online Class | 1 | Completed | 5/10/2018 |
| PREA: Sexual Abuse and Sexual Harassment (SAH) 101 (Classroom) (In-Service) | Session | 1 | Completed | 5/16/2017 |
| OSDT In-Service - Unlawful Workplace Harassment (UWPH) - Refresher Course for DPS Staff | Session | 4 | Completed | 5/16/2017 |
| SOP In-Service - Suicide Prevention - Self-Injurious Behavior | Session | 1 | Completed | 5/16/2017 |
| SOP - Introduction To Contraband | Session | 2 | Completed | 5/16/2017 |
| OSDT - Staff & Offender Relations - Maintaining Professional Boundaries (Participants) (In-Service) | Session | 2 | Completed | 5/16/2017 |
| PREA: Sexual Abuse and Sexual Harassment (SAH) 101 (Classroom) (In-Service) | Session | 1 | Completed | 5/16/2017 |
| DPS IT: Acceptable Use Policies | Curriculum | 1.5 | Completed | 6/7/2017 |
| Security Mentor - Computer Security | Online Class | 0.25 | Completed | 6/7/2017 |
| DPS-HR Bonus Leave Payout Program | Materials | 0 | Completed | 5/25/2017 |
| Security Mentor - Information Protection. | Online Class | 0.17 | Completed | 4/12/2017 |
| Equal Employment Opportunity and Diversity Fundamentals (EEODF) | Curriculum | 13.08 | Completed (Equivalent) | 9/15/2000 |

Defendants' Response to Plaintiff's RFPD
Cobey LaKemper v. Hooks, et al; 5:20-CT-3083

Case 5:20-ct-03083-FL    Document 81-37    Filed 04/05/24    Page 113 of 232

RFPD 0113

| Barney Owens | | | | |
|---|---|---|---|---|
| **TITLE: Correctional Administrator III** | **TYPE** | **TRAINING HOURS** | **STATUS** | **COMPLETION DATE** |
| Security Mentor - Incident Reporting | Online Class | 0.17 | Completed | 3/10/2017 |
| PREA - Sexual Abuse and Sexual Harassment 101 | Online Class | 1 | Completed | 5/10/2018 |
| DPS - PREA - OPA T10- Information for Person(s) with Direct and Indirect Contact | Materials | 0 | Completed | 5/25/2017 |
| Security Mentor - Web Security | Online Class | 0.25 | Completed | 12/13/2016 |
| PREA - Hiring and Promotion Prohibitions (DPS) | Curriculum | 0.25 | Completed | 1/24/2017 |
| Security Mentor - Email Security | Online Class | 0.25 | Completed | 12/1/2016 |
| Security Mentor - Social Networking "When a Friend is Not a Friend" | Online Class | 0.17 | Completed | 9/30/2016 |
| SAF - Occupational Exposure to Infectious Diseases (Online) (In-Service) | Online Class | 2 | Completed | 5/17/2018 |
| DPS - Fire Safety (Online) (In-Service) | Online Class | 1 | Completed | 6/5/2019 |
| SOP - Self Injurious Behavior Intervention Program Policy TX-III-7 Review | Online Class | 1 | Completed | 7/14/2016 |
| SOP- Suicide Prevention Program Policy TX-III-9 Review | Online Class | 1 | Completed | 7/14/2016 |
| Security Mentor - Phishing | Online Class | 0.17 | Completed | 7/14/2016 |
| SOP - Reasonable Accommodations for Inmates with Disabilities in Accordance with the ADA for Prisons Employees (Online) (In-Service) | Online Class | 1 | Completed | 7/14/2016 |
| DPS HR - NCVIP New Supervisor Training | Materials | 0 | Completed | 7/1/2016 |
| EXT - Prison Facility Managers Training Conference 2016 | Session | 16 | Completed | 5/4/2016 |
| SOP In-Service Firearms - 501 Part V - Shotgun Proficiency Training | Session | 1 | Completed | 3/8/2016 |
| SOP In-Service Firearms - 501 Part I - Law & Policy Concerning Use Of Deadly Force | Session | 1 | Completed | 3/8/2016 |
| SOP In-Service Firearms - 501 Part II - Firearms Safety | Session | 1 | Completed | 3/8/2016 |

**Defendants' Response to Plaintiff's RFPD**
**Cobey LaKemper v. Hooks, et al; 5:20-CT-3083**

Case 5:20-ct-03083-FL   Document 81-37   Filed 04/05/24   Page 114 of 232

**RFPD 0114**

| Barney Owens | | | | |
|---|---|---|---|---|
| TITLE: Correctional Administrator III | TYPE | TRAINING HOURS | STATUS | COMPLETION DATE |
| Security Mentor - Passwords | Online Class | 0.17 | Completed | 5/27/2016 |
| ACJJ - CPR American Heart Association (AHA) Heartsaver Adult CPR With AED (4 hours) | Session | 4 | Completed | 4/14/2016 |
| DPS HR - Introduction to the Annual Performance Evaluation Process for Managers and Supervisors | Session | 4 | Completed | 5/20/2016 |
| SOP In-Service Firearms - 501 Part III - Handgun Proficiency/Requalification Training | Session | 4 | Completed | 3/8/2016 |
| DPS - NCVIP Annual Evaluation for Managers and Supervisors | Curriculum | 0.83 | Completed | 5/27/2016 |
| Security Mentor - Keys to Security: Introduction to Security Awareness | Online Class | 0.17 | Completed | 5/27/2016 |
| SOP - Security Risk Group (SRG) Web Application Usage Training | Session | 4 | Completed | 12/4/2015 |
| DPS - NCVIP Managing Performance for Managers and Supervisors | Curriculum | 1.63 | Completed | 12/17/2015 |
| DPS HR - Introduction to the Interim Review Process for Managers and Supervisors | Session | 2 | Completed | 1/4/2016 |
| DPS - PREA - OPA T10- Information for Person(s) with Direct and Indirect Contact | Materials | 0 | Completed | 1/15/2016 |
| PREA - Hiring and Promotion Prohibitions (DPS) | Curriculum | 0.25 | Completed | 1/15/2016 |
| SOP - Inmate Publication Screening Training | Session | 4 | Completed | 9/28/2015 |
| DPS HR - Introduction to NCVIP for Managers and Supervisors | Session | 2 | Completed | 10/13/2015 |
| Section of Prisons - Concealed Carry for Certified Staff v1 | Online Class | 1 | Completed | 10/12/2015 |
| OSDT - Peak Performance Leadership Course | Session | 40 | Completed | 8/14/2015 |

Defendants' Response to Plaintiff's RFPD
Cobey LaKemper v. Hooks, et al; 5:20-CT-3083

RFPD 0115

| Barney Owens | | | | |
|---|---|---|---|---|
| TITLE: Correctional Administrator III | TYPE | TRAINING HOURS | STATUS | COMPLETION DATE |
| DPS - NCVIP Interim Feedback Review for Supervisors and Managers | Curriculum | 0.58 | Completed | 1/15/2016 |
| DPS - NCVIP Planning for Supervisors and Managers | Curriculum | 0.72 | Completed | 10/21/2015 |
| SOP - Reasonable Accommodations for Inmates with Disabilities in Accordance with the ADA for Prisons Employees (Online) (In-Service) | Online Class | 1 | Completed | 7/24/2015 |
| SAF - OSHA 300 Log: Recent Changes to Recordkeeping and Reporting | Online Class | 0.5 | Completed | 7/24/2015 |
| DPS HR - Introduction to NCVIP for Managers and Supervisors | Session | 2 | Completed | 7/9/2015 |
| OSDT - Employee Fitness and Wellness (initial) | Session | 4 | Completed | 6/10/2015 |
| SOP In-Service - Expandable/Rigid Baton: Refresher | Session | 4 | Completed | 6/10/2015 |
| OSDT In-Service - Controls, Restraints and Defensive Techniques (CRDT) Phase VI - Advanced Techniques | Session | 4 | Completed | 6/10/2015 |
| OSDT In-Service - Controls, Restraints and Defensive Techniques (CRDT) Phase I - Annual Refresher Training | Session | 4 | Completed | 6/10/2015 |
| SAF - Occupational Exposure to Infectious Diseases (Classroom) (In-Service) (BBP) | Session | 2 | Completed | 6/5/2015 |
| SOP In-Service - Security Risk Groups within Adult Correction | Session | 2 | Completed | 6/5/2015 |
| Email and IM -Securing the Human Module 3 | Online Class | 0.1 | Completed | 7/24/2015 |
| You Are The Target - Securing the Human Module 1 | Online Class | 0.03 | Completed | 7/24/2015 |
| PREA: Sexual Abuse and Sexual Harassment (SAH) 101 (Classroom) (In-Service) | Session | 1 | Completed | 5/1/2015 |

Defendants' Response to Plaintiff's RFPD
Cobey LaKemper v. Hooks, et al, 5:20-CT-3083

Case 5:20-ct-03083-FL    Document 81-37    Filed 04/05/24    Page 116 of 232

RFPD 0116

| Barney Owens | | | | |
|---|---|---|---|---|
| TITLE: Correctional Administrator III | TYPE | TRAINING HOURS | STATUS | COMPLETION DATE |
| SOP In-Service Firearms - 501 Part III - Handgun Proficiency/Requalification Training | Session | 3 | Completed | 5/1/2015 |
| SOP In-Service Firearms - 501 Part V - Shotgun Proficiency Training | Session | 2 | Completed | 5/1/2015 |
| SOP In-Service Firearms - 501 Part I - Law & Policy Concerning Use Of Deadly Force | Session | 1 | Completed | 5/1/2015 |
| SOP In-Service Firearms - 501 Part II - Firearms Safety | Session | 1 | Completed | 5/1/2015 |
| SOP - OC Pepper Spray (SOP Refresher) (In-Service) | Session | 2 | Completed | 5/1/2015 |
| SOP In-Service - Suicide Prevention - Self-Injurious Behavior | Session | 1 | Completed | 5/1/2015 |
| SOP In-Service - Prison Emergencies: Prevention and Response (822 Part II) | Session | 2 | Completed | 5/1/2015 |
| SOP In-Service - Safe Search Practices (816-B) | Session | 2 | Completed | 5/1/2015 |
| OSDT - Staff & Offender Relations - Maintaining Professional Boundaries (Participants) (In-Service) | Session | 2 | Completed | 4/30/2015 |
| OSDT In-Service - SOP/SCC Block of Professional Ethics: On & Off Duty | Session | 2 | Completed | 4/30/2015 |
| OSDT In-Service - Unlawful Workplace Harassment (UWPH) - Refresher Course for DPS Staff | Session | 1 | Completed | 4/30/2015 |
| SOP In-Service - Fire Safety (822 Part III) | Session | 1 | Completed | 4/30/2015 |
| DPS - NCVIP Introduction for Supervisors | Curriculum | 0.75 | Completed | 3/29/2015 |
| Introducing NCVIP | Video | 0 | Completed | 2/4/2015 |
| SAF - OSHA 300 Log: Recent Changes to Recordkeeping and Reporting | Online Class | 0.5 | Completed | 12/19/2014 |
| DPS Safety - Slips, Trips, and Falls | Online Class | 1 | Completed | 3/14/2015 |
| PREA - Sexual Abuse and Sexual Harassment 101 | Online Class | 1 | Completed | 12/19/2014 |

Defendants' Response to Plaintiff's RFPD
Cobey LaKemper v. Hooks, et al; 5:20-CT-3083

RFPD 0117

| Barney Owens | | | | |
|---|---|---|---|---|
| TITLE: Correctional Administrator III | TYPE | TRAINING HOURS | STATUS | COMPLETION DATE |
| DPS - PREA - OPA T10- Information for Person(s) with Direct and Indirect Contact | Materials | 0 | Completed | 12/5/2014 |
| PREA - Sexual Abuse and Sexual Harassment 101 | Online Class | 1 | Completed (Equivalent) | 5/30/2014 |
| PREA - Hiring and Promotion Prohibitions (DPS) | Curriculum | 0.25 | Completed | 12/5/2014 |
| SAF - Accident/Incident Investigation Training | Online Class | 1 | Completed | 11/21/2014 |
| SAF - Workplace Safety and Health Orientation and Hazard Identification Training | Online Class | 1 | Completed | 10/31/2014 |
| SOP - Cell Extraction Training Program - Initial Participant Course | Session | 8 | Completed | 9/15/2014 |
| NC Learning Center Transcript Quick Reference Guide | Materials | 0.08 | Completed | 12/5/2014 |
| NC Learning Center New User Orientation | Online Class | 0.17 | Completed | 4/25/2015 |
| SOP - Reasonable Accommodations for Inmates with Disabilities in Accordance with the ADA for Prisons Employees (Online) (In-Service) | Online Class | 1 | Completed | 8/29/2014 |
| SOP - Electronic Intrusion Systems/Test Req: Microwave Systems | Session | 2 | Completed | 8/22/2014 |
| SOP - Electronic Intrusion Systems/Test Req. - Taut Wire | Session | 4 | Completed | 8/22/2014 |
| SOP - Electronic Intrusion Systems/Test Req. - Introduction | Session | 2 | Completed | 8/22/2014 |
| Grievance Overview (OSHR) | Online Class | 0.25 | Completed | 8/6/2014 |
| HR - Preventing Overpayments | Online Class | 0.5 | Completed | 8/6/2014 |
| SOP In-Service - Expandable/Rigid Baton: Refresher | Session | 4 | Completed | 6/9/2014 |
| OSDT - Controls, Restraints and Defensive Techniques (CRDT) Phase V - Weapons Retention (In-Service) | Session | 4 | Completed | 6/3/2014 |

| Barney Owens | | | | |
|---|---|---|---|---|
| TITLE: Correctional Administrator III | TYPE | TRAINING HOURS | STATUS | COMPLETION DATE |
| OSDT In-Service - Controls, Restraints and Defensive Techniques (CRDT) Phase I - Annual Refresher Training | Session | 5 | Completed | 6/3/2014 |
| PREA: Sexual Abuse and Sexual Harassment (SAH) 101 (Classroom) (In-Service) | Session | 1 | Completed | 5/30/2014 |
| ACJJ - CPR American Heart Association (AHA) Heartsaver Adult CPR With AED (4 hours) | Session | 4 | Completed | 5/30/2014 |
| SOP In-Service - Expandable/Rigid Baton: Refresher | Session | 4 | Completed | 6/3/2014 |
| SOP In-Service - Security Risk Groups within Adult Correction | Session | 2 | Completed | 5/29/2014 |
| SOP - OC Pepper Spray (SOP Refresher) (In-Service) | Session | 2 | Completed | 5/29/2014 |
| SOP In-Service Firearms - 501 Part V - Shotgun Proficiency Training | Session | 2 | Completed | 5/29/2014 |
| SOP In-Service Firearms - 501 Part III - Handgun Proficiency/Requalification Training | Session | 3 | Completed | 5/27/2014 |
| SOP In-Service - Suicide Prevention - Self-Injurious Behavior | Session | 1 | Completed | 5/28/2014 |
| OSDT - Staff & Offender Relations - Maintaining Professional Boundaries (Participants) (In-Service) | Session | 2 | Completed | 5/28/2014 |
| OSDT In-Service - SOP/SCC Block of Professional Ethics: On & Off Duty | Session | 2 | Completed | 5/28/2014 |
| SOP In-Service - Fire Safety (822 Part III) | Session | 1 | Completed | 5/28/2014 |
| SAF - Occupational Exposure to Infectious Diseases (Classroom) (In-Service) (BBP) | Session | 2 | Completed | 5/28/2014 |
| OSDT In-Service - Unlawful Workplace Harassment (UWPH) - Refresher Course for DPS Staff | Session | 2 | Completed | 5/27/2014 |

| Barney Owens | | | | |
|---|---|---|---|---|
| TITLE: Correctional Administrator III | TYPE | TRAINING HOURS | STATUS | COMPLETION DATE |
| SOP In-Service Firearms - 501 Part II - Firearms Safety | Session | 1 | Completed | 5/19/2014 |
| SOP In-Service Firearms - 501 Part I - Law & Policy Concerning Use Of Deadly Force | Session | 1 | Completed | 5/19/2014 |
| SOP - Reasonable Accommodations for Inmates with Disabilities (ADA) | Session | 2 | Completed | 3/19/2014 |
| SOP - Disciplinary Hearing Officer Procedures | Session | 8.5 | Completed | 2/25/2014 |
| DPS Run- Hide- Fight: Protective Actions for a Shooter in the Workplace Incident | Video | 0.17 | Completed | 2/1/2014 |
| SAF - Hazard Communication GHS Update Training (DPS Safety) | Online Class | 1 | Completed | 12/12/2013 |
| SOP - Electronic Rounds User Training Program | Session | 3.5 | Completed | 11/12/2013 |
| PREA - Hiring and Promotion Prohibitions (DPS) | Curriculum | 0.25 | Completed | 9/25/2013 |
| New User Quick Reference Card - NC Learning Center | General | 0 | Completed | 12/5/2014 |
| Manager Quick Reference Card - NC Learning Center | General | 0 | Completed | 12/5/2014 |
| NC Learning Center Manager Orientation Course | Online Class | 0 | Completed | 4/25/2015 |
| DPS-EEOI | Materials | 0 | Completed | 9/15/2000 |
| EEOI 1: Equal Employment Opportunity Institute - Level I | Online Class | 0 | Completed | 9/13/2000 |
| | | 436.32 | | |

Defendants' Response to Plaintiff's RFPD
Cobey LaKemper v. Hooks, et al; 5:20-CT-3083

Case 5:20-CT-3083-FL     Document 81-37     Filed 04/05/24     Page 120 of 232

RFPD 0120

287 matches found. The selection criteria for this report was:
None

| Begin Date | Completion Date | Course Number | Course Name | Contact Hours |
|---|---|---|---|---|
| 08/15/2013 | 08/15/2013 | 0010383 | ELECTRONIC INTRUSION SYSTEMS/TEST REQ. - MICROWAVE SYS. | 2 |
| 08/15/2013 | 08/15/2013 | 0010382 | ELECTRONIC INTRUSION SYSTEMS/TEST REQ. - TAUT WIRE | 4 |
| 08/15/2013 | 08/15/2013 | 0010380 | ELECTRONIC INTRUSION SYSTEMS/TEST REQ. - INTRODUCTION | 2 |
| 07/10/2013 | 07/10/2013 | 0011686 | PREA: SEXUAL ABUSE AND HARASSMENT 101 (1HR) | 1 |
| 05/29/2013 | 05/29/2013 | 0007392 | OC PEPPER SPRAY ANNUAL: DOP | 2 |
| 04/25/2013 | 04/25/2013 | 0008707 | UNLAWFUL WORKPLACE HARASSMENT (2 HRS) | 2 |
| 04/25/2013 | 04/25/2013 | 0011084 | SECURITY THREAT GROUPS WITHIN THE NCDOC (2010) | 2 |
| 04/25/2013 | 04/25/2013 | 0010516 | OCCUPATIONAL EXPOSURE TO INFECTIOUS DISEASES (2 HOURS) | 2 |
| 04/25/2013 | 04/25/2013 | 0009466 | MONADNOCK BATON REFRESHER LP(4 HRS) | 4 |
| 04/24/2013 | 04/24/2013 | 0009408 | CRDT PHASE III - ANNUAL INSERVICE TRNG (602-5) | 4 |
| 04/24/2013 | 04/24/2013 | 0009890 | PRISON OPERATIONS (822-2) | 2 |
| 04/24/2013 | 04/24/2013 | 0009129 | CRDT PHASE I - ANNUAL INSERVICE TRNG | 4 |
| 04/23/2013 | 04/23/2013 | 0009260 | LAW & POLICY CONCERNING USE OF DEADLY FORCE(501-PART I) | 1 |
| 04/23/2013 | 04/23/2013 | 0010882 | SHOTGUN PROFICIENCY TRAINING (501-PART V) | 1 |
| 04/23/2013 | 04/23/2013 | 0009826 | FIREARMS: M&P.40 DOP HANDGUN REFRESHER/REQUALIFICATION | 4 |
| 04/23/2013 | 04/23/2013 | 0009262 | FIREARMS SAFETY (501-PART II) | 1 |
| 04/23/2013 | 04/23/2013 | 0008063 | SELF-INJURIOUS BEHAVIOR PREVENTION | 1 |
| 04/22/2013 | 04/22/2013 | 0009030 | SAFE SEARCH PRACTICES (816-B) | 2 |
| 04/22/2013 | 04/22/2013 | 0011113 | STAFF & OFFENDER RELATIONS FOR DOC STAFF (2010) | 2 |
| 04/22/2013 | 04/22/2013 | 0009891 | PRISON EMER OPERATIONS: FIRE SAFETY (822-3) | 1 |
| 04/22/2013 | 04/22/2013 | 0010146 | PROFESSIONAL ETHICS (TRADITIONAL) | 2 |
| 04/22/2013 | 04/22/2013 | 0009887 | CULTURAL DIVERSITY (809 PART III) | 3 |
| 12/14/2012 | 12/14/2012 | 0010111 | TELEPHONE TRIAGE - INTRODUCTION | 1 |
| 12/14/2012 | 12/14/2012 | 0005906 | MEDICATION DELIVERY BY OFFICERS TO INMATES | 1 |
| 11/13/2012 | 11/13/2012 | 0010798 | ICE SHIELD BASIC OPERATOR USER CERTIFICATION | 8 |
| 10/16/2012 | 10/16/2012 | 0011213 | 2011 DISCIPLINARY HEARING OFFICER PROCEDURES (8 HRS) | 8 |
| 08/30/2012 | 08/30/2012 | 0010383 | ELECTRONIC INTRUSION SYSTEMS/TEST REQ. - MICROWAVE SYS. | 2 |
| 08/30/2012 | 08/30/2012 | 0010380 | ELECTRONIC INTRUSION SYSTEMS/TEST REQ. - INTRODUCTION | 2 |
| 08/30/2012 | 08/30/2012 | 0010382 | ELECTRONIC INTRUSION SYSTEMS/TEST REQ. - TAUT WIRE | 4 |
| 06/21/2012 | 06/21/2012 | 0011074 | CELL EXTRACTION TRAINING PROGRAM: INITIAL(8HRS) | 8 |
| 04/26/2012 | 04/26/2012 | 0011084 | SECURITY THREAT GROUPS WITHIN THE NCDOC (2010) | 2 |
| 04/26/2012 | 04/26/2012 | 0010516 | OCCUPATIONAL EXPOSURE TO INFECTIOUS DISEASES (2 HOURS) | 2 |
| 04/26/2012 | 04/26/2012 | 0009466 | MONADNOCK BATON REFRESHER LP(4 HRS) | 4 |
| 04/26/2012 | 04/26/2012 | 0008707 | UNLAWFUL WORKPLACE HARASSMENT (2 HRS) | 2 |
| 04/25/2012 | 04/25/2012 | 0009828 | CRDT PHASE V - ANNUAL INSERVICE TRNG (602-5) | 4 |
| 04/25/2012 | 04/25/2012 | 0009890 | PRISON OPERATIONS (822-2) | 2 |
| 04/25/2012 | 04/25/2012 | 0009129 | CRDT PHASE I - ANNUAL INSERVICE TRNG | 4 |
| 04/24/2012 | 04/24/2012 | 0009260 | LAW & POLICY CONCERNING USE OF DEADLY FORCE(501-PART I) | 1 |
| 04/24/2012 | 04/24/2012 | 0010882 | SHOTGUN PROFICIENCY TRAINING (501-PART V) | 1 |
| 04/24/2012 | 04/24/2012 | 0009826 | FIREARMS: M&P.40 DOP HANDGUN REFRESHER/REQUALIFICATION | 4 |
| 04/24/2012 | 04/24/2012 | 0009262 | FIREARMS SAFETY (501-PART II) | 1 |
| 04/24/2012 | 04/24/2012 | 0008063 | SELF-INJURIOUS BEHAVIOR PREVENTION | 1 |
| 04/24/2012 | 04/24/2012 | 0007392 | OC PEPPER SPRAY ANNUAL: DOP | 2 |
| 04/23/2012 | 04/23/2012 | 0009030 | SAFE SEARCH PRACTICES (816-B) | 2 |
| 04/23/2012 | 04/23/2012 | 0011113 | STAFF & OFFENDER RELATIONS FOR DOC STAFF (2010) | 2 |
| 04/23/2012 | 04/23/2012 | 0009891 | PRISON EMER OPERATIONS: FIRE SAFETY (822-3) | 1 |
| 04/23/2012 | 04/23/2012 | 0010146 | PROFESSIONAL ETHICS (TRADITIONAL) | 2 |
| 04/23/2012 | 04/23/2012 | 0005612 | AHA HEARTSAVER ADULT CPR WITH AED (4 HRS.) | 4 |
| 08/17/2011 | 08/17/2011 | 0010382 | ELECTRONIC INTRUSION SYSTEMS/TEST REQ. - TAUT WIRE | 4 |
| 08/17/2011 | 08/17/2011 | 0010383 | ELECTRONIC INTRUSION SYSTEMS/TEST REQ. - MICROWAVE SYS. | 2 |
| 08/17/2011 | 08/17/2011 | 0010380 | ELECTRONIC INTRUSION SYSTEMS/TEST REQ. - INTRODUCTION | 2 |

**Defendants' Response to Plaintiff's RFPD**
Cobey Lakemper v. Hooks, et al; 5:20CT3085-3T
Filed 04/05/24   Page 121 of 232
**RFPD 0121**

Staff/Agent: OBC01 - OWENS, BARNEY C.

| Begin Date | Completion Date | Course Number | Course Name | Contact Hours |
|---|---|---|---|---|
| 07/27/2011 | 07/27/2011 | 0011213 | 2011 DISCIPLINARY HEARING OFFICER PROCEDURES (8 HRS) | 8 |
| 05/05/2011 | 05/05/2011 | 0010516 | OCCUPATIONAL EXPOSURE TO INFECTIOUS DISEASES (2 HOURS) | 2 |
| 05/05/2011 | 05/05/2011 | 0009030 | SAFE SEARCH PRACTICES (816-B) | 2 |
| 05/05/2011 | 05/05/2011 | 0009466 | MONADNOCK BATON REFRESHER LP(4 HRS) | 4 |
| 05/05/2011 | 05/05/2011 | 0008063 | SELF-INJURIOUS BEHAVIOR PREVENTION | 1 |
| 05/05/2011 | 05/05/2011 | 0008707 | UNLAWFUL WORKPLACE HARASSMENT (2 HRS) | 2 |
| 05/04/2011 | 05/04/2011 | 0009407 | CRDT PHASE II - ANNUAL INSERVICE TRNG (602-5) | 4 |
| 05/04/2011 | 05/04/2011 | 0009890 | PRISON OPERATIONS (822-2) | 2 |
| 05/04/2011 | 05/04/2011 | 0009129 | CRDT PHASE I - ANNUAL INSERVICE TRNG | 4 |
| 05/03/2011 | 05/03/2011 | 0009260 | LAW & POLICY CONCERNING USE OF DEADLY FORCE(501-PART I) | 1 |
| 05/03/2011 | 05/03/2011 | 0010882 | SHOTGUN PROFICIENCY TRAINING (501-PART V) | 1 |
| 05/03/2011 | 05/03/2011 | 0009826 | FIREARMS: M&P.40 DOP HANDGUN REFRESHER/REQUALIFICATION | 4 |
| 05/03/2011 | 05/03/2011 | 0009262 | FIREARMS SAFETY (501-PART II) | 1 |
| 05/03/2011 | 05/03/2011 | 0007392 | OC PEPPER SPRAY ANNUAL: DOP | 2 |
| 05/02/2011 | 05/02/2011 | 0011113 | STAFF & OFFENDER RELATIONS FOR DOC STAFF (2010) | 2 |
| 05/02/2011 | 05/02/2011 | 0011084 | SECURITY THREAT GROUPS WITHIN THE NCDOC (2010) | 2 |
| 05/02/2011 | 05/02/2011 | 0009891 | PRISON EMER OPERATIONS: FIRE SAFETY (822-3) | 1 |
| 05/02/2011 | 05/02/2011 | 0010146 | PROFESSIONAL ETHICS (TRADITIONAL) | 2 |
| 05/02/2011 | 05/02/2011 | 0000017 | REPORT WRITING (807) | 4 |
| 03/03/2011 | 03/03/2011 | 0002065 | DISCIPLINE AND DISMISSAL PROCEDURES | 8 |
| 01/19/2011 | 01/19/2011 | 0011151 | EMPLOYEE SELF SERVICE OVERVIEW FOR EMPLOYEES | 3 |
| 11/02/2010 | 11/02/2010 | 0011152 | SECURITY AWARENESS TRAINING (LMS) | 1 |
| 08/19/2010 | 08/19/2010 | 0010380 | ELECTRONIC INTRUSION SYSTEMS/TEST REQ. - INTRODUCTION | 2 |
| 08/19/2010 | 08/19/2010 | 0010382 | ELECTRONIC INTRUSION SYSTEMS/TEST REQ. - TAUT WIRE | 4 |
| 08/19/2010 | 08/19/2010 | 0010383 | ELECTRONIC INTRUSION SYSTEMS/TEST REQ. - MICROWAVE SYS. | 2 |
| 08/10/2010 | 08/10/2010 | 0011074 | CELL EXTRACTION TRAINING PROGRAM: INITIAL(8HRS) | 8 |
| 04/22/2010 | 04/22/2010 | 0010516 | OCCUPATIONAL EXPOSURE TO INFECTIOUS DISEASES (2 HOURS) | 2 |
| 04/22/2010 | 04/22/2010 | 0009891 | PRISON EMER OPERATIONS: FIRE SAFETY (822-3) | 1 |
| 04/22/2010 | 04/22/2010 | 0008707 | UNLAWFUL WORKPLACE HARASSMENT (2 HRS) | 2 |
| 04/22/2010 | 04/22/2010 | 0009466 | MONADNOCK BATON REFRESHER LP(4 HRS) | 4 |
| 04/22/2010 | 04/22/2010 | 0008063 | SELF-INJURIOUS BEHAVIOR PREVENTION | 1 |
| 04/21/2010 | 04/21/2010 | 0009129 | CRDT PHASE I - ANNUAL INSERVICE TRNG | 4 |
| 04/21/2010 | 04/21/2010 | 0009890 | PRISON OPERATIONS (822-2) | 2 |
| 04/21/2010 | 04/21/2010 | 0009828 | CRDT PHASE V - ANNUAL INSERVICE TRNG (602-5) | 4 |
| 04/20/2010 | 04/20/2010 | 0009886 | RIFLE PROFICIENCY TRAINING (501 PART IV) | 1 |
| 04/20/2010 | 04/20/2010 | 0010882 | SHOTGUN PROFICIENCY TRAINING (501-PART V) | 1 |
| 04/20/2010 | 04/20/2010 | 0009826 | FIREARMS: M&P.40 DOP HANDGUN REFRESHER/REQUALIFICATION | 4 |
| 04/20/2010 | 04/20/2010 | 0009262 | FIREARMS SAFETY (501-PART II) | 1 |
| 04/20/2010 | 04/20/2010 | 0009260 | LAW & POLICY CONCERNING USE OF DEADLY FORCE(501-PART I) | 1 |
| 04/20/2010 | 04/20/2010 | 0007392 | OC PEPPER SPRAY ANNUAL: DOP | 2 |
| 04/19/2010 | 04/19/2010 | 0007912 | DOC STAFF/OFFENDER RELATIONSHIPS:MAIN PROF BOUNDARIES | 2 |
| 04/19/2010 | 04/19/2010 | 0010146 | PROFESSIONAL ETHICS (TRADITIONAL) | 2 |
| 04/19/2010 | 04/19/2010 | 0009030 | SAFE SEARCH PRACTICES (816-B) | 2 |
| 04/19/2010 | 04/19/2010 | 0005612 | AHA HEARTSAVER ADULT CPR WITH AED (4 HRS.) | 4 |
| 03/31/2010 | 03/31/2010 | 0011015 | GANGS IN NORTH CAROLINA | 8 |
| 02/24/2010 | 02/24/2010 | 0011029 | MANAGING YOUR INBOX: E-MAIL AS A PUBLIC RECORD | 1 |
| 01/12/2010 | 01/12/2010 | 0010942 | INMATE DOUBLE CELLING/BUNKING - EMPLOYEE | 2 |
| 12/07/2009 | 12/07/2009 | 0010936 | NC EMPLOYEE GIFT BAN | 1 |
| 05/14/2009 | 05/14/2009 | 0010516 | OCCUPATIONAL EXPOSURE TO INFECTIOUS DISEASES (2 HOURS) | 2 |
| 05/14/2009 | 05/14/2009 | 0009891 | PRISON EMER OPERATIONS: FIRE SAFETY (822-3) | 1 |
| 05/14/2009 | 05/14/2009 | 0008063 | SELF-INJURIOUS BEHAVIOR PREVENTION | 1 |
| 05/14/2009 | 05/14/2009 | 0009466 | MONADNOCK BATON REFRESHER LP(4 HRS) | 4 |
| 05/14/2009 | 05/14/2009 | 0008707 | UNLAWFUL WORKPLACE HARASSMENT (2 HRS) | 2 |
| 05/13/2009 | 05/13/2009 | 0009129 | CRDT PHASE I - ANNUAL INSERVICE TRNG | 4 |

| Begin Date | Completion Date | Course Number | Course Name | Contact Hours |
|---|---|---|---|---|
| 05/13/2009 | 05/13/2009 | 0009890 | PRISON OPERATIONS (822-2) | 2 |
| 05/13/2009 | 05/13/2009 | 0009408 | CRDT PHASE III - ANNUAL INSERVICE TRNG (602-5) | 4 |
| 05/12/2009 | 05/12/2009 | 0009265 | SHOTGUN PROFICIENCY TRAINING (501-PART V) | 2 |
| 05/12/2009 | 05/12/2009 | 0009886 | RIFLE PROFICIENCY TRAINING (501 PART IV) | 1 |
| 05/12/2009 | 05/12/2009 | 0009826 | FIREARMS: M&P.40 DOP HANDGUN REFRESHER/REQUALIFICATION | 4 |
| 05/12/2009 | 05/12/2009 | 0009262 | FIREARMS SAFETY (501-PART II) | 1 |
| 05/12/2009 | 05/12/2009 | 0009260 | LAW & POLICY CONCERNING USE OF DEADLY FORCE(501-PART I) | 1 |
| 05/12/2009 | 05/12/2009 | 0007392 | OC PEPPER SPRAY ANNUAL: DOP | 2 |
| 05/11/2009 | 05/11/2009 | 0007912 | DOC STAFF/OFFENDER RELATIONSHIPS:MAIN PROF BOUNDARIES | 2 |
| 05/11/2009 | 05/11/2009 | 0010146 | PROFESSIONAL ETHICS (TRADITIONAL) | 2 |
| 05/11/2009 | 05/11/2009 | 0010148 | OBSERVATION & SUPERVISION OF INMATES (TRADITIONAL) | 4 |
| 05/11/2009 | 05/11/2009 | 0009030 | SAFE SEARCH PRACTICES (816-B) | 2 |
| 01/14/2009 | 01/14/2009 | 0010353 | DUTY CHEMICAL AGENTS & SPECIALTY IMPACT MUNITIONS | 6 |
| 10/22/2008 | 10/22/2008 | 0010380 | ELECTRONIC INTRUSION SYSTEMS/TEST REQ. - INTRODUCTION | 2 |
| 10/22/2008 | 10/22/2008 | 0010383 | ELECTRONIC INTRUSION SYSTEMS/TEST REQ. - MICROWAVE SYS. | 2 |
| 10/22/2008 | 10/22/2008 | 0010382 | ELECTRONIC INTRUSION SYSTEMS/TEST REQ. - TAUT WIRE | 4 |
| 10/13/2008 | 10/13/2008 | 0002003 | DISCIPLINARY HEARING OFFICER PROC   (GENERAL STAFF) | 6 |
| 05/15/2008 | 05/15/2008 | 0005612 | AHA HEARTSAVER ADULT CPR WITH AED (4 HRS.) | 4 |
| 05/15/2008 | 05/15/2008 | 0010146 | PROFESSIONAL ETHICS (TRADITIONAL) | 2 |
| 05/15/2008 | 05/15/2008 | 0009890 | PRISON OPERATIONS (822-2) | 2 |
| 05/15/2008 | 05/15/2008 | 0009466 | MONADNOCK BATON REFRESHER LP(4 HRS) | 4 |
| 05/14/2008 | 05/14/2008 | 0009828 | CRDT PHASE V - ANNUAL INSERVICE TRNG (602-5) | 4 |
| 05/14/2008 | 05/14/2008 | 0010148 | OBSERVATION & SUPERVISION OF INMATES (TRADITIONAL) | 4 |
| 05/14/2008 | 05/14/2008 | 0009129 | CRDT PHASE I - ANNUAL INSERVICE TRNG | 4 |
| 05/13/2008 | 05/13/2008 | 0007392 | OC PEPPER SPRAY ANNUAL: DOP | 2 |
| 05/13/2008 | 05/13/2008 | 0009826 | FIREARMS: M&P.40 DOP HANDGUN REFRESHER/REQUALIFICATION | 4 |
| 05/13/2008 | 05/13/2008 | 0009886 | RIFLE PROFICIENCY TRAINING (501 PART IV) | 1 |
| 05/13/2008 | 05/13/2008 | 0009260 | LAW & POLICY CONCERNING USE OF DEADLY FORCE(501-PART I) | 1 |
| 05/13/2008 | 05/13/2008 | 0009262 | FIREARMS SAFETY (501-PART II) | 1 |
| 05/13/2008 | 05/13/2008 | 0009265 | SHOTGUN PROFICIENCY TRAINING (501-PART V) | 2 |
| 05/12/2008 | 05/12/2008 | 0007912 | DOC STAFF/OFFENDER RELATIONSHIPS:MAIN PROF BOUNDARIES | 2 |
| 05/12/2008 | 05/12/2008 | 0009891 | PRISON EMER OPERATIONS: FIRE SAFETY (822-3) | 1 |
| 05/12/2008 | 05/12/2008 | 0009030 | SAFE SEARCH PRACTICES (816-B) | 2 |
| 05/12/2008 | 05/12/2008 | 0008707 | UNLAWFUL WORKPLACE HARASSMENT (2 HRS) | 2 |
| 05/12/2008 | 05/12/2008 | 0008063 | SELF-INJURIOUS BEHAVIOR PREVENTION | 1 |
| 05/12/2008 | 05/12/2008 | 0006137 | BLOODBORNE PATHOGENS TRAINING - DOP | 2 |
| 09/19/2007 | 09/19/2007 | 0005838 | GANG AWARENESS | 8 |
| 07/18/2007 | 07/18/2007 | 0009494 | IS-700 FEMA/NATIONAL INCIDENT MANAGEMENT SYSTEM | 3 |
| 07/17/2007 | 07/17/2007 | 0009493 | IS-200 FEMA/ICS FOR SINGLE RESOURCES & INITIAL ACTION | 3 |
| 07/13/2007 | 07/13/2007 | 0009492 | IS-100 FEMA/INTRO TO THE INCIDENT COMMAND SYSTEM | 3 |
| 05/31/2007 | 05/31/2007 | 0009758 | PREA:PRISON RAPE ELIMINATION ACT(PREA)- 1HR CLASSROOM | 1 |
| 05/18/2007 | 05/18/2007 | 0009265 | SHOTGUN PROFICIENCY TRAINING (501-PART V) | 2 |
| 05/18/2007 | 05/18/2007 | 0009264 | RIFLE PROFICIENCY TRAINING (501 PART IV) | 2 |
| 05/18/2007 | 05/18/2007 | 0009262 | FIREARMS SAFETY (501-PART II) | 1 |
| 05/18/2007 | 05/18/2007 | 0009260 | LAW & POLICY CONCERNING USE OF DEADLY FORCE(501-PART I) | 1 |
| 05/18/2007 | 05/18/2007 | 0007392 | OC PEPPER SPRAY ANNUAL: DOP | 2 |
| 05/17/2007 | 05/17/2007 | 0009260 | LAW & POLICY CONCERNING USE OF DEADLY FORCE(501-PART I) | 1 |
| 05/17/2007 | 05/17/2007 | 0009607 | DOP HANDGUN FAMILIARIZATION/PROFICIENCY (501-III) | 8 |
| 05/17/2007 | 05/17/2007 | 0009606 | LOW/LIMITED LIGHT HANDGUN FAMILIARIZATION/QUALIFICATION | 2 |
| 05/17/2007 | 05/17/2007 | 0009262 | FIREARMS SAFETY (501-PART II) | 1 |
| 05/16/2007 | 05/16/2007 | 0009466 | MONADNOCK BATON REFRESHER LP(4 HRS) | 4 |
| 05/16/2007 | 05/16/2007 | 0008063 | SELF-INJURIOUS BEHAVIOR PREVENTION | 1 |
| 05/16/2007 | 05/16/2007 | 0009030 | SAFE SEARCH PRACTICES (816-B) | 2 |
| 05/16/2007 | 05/16/2007 | 0000006 | PRISON SECURITY FUNCTIONS (804) | 2 |

Staff/Agent: OBC01 - OWENS, BARNEY C.

| Begin Date | Completion Date | Course Number | Course Name | Contact Hours |
|---|---|---|---|---|
| 05/16/2007 | 05/16/2007 | 0000421 | DOC FIRE SAFETY ANNUAL IN-SERVICE LP (1HR) | 1 |
| 05/15/2007 | 05/15/2007 | 0006137 | BLOODBORNE PATHOGENS TRAINING - DOP | 2 |
| 05/15/2007 | 05/15/2007 | 0009129 | CRDT PHASE I - ANNUAL INSERVICE TRNG | 4 |
| 05/15/2007 | 05/15/2007 | 0009407 | CRDT PHASE II - ANNUAL INSERVICE TRNG (602-5) | 4 |
| 04/23/2007 | 04/25/2007 | 0009806 | NC DOC CTG/STG INTELLIGENCE OFFICERS CONFERENCE | 20 |
| 06/22/2006 | 06/22/2006 | 0007416 | CELL EXTRACTION:CAMERA OPERATIONS (2HR) | 2 |
| 06/22/2006 | 06/22/2006 | 0007415 | CELL EXTRACTION:INTRO/TACTICAL APPROACHES (COMBINED) | 6 |
| 05/24/2006 | 05/24/2006 | 0009491 | GANG AWARENESS/IDENTIFICATION | 2 |
| 05/18/2006 | 05/18/2006 | 0009094 | ADVANCED RESTRAINT TECHNIQUES (874) | 4 |
| 05/17/2006 | 05/17/2006 | 0007535 | MONADNOCK BATON INITIAL LP(6 HRS) | 6 |
| 05/16/2006 | 05/16/2006 | 0007392 | OC PEPPER SPRAY ANNUAL: DOP | 2 |
| 05/16/2006 | 05/16/2006 | 0009265 | SHOTGUN PROFICIENCY TRAINING (501-PART V) | 2 |
| 05/16/2006 | 05/16/2006 | 0009264 | RIFLE PROFICIENCY TRAINING (501 PART IV) | 2 |
| 05/16/2006 | 05/16/2006 | 0009262 | FIREARMS SAFETY (501-PART II) | 1 |
| 05/16/2006 | 05/16/2006 | 0009260 | LAW & POLICY CONCERNING USE OF DEADLY FORCE(501-PART I) | 1 |
| 05/16/2006 | 05/16/2006 | 0009083 | 12 HOUR INITIAL CRDT PROGRAM FOR DOC STAFF | 12 |
| 05/15/2006 | 05/15/2006 | 0009030 | SAFE SEARCH PRACTICES (816-B) | 2 |
| 05/15/2006 | 05/15/2006 | 0008063 | SELF-INJURIOUS BEHAVIOR PREVENTION | 1 |
| 05/15/2006 | 05/15/2006 | 0006137 | BLOODBORNE PATHOGENS TRAINING - DOP | 2 |
| 05/15/2006 | 05/15/2006 | 0005612 | AHA HEARTSAVER ADULT CPR WITH AED (4 HRS.) | 4 |
| 05/15/2006 | 05/15/2006 | 0000421 | DOC FIRE SAFETY ANNUAL IN-SERVICE LP (1HR) | 1 |
| 04/17/2006 | 04/18/2006 | 0009429 | COMMUNITY/SECURITY THREAT GROUP OFFICERS CONFERENCE | 8 |
| 02/27/2006 | 02/27/2006 | 0009252 | EMPLOYEE ASSISTANCE PROGRAM | 2 |
| 10/17/2005 | 10/17/2005 | 0008910 | COMMAND & CONTROL FOR INITIAL COMMANDERS | 8 |
| 10/13/2005 | 10/13/2005 | 0009166 | GANG IDENTIFICATION | 8 |
| 06/16/2005 | 06/16/2005 | 0008063 | SELF-INJURIOUS BEHAVIOR PREVENTION | 1 |
| 05/17/2005 | 05/17/2005 | 0007408 | FIREARMS: DOP REQUALIFICATION COURSE | 8 |
| 05/17/2005 | 05/17/2005 | 0007392 | OC PEPPER SPRAY ANNUAL: DOP | 2 |
| 05/16/2005 | 05/16/2005 | 0008680 | WEAPONS RETENTION & DISARMING TECHNIQUES | 4 |
| 05/16/2005 | 05/16/2005 | 0000421 | DOC FIRE SAFETY ANNUAL IN-SERVICE LP (1HR) | 1 |
| 05/16/2005 | 05/16/2005 | 0006137 | BLOODBORNE PATHOGENS TRAINING - DOP | 2 |
| 05/16/2005 | 05/16/2005 | 0005147 | DOP UNARMED SELF-DEFENSE ANNUAL TRAINING | 4 |
| 01/26/2005 | 02/23/2005 | 0008513 | CORRECTIONAL SUPERVISOR TRAINING PROGRAM | 35 |
| 12/02/2004 | 12/02/2004 | 0008067 | CSTP ADVISOR ORIENTATION | 5 |
| 05/25/2004 | 05/25/2004 | 0005147 | DOP UNARMED SELF-DEFENSE ANNUAL TRAINING | 4 |
| 05/25/2004 | 05/25/2004 | 0006137 | BLOODBORNE PATHOGENS TRAINING - DOP | 2 |
| 05/25/2004 | 05/25/2004 | 0005612 | AHA HEARTSAVER ADULT CPR WITH AED (4 HRS.) | 4 |
| 05/25/2004 | 05/25/2004 | 0000421 | DOC FIRE SAFETY ANNUAL IN-SERVICE LP (1HR) | 1 |
| 05/24/2004 | 05/24/2004 | 0007392 | OC PEPPER SPRAY ANNUAL: DOP | 2 |
| 05/24/2004 | 05/24/2004 | 0007408 | FIREARMS: DOP REQUALIFICATION COURSE | 8 |
| 07/25/2003 | 07/25/2003 | 0008063 | SELF-INJURIOUS BEHAVIOR PREVENTION | 1 |
| 04/22/2003 | 04/22/2003 | 0005612 | AHA HEARTSAVER ADULT CPR WITH AED (4 HRS.) | 4 |
| 03/25/2003 | 03/25/2003 | 0006137 | BLOODBORNE PATHOGENS TRAINING - DOP | 2 |
| 03/25/2003 | 03/25/2003 | 0005147 | DOP UNARMED SELF-DEFENSE ANNUAL TRAINING | 4 |
| 03/25/2003 | 03/25/2003 | 0000421 | DOC FIRE SAFETY ANNUAL IN-SERVICE LP (1HR) | 1 |
| 12/03/2002 | 12/03/2002 | 0007415 | CELL EXTRACTION:INTRO/TACTICAL APPROACHES (COMBINED) | 6 |
| 12/03/2002 | 12/03/2002 | 0007416 | CELL EXTRACTION:CAMERA OPERATIONS (2HR) | 2 |
| 10/17/2002 | 10/17/2002 | 0007392 | OC PEPPER SPRAY ANNUAL: DOP | 2 |
| 10/17/2002 | 10/17/2002 | 0007408 | FIREARMS: DOP REQUALIFICATION COURSE | 8 |
| 06/20/2002 | 06/20/2002 | 0007408 | FIREARMS: DOP REQUALIFICATION COURSE | 8 |
| 06/06/2002 | 06/06/2002 | 0007912 | DOC STAFF/OFFENDER RELATIONSHIPS:MAIN PROF BOUNDARIES | 2 |
| 04/10/2002 | 04/10/2002 | 0000987 | THE APPRAISAL PROCESS (TAP) | 12 |
| 09/13/2001 | 09/13/2001 | 0002986 | VIOLENCE IN THE WORKPLACE | 4 |
| 07/25/2001 | 07/25/2001 | 0002991 | FAMILY MEDICAL LEAVE ACT | 4 |

| Begin Date | Completion Date | Course Number | Course Name | Contact Hours |
|---|---|---|---|---|
| 07/25/2001 | 07/25/2001 | 0002990 | VOLUNTARY SHARED LEAVE PROGRAM | 4 |
| 06/18/2001 | 06/18/2001 | 0002003 | DISCIPLINARY HEARING OFFICER PROC  (GENERAL STAFF) | 6 |
| 06/11/2001 | 06/11/2001 | 0007495 | OVS DOP RESPONSE TO VICTIMS OF CRIME | 3 |
| 04/19/2001 | 04/19/2001 | 0006854 | OC AEROSOL INSTRUCTOR COURSE FOR DOC STAFF (8 HRS) | 8 |
| 03/21/2001 | 03/21/2001 | 0005236 | FIREARMS: DOP REQUALIFICATION COURSE | 8 |
| 03/21/2001 | 03/21/2001 | 0007392 | OC PEPPER SPRAY ANNUAL: DOP | 2 |
| 03/20/2001 | 03/20/2001 | 0005612 | AHA HEARTSAVER ADULT CPR WITH AED (4 HRS.) | 4 |
| 03/20/2001 | 03/20/2001 | 0000421 | DOC FIRE SAFETY ANNUAL IN-SERVICE LP (1HR) | 1 |
| 03/20/2001 | 03/20/2001 | 0000333 | HAZARDOUS CHEMICALS (HAZCOM) | 1 |
| 03/20/2001 | 03/20/2001 | 0000005 | MANAGING INMATE BEHAVIOR (809 PART I) | 4 |
| 03/19/2001 | 03/19/2001 | 0006137 | BLOODBORNE PATHOGENS TRAINING - DOP | 2 |
| 03/19/2001 | 03/19/2001 | 0007036 | UNLAWFUL WORKPLACE HARASSMENT (4 HRS) | 4 |
| 03/19/2001 | 03/19/2001 | 0005147 | DOP UNARMED SELF-DEFENSE ANNUAL TRAINING | 4 |
| 09/27/2000 | 09/27/2000 | 0000240 | TIME SHEET REPORTING | 8 |
| 09/13/2000 | 09/15/2000 | 0000244 | EEO INSTITUTE TRNG | 24 |
| 05/09/2000 | 05/10/2000 | 0007539 | CBI: UPDATE | 8 |
| 04/25/2000 | 04/27/2000 | 0005236 | FIREARMS: DOP REQUALIFICATION COURSE | 8 |
| 04/26/2000 | 04/26/2000 | 0006137 | BLOODBORNE PATHOGENS TRAINING - DOP | 2 |
| 04/26/2000 | 04/26/2000 | 0001281 | OC PEPPER SPRAY ANNUAL: DOP 869 | 2 |
| 04/26/2000 | 04/26/2000 | 0000333 | HAZARDOUS CHEMICALS (HAZCOM) | 1 |
| 04/26/2000 | 04/26/2000 | 0000421 | DOC FIRE SAFETY ANNUAL IN-SERVICE LP (1HR) | 1 |
| 04/24/2000 | 04/24/2000 | 0005147 | DOP UNARMED SELF-DEFENSE ANNUAL TRAINING | 4 |
| 04/24/2000 | 04/24/2000 | 0007163 | IDENTIFICATION OF CONTROLLED SUBSTANCES | 4 |
| 04/03/2000 | 04/03/2000 | 0006854 | OC AEROSOL INSTRUCTOR COURSE FOR DOC STAFF (8 HRS) | 8 |
| 02/21/2000 | 02/23/2000 | 0002012 | IM: SUPERVISORY SKILLS BASIC | 20 |
| 02/15/2000 | 02/15/2000 | 0007022 | EMPLOYMENT INTERVIEWING | 4 |
| 02/11/2000 | 02/11/2000 | 0005612 | AHA HEARTSAVER ADULT CPR WITH AED (4 HRS.) | 4 |
| 07/01/1999 | 12/15/1999 | 0007542 | CBI:  COGNITIVE BEHAVIOR SKILLS | 22 |
| 06/21/1999 | 07/02/1999 | 0001022 | GENERAL INSTRUCTOR TRAINING (80 HRS.) | 80 |
| 06/11/1999 | 06/11/1999 | 0002003 | DISCIPLINARY HEARING OFFICER PROC  (GENERAL STAFF) | 6 |
| 04/12/1999 | 04/12/1999 | 0000240 | TIME SHEET REPORTING | 8 |
| 03/03/1999 | 03/03/1999 | 0000017 | REPORT WRITING (807) | 4 |
| 03/03/1999 | 03/03/1999 | 0001281 | OC PEPPER SPRAY ANNUAL: DOP 869 | 2 |
| 03/03/1999 | 03/03/1999 | 0006137 | BLOODBORNE PATHOGENS TRAINING - DOP | 2 |
| 03/03/1999 | 03/03/1999 | 0000421 | DOC FIRE SAFETY ANNUAL IN-SERVICE LP (1HR) | 1 |
| 03/03/1999 | 03/03/1999 | 0000333 | HAZARDOUS CHEMICALS (HAZCOM) | 1 |
| 03/02/1999 | 03/02/1999 | 0000005 | MANAGING INMATE BEHAVIOR (809 PART I) | 4 |
| 03/02/1999 | 03/02/1999 | 0005236 | FIREARMS: DOP REQUALIFICATION COURSE | 8 |
| 03/02/1999 | 03/02/1999 | 0000016 | OBSERVATION & SUPERVISION OF INMATES (813) | 4 |
| 03/01/1999 | 03/01/1999 | 0005612 | AHA HEARTSAVER ADULT CPR WITH AED (4 HRS.) | 4 |
| 03/01/1999 | 03/01/1999 | 0005147 | DOP UNARMED SELF-DEFENSE ANNUAL TRAINING | 4 |
| 02/08/1999 | 02/08/1999 | 0002895 | PROMOTIONAL EXAM:  LT PASS 5 YEARS | 5 |
| 06/15/1998 | 06/15/1998 | 0000299 | THE APPRAISAL PROCESS (TAP) - REFRESHER | 4 |
| 02/03/1998 | 02/20/1998 | 0005236 | FIREARMS: DOP REQUALIFICATION COURSE | 8 |
| 02/04/1998 | 02/04/1998 | 0001281 | OC PEPPER SPRAY ANNUAL: DOP 869 | 2 |
| 02/04/1998 | 02/04/1998 | 0004486 | BLOODBORNE PATHOGENS TRNG PROGRAM: DOP | 3 |
| 02/04/1998 | 02/04/1998 | 0000008 | UNDERSTANDING INMATE BEHAVIOR (821) | 4 |
| 02/04/1998 | 02/04/1998 | 0000421 | DOC FIRE SAFETY ANNUAL IN-SERVICE LP (1HR) | 1 |
| 02/03/1998 | 02/03/1998 | 0000017 | REPORT WRITING (807) | 4 |
| 02/03/1998 | 02/03/1998 | 0000005 | MANAGING INMATE BEHAVIOR (809 PART I) | 4 |
| 02/02/1998 | 02/02/1998 | 0005147 | DOP UNARMED SELF-DEFENSE ANNUAL TRAINING | 4 |
| 02/02/1998 | 02/02/1998 | 0005612 | AHA HEARTSAVER ADULT CPR WITH AED (4 HRS.) | 4 |
| 01/22/1997 | 01/22/1997 | 0002953 | OPUS:  DISCIPLINARY PROCEDURES | 8 |
| 12/09/1996 | 12/09/1996 | 0004486 | BLOODBORNE PATHOGENS TRNG PROGRAM: DOP | 3 |

Staff/Agent: OBC01 - OWENS, BARNEY C.

| Begin Date | Completion Date | Course Number | Course Name | Contact Hours |
|---|---|---|---|---|
| 11/21/1996 | 11/22/1996 | 0000987 | THE APPRAISAL PROCESS (TAP) | 12 |
| 11/20/1996 | 11/20/1996 | 0005236 | FIREARMS: DOP REQUALIFICATION COURSE | 8 |
| 11/18/1996 | 11/18/1996 | 0005147 | DOP UNARMED SELF-DEFENSE ANNUAL TRAINING | 4 |
| 08/06/1996 | 08/06/1996 | 0004027 | CPR & BASIC FIRST AID (8 HOURS) | 8 |
| 06/06/1996 | 06/06/1996 | 0005147 | DOP UNARMED SELF-DEFENSE ANNUAL TRAINING | 4 |
| 06/04/1996 | 06/04/1996 | 0005236 | FIREARMS: DOP REQUALIFICATION COURSE | 8 |
| 06/03/1996 | 06/03/1996 | 0002894 | PROMOTIONAL EXAM: SGT PASS 5 YEARS | 5 |
| 05/21/1996 | 05/28/1996 | 0003252 | PROMOTIONAL EXAM REVIEW | 16 |
| 05/17/1995 | 05/17/1995 | 0005236 | FIREARMS: DOP REQUALIFICATION COURSE | 8 |
| 05/16/1995 | 05/16/1995 | 0005147 | DOP UNARMED SELF-DEFENSE ANNUAL TRAINING | 4 |
| 05/16/1995 | 05/16/1995 | 0004486 | BLOODBORNE PATHOGENS TRNG PROGRAM: DOP | 3 |
| 05/16/1995 | 05/16/1995 | 0000421 | DOC FIRE SAFETY ANNUAL IN-SERVICE LP (1HR) | 1 |
| 05/15/1995 | 05/15/1995 | 0004027 | CPR & BASIC FIRST AID (8 HOURS) | 8 |
| 02/18/1995 | 02/18/1995 | 0000016 | OBSERVATION & SUPERVISION OF INMATES (813) | 4 |
| 07/28/1994 | 07/28/1994 | 0001265 | OC PEPPER SPRAY INITIAL: DOP | 4 |
| 05/31/1994 | 06/01/1994 | 0005211 | MONADNOCK STRAIGHT BATON TRAINING (16 HOUR) | 16 |
| 02/18/1994 | 02/18/1994 | 0005322 | SEXUAL HARASSMENT IN THE WORKPLACE | 4 |
| 02/17/1994 | 02/17/1994 | 0004486 | BLOODBORNE PATHOGENS TRNG PROGRAM: DOP | 3 |
| 01/03/1994 | 02/04/1994 | 0000027 | CORRECTIONAL OFFICER BASIC TRAINING | 160 |
| 12/30/1993 | 12/30/1993 | 0000001 | ORIENTATION TRNG FOR NEW EMPLOYEES | 8 |
| | | | Total Contact Hours Matching Filter Criteria | 1305 |

**.0701 PURPOSE**

The purpose of this directive is to establish uniform policies and procedures to be followed by all facilities within the Division of Prisons in transferring an Inmate's Trust Fund to a local savings account and in controlling such funds until the inmate is released.

**.0702 OPENING OF SAVINGS ACCOUNT BY INMATE**

A. Any inmate, other than those active or former participants of the Work Release Program, may request transfer of funds from the Trust Fund Account to Savings Account provided he/she has met the following requirements:

1. Been assigned to the facility for a minimum of 90 days;

2. Have in excess of a minimum balance of $1,140.00 in his/her account, which represents six months worth of weekly draws, $1,040.00 ($40 X26 weeks) plus $100; and

3. Made a request in writing through the facility head giving the amount of money to be transferred and the name of the local financial institution in which the account is to be opened.

B. When these requirements have been met, the Trust Fund staff will enter the information into the Inmate Banking System (IBS), a module of OPUS (Offender Population Unified System). Trust Fund staff will use a type "3SV" for producing a special draw check for savings. A trust fund check will then be printed from the Inmate Banking System, made payable to the inmate and the financial institution. The following restrictive endorsement will be written on the check for the inmate:

For Deposit Only to Savings Account
In _____
    (name of local banking institution)
To credit of within named payee only

_____
(Inmate's Signature)

C. When a transaction type "3SV" is processed, the inmate's name is added to a list which is available in report job number 48, Inmate Savings. This report lists all inmates who have had a special draw from their Trust Fund account to deposit into a savings account at a local bank. This report should be printed at least monthly. Inmates' names are removed from the report when their savings account is cashed.

| EFFECTIVE DATE: NOVEMBER 17, 2003 | SUPERSEDES ISSUE DATE: FEBRUARY 1, 1997 | PAGE NO. .0701 |
|---|---|---|

Defendants' Response to Plaintiff's RFPD
Cobey Lamonte v. Hooks, et al; 5:20-CT-3038    **RFPD 0127**
Case 5:20-ct-03038-FL    Document 183-37    Filed 04/05/24    Page 127 of 232

in and deposited to their Trust fund account by the (IB03)(1SV) transaction. The report identifies only the initial amount deposited into a savings account.

D. After the check has been printed, the inmate's individual Trust Fund Account Statement (report job number 60) will be run and given to him/her for documentation. A copy of the check and the inmate's request shall be kept on file at the facility.

E. The savings account will be opened in the name of the inmate. Names of employees of the Department of Correction may not be used on the account. The facility head will inform the bank in writing that the financial institution will not permit any transaction, either deposits or withdrawals, without the passbook or pre-printed withdrawal slips. The savings account passbook or account statements will be kept in the facility head's safe and identified as being opened with funds from the inmate's trust fund account. A copy of the current list from the Inmate Banking System (report job number 48, Inmate Savings) of inmates with savings accounts will be placed in the safe with the passbooks or account statements. The inmate's field jacket will call attention to the savings account.

.0703 **GENERAL PROVISIONS AND INSTRUCTIONS**

A. Withdrawals from Savings Account

1. The inmate will not be allowed to withdraw funds from the savings account for six months, except when transferred or in an emergency which will require the approval of the facility head.

2. In case of transfer to another facility, the inmate may select one of the following alternatives:

a. The inmate may allow the funds to remain on deposit where the account was opened. In this case, the sending facility will forward the savings account passbook or account statements with a letter of transmittal to the receiving facility. The transmittal letter will include the following:

Inmate's Name
Inmate's Number
Financial Institution
Savings Account Number
Current Balance

Defendants' Response to Plaintiff's RFPD
Cobey Lassiter v. Hooks, et al; 5:20-CT-3085

RFPD 0128

Case 5:20-ct-03085-FL   Document 81-37   Filed 04/05/24   Page 128 of 232

A copy of the transmittal letter will be placed in the field jacket. Upon receipt of the passbook or account statements, the receiving facility will sign the transmittal letter returning a copy to the sending facility.

b.   If the inmate desires to close the savings account, the transferring facility will transport the inmate to the financial institution where a check will be issued for the account balance. The mail room staff will enter the check into the Inmate Banking System, using the type "ISV", for deposit into the inmate's account which will be transferred when the inmate is transferred. After the mailroom staff have entered and balanced the batch for the funds from the savings account, they will forward the funds to the Trust funds staff for deposit. Two copies of the deposit receipt will be printed. The inmate and officer sign one copy, which is retained in the trust fund office. The inmate keeps the second copy.

B.   Release of Inmate With Savings Account

When an inmate having a savings account is released from the system, the facility head will give passbook or account statements to the inmate after he has signed two copies of a prepared receipt. The following information will be shown on the receipt:

   Inmate's Name
   Inmate's Number
   Financial Institution
   Savings Account Number

One copy of the receipt will be filed with the releasing facility. The bank should be notified in writing immediately that the inmate has been released and there are no longer any restrictions on this account.

Defendants' Response to Plaintiff's RFPD
Cobey Lamar Hooks, et al; 5:20-CT-3085

Case 5:20-ct-03085-FL   Document 81-37   Filed 04/05/24   Page 129 of 232

RFPD 0129



OPUS Information

# Offender Information Screen

| Hide Side Menu Buttons | Back To Search Screen | Print |    Refresh Screen |

**Go to:**

- Show All
- General
- Security Alert
- Address History
- Alias Names
- AOC Alerts
- Appointments
- Arrest History
- Certificates
- CM Assess/Plans
- CommunityService
- Control
- Custody
- DCC Case Review
- [Disciplinary]
- DOP Risk Assess
- Drug Tests
- Family History
- Gain/Loss
- Incarceration
- Incidents
- Inmate Movement
- Intake Tasks
- Investigations
- Jobs
- Obligations
- Other IDs
- Pending Reviews
- Programs
- Referrals
- Relative/Refer.
- Release Plans
- ReleaseChecklist
- Release Date (OT50)
- Sanctions
- Scars/Marks
- Sentences
- Substance Abuse
- Test Scores
- Transfer History
- Violations
- Visitation
- Work Skills
- Show All

DOC Number: 0767480    Status: ACTIVE INMATE    DNA Test: DOJ RECEIVED
Name: LAKEMPER, COSEY W.    Birth Date: 09/03/1976
SID: NC1142384A    FBI#: 976312DB0    SSN: XXX-XX-2520 (?)

Active Inmate Specific Information   # Infractions: 11 (12/17/2021)   Crime Type: FELON
Custody: CLOSE Nxt Rev:   Cur. Loc: 4870 - ALEXANDER C.I.   Bed: JPODF016
Convicted: 02/07/2014   Admitted: 02/07/2014   SPL: L4
Sp. Char: LIFE   Control: REGULAR POPULATION Nxt Rev:
Projected Release Date: LIFE   Case Manager: MINTZ, BYRON A.
Activity: LIBRARY CLERK   Crime: MURDER FIRST DEGREE (PRINCIPAL)
Last Movement: RECEIVED FROM BERTIE C.I. On: 03/09/2022
Reason: DUTY   PC Analyst: MITCHELL, NICOLE I

**Security Alert**

SRG: ASSOCIATE
Victim: N   Detain/PC: Y
Alerts: Y   Escapes: N
Writs: N   Warrants: N
Conflicts: N

### Offender's Disciplinary Infractions History

| Date/Time/ Seq.# | | | Process Status | Violation | Verdict | Actv Susp | Demotion | DSEG Time |
|---|---|---|---|---|---|---|---|---|
| Current Incarceration Period | | | | | | | | |
| 12/17/2021 | 10:00 | 2 | FINALIZED | A16 - POSS AUDIO/VIDEO/IMAGE DEVICE | 2 - UPHELD SANCTIONS | | | 30 |
| 12/17/2021 | 10:00 | 1 | REINVEST. | A16 - POSS AUDIO/VIDEO/IMAGE DEVICE | 5 - RE-INVESTIGATE | | | |
| 09/23/2021 | 09:45 | 1 | FINALIZED | A10 - FIGHT W/WEAPON OR REQ.OUT.MED | 2 - GUILTY | | | 20 |
| 07/16/2021 | 18:05 | 1 | FINALIZED | B25 - DISOBEY ORDER | 6 - COUNSELED | | | |
| 02/16/2020 | 12:39 | 1 | DISMISSED | C99 - ATTEMPT CLASS C OFFENSE | 1 - DISMISSED | | | |
| 02/08/2020 | 08:15 | 1 | FINALIZED | B22 - FIGHTING / B25 - DISOBEY ORDER | 2 - GUILTY / 2 - GUILTY | | | 15 / 15 |
| 02/28/2019 | 08:20 | 1 | DISMISSED | C99 - ATTEMPT CLASS C OFFENSE | 1 - DISMISSED | | | |
| 12/03/2017 | 02:34 | 1 | FINALIZED | A16 - POSS AUDIO/VIDEO/IMAGE DEVICE | 2 - GUILTY | | | 20 |
| 12/03/2017 | 01:50 | 1 | FINALIZED | A12 - SUBSTANCE POSSESSION | 2 - GUILTY | | | 20 |
| 06/13/2017 | 18:00 | 1 | FINALIZED | D03 - DISOBEY ORDER | 2 - UPHELD SANCTIONS | | | 30 |
| 05/08/2017 | 11:30 | 1 | DISMISSED | C04 - FIGHTING | 1 - DISMISSED | | | |
| 05/03/2017 | 19:00 | 2 | FINALIZED | A99 - ATTEMPT CLASS A OFFENSE / C11 - MISUSE/UNAUTH-USE PHONE/MAIL | 2 - UPHELD SANCTIONS / 2 - UPHELD SANCTIONS | | | 45 / 15 |
| 05/03/2017 | 19:00 | 1 | REINVEST. | A99 - ATTEMPT CLASS A OFFENSE / C11 - MISUSE/UNAUTH-USE PHONE/MAIL | 5 - RE-INVESTIGATE / 5 - RE-INVESTIGATE | | | |
| 03/28/2017 | 14:15 | 1 | FINALIZED | D03 - NO THREAT CONTRABAND | 2 - GUILTY | | | |
| 08/01/2016 | 12:15 | 1 | FINALIZED | A16 - FALSE ALLEGATIONS ON STAFF | 2 - UPHELD SANCTIONS | | | |
| 04/12/2014 | 16:07 | 1 | DISMISSED | D01 - UNAUTHORIZED LOCATION | 1 - DISMISSED | | | |

| Back To Search Screen |

©2023 North Carolina Department of Adult Correction.
All rights reserved.

Revision: 1.6

## Offender's Disciplinary Infraction

| | |
|---|---|
| DOC Number: 0767460 | Status: ACTIVE INMATE | DNA Test: DOJ RECEIVED |
| Name: LAKEMPER, COBEY W. | | Birth Date: 03/03/1976 |
| SID: NC1142384A | FBI#: 970312D80 | SSN: XXX-XX-2920 (?) |

**Active Inmate Specific Information**   # Infractions: 11  (12/17/2021)    Crime Type: FELON
Custody: CLOSE  Nxt Rev:         Cur. Loc: 4870 - ALEXANDER C.I.  Bed: JPCDF016
Convicted: 02/07/2014  Admitted: 02/07/2014  SPL: L4
Sp. Char: LIFE   Control: REGULAR POPULATION Nxt Rev:
Projected Release Date: LIFE   Case Manager: MINTZ, BYRON A
Activity: LIBRARY CLERK   Crime: MURDER FIRST DEGREE (PRINCIPAL)
Last Movement: RECEIVED FROM BERTIE CI On: 03/09/2022
Reason: DUTY  PC Analyst: MITCHELL, NICOLE I

### Disciplinary Investigation (IS02)

| | | | | | |
|---|---|---|---|---|---|
| Offense Date: | 07/16/2021 | Time: | 18:05 | Sequence #: | 1 |
| Facility: | 4850 - PAMLICO CI | | | | |
| Reported By: | MRM43 - MARIE, RYAN M. | | To: | BAD59 - BURNS, ANTHONY D. | |
| Reported Date: | 07/16/2021 | Time: | 18:05 | Location: | 03 - DORM/HOUSING UNIT |
| Assigned Date: | | Time: | 00:00 | To: | - NOT FOUND |
| Start By Date: | 07/17/2021 | Time: | 18:05 | | |
| Start Extension Date: | | Time: | | # Days: | Authorized By: |
| Began Date: | | Time: | 00:00 | | |
| Physical Evidence: | | Witnesses Requested By Statement?: | | In Person?: | |
| Assistance Required?: | | Assisted By: | | | |
| Complete By: | | Time: | | | |
| Extended On: | | Time: | | # Days: | Authorized By: |
| Comp/Subm: | | Time: | 00:00 | DD Contact: | |
| Rec Chgs: | B25 - DISOBEY ORDER | | | | |
| Investigation Status: | 5 - COUNSELED | | Processing Status: | 9 - FINALIZED | |

### Disciplinary Charges and Plea (IS03)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Offense Date: | 07/16/2021 | Time: | 18:05 | Facility: | 4850 - PAMLICO CI | Sequence #: | 1 |
| Charge By: | | Time: | 00:00 | Facility: | | Waive 24 HR?: | |
| Extended On: | | Time: | | # Days: | | Authorized By: | |
| Charged On: | | Time: | | By: | | Assisted By: | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Disciplinary Offense: | B25 - DISOBEY ORDER | | | | | |
| Inmate Plea: | 3 - NO PLEA | | | | | |
| Verdict: | 5 - COUNSELED | | | | | |
| Punishment: | | | SUSP | | SUSP | | SUSP |
| DSEG Days: | | | | | | |
| Good/Earn Days Taken: | | | | | | |
| Extra Duty Hours: | | | | | | |
| Privilege(s) Lost: | | | | | | |
| Demote From/To: | | | | | | |
| Draw $10: | | | | | | |
| Activate Susp Pnsh?: | | | | | | |

### Investigation Comments

WHILE CONDUCTING A SEARCH IN G-220 OCCUPIED BY OFFENDER
LAKEMPER, AN OPUS LIST WAS FOUND. OFFENDER LAKEMPER WAS
COUNSELED ON HAVING THE CONTRABAND AND THE POSSIBLE
DISCIPLINARY ACTIONS.

### Review Comments

NO REVIEW COMMENTS FOUND.

### Appeal Comments

### Hearing Comments

Defendants' Response to Plaintiff's RFPD
Cobey LaKemper v. Hooks, et al, 5:20-CT-3083
Case 5:20-ct-03083-FL    Document 81-37    Filed 04/05/24    Page 131 of 232    RFPD 0131

NO HEARING COMMENTS FOUND.

Back To Offender Screen

©2023 North Carolina Department of Adult Correction. All rights reserved.

Revision: 1.2



*Per Policy, Chapter C, Section .0310(b)(4), this grievance should be forwarded to the Regional Director for Step 2 completion.*

# NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
## ADMINISTRATIVE REMEDY PROCEDURE

Inmate Name: Cobey LaKemper            Inmate #: 0767480

Location: Pamlico C.I.            Date: 28 April 2021

Grievance Statement: This grievance is against Barney Owens for denying my Money Order Request to Elite Paralegal Services. Due to the blanket-ban on law libraries by NC DOC, and NCPLS not performing legal research, printing case law or making copies, I have relied on "EPS" for many years and held an "account" with them. I have three (3) pending civil cases and deadlines requiring hundreds of copies, and Owens is actively preventing me from paying for services by denying my request to issue MY MONEY. Owens and his staff foster a culture of bullying and retaliation and hatefulness, and use shocking methods such as this denial to retaliate against me for having filed lawsuits against DOC staff.

What remedy would resolve your grievance? Issue a $900.00 money order to Elite Paralegal Services, per my 04-14-21 "Request", without additional delay. Do not retaliate against me further for submitting this grievance, as Owens is reputed to do routinely against prisoners who employ grievance procedures.

Inmate Signature: _____

---

## OFFICIAL USE

Date received: 4-29-21            Receiving Officer Signature: CBMellis            Staff ID: SCB32J

Facility #: 4850    Year: 2021    Housing #: Gpd-2    Sequence #: 00319

Distribution: White - Facility Copy; Pink - Inmate Copy



# North Carolina Department of Public Safety
*Prisons*

Roy Cooper, Governor
Erik A. Hooks, Secretary

Timothy D. Moose, Chief Deputy Secretary
Todd E. Ishee, Director

**Step One - Unit Response**

Regarding Grievance No.: 4850-2021-GPD-2-00319
Received: 04/29/2021

Inmate: LAKEMPER, COBEY W - 0767480
Location: 4850-PAMLICO CI - GPD-220A

In reference to your grievance dated April 28, 2021, in which you stated you put in a request form to have money sent to Elite Paralegal Services. You further stated the request was denied. An inquiry was conducted and in order for you to send money, you must submit the request form and attach proper documentation along with a written justification as to why. Examples of acceptable documentation would be a bill, invoice and/or statement. State policy prohibits an offender from incurring debt while incarcerated. This means that full payment must accompany an order for a magazine, book, etc. Offenders can not place any order without payment, nor can offenders make monthly payments. No policy has been violated, therefore, no further action is necessary at this time.

05/04/2021
_____
*Date*

DIXON, BRENDA
_____
*Staff Electronic Signature*

(A)_____ Agree with grievance response

(B) _✓_ Appeal to Step Two (24 hour limit)

4 May 2021
_____
*Date*

_____
*Inmate Signature*

8/4/21
_____
*Date*

_____
*Witness Signature (optional)*

cc: CTS



MAILING ADDRESS:
601 NORTH THIRD STREET
BAYBORO, NC 28515-9497

OFFICE LOCATION:
601 NORTH THIRD STREET
BAYBORO, NC 28515-9497
Telephone: (252) 745-3074
Fax: (252) 745-7698

WWW.NCDPS.GOV
*An Equal Opportunity Employer/Affirmative Action Employer*

**Defendants' Response to Plaintiff's RFPD**
**Cobey Lakemper v. Hooks et al; 5:20-CT-3081** **RFPD 0134**
Case 5:20-ct-03081-M-RN Document 60-37 Filed 04/05/24 Page 134 of 232

# North Carolina Department of Public Safety
*Prisons*

Roy Cooper, Governor
Erik A. Hooks, Secretary

Timothy D. Moose, Chief Deputy Secretary
Todd E. Ishee, Director

## Step Two - Area/Complex/Institution Response

Regarding Grievance No.: 4850-2021-GPD-2-00319
Received: 04/29/2021

Inmate: LAKEMPER, COBEY W - 0767480
Location: 4850-PAMLICO CI - GPD-220A

Agree with step 1 response. Your special draw request was denied due to you trying to send money to Elite Paralegal Services. Offenders may request approval for a special draw from their Trust Fund Account for such purposes as to help support dependents, pay an attorney or other legitimate creditor, procure articles authorized under Department regulations and policies, transfer of funds from one inmates account to another, and to open a savings account in accordance with Departmental policy (Pamlico CI S.O.P Offender Special Draw Requests IV (a). Upon research of Elite Paralegal Services, it was discovered they are not a legal office, but an establishment that provides services. Offenders are only authorized to send money to licensed attorneys/legal agents. No further action is warranted at this time.

| | |
|---|---|
| 05/21/2021 | WOOTEN, JAKEE S. |
| *Date* | *Staff Electronic Signature* |

(A) _____ Agree with grievance response     (B) L✓ Appeal to Secretary, DPS (24-hour limit)

| | |
|---|---|
| 21 May 2021 |  |
| *Date* | *Inmate Signature* |
| 21 May 2021 | |
| *Date* | *Witness Signature(optional)* |

cc: CTS

MAILING ADDRESS:
601 NORTH THIRD STREET
BAYBORO, NC 28515-9197

WWW.NCDPS.GOV
An Equal Opportunity Employer/Affirmative Action Employer

OFFICE LOCATION:
601 NORTH THIRD STREET
BAYBORO, NC 28515-9497
Telephone: (252) 745-3094
Fax: (252) 745-7698



# North Carolina Department of Public Safety
## Division of Prisons

Roy Cooper, Governor
Erik A. Hooks, Secretary

Timothy D. Moose, Chief Deputy Secretary
Todd E. Ishee, Commissioner of Prisons
Brandeshawn Harris, Assistant Commissioner

TO: Barney Owens, Superintendent IV
Pamlico Correctional Institution

FROM: Ernest Riggs
Minnesott Unit Manager

DATE: 05/02/21

RE: Grievance # 00319

In response to your grievance concerning your special draw form, an investigation was conducted. Pamlico Correctional Institution SOP Section 1.10 Section F, states 3. the offender is sending money to a church, organization, or any type of group, proper documentation must be attached, along with written justification. Examples of acceptable documentation would be a bill, invoice, or statement 6. states Policy prohibits an offender from incurring debt while incarcerated. This means that full payment must accompany an order for a magazine, book, etc. The offender cannot place the order without payment, nor can he make monthly payments.

FD: REB03

Cc: File

MAILING ADDRESS:
601 N. 3rd Street
Bayboro, NC 28515

www.ncdps.gov



An Equal Opportunity employer

OFFICE LOCATION:
601 N. 3rd Street
Bayboro, NC 28515
Telephone: (252)745-5074
Fax: (252)745-7698

RE: step 2 follow up response needed for Cobey Lakemper #0767480 (Due on Thursday, May 20th)

Freeman, Teresa <Teresa.L.Freeman@ncdps.gov>
Fri 5/21/2021 9:58 AM
To: Wooten, JaKee <jakee.wooten@ncdps.gov>
Cc: Millis, Corie <corie.millis@ncdps.gov>

Ms. Wooten,

Sorry, I've got stopped to do something else 3 different times!!----make that 4....

Research was done by Administration previously, several months ago, on Elite Paralegal Services. This company is not a "legal" office. It is an establishment that provides services. Below is a list of what they provide per their website:

We provide a variety of services, publications, and forms for incarcerated people throughout the United States and beyond. A partial list of what EPS offers includes: legal research and forms, case law and shepardizing, editing and typing of legal and other documents, b/w and color photocopies, internet information searches, family and friend locator services, Amazon/book purchases, photo reproduction and enlargement, small business info, pen pals, celebrity and other photos, flowers for your loved one, and much, more.

Per policy, 1.10 IV (a) "Offenders may request approval for a special draw from their Trust Fund Account for such purposes as to help support dependents, pay an attorney or other legitimate creditor, procure articles authorized under Department regulations and policies, transfer of funds from one inmate's account to another, and to open a savings account in accordance with Departmental policy."

Per policy IV (f) (3) proper documentation must be attached to special draws along with justification. Per policy, examples of acceptable documentation would be a bill, invoice or statement.
Per policy 1.10 IV (4), if the offender's request is for a purchase, the order form must accompany the Special Draw Request.

I hope this helps.

Teresa L. Freeman
NC Dept. of Public Safety – Prisons
Pamlico Correctional Institution #4850
601 North Third Street
Bayboro, NC 28515
Phone (252) 745-3074
Fax (252) 745-2875
Teresa.l.freeman@ncdps.gov
www.ncdps.gov

https://outlook.office365.com/mail/AAMkAGI4NzAwY2QtWM0NmEtNDIyO... 5/21/2021

**Defendants' Response to Plaintiff's RFPD**
**Cobey Lakemper v. Hooks et al; 5:20-CT-3085**        Case 5:20-ct-03085-M-RN Document 61-37    Filed 04/05/24    Page 139 of 232

**RFPD 0137**

From: Wooten, JaKee
Sent: Thursday, May 20, 2021 6:35 PM
To: Freeman, Teresa <Teresa.L.Freeman@ncdps.gov>
Cc: Millis, Corie <corie.millis@ncdps.gov>
Subject: Re: step 2 follow up response needed for Cobey Lakemper #0767480 (Due on Thursday, May 20th)

I'm still trying to understand why it was denied. He was requesting to make a payment to a paralegal, would that not fall under the attorney category or does it actually have to be an attorney? I need clarity to explain exactly why the money order was denied. Going forward, could you please send me updated response for grievances. The documentation you send to the offenders is not technically responding to the grievance. You can add it for supporting documentation but it's not a grievance response. Please advise Friday morning so I can turn this grievance in. I have to leave early Friday. Thanks.

*JaKee Wooten*

*Correctional Programs Director I*

*NC Department of Public Safety*

*Division of Adult Corrections and Juvenile Justice*

*Pamlico Correctional Institution #4850*

*601 N. 3rd St.*

*Bayboro, NC 28515*

*(252) 745-3074*

*(252) 745-7698 FAX*

*jakee.wooten@ncdps.gov*

*www.ncdps.gov*

From: Freeman, Teresa <Teresa.L.Freeman@ncdps.gov>
Sent: Tuesday, May 18, 2021 11:53 AM
To: Wooten, JaKee <jakee.wooten@ncdps.gov>
Cc: Millis, Corie <corie.millis@ncdps.gov>

RFPD 0138
Defendant's Resp 003963-FL    Document 84-37    Filed 04/05/24    Page 138 of 232
Cobey LaKemper v. Hooks, et al, 5:20-CT-3083

Subject: RE: step 2 follow up response needed for Cobey Lakemper #0767480 (Due on Thursday, May 20th)

Teresa L. Freeman
NC Dept. of Public Safety – Prisons
Pamlico Correctional Institution #4850
601 North Third Street
Bayboro, NC 28515
Phone (252) 745-3074
Fax (252) 745-2875
Teresa.l.freeman@ncdps.gov
www.ncdps.gov

From: Wooten, JaKee
Sent: Tuesday, May 18, 2021 11:23 AM
To: Freeman, Teresa <Teresa.L.Freeman@ncdps.gov>
Cc: Millis, Corie <corie.millis@ncdps.gov>
Subject: step 2 follow up response needed for Cobey Lakemper #0767480 (Due on Thursday, May 20th)
Importance: High

Hello,

Could you please submit a statement why the offender was denied his money order? There is no statement from trust fund/accounting in CTS trust fund department. Also, please sign the statement so when I upload it in CTS if it goes to the grievance board they will see the statement was from somebody in trust fund. Thank you.

*JaKee Wooten*

*Correctional Programs Director I*

*NC Department of Public Safety*

*Division of Adult Corrections and Juvenile Justice*

*Pamlico Correctional Institution #4850*

*601 N. 3rd St.*

*Bayboro, NC 28515*

RFPD 0139

https://outlook.office365.com/mail/sirrefdRFfdVAAMkAGI4NzAwY2QyLWM0NmEtNDkyO... 5/21/2021

Defendants's Response to Plaintiff's RFPD
Cobey LaKemper v. Hooks, et al; 5:20-CT-3083
Case 5:20-ct-03083-FL    Document 58-37    Filed 04/05/24    Page 139 of 232

(252) 745-3074

(252) 745-7698 FAX

jakee.wooten@ncdps.gov

www.ncdps.gov

Email correspondence to and from this address may be subject to the North Carolina Public Records Law and may be disclosed to third parties by an authorized state official



## NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
### ADMINISTRATIVE REMEDY PROCEDURE

Inmate Name: _Cobey LaKemper_     Inmate #: _0767480_

Location: _Pamlico_     Date: _31 August 2021_

Grievance Statement: _This grievance is against ANY and ALL actors associated with the PCI mailroom for forwarding my outgoing LEGAL MAIL (as defined by Policy, Chapter D, Section .0308(b)(1)) to SRG staff before mailing it, thereby routinely delaying it without justification or proper authority. Neither the SRG Manual nor Mail Policy provide DOC actors with authority to routinely delay my time-sensitive outgoing Legal Mail, and this unlawful nonsense is yet another example of the mailroom's unmanaged dysfunction and PCI staff demonstrating that rules do not apply to them._

What remedy would resolve your grievance?: _Stop forwarding my outgoing Legal Mail to SRG staff immediately. Doing so serves no purpose and only causes delay of time-sensitive material. Do not retaliate against me for submitting this grievance._

Inmate Signature: _____

---

**OFFICIAL USE**

Date received: _9 01 21_     Receiving Officer Signature: _CB Miller_     Staff ID: _SCB3D_

Facility #: _4850_     Year: _2021_     Housing #: _GPD2_     Sequence #: _16002_

Distribution: White - Facility Copy; Pink - Inmate Copy



# North Carolina Department of Public Safety

*Prisons*

Roy Cooper, Governor
Erik A. Hooks, Secretary

Timothy D. Moose, Chief Deputy Secretary
Todd E. Ishee, Director

## Step One - Unit Response

**Regarding Grievance No.: 4850-2021-GPD-2-16002**
**Received: 09/01/2021**

**Inmate: LAKEMPER, COBEY W - 0767480**
**Location: 4850-PAMLICO CI - GPD-220A**

In reference to your grievance dated August 31, 2021 in which you stated you would like for the staff to stop forwarding your outgoing legal mail to the SRG staff. You further stated that forwarding your mail serves no purpose and only causes delay of time-sensitive material. An investigation was conducted and Outgoing legal mail defined as Mail to or from attorneys; state and federal courts, the Attorney Generals of the United States and the State of North Carolina, the Judiciary System, the Industrial Commission, consular officials, legal aid services or a paralegal is logged, stamped with mailed from Pamlico CI and routed directly to the US Post Office within 24 hours of being received by the Mailroom. Legal mail is not opened by mailroom or SRG staff.

Pamlico Correctional Institution SOP Administration 1.25 Mailroom Operations states Outgoing Mail will be sorted into Indigent, Legal, SRG, Regular Stamped Mail, and Internal Mail. Except for weekends, holidays and during emergency situations all outgoing mail will be processed within twenty-four hours of receiving it in the mailroom. Inspection of outgoing legal may be inspected by the Unit Manager, Asst. Unit Manager, Captain and Lieutenant for contraband in the presence of the offender prior to being sealed. Mail items already sealed and dropped into the mail/grievance drop box after regular operating hours may be inspected in the presence of the offender if there is any questions as to the contents, or whether an addressee qualifies as a legal mail recipient as define by DPS policy. No policy has been violated, therefore, no further action is necessary at this time.

09/13/2021
_____
Date

DIXON, BRENDA.
_____
*Staff Electronic Signature*

(A)_____ Agree with grievance response

(B) ✓ Appeal to Step Two (24-hour limit)

13 September 2021
_____
*Date*

_____
*Inmate Signature*

MAILING ADDRESS:
601 NORTH THIRD STREET
BAYBORO, NC 28515-0497



WWW.NCDPS.GOV
*An Equal Opportunity Employer Affirmative Action Employer*

OFFICE LOCATION:
601 NORTH THIRD STREET
BAYBORO, NC 28515-0497
Telephone: (252)745-3074
Fax: (252)745-7609

North Carolina Department of Public Safety

*Prisons*

Roy Cooper, Governor
Erik A. Hooks, Secretary

Timothy D. Moose, Chief Deputy Secretary
Todd E. Ishee, Director

### Step Two - Area/Complex/Institution Response

Regarding Grievance No.: 4850-2021-GPD-2-16002
Received: 09/01/2021

Inmate: LAKEMPER, COBEY W - 0767480
Location: 4850-PAMLICO CI - SEG1-014

Agree with step 1 response. Outgoing legal mail is defined as mail to or from attorneys, state and federal courts, the Attorney Generals of the United States and the State of North Carolina, the judiciary system, the Industrial Commission, consular officials, legal aid services or a paralegal. (Chapter D .0308, (b) Offender Use of Mail). Within 24 of receiving mail, the mailrooms logs, stamps "mailed from Pamlico CI", and then routes mail directly to the US Post Office. Legal mail is not opened by mailroom or SRG staff. No polices were violated and no further action is warranted at this time.

| 09/23/2021 | WOOTEN, JAREE S. |
|---|---|
| *Date* | *Staff Electronic Signature* |

(A) _____ Agree with grievance response.    (B) ✓ Appeal to Secretary, DPS (24 hour limit)

| 2 Sept 2021 | *(signature)* |
|---|---|
| *Date* | *Inmate Signature* |

| _____ | _____ |
|---|---|
| *Date* | *Witness Signature(optional)* |

cc: CTS

 *need copy*

MAILING ADDRESS:
601 NORTH THIRD STREET
BAYBORO, NC 28515-9497

OFFICE LOCATION:
601 NORTH THIRD STREET
BAYBORO, NC 28515-9497
Telephone (252) 745-3043
Fax (252) 745-7698

WWW.NCDPS.GOV
*An Equal Opportunity Employer/Affirmative Action Employer*

RFPD 0143

Defendants' Response to Plaintiff's RFPD
Cobey LaKemper v. Hooks, et al; 5:20-CT-3093

Roy Cooper, Governor
Casandra Skinner Hoekstra, Interim Secretary

Timothy D. Moose, Chief Deputy Secretary
Todd E. Ishee, Commissioner of Prisons
Brandeshawn Harris, Assistant Commissioner

TO:    Barney Owens, Superintendent IV
       Pamlico Correctional Institution

FROM:  Ernest Riggs
       Minnesott Unit Manager

DATE:   09/08/21

RE:  Grievance # 16002

In response to your grievance concerning your legal mail being forward to the SRG staff. An inquiry was conducted. Outgoing legal mail defined as "Mail to or from attorneys, state and federal courts, the Attorney Generals of the United States and the State of North Carolina, the Judiciary System, the Industrial Commission, consular officials, legal aid services or a paralegal" is logged, stamped with mailed from Pamlico CI and routed directly to the US Post Office within 24 hours of being received by the Mailroom. Legal mail is not opened by mailroom or SRG staff. Pamlico Correctional Institution SOP Administration 1.25 Mailroom Operations states Outgoing Mail will be sorted into Indigent, Legal, SRG, Regular Stamped Mail, and Internal Mail. Except for weekends, holidays and during emergency situations all outgoing mail will be processed within twenty-four hours of receiving it in the mailroom. Inspection of outgoing legal mail may be inspected by the Unit Manager, Asst. Unit Manager, Captain or SRG Lieutenant for contraband in the presence of the offender prior to being sealed. Mail items already sealed and dropped into the mail/grievance drop box after regular operating hours may be inspected in the presence of the offender if there is any questions as to the contents, or whether an addressee qualifies as a legal mail recipient as defined by DPS policy.

FD; REB03

MAILING ADDRESS:
4260 Mail Service Center
Raleigh NC 27699-4260

www.ncdps.gov



An Equal Opportunity Employer

OFFICE LOCATION:
831 West Morgan Street,
Raleigh, NC 27699-4260
Telephone: (919) 838-4000
Fax: (919) 733-8272

**RFPD 0144**

Defendants' Response to Plaintiff's RFPD
Cobey LaKemper v. Hooks, et al; 5:20-CT-3083
Case 5:20-CT-03083-FL Document 84-37 Filed 04/05/24 Page 144 of 232

# **North Carolina Department of Public Safety**
## Division of Prisons

Roy Cooper, Governor
Casandra Skinner Hoekstra, Interim Secretary

Timothy D. Moose, Chief Deputy Secretary
Todd E. Ishee, Commissioner of Prisons
Brandeshawn Harris, Assistant Commissioner

Date: September 7, 2021

To: Ernest Riggs
Correctional Housing Unit Manager
Pamlico Correctional Institution

From: Corie Millis
Administrative Officer
Pamlico Correctional Institution

RE: Grievance Response – 16002 – C. LaKemper

Offender Cobey LaKemper 0767480 claims that his outgoing legal mail is forwarded to SRG staff before it is mailed from the facility.

Outgoing legal mail defined as "Mail to or from attorneys, state and federal courts, the Attorney Generals of the United States and State of North Carolina, the Judiciary System, the Industrial Commission, consular officials, legal aid services or a paralegal" is logged, stamped with Mailed from Pamlico CI and routed directly to the US Post Office within 24 hours of being received by the Mailroom. Legal mail is not opened by mailroom or SRG Staff.

Pamlico Correctional Institution SOP Administration 1.25 Mailroom Operations.

**Outgoing Mail**
*The mail will be sorted into Indigent, Legal, SRG, Regular Stamped Mail, and Internal Mail. Except for weekends, holidays and during emergency situations all outgoing mail will be processed within twenty-four (24) hours of receiving it in the mailroom.*

**Inspection of Outgoing Legal Mail**
*Outgoing legal mail may be inspected by the Unit Manager, Assistant Unit Manager, Captain, and Lieutenant for contraband in the presence of the offender prior to being sealed. Mail items already sealed and dropped into the mail/grievance drop box after regular operating hours may be inspected in the presence of the offender if there is question as to the contents, or whether an addressee qualifies as a legal mail recipient as defined by DPS policy.*

CM

MAILING ADDRESS:
601 N. 3rd Street
Bayboro, NC 28515

www.ncdps.gov



*An Equal Opportunity employer*

OFFICE LOCATION:
601 N. 3rd Street
Bayboro, NC 28515
Telephone: (252)745-3074
Fax: (252)745-7698

RFPD 0145

Defendants' Response to Plaintiff's RFPD
Cobey LaKemper V. Hooks, et al; 5:20-CT-3083

OC-160
Rev. 04/01

**PRISONS**
**PERSONAL PROPERTY INVENTORY**

| NAME: COBEY LAKEMPER | OPUS # 0767496 | FACILITY: 4880 | DATE: 10/13/21 |
|---|---|---|---|

| Transfer-In | Transfer-Out | Search | Dorm-to-Seg. | Out-to-Court | Add to Inventory | Other: |
|---|---|---|---|---|---|---|

| MAILED TO: | DISPOSITION |
|---|---|

NAME:                           (S)=STORED  (C)=CONTRABAND  (M)=MAILED

ADDRESS:                        (I)=IN OFFENDER'S POSSESSION  (D)=DONATE

CITY / STATE / ZIP:

Items  Description (Detailed and complete include condition)   F=Fair   G=Good   P=Poor   N=New

| Q.T.Y. | ITEM | COLOR | CONDITION | DISPOSITION |
|---|---|---|---|---|
| 1 | DICTIONARY | | | |
| 1 | DECK OF CARDS | | | |
| 8 | MAGAZINE | | | |
| 2 | VITAMINS | | | |
| 2 | COLORED PENCILS | | | |
| | ASSORTED PHOTOS | | | |
| 1 | CASIO WATCH | | | |
| 4 | BATTERIES | | | |
| | ASSORTED PERSONAL LETTERS | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

I certify that all personal property in the possession of the above offender has been listed on this inventory, with the description and disposition correctly stated.

M. Essem
Officer's Name (Print)                                    10/13/21
                                        Officer's Signature / Date

I acknowledge the accuracy and completeness of this inventory.   # 0767490        13 Oct 2021
Offender Signature                        OPUS Number          Date

I certify that I have received the above listed articles of personal property in the condition specified.

DISTRIBUTION:
WHITE - FACILITY FILE
BLUE - PROPERTY / UNIT FILE                                13 Oct 2021
YELLOW - OFFENDER COPY                          Offender Signature / Date

**Defendants' Response to Plaintiff's RFPD**
**Cobey LaKemper v. Hooks, et al; 5:20-CT-3063**          **RFPD 0146**

**PRISONS**
**PERSONAL PROPERTY INVENTORY**

| NAME: COBEY LAKEMPER | OPUS # 0767480 | FACILITY: 4880 | DATE: 10/13/21 |
|---|---|---|---|

| Transfer-In | Transfer-Out | Search | Dorm-to-Seg. | Out-to-Court | Add to Inventory | Other: |
|---|---|---|---|---|---|---|

| MAILED TO: | DISPOSITION |
|---|---|
| NAME: | (S)=STORED  (C)=CONTRABAND  (M)=MAILED |
| ADDRESS: | (I)=IN OFFENDER'S POSSESSION  (D)=DONATE |
| CITY / STATE / ZIP | |

Items:  Description  (Detailed and complete include condition)   F=Fair   G=Good   P=Poor   N=New

| QTY | ITEM | COLOR | CONDITION | DISPOSITION |
|---|---|---|---|---|
| | Assorted Legal Work | | F | I |
| 6 | Cheese | | | |
| 4 | Bag Coffee | | | |
| 2 | Tortillas | | | |
| 2 | Powder Milk | | | |
| 2 | Rice | | | |
| 5 | Mackerel | | | |
| 2 | Coffee Creamer | | | |
| 3 | Cereal | | | |
| 1 | Candy Bar | | | |
| 2 | Books | | | |
| 3 | Sausage | | | |
| 5 | Stamps | | | |
| 1 | New Balance ~10 | | | |
| 3 | Magazine | | | |
| 2 | Nail Clipper | | | |
| 1 | Plastic Cup | | | |
| 1 | Plastic Bowl | | | |
| 1 | Shower Shoes | | | |
| 1 | Radio w/ Earbuds | | | |
| 1 | Gloves w/ fan | | | |
| 2 | Shampoo | | | |

I certify that all personal property in the possession of the above offender has been listed on this inventory, with the description and disposition correctly stated.

M. Essich
**Officer's Name (Print)**

**Officer's Signature / Date**   10/13/21

I acknowledge the accuracy and completeness of this inventory.

**Offender Signature**   #> 0767480 **OPUS Number**   b 13 oct 2021 **Date**

I certify that I have received the above listed articles of personal property in the condition specified.

DISTRIBUTION:

13 oct 2021

**Offender Signature / Date**

WHITE - FACILITY FILE
BLUE - PROPERTY / UNIT FILE
YELLOW - OFFENDER COPY

RFPD 0147

Defendants' Response to Plaintiff's RFPD
Cobey LaKemper v. Hooks, et al; 5:20-CT-3085
Case 5:20-ct-03085-FL   Document 81-37   Filed 04/05/24   Page 147 of 232

DC-160
Rev. 04/01

PRISONS
PERSONAL PROPERTY INVENTORY

| NAME: Cobey Lakemper | OPUS #: 0767480 | FACILITY: 4850 | DATE: 10/2/21 |
|---|---|---|---|

| Transfer-In | Transfer-Out | Search | Dorm-to-Seg. | Out-to-Court | Add to Inventory | Other: |
|---|---|---|---|---|---|---|

| MAILED TO: | | DISPOSITION |
|---|---|---|

| NAME: | (S)=STORED   (C)=CONTRABAND   (M)=MAILED |
|---|---|
| ADDRESS: | (I)=IN INMATE'S POSSESSION   (D)=DONATE |
| CITY / STATE / ZIP | |

Items:  Description  (Detailed and complete include condition)   F=Fair   G=Good   P=Poor   N=New

| QTY | ITEM | COLOR | CONDITION | DISPOSITION |
|---|---|---|---|---|
| 5 | Stamps | | F | I |
| 1 | Medical boots | | F | I |
| 1 | New Balance | | F | I |
| 2 | Cearbuds | | F | I |
| 5 | Magazine | | F | I |
| 1 | Bag of canteen | | F | I |
| 1 | shower shoes | | F | I |
| 1 | Eye glasses | | F | I |
| | Meloxicam 7.5 mg, APAP 250 mg, Acetaminophen 650 mg, Multi Vitamin | | F | I |
| | Acetaminophen 750 mg | | F | I |
| 1 | Radio + phone | | F | I |
| 5 | Color pencils | | F | I |
| 1 | Pain cream | | F | I |
| | Assorted hygene | | F | I |
| | Tk nseeded cards | | F | I |
| 1 | Wallet | | F | I |
| 1 | Razor | | F | I |
| 1 | Magazines | | F | I |
| 3 | Books | | F | I |
| 1 | Floss | | F | I |
| 1 | eyedrops | | F | I |
| 2 | Folders legal mail | | F | I |

I certify that all personal property in the possession of the above inmate has been listed on this inventory, with the description and disposition correctly stated.

| Officer's Name (Print) | Officer's Signature / Date |
|---|---|

I acknowledge the accuracy and completeness of this inventory.

Inmate Signature    # 0767480    13 Oct 2021
OPUS Number    Date

I certify that I have received the above listed articles of personal property in the condition specified.

DISTRIBUTION:

WHITE - FACILITY FILE
BLUE - PROPERTY / UNIT FILE
YELLOW - INMATE COPY

Inmate Signature / Date

Defendants' Response to Plaintiff's RFPD
Cobey LaKemper v. Hooks, et al; 5:20-CT-3083
Case 5:20-ct-03083-FL   Document 81-37   Filed 04/05/24   Page 148 of 232   RFPD 0148



# PRISONS
# PERSONAL PROPERTY INVENTORY

NAME: Lakemper Cobey    OPUS # 0767450    FACILITY: 4950    DATE: 23 Sep 21

| nsfer-In | Transfer-Out | Search | Dorm-to-Seg. | Out-to-Court | Add to Inventory | Other: |
|---|---|---|---|---|---|---|

| MAILED TO: | DISPOSITION |
|---|---|
| NAME: | (S)=STORED  (C)=CONTRABAND  (M)=MAILED |
| ADDRESS: | (I)=IN INMATE'S POSSESSION  (D)=DONATE |
| CITY / STATE / ZIP | |

Items:  Description: (Detailed and complete include condition)   F=Fair   G=Good   P=Poor   N=New

| QTY | ITEM | COLOR | CONDITION | DISPOSITION |
|---|---|---|---|---|
| 5 | Stamps | wt | F | I |
| 1 | Pair glasses w/ case | blk/gr | F | I |
| 25 | Puzzles | wt | P | I |
| 1 | Glasses case | grn | F | I |
| 2 | watches | blk | F | I |
| 1 | pay new picase | wht | F | I |
| 1 | dish cards | blu | F | I |
| 1 | personal mail | wt | F | I |
| 3 | in os shampoo | cl | F | I |
| 1 | bottle vitamin | wht | F | I |
| 1 | bar candy | wr | P | I |
| 2 | comb | blk/grn | F | I |
| 2 | tooth brush w/ case | wr | F | I |
| 1 | bg cotton swabs | cl | F | I |
| 1 | bar soap | grn | P | I |
| 1 | deodorant | clr | P | I |
| 1 | soap dish | cl | F | I |
| 1 | hg v body wash | bl | P | I |
| 1 | shaver | bl | F | I |
| 1 | oil plu | yel | P | I |
| 1 | skin cream | blu | P | I |
| 1 | after shave | gry | P | I |

I certify that all personal property in the possession of the above inmate has been listed on this inventory, with the description and disposition correctly stated.

_____    _____ 23 Sep 21
Officer's Name (Print)          Officer's Signature / Date

I acknowledge the accuracy and completeness of this inventory.

_____   # 0767480    13 Oct 2021
Inmate Signature              OPUS Number        Date

I certify that I have received the above listed articles of personal property in the condition specified.

DISTRIBUTION:

WHITE - FACILITY FILE
BLUE - PROPERTY / UNIT FILE      _____
YELLOW - INMATE COPY             Inmate Signature / Date

Defendants' Response to Plaintiff's RFPD
Cobey Lakemper v. Hooks, et al; 5:20-CT-3083

Case 5:20-ct-03083-FL   Document 91-37   Filed 04/05/24   Page 149 of 232

RFPD 0149

JC-160
Rev. 04/01

**PRISONS**
**PERSONAL PROPERTY INVENTORY**

| NAME: Lakemper Cobey | OPUS # 0767480 | FACILITY: 4950 | DATE: 23 Sep 21 |
|---|---|---|---|

| Transfer-In | Transfer-Out | Search | Dorm-to-Seg | Out-to-Court | Add to Inventory | Other: |
|---|---|---|---|---|---|---|

| MAILED TO: | DISPOSITION |
|---|---|

NAME:        (S)=STORED   (C)=CONTRABAND   (M)=MAILED

ADDRESS:       (I)=IN INMATE'S POSSESSION   (D)=DONATE

CITY / STATE / ZIP

Items: Description (Detailed and complete include condition)   F=Fair   G=Good   P=Poor   N=New

| QTY | ITEM | COLOR | CONDITION | DISPOSITION |
|---|---|---|---|---|
| 6 | AAA sure | wht | F | I |
| 1 | touts pate | wht | F | I |
| 1 | mic crem | pr r | F | I |
| 4 | Hot Cho te (lite) | grn | F | I |
| 5 | AA buttons | yel | F | I |
| 5 | coffee bags | brn | F | I |
| 2 | creamer bottles | ban | F | I |
| 2 | jars coffee | C c | F | I |
| 1 | dry milk | wht | F | I |
| 1 | 2 oz | wht | F | I |
| 2 | oagetena | gla | F | I |
| 1 | tray | grn | F | I |
| 1 | show gloes | bn | F | I |
| 1 | wallet | blk | F | I |
| 1 | radio | cc | F | I |
| 1 | bag oil | cc | F | I |
| 1 | bag tissue gran | pin | F | I |
| 6 | bags tea | grn | F | I |
| 1 | eye glass and cntca | gr | F | I |
| 1 | Assorted legal mail | wht | F | I |
| 1 | The Norman Another book | blu | F | I |
| 1 | card | wht | F | I |

I certify that all personal property in the possession of the above inmate has been listed on this inventory, with the description and disposition correctly stated.

_____    23 Sep 21
Officer's Name (Print)        Officer's Signature / Date

I acknowledge the accuracy and completeness of this inventory.

_____   # 0767480    13 Oct 2021
Inmate Signature      OPUS Number     Date

I certify that I have received the above listed articles of personal property in the condition specified.

DISTRIBUTION:

WHITE - FACILITY FILE
BLUE - PROPERTY / UNIT FILE               Inmate Signature / Date
YELLOW - INMATE COPY

**Defendants' Response to Plaintiff's RFPD**
**Cobey LaKemper v. Hooks, et al; 5:20-CT-3083**

**RFPD 0150**

PRISONS
PERSONAL PROPERTY INVENTORY

NAME: _Lakemper Cobey_  OPUS # _0767__  FACILITY: _4950_  DATE: _23Sep4_

| Transfer-In | Transfer-Out | Search | Dorm-to-Seg | Out-to-Court | Add to Inventory | Other: |
|---|---|---|---|---|---|---|

| MAILED TO: | | DISPOSITION |
|---|---|---|
| NAME: | | (S)=STORED  (C)=CONTRABAND  (M)=MAILED |
| ADDRESS: | | (I)=IN INMATE'S POSSESSION  (D)=DONATE |
| CITY / STATE / ZIP: | | |

Items:  Description  (Detailed and complete include condition):  F=Fair  G=Good  P=Poor  N=New

| QTY | ITEM | COLOR | CONDITION | DISPOSITION |
|---|---|---|---|---|
| 3 | ear buds | Gr | P | I |
| 1 | finger nail clipper | gr y | F | I |
| 2 | Aha jerre | blu | F | I |
| 5 | S.I. nyggas | cer | P | I |
| 1 | maxim | wt | P | I |
| 2 | XXL Life | bw | F | I |
| 1 | photo album w/ 46 pictures | bn | F | I |
| 2 | chapstic | ora | F | I |
| 1 | loster | wt | F | I |
| 1 | oragine | wit | F | I |
| 1 | cologne cream | wlt | F | I |
| 1 | Aqta brren | wn | P | I |
| 2 | body wash bottles | yel | P | I |
| 1 | anside wrapper | wht | P | I |
| 1 | dotter Oriphnole | yel | P | I |
| 1 | apap | yel | P | I |
| 1 | I hofmter | yel | P | I |
| 1 | ml tap wen | yel | P | I |
| 1 | hea ball q set | bw | P | I |
| 1 | curtme in cell | red | P | I |
| 1 | het 2 | bl | P | I |
| 6 | play lng tee | bw | P | I |

I certify that all personal property in the possession of the above inmate has been listed on this inventory, with the description and disposition correctly stated.

_Arbase_
Officer's Name (Print)                Officer's Signature / Date    _23Sep21_

I acknowledge the accuracy and completeness of this inventory.

Inmate Signature    # _0767480_    _13 Oct 2021_
                    OPUS Number        Date

I certify that I have received the above listed articles of personal property in the condition specified.

DISTRIBUTION:

WHITE - FACILITY FILE
BLUE - PROPERTY / UNIT FILE          Inmate Signature / Date
YELLOW - INMATE COPY

Defendants' Response to Plaintiff's RFPD
Cobey LaKemper v. Hooks, et al; 5:20-CT-3083                    RFPD 0151

# PRISONS
## PERSONAL PROPERTY INVENTORY

NAME: Lakemper, Cobey

| ansfer-In | Transfer-Out | Search | Dorm-to-Seg. | Out-to-Court | Add to Inventory | Other: |
|---|---|---|---|---|---|---|

OPUS #: 0767480   FACILITY: 4454   DATE: 27Sep2

NAME:
MAILED TO:

ADDRESS:

CITY / STATE / ZIP

**DISPOSITION**
(S)=STORED   (C)=CONTRABAND   (M)=MAILED
(I)=IN INMATE'S POSSESSION   (D)=DONATE

Items: Description: (Detailed and complete include condition)   F=Fair   G=Good   P=Poor   N=New

| QTY | ITEM | COLOR | CONDITION | DISPOSITION |
|---|---|---|---|---|
| 5 | pen | | | |
| 1 | necklace | | | |
| 1 | bracelet | grn | F | S |
| 3 | pr gbe string | grn | F | S |
| 1 | mirror | grn | F | S |
| 1 | lock w/ key | w/ box nail clippers | w/wr | F | X S |
| 2 | bear clipper (ios) | grn | F | S |
| 1 | oil bottles | grn | F | S |
| 4 | my wallet | grn | F | S |
| 1 | bowl w/ lid | w/t | F | S |
| 1 | calculator | cv | F | S |
| 1 | badir lotes | cv | F | S |
| 1 | color butter lote | ter | F | S |
| 1 | bath an grow print | cv | F | S |
| 1 | bags cards | cv | F | S |
| 1 | cartims books | wt | F | S |
| 64 | recepts | bw | F | S |
| 64 | flossers | cv | F | S |
| 9 | wr box | cv | F | S |
| | | wt | F | S |
| | | grn | F | S |

fy that all personal property in the possession of the above inmate has been listed on this inventory, with the description and disposition correctly stated.

Officer's Name (Print)

acknowledge the accuracy and completeness of this inventory.

mate Signature

# 0767480
OPUS Number

Officer's Signature / Date   27Sep21

13 oct 2021
Date

that I have received the above listed articles of personal property in the condition specified.

Inmate Signature / Date

IUTION:

ACILITY FILE
OPERTY / UNIT FILE
INMATE COPY

**Defendants' Response to Plaintiff's RFPD**
**Cobey Lakemper v. Hooks, et al; 5:20-CT-3083**
RFPD 0152

**PRISONS**
**PERSONAL PROPERTY INVENTORY**  *G-220*

| NAME: *Cobey Lakemper* | OPUS #: *0767480* | FACILITY: *4850* | DATE: *27 Jul 21* |
|---|---|---|---|

| Transfer-In | Transfer-Out | Search | Dorm-to-Seg. | Out-to-Court | Add to Inventory | Other: |
|---|---|---|---|---|---|---|

| MAILED TO: | DISPOSITION |
|---|---|

NAME:      (S)=STORED   (C)=CONTRABAND   (M)=MAILED

ADDRESS:      (I)=IN INMATE'S POSSESSION   (D)=DONATE

CITY / STATE / ZIP

Items: Description (Detailed and complete include condition)    F=Fair    G=Good    P=Poor    N=New

| Q.T.Y | ITEM | COLOR | CONDITION | DISPOSITION |
|---|---|---|---|---|
| 1 | Book: Bad Luck and Trouble | | G | I |
| 1 | Book: The Midnight Line | | G | I |
| | | | | |
| 1 | Book: A Wanted Man | | G | I |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

I certify that all personal property in the possession of the above inmate has been listed on this inventory with the description and disposition correctly stated.

_Sgt T Dunn_               _Sgt T Dunn_   7/27/21
Officer's Name (Print)                              Officer's Signature / Date

I acknowledge the accuracy and completeness of this inventory.

         #: _0767480_       27 July 2021
Inmate Signature                OPUS Number               Date

I certify that I have received the above listed articles of personal property in the condition specified.

DISTRIBUTION:                              27 July 2021

WHITE - FACILITY FILE                      Inmate Signature / Date
BLUE - PROPERTY / UNIT FILE
YELLOW - INMATE COPY

Defendants' Response to Plaintiff's RFPD
Cobey Lakemper v. Hooks, et al; 5:20-CV-3083
Case 5:20-cv-03083-TES-TQB   Document 81-37   Filed 04/05/24   Page 153 of 232    RFPD 0153

DC-160
Rev. 04/01

PRISONS
PERSONAL PROPERTY INVENTORY    G-220A



| NAME: Cobey LaKemper | OPUS # 0767480 | FACILITY: A850 | DATE: 29 July 21 |
|---|---|---|---|

| Transfer-In | Transfer-Out | Search | Dorm-to-Seg. | Out-to-Court | Add to Inventory | Other: |
|---|---|---|---|---|---|---|

| MAILED TO: | | DISPOSITION |
|---|---|---|

NAME:                                          (S)=STORED   (C)=CONTRABAND   (M)=MAILED

ADDRESS:                                     (I)=IN INMATE'S POSSESSION   (D)=DONATE

CITY / STATE / ZIP:

Items:  Description: (Detailed and complete include condition)   F=Fair   G=Good   P=Poor   N=New

| Q T Y | ITEM | COLOR | CONDITION | DISPOSITION |
|---|---|---|---|---|
| 1 | Book: The Sentinel | | G | I |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

I certify that all personal property in the possession of the above inmate has been listed on this inventory, with the description and disposition correctly stated.

Sgt T Dunn                                    Sgt J Dunn   7/29/21
_____                    _____
Officer's Name (Print)                       Officer's Signature / Date

I acknowledge the accuracy and completeness of this inventory.

_____   # 0767480         29 July 2021
Inmate Signature              OPUS Number         Date

I certify that I have received the above listed articles of personal property in the condition specified.

DISTRIBUTION:                                 _____
WHITE - FACILITY FILE                          Inmate Signature / Date
BLUE - PROPERTY / UNIT FILE
YELLOW - INMATE COPY

**Defendants' Response to Plaintiff's RFPD**
**Cobey LaKemper v. Hooks, et al; 5:20-CT-3083**                    **RFPD 0154**

JC-160
Rev. 04/01

**PRISONS**
**PERSONAL PROPERTY INVENTORY**

G-116A

| NAME: Cobey LaKemper | OPUS #: 0767480 | FACILITY: 4850 | DATE: 9 Mar 21 |
|---|---|---|---|

| Transfer-In | Transfer-Out | Search | Dorm-to-Seg. | Out-to-Court | Add to inventory | Other: |
|---|---|---|---|---|---|---|

| MAILED TO: | DISPOSITION |
|---|---|
| NAME: | (S)=STORED   (C)=CONTRABAND   (M)=MAILED |
| ADDRESS: | (I)=IN INMATE'S POSSESSION   (D)=DONATE |
| CITY / STATE / ZIP: | |

Items:   Description. (Detailed and complete include condition)   F=Fair   G=Good   P=Poor   N=New

| QTY | ITEM | COLOR | CONDITION | DISPOSITION |
|---|---|---|---|---|
| 1 | Magazine: Sports Illustrated-Swimsuit | | G | I |
| 1 | Magazine: Sports Illustrated LL & PO Beauty | | G | I |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

I certify that all personal property in the possession of the above inmate has been listed on this inventory with the description and disposition correctly stated.

T. White
Officer's Name (Print)

J White 3/9/21
Officer's Signature / Date

I acknowledge the accuracy and completeness of this inventory.

Inmate Signature          # 0767480          9 Mar 2021
                          OPUS Number          Date

I certify that I have received the above listed articles of personal property in the condition specified.

DISTRIBUTION:

9 Mar 2021
Inmate Signature / Date

WHITE - FACILITY FILE
BLUE - PROPERTY / UNIT FILE
YELLOW - INMATE COPY

DC-160
Rev. 04/01

**PRISONS**
**PERSONAL PROPERTY INVENTORY**

| NAME: Cobey LaKemper | OPUS # 0767480 | FACILITY: 4850 | DATE: 12/18/20 |
|---|---|---|---|

| Transfer-In | Transfer-Out | Search | Dorm-to-Seg. | Out-to-Court | Add to Inventory | Other: |
|---|---|---|---|---|---|---|

**DISPOSITION**

NAME: _____  (S)=STORED  (C)=CONTRABAND  (M)=MAILED

ADDRESS: _____  (I)=IN INMATE'S POSSESSION  (D)=DONATE

CITY / STATE / ZIP: _____

Items: Description (Detailed and complete include condition)  F=Fair  G=Good  P=Poor  N=New

| Q.T.Y | ITEM | COLOR | CONDITION | DISPOSITION |
|---|---|---|---|---|
| 1 | Half Empty bag of Flossers | Red | P | S |
| 1 | Cup with black lid | Clear | F | S |
| 1 | Pad lock with Key | Silver | F | S |
| 1 | Head Phone | Black | P | S |
| 2 | Nail Clipper | Silver | F | S |
| 1 | Pair of Shoe string | White | P | S |
| 1 | Bowl with white lid | Clear | F | S |
| | | | | |

I certify that all personal property in the possession of the above inmate has been listed on this inventory, with the description and disposition correctly stated.

R. Octave
Officer's Name (Print)

_____  12-18-20
Officer's Signature / Date

I acknowledge the accuracy and completeness of this inventory.

_____  # 0767480    18 Dec 2020
Inmate Signature    OPUS Number    Date

I certify that I have received the above listed articles of personal property in the condition specified.

DISTRIBUTION:

_____  28 Dec 2020
Inmate Signature / Date

WHITE – FACILITY FILE
BLUE – PROPERTY / UNIT FILE
YELLOW – INMATE COPY

**Defendants' Response to Plaintiff's RFPD**
**Cobey LaKemper v. Hooks, et al; 5:20-CT-3083**

RFPD 0156

DC-160
Rev. 04/01

PRISONS
PERSONAL PROPERTY INVENTORY

| NAME: Cobey Lakemper | OPUS # 0767480 | FACILITY: Pemico | DATE: 12/18/20 |
|---|---|---|---|

| Transfer-In | Transfer-Out | Search | Dorm-to-Seg. | Out-to-Court | Add to Inventory | Other: |
|---|---|---|---|---|---|---|

| MAILED TO: | DISPOSITION |
|---|---|

| NAME: | (S)=STORED   (C)=CONTRABAND   (M)=MAILED |
|---|---|
| ADDRESS: | (I)=IN INMATE'S POSSESSION   (D)=DONATE |
| CITY / STATE / ZIP | |

Items:   Description.  (Detailed and complete include condition)   F=Fair   G=Good   P=Poor   N=New

| QTY | ITEM | COLOR | CONDITION | DISPOSITION |
|---|---|---|---|---|
| 1 | Dial Roll on Deodorant | White | F | I |
| 1 | Aim Toothpaste | White | F | I |
| 1 | Bag Cotton Swabs | Blue | F | I |
| 1 | VO5 Men 3 in 1 | Blue | F | I |
| 1 | Suave Shampoo 1/2 full | Green | F | I |
| 1 | Toothbrush w plastic holder | Purple | F | I |
| 1 | infuzed Body lotion | White | F | I |
| 1 | Comb | Black | F | I |
| 1 | Braun Shaver | Blue | F | I |
| 1 | Pair Glasses w case | Gray | F | I |
| 12 | Batteries | Gray | F | I |
| 1 | Soap Dish | Clear | F | I |
| 1 | Radio w head phone | Clear | F | I |
| 4 | Colored pencils/ Pink / Green Blue / Black | — | F | I |
| 1 | Box colored pencils | Yellow | F | I |
| 1 | Pair Shower Shoes | Brown | F | I |
| 1 | Pair New Balance | White | F | I |
| 1 | Assorted legal Mail | | F | I |
| 1 | Webster's Dictionary | Blue | F | I |
| 1 | Novel Fighting in hell | Red | F | I |
| 1 | Novel Hell on Wheels | Yellow | F | I |
| 1 | Novel on the Rd with Janis Joplin | Black | F | I |

I certify that all personal property in the possession of the above inmate has been listed on this inventory, with the description and disposition correctly stated.

Sgt Tammy Dunn
Officer's Name (Print)

Sgt Tammy Dunn   12/18/20
Officer's Signature / Date

I acknowledge the accuracy and completeness of this inventory.

# 0767480
OPUS Number

18 Dec 2020
Date

Inmate Signature

I certify that I have received the above listed articles of personal property in the condition specified.

DISTRIBUTION:

WHITE - FACILITY FILE
BLUE - PROPERTY / UNIT FILE
YELLOW - INMATE COPY

12/18/20
Inmate Signature / Date

Defendants' Response to Plaintiff's RFPD
Cobey Lakemper v. Hooks, et al; 5:20-CT-3081-37

RFPD 0157

DC-160
Rev. 04/01

**PRISONS**
**PERSONAL PROPERTY INVENTORY**

| NAME: Cobey LaKemper | OPUS # 0767480 | FACILITY: Pamlico | DATE: 12/18/20 |
|---|---|---|---|

| Transfer-In | Transfer-Out | Search | Dorm-to-Seg.. | Out-to-Court | Add to Inventory | Other: |
|---|---|---|---|---|---|---|

**MAILED TO:**

| | **DISPOSITION** |
|---|---|
| NAME: | (S)=STORED  (C)=CONTRABAND  (M)=MAILED |
| ADDRESS: | (I)=IN INMATE'S POSSESSION  (D)=DONATE |
| CITY / STATE / ZIP: | |

Items:  Description  (Detailed and complete include condition):    F=Fair    G=Good    P=Poor    N=New

| Q.T.Y | ITEM | COLOR | CONDITION | DISPOSITION |
|---|---|---|---|---|
| 3 | Blow Pops | assorted | F | I |
| 2 | Vanilla Instant Coffee | B | F | I |
| 1 | Hazelnut Instant Coffee | B | F | I |
| 12 | Bags Espresso | Purple | F | I |
| 1 | Bag Cafe Delight Sugar Substitute | Purple | F | I |
| 8 | Sardines Bags | Blackish | F | I |
| 1 | Bag Mackerel | Blue/wt | F | I |
| 3 | Bags Five Balls | Yellow | F | I |
| 4 | Velveeta Cheesy Rice | Orange | F | I |
| 1 | Refried Bean | Yellow | F | I |
| 1 | Bag BB Corn Chips | Orange | F | I |
| 2 | Bag Raisin Brand | Purple | F | I |
| 1 | Coffee mate Chocolate 1/4 full | Brown | U | I |
| 1 | Coffee mate Chocolate New unopened | Brown | F | I |
| 1 | Hillshire Farm Summer Sausage | Brown | F | I |
| 1 | Jalapeno Cheese Snack unopened | Yellow | F | I |
| 1 | Block 3oz Bacon Jalapeno | White | F | I |
| 1 | Smoked Cheddar | Yellow | F | I |
| 1 | Bag 3.75 oz All-stars assor. candy | White | F | I |
| 8 | Jars of Peter Pan Peanut Butter | clear | F | I |
| 4 | Jars Honey | clear | F | I |
| 4 | 15 oz Bags BBQ Sauce | White | F | I |

I certify that all personal property in the possession of the above inmate has been listed on this inventory, with the description and disposition correctly stated.

Sgt Tammy Dunn
Officer's Name (Print)

Sgt Tammy Dunn  12/18/20
Officer's Signature / Date

I acknowledge the accuracy and completeness of this inventory.

Inmate Signature   # 0767480    18 Dec 2020
                     OPUS Number      Date

I certify that I have received the above listed articles of personal property in the condition specified.

Inmate Signature / Date  12/18/20

DISTRIBUTION:

WHITE - FACILITY FILE
BLUE - PROPERTY / UNIT FILE
YELLOW - INMATE COPY

Defendants' Response to Plaintiff's RFPD
Cobey Lakemper v. Hooks, et al; 5:20-CT-3083

DC-160
Rev. 04/01

# PRISONS
## PERSONAL PROPERTY INVENTORY

| NAME: Cobey Lakemper | OPUS #: 0767480 | FACILITY: 4885 | DATE: 18 Dec 20 |
|---|---|---|---|

| Transfer-In | Transfer-Out | Search | Dorm-to-Seg | Out-to-Court | Add to Inventory | Other: |
|---|---|---|---|---|---|---|

|  | MAILED TO: | DISPOSITION |
|---|---|---|

NAME:

ADDRESS:

CITY / STATE / ZIP

(S)=STORED  (C)=CONTRABAND  (M)=MAILED

(I)=IN INMATE'S POSSESSION  (D)=DONATE

Items: Description: (Detailed and complete include condition)  F=Fair  G=Good  P=Poor  N=New

| QTY | ITEM | COLOR | CONDITION | DISPOSITION |
|---|---|---|---|---|
| 1 | New Balance |  | G | I |
| 1 | shower shoe |  | G | I |
| 2 | accordian folder w/ legal documents |  | G | I |
| 25 | legal folders w/ assorted legal documents |  | G | I |
| 25 | pictures |  | G | I |
| 10 | letters |  | G | I |
| 10 | greeting cards |  | G | I |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

I certify that all personal property in the possession of the above inmate has been listed on this inventory, with the description and disposition correctly stated.

Dustin Jockleur / Barnhill-Cvamra, Krista
Officer's Name (Print)

_____ 18 Dec 20
Officer's Signature / Date

I acknowledge the accuracy and completeness of this inventory.

_____  # 0767480        18 Dec 2020
Inmate Signature      OPUS Number        Date

I certify that I have received the above listed articles of personal property in the condition specified.

DISTRIBUTION:

WHITE - FACILITY FILE
BLUE - PROPERTY / UNIT FILE
YELLOW - INMATE COPY

_____
Inmate Signature / Date

**Defendants' Response to Plaintiff's RFPD**
**Cobey Lakemper v. Hooks, et al; 5:20-CT-3083**

**RFPD 0159**

Case 5:20-ct-03083-FL  Document 81-37  Filed 04/05/24  Page 159 of 232

DC-160
Rev. 04/01

**PRISONS**
**PERSONAL PROPERTY INVENTORY**

NAME: Cobey Lakemper    OPUS #: 0767480    FACILITY: 4885    DATE: 18 Dec 20

| Transfer-In | Transfer-Out | Search | Dorm-to-Seg. | Out-to-Court | Add to Inventory | Other: |
|---|---|---|---|---|---|---|

**MAILED TO:**

| | |
|---|---|
| NAME: | (S)=STORED   (C)=CONTRABAND   (M)=MAILED |
| ADDRESS: | (I)=IN INMATE'S POSSESSION   (D)=DONATE |
| CITY / STATE / ZIP | |

Items:  Description  (Detailed and complete include condition).    F=Fair    G=Good    P=Poor    N=New

| QTY | ITEM | COLOR | CONDITION | DISPOSITION |
|---|---|---|---|---|
| 1 | roll on deodorant | | G | I |
| 4 | BBQ sauce | | G | I |
| 4 | AA battery | | G | I |
| 1 | lock w/ key | | G | I |
| 1 | eye glasses | | G | I |
| 1 | watch | | G | I |
| 1 | black wallet | | G | I |
| 1 | dictionary | | G | I |
| 1 | bowl | | G | I |
| 1 | sony radio | | G | I |
| 2 | head phones | | G | I |
| 1 | brown razor | | G | I |
| 24 | colored pencils | | G | I |
| 1 | plastic mug | | G | I |
| 2 | markers | | G | I |
| 1 | comb | | G | I |
| 1 | toothbrush | | G | I |
| 1 | toothbrush holder | | G | I |
| 1 | tooth paste | | G | I |
| 1 | nail clippers | | G | I |
| 1 | soap dish | | G | I |
| 3 | personal books, assorted | | G | I |

I certify that all personal property in the possession of the above inmate has been listed on this inventory, with the description and disposition correctly stated.

Dustin Jockleur / Barnhill Chinura, Krista
**Officer's Name (Print)**

_____  18 Dec 20
**Officer's Signature / Date**

I acknowledge the accuracy and completeness of this inventory.

_____    # 0767480
**Inmate Signature**         **OPUS Number**

18 Dec 2020
**Date**

I certify that I have received the above listed articles of personal property in the condition specified.

DISTRIBUTION:

WHITE - FACILITY FILE
BLUE - PROPERTY / UNIT FILE
YELLOW - INMATE COPY

_____
**Inmate Signature / Date**

**Defendants' Response to Plaintiff's RFPD**                    **RFPD 0160**
Cobey Lakemper v. Hooks, et al; 5:20 CT 3083
Case 5:20-ct-03083-FL    Document 81-37    Filed 04/05/24    Page 160 of 232

DC-160
Rev: 04/01

PRISONS
PERSONAL PROPERTY INVENTORY

NAME: Cobey Lakemper    OPUS # 0767480    FACILITY: 4585    DATE: 12-18-20

| Transfer-In | Transfer-Out | Search | Dorm-to-Seg | Out-to-Court | Add to Inventory | Other |

MAILED TO:

DISPOSITION

NAME:                                    (S)=STORED   (C)=CONTRABAND   (M)=MAILED

ADDRESS:                                 (I)=IN INMATE'S POSSESSION   (D)=DONATE

CITY / STATE / ZIP:

Items:  Description  (Detailed and complete include condition)    F=Fair   G=Good   P=Poor   N=New

| QTY | ITEM | COLOR | CONDITION | DISPOSITION |
|---|---|---|---|---|
| 8 | Peanut Butter | | G | I |
| 3 | Bags of coffee | | G | I |
| 3 | Jar coffee | | G | I |
| 1 | summer sausage | | G | I |
| 2 | blocks cheese | | G | I |
| 1 | cup cheese | | G | I |
| 2 | creamer (coffee mate) | | G | I |
| 5 | honey | | G | I |
| 1 | bag corn chips | | G | I |
| 3 | fireballs | | G | I |
| 1 | hard candy | | G | I |
| 4 | cheesy rice | | G | I |
| 8 | sardines | | G | I |
| 1 | macheral | | G | I |
| 1 | refried beans | | G | I |
| 33 | blow pop candies | | G | I |
| 1 | pack gum | | G | I |
| 1 | VO5 shampoo | | G | I |
| 1 | suave shampoo | | G | I |
| 1 | lotion | | G | I |
| 1 | q tip bag | | G | I |
| 1 | mint flossers | | G | I |

I certify that all personal property in the possession of the above inmate has been listed on this inventory, with the description and disposition correctly stated.

Dustin Locklerr / Krista Bomhilt Chamra              18 Dec 20
Officer's Name (Print)                          Officer's Signature / Date

I acknowledge the accuracy and completeness of this inventory.

# 0767480          18 Dec 2420
Inmate Signature     OPUS Number          Date

I certify that I have received the above listed articles of personal property in the condition specified:

DISTRIBUTION:

WHITE - FACILITY FILE
BLUE - PROPERTY / UNIT FILE
YELLOW - INMATE COPY                      Inmate Signature / Date

Defendants' Response to Plaintiff's RFPD                    RFPD 0161
Cobey Lakemper v. Hooks, et al; 5:20-CT-3083
Case 5:20-ct-03083-FL   Document 81-37   Filed 04/05/24   Page 161 of 232

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6 Jan 21 | Kearney (Cont) | Legal Mail | Zachinah Sugg, Att. ████ Attys At Law P.O. Box 1145 Atlantic Beach, NC 28512 | | | | |
| 6 Jan 21 | Kearney (Cont) | Legal Mail | Gov Executive Memenny 4294 MSC Raleigh, NC 27699-4294 | ████ | | | |
| 7 Jan 21 | Kearney | Legal Mail | State of NC Dept of Justice P.O. Box 629 Raleigh, NC 27602 Public Safety Section | Cobey LaKemper 0767480 | [signature] | | [Strough] |
| | | Legal Mail | NC Industrial Com 1240 MSC Raleigh, NC 27699-1240 | Cobey LaKemper 0767480 | [signature] | | [Strough] |

**Defendants' Response to Plaintiff's RFPD**
**Cobey LaKemper v. Hooks, et al, 5:20-CT-3083**    Case 5:20-CT-03083-FL    Document 81-37    Filed 04/05/24    Page 162 of 232

RFPD 0162

| Jan 21 | Millis | Legal | US District Court 200 West Broad St Room 304 Statesville, NC 28677 | Cobey LaKemper 0767480 | (signature) | DCaego |
| | | | | | | |
| | | | Gaston County Public Defenders Office 325 Dr. MLK Jr. Way Suite 322 Gastonia, NC 28052 | ▓▓▓▓▓▓▓▓▓ | (signature) |
| | | | 436 Johnson-Tonkin Clerk of Sup. Court Guilford County PO Box 3008 Greensboro, NC 27402 | ▓▓▓▓▓▓▓▓▓ | (signature) |
| | | | Thomas King At-C Law PO Box 1685 Salisbury NC 28145 | ▓▓▓▓▓▓▓▓▓ | (signature) |

Defendants' Response to Plaintiff's RFPD
Cobey LaKemper v. Hooks, et al; 5:20-CT-3083
Case 5:20-ct-03083-FL    Document 81-37    Filed 04/05/24    Page 163 of 232
RFPD 0163

| Jan 21 | Kearney | Legal Mail | NC Dept of Justice | Cobey LaKemper | | |
| | | | Attn: Tort Claims | 0767480 | | |
| | | | P.O. Box 629 | | | |
| | | | Raleigh, NC 27602-0629 | | | |
| | | Legal Mail | NC Industrial Comm | ██████ | | JWhite |
| | | | 1240 MSC | | | |
| | | | Raleigh, NC 27699-1240 | | | |
| | | Legal Mail (Returned) | NC Industrial Comm | ██████ | | JWW |
| | | | Dockets Section | | | |
| | | | 4336 MSC | | | |
| | | | Raleigh, NC 27699 | | | |
| | | Legal Mail | Clerks Office | ██████ | | JWW |
| | | | US District Court | | | |
| | | | P.O. Box 25670 | | | |
| | | | Eastern Dist of NC | | | |
| | | | Raleigh, NC 27611 | | | |
| | | Legal Mail | NCPLS, Inc | ██████ | | JWW |
| | | Legal Mail | Clerk of Sup Court | ██████ | | JWW |
| | | | Burke County | | | |

| | | | | |
|---|---|---|---|---|
| | | 101 N. McDowell St. Suite 124 Charlotte, NC 28204 | | |
| | Legal Mail | NCPLS, Inc | ███████████ | |
| | Legal Mail | EPS P.O. Box 1717 Appleton, WI 54918-1717 | Cobey LaKemper 0767480 | |
| | Legal Mail | Clerks Office US Dist Courd P.O. Box 25670 Eastern Dist of NC Raleigh, NC 27611 | ███████████ | |

| (Date) | (Name) | Indigent/Personal/Legal Mail | (Address) | (Address) | Staff Signature | (Name/Number) or Mailing no. |
|---|---|---|---|---|---|---|
| 3 Mar 21 | Kortney (Court) | Legal Mail | NC Dept of Justice Attn: Tort Claims P.O. Box 629 Raleigh, NC 27602-0629 | ▓▓▓▓▓ | | White |
| | | Legal Mail | Bradley B. Letts Sr. Res Sup Ct Judge Judicial Dist 30B 285 N. Main St Ste 3300 Waynesville, NC 28786 | ▓▓▓▓▓ | | White |
| | | Legal Mail | EP5, Appleton, WI 54912 | Cobey LaKemper CM 7 0767480 | | White |
| | | Legal Mail | NC Ind Comm 1240 MSC Raleigh, NC 27699-1240 | ▓▓▓▓▓ | | White |
| | | | | | | |
| | | | | | | |

| | | Legal Mail | Asst Circuit Atty | | |
|---|---|---|---|---|---|
| | | | 741 Highland Ave | | |
| | | | Winston-Salem NC | | |
| | | | 27101 | | |
| Mar 21 | Kearney | Legal Mail | NCPLS, Inc | ███████ | |
| | | Legal Mail | Jason C Yoder | ███████ | |
| | | | Yoder Law PLLC | | |
| | | | P.O. Box 141 | | |
| | | | Carrboro, NC | | |
| | | Legal Mail | NC Tudicat Comm | | |
| | | | 1240 Mail Ser Ctr | | |
| | | | Raleigh, NC 27699-1240 | | |

| DATE | Officer Inspecting Mail | Item | Name (Address) | Name (Address) | Signature | |
|---|---|---|---|---|---|---|
| | | legal mail | NC dept. of Justice Att: Tort Claims P.O Box 629 Raleigh NC 27602-0629 | Cobey W. lakemper 0767480 | | |
| | | legal mail | office of the clerk court of Appeals of NC. P.O Box 2779 Raleigh, NC 27602 | ▓▓▓▓▓▓▓ | | |
| | | Legal Mail | Supreme Court of U.S. Washington, DC 20543-0001 | ▓▓▓▓▓▓▓ | | |
| | | Legal Mail | Office of the Appellate Defender 123 W Main St Ste 500 Durham, NC 27701 | ▓▓▓▓▓▓▓ | | |
| | | Pet Legal Mail | Guilford Co Courthouse 201 S. Eugene St Greensboro, NC 27401 | ▓▓▓▓▓▓▓ | | |

**Defendants' Response to Plaintiff's RFPD**
Case 5:20-CT-3083-FL    Document 81-37    Filed 04/05/24    Page 168 of 232
Cobey LaKemper v. Hooks, et al, 5:20-CT-3083

RFPD 0168

| Date | Agency (Court) | Method | Address | | Signature |
|---|---|---|---|---|---|
| 22 Mar 21 | Kearney (Court) | Legal Mail | Sandy Usinger Chappell Clerk of Sup Court Davidson County P.O. Box 1064 Lexington, NC 27293-1064 | ███ | [signature] |
| | [scribble] | Legal Mail | Office of the Clerk U.S. Dist Court 324 W. Market St, Rm40 Greensboro, NC 27401 | ███ | [signature] |
| | | Legal Mail | Wake Forest University School of Law P.O. Box 7206 Winston-Salem, NC 27109 | ███ | B Creigh |
| | | Legal Mail | National Lawyer's Guild 132 Nassau St Rm 922 New York, NY 10038 | Cobey Lakemper 076 7480 | B Creigh |

Defendants' Response to Plaintiff's RFPD
Cobey LaKemper v. Hooks, et al; 5:20-CT-3083
Case 5:20-CT-3083-FL   Document 81-37   Filed 04/05/24   Page 169 of 232

RFPD 0169

| | | | | | |
|---|---|---|---|---|---|
| Vor21 | Kearney | Legal Mail | Lisa Y. Johnson-Tonkins<br>Clerk of Sup. Court<br>Guilford County<br>P.O. Box 3008<br>Greensboro, NC.<br>27402- 3008 | ████ | *M. White* |
| | | Legal Mail | ~~EPPS~~ ███<br>Wake Forest Univ<br>School of Law<br>P.O. Box 7206<br>Winston Salem, NC<br>27109- | ████ | *M. White* |
| | | Legal Mail | NC Ind. Comm.<br>1240. MSC<br>Raleigh, NC 27699-1240 | Cobey LaKemper ✓ GR<br>0767480 | *M. White* |
| | | Legal Mail | EPS<br>P.O. Box 0707<br>Appleton, WI 54912-0707 | ↓ GR | *M. White* |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 Aprzl | Kearney (Probat) | Legal/Mail | NC Innocence Inquiry Commission P.o. Box 2448 Raleigh, NC 27602 | ▮▮▮▮ | | Junteire |
| | | Legal/Mail | Chico Legal Info Clinic 25 Main St. Suite 102 Chico, CA 95924-0940 | ▮▮▮▮ | | J.M. Um |
| | | Legal/Mail | State Ethics Comm 1324 MSC Raleigh, NC 27699-324 | Cobey LaKemper 0767480 | (CE) | J.M. Um |
| | | Legal/Mail | Hayes Attorney, PLLC 342 Mill St Ashboro, NC 27203 | ▮▮▮▮ | | J.M. Um |
| | | Legal/Mail | Serra Law Firm, PLLC 104 Price St Oak Island, NC | ▮▮▮▮ | | J.M. Um |
| 13 Aprzl | Kearney | Legal Mail | Elite Paralegal Svc P.o. Box 1717 Appleton, WI 5912 | Cobey LaKemper 0767480 | (CE) | J.M. Um |

| 29 Apr 21 | Kearney (Court) | Legal Mail | Clerk's Ofc US Dist Court Eastern Dist of NC P.O. Box 25670 Raleigh, NC 27611 | Cobey LaKemper 0767480 | | |
| | | Legal Mail | Wake Forest Univ School of Law P.O. Box 7206 Winston-Salem NC 27109 | ██████████ | | |
| | | Legal Mail | Ken Roper Clerk of Superior Ct Carteret County 300 Courthouse Sq Beaufort, NC 28516 | ██████████ | | |
| 30 Apr 21 | Kearney | Legal Mail | NCPLS, Inc | ██████████ | | |
| | | Legal Mail | NCPLS, Inc | ██████████ | | |

**Defendants' Response to Plaintiff's RFPD** Case 5:20-ct-03083-FL    Document 81-37    Filed 04/05/24    Page 172 of 232
**Cobey LaKemper v. Hooks, et al; 5:20-CT-3083**

RFPD 0172

| | | | | | |
|---|---|---|---|---|---|
| 3 May 21 | Kearney (Cont) | Legal Mail (Returned) | The Law Offices of Atty Susan C. Bevey 433 N. Elm St Lumberton, NS 28358 | ██████████ | O'Hear |
| | | | | | Oct 18 3/19/21 |
| | | Legal Mail | ↓ | ↓ | |
| | | Legal Mail | Shawn Christenberry ESQ 161 Branchview Dr Mooresville, NC 28115 | ██████████ | R.U.A yes |
| | | Legal Mail | ↓ | ↓ | |
| | | Legal Mail | EPS P.O. Box 1717 Appleton, WI 54912-1717 | Cobey LaKemper 0167480 | R.U.A yes |
| | | Legal Mail | Offender Refused MAIL 3 May 21 | | |
| | | Legal Mail | | | R.U.A yes |

Form DC-2-8

| DATE | Officer Inspecting Mail | Item | From (Address) | To (Address) | Inmate Signature | Officer Distributing or Mailing Items |
|------|------------------------|------|----------------|--------------|------------------|---------------------------------------|
| 17 May 21 | Kearney | Legal Mail | FPS P.O. Box 1717 Appleton, WI 54912 | Cobey LaKemper 0167480 | *(signature)* | *(signature)* |
| | | Legal Mail | ↓ | ↓ | *(signature)* | *(signature)* |
| | | Legal Mail | NCPLS, INC | ████████████ | | *(signature)* |
| | | Legal Mail | NCPLS, INC | ████████████ | | *(signature)* |
| | | Legal Mail | Atty Gen - St of IL Child Spt Enf Div 401 West Industrial Ave Suite C Effingham, IL 62401 | ████████████ | | *(signature)* |
| | | Legal Mail (Returned) | Thomas C. Manning Manning Law Firm P.O. Box 12105 NC Adv for Justice Bldg Raleigh, NC 27608 | ████████████ | | *(signature)* |

| Mail | | | Address | [Address] | [Signature] | |
|---|---|---|---|---|---|---|
| 3 Jun 21 | Kearney | | Legal Mail | Lisa Johnson-Tonkins Clerk of Sup Court Guilford County P.O. Box 3008 Greensboro, NC 27402 - 3008 | ███████████ | By J Cauffe |
| | | | Legal Mail | Wake County Clerk of Sup Court P.O. Box 351 Raleigh, NC 27602 | ███████████ | |
| | | | Legal Mail | NCPLS, Inc | ███████████ | By J Cauffe |
| | | | Legal Mail | NC Dept of Justice Attn: Tort Claims P.O. Box 629 Raleigh, NC 27602 ~ 0629 | ███████████ | By J Cauffe |
| | | | Legal Mail | ↓ | Cobey LaKemper 0767480 | By J Cauffe |

**Defendants' Response to Plaintiff's RFPD** 5:20-CT-3083-FL   Document 81-37   Filed 04/05/24   Page 175 of 232
**Cobey LaKemper v. Hooks, et al; 5:20-CT-3083**

**RFPD 0175**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Mail | | | | | |
| 8 Jun 21 | Kearney | Legal Mail | Michele L. Ruble D. Ad. P.O. Box 351 Raleigh, NC 27602 | | | RU(ll{ |
| | | Legal Mail | EPS P.O. Box 1717 Appleton, W.I. 54912-1717 | Cobey LaKemper 0767480 | CA ✓ | RU(ll{ |
| | | Legal Mail | Robinson Law Firm 1510 E. Arlington Blvd Ste A Greenville NC 27858 | | | RU(llyes |
| Jun 21 | Kearney | Legal Mail | Wake Forest Univ School of Law P.O. Box 7206 Winston-Salem, NC 27109 | | | |
| | | Legal Mail | NC Dept of Justice Attn: Tort Claims P.O. Box 629 Raleigh, NC 27602-0629 | | | |

**Defendants' Response to Plaintiff's RFPD** Case 5:20-CT-3083-FL    Document 81-37    Filed 04/05/24    Page 176 of 232
**Cobey LaKemper v. Hooks, et al; 5:20-CT-3083**

RFPD 0176

| Date | Name | Type | Address | | | | Signature |
|---|---|---|---|---|---|---|---|
| ?Jun21 | Kearney | Legal Mail | ~~Def DE~~ P.O. Box 351 Raleigh, NC 27602 | ████ | | | RM aye |
| | | Legal Mail | EPS P.O. Box 1717 Appleton, WI 54912-1717 | Cobey LaKemper 0767480 | ~~C/ ⟶~~ | | RM aye |
| | | Legal Mail | Robinson Law Firm 1510 E. Arlington Blvd Ste A Greenville, NC 27858 | ████ | | | RM aye |
| ?Jun21 | Kearney | Legal Mail | Wake Forest Univ School of Law P.O. Box 7206 Winston-Salem, NC 27109 | ████ | | | J White |
| | | Legal Mail | NC Dept of Justice Attn: Tort Claims P.O. Box 629 Raleigh, NC 27602-0629 | ████ | | | J White |

| Date | Name | Type | Address | Inmate/Number | | |
|------|------|------|---------|---------------|---|---|
| | Jpock | | Mr. Lawrence Eldus Jpaccase P.O. Box 52146 Sharon Plaza Station Durham, NC 27717-2146 | | | |
| June 21 | Jpock | | United States District Court P.O. Box 25670 Raleigh, NC 27611 | Cobey LaKemper 0767480 | | L. Das |
| | | | Earl Vick 0418203 | ▅▅▅▅▅ | | L. Das |
| July 21 | Mills | legal X 2 | Jason Yoder Yoder Law PLLC PO Box 141 Carrboro, NC 27510 | ▅▅▅▅▅ | | L. Das |
| July 2, 21 | Brooks | legal | NC Industrial Commission 1240-msc Raleigh NC 27699 1240 | LaKemper, Cobey ▅▅▅▅ 0767480 | | L. Das |

| | | | | | |
|---|---|---|---|---|---|
| 5-12-21 | Kearney (Hoot) | Legal Mail | NC Dept of Justice Robert LaKemper ▓▓▓ Atta Tort Claims 0767430 P.O. Box 629 Raleigh, NC 27602-0629 | | R/M/Dye |
| 5-12-21 | Kearney Co | Legal Mail | White & Allen 901 College Ct New Bern, NC 28562 | ████████ | |
| | | Legal Mail | Duke Law Innocence Project Duke Univ School of Law 210 Science Drive Durham, NC 27708-0350 | ████████ | R/M/Dye |
| | | Legal Mail | Office of the Appellate Def 123 W. Main St, Ste ▓▓ Durham, NC 27701 | ████████ | R/M/Dye |
| | | Legal Mail | Denise Hines Clerk of Sup Ct Forsythe County P.O. Box 20099 | ████████ | R/M/Dye |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ~30121 | Kearney (Court) | Legal Mail | Sheldon R. Robartsall O. Jevolia Disk NSB P.O. Box 1871 Pittsboro, NC 27312 | ███ | | | |
| | | Legal Mail | Law Office of Carolyn J. Thompson P.O. Box 2255 Oxford, NC 27565 | ███ | | | ☑ Dc |
| | | Legal Mail | NC Ind Commission 1240 MSC Raleigh, NC 27699-1240 | Cobey LaKemper 0767480 | | | ☑ Dc |
| | | Legal Mail | Prison Legal Info Clinic 25 Main St Suite 102 Chico, CA 95929-1354 | ███ | | | ☑ Dc |
| | | Legal Mail | Ian Mance 707 Mallard Ave Durham, NC 27701 | ███ | | | ☑ Dc |
| ~8.31.21 | Kearney | Legal Mail | Avery Graham C. 0151346 | | | | |

| 29551121 | Kearney (Cont) | Legal Mail | Rolllade Law | ████████ | Sgt Dun |
|---|---|---|---|---|---|
| | | | 708 Rush Road | ████████ | |
| | | | Fayetteville, NC | | |
| | | | 28305 | | |
| | | Legal Mail | ↓ | ████████ | Sgt Dun |
| | | | | | |
| | | legal Mail | Supreme Court of NC | ████████ | Sgt Dun |
| | | | P.O. Box 2170 | | |
| | | | Raleigh, NC 27602 | | |
| | | Legal Mail | EPS | Cobey LaKemper Col | Sgt Dun |
| | | | P.O. Box 1717 | 0767480 | |
| | | | Appleton, WI | | |
| | | | 54912 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 23Jul21 | Kearney (Court) | Legal Mail | EPS P.O. Box 1757 Appleton, WI 3492 | Cobey LaKemper 0161480 | | |
| Aug21 | Kearney (Court) | Legal Mail | The Law Ofc of Franc Novant 1512 E. 4th St Charlotte, NC 28204 | ▓▓▓▓▓▓▓ | | L. Davi |
| | | Legal Mail | Law Ofc of Kathleen M. Joyce 14160 Falls of the Neuse #143-149 Raleigh, NC 27614 | ▓▓▓▓▓▓▓ | | L. Davi |
| | | Legal Mail | Wake Forest Univ School of Law Innocense & Justice Clinic P.O. Box 7206 Winston-Salem, NC 27109 | ▓▓▓▓▓▓▓ | | L. Davi |
| | | Legal Mail | ↓ | ▓▓▓▓▓▓▓ | | L. Davi |
| | | Legal Mail | | ▓▓▓▓▓▓▓ | | L. Davi |

**Defendants' Response to Plaintiff's RFPD3083-FL    Document 81-37    Filed 04/05/24    Page 182 of 232**
Cobey LaKemper v. Hooks, et al; 5:20-CT-3083

RFPD 0182

| 1 Aug 21 | Kearney (Court) | Legal Mail | Clerks Office U.S. District Court P.O. Box 25670 EDNC Raleigh, NC 27611 | ██████████████████████ | L. Davis |
| | | Legal Mail | NCPLS, INC | ██████████████████████ | L. Davis |
| | | Legal Mail | Lisa Y Johnson-Tonkins Clerk of Superior Ct Guilford County P.O. Box 3008 Greensboro, NC 27402-3008 | ██████████████████████ | L. Davis |
| | | Legal Mail | Human Rights Def Ctr P.O. Box 1151 Lake Worth, FL 33460 | ██████████████████████ | L. Davis |
| | | Legal Mail | | ██████████████████████ | L. Davis |
| | | Legal Mail | ↓ | Cobey LaKemper 076742 | |

| 4.6-21 | Kearney | | Legal Mail | NC Center on Actual Innocence | ████████████ | |
|---|---|---|---|---|---|---|
| | | | | P.O. Box 52446 | | |
| | | | | Shannon Plaza Sta. | | |
| | | | | Durham, NC 27717-2446 | | |
| | | | Legal Mail | F. Friel Law | ████████████ | L.O. Dar |
| | | | | 224 S. Cherry St | | |
| | | | | Suite D | | |
| | | | | Winston-Salem, NC | | |
| | | | | 27101 | | |
| | | | Legal Mail | Michael E. Casteline | ████████████ | L.O. Dar |
| | | | | Atty At Law | | |
| | | | | 68 N. Market St | | |
| | | | | Asheville, NC 28801 | | |
| | | | Legal Mail | Yoder Law PLLC | ████████████ | L.O. Dar |
| | | | | P.O. Box 141 | | |
| | | | | Carrboro, NC 27510-0141 | | |
| | | | Legal Mail | Clerk's Office | Cobey LaKemper | Cay Z | L.O. Dar |
| | | | | U.S. District Court | 0767480 | |
| | | | | P.O. Box 25670 | | |
| | | | | Raleigh, NC 27611 | | |

**Defendants' Response to Plaintiff's RFPD** Case 5:20-ct-03083-FL   Document 81-37   Filed 04/05/24   Page 184 of 232
Cobey LaKemper v. Hooks, et al; 5:20-CT-3083

RFPD 0184

| DATE | Officer Inspecting Mail | | (Address) | (Address) | Signature | or Mailing Items |
|------|-------------------------|---|-----------|-----------|-----------|------------------|
| 7 Sep 21 | Kearney | Legal Mail | Clerks Office US District Court P.O. Box 25670 Eastern Division of NC Raleigh, NC 27611 | Cobey LaKemper 0767480 | | 1 Ltr |
| | | Legal Mail | Supreme Court of NC P.O. Box 2170 Raleigh, NC 27602 | ███████ | | Rd Mailed |
| | | Legal Mail | Law Offices of Michael A Demayo P.O. Box 34426 Charlotte, NC 28234 | ███████ | | RdMailed |
| | | Legal Mail | The Supreme Court of Ohio Law Library 65 S. Front St 12th Floor Columbus, OH 43215-3431 | ███████ | | RdMailed |
| | | Legal Mail | ↓ | ↓ | | |
| | | Legal Mail | ↓ | ███████ | | |

**Defendants' Response to Plaintiff's RFPD**
Case 5:20-ct-03083-FL    Document 81-37    Filed 04/05/24    Page 185 of 232
Cobey LaKemper v. Hooks, et al; 5:20-CT-3083

RFPD 0185

| Date | (Person preparing Mail) | | (Address) | (Address) | Signature | (for Mailing Items) |
|---|---|---|---|---|---|---|
| 27 Sept Kearney (Clark) | Legal Mail | Clerks Office US Dist Court P.O. Box 25670 EDNC Raleigh, NC 27611 | ████████ | | | ✓✓ |
| | | Legal Mail | ↓ | Cobey LaKemper 0767480 | ~~~~ | ʰʰʰ |
| | | Legal Mail | ↓ | ████████ | RMayer |
| | | Legal Mail | Wilson Ctr for Science and Justice 210 Science Drive Box 90360 Durham, NC 27708-0360 | ████████ | | |
| | | Legal Mail | Donald R Vaughan and Associates 612 W. Friendly Ave Greensboro, NC 27401 | ████████ | ████████ | |

| Date | (Name) Inmate/Outgoing Mail | | From | (Address) | (Address) | Signature | or Mailing Num. |
|---|---|---|---|---|---|---|---|
| 28 Sep 21 | Kearney (Cont) | | Legal Mail | Jon of of S.R. Anderson Atty At Law 2008 Marion St, Ste J P.D. Box 12188 Columbia, SC 29211-2188 | ████████ | | By Myself |
| | | | Legal Mail | EPS P.D. Box 1717 Appleton, WI 54912 | Cobey LaKemper 0767480 | Cae | By Myself |
| 29 Sep 21 | Kearney | | Legal Mail | Office of the Clerk Court of Appeals of NC P.D. Box 2779 Raleigh, NC 27602 | ████████ | | LL Lunt |
| | | | Legal Mail | Michelle C. Ball Clerk of Superior Ct Johnson County P.D. Box 297 Smithfield, NC 27577-0297 | ↓ | m | L Lunt |
| | | | Legal Mail | Clerk of Superior Ct Pamlico County P.D. Box 38 | ████████ | | L Lunt |

| DATE | Officer Inspecting Mail | | (Address) | (Address) | Signature | or Mailing Items |
|---|---|---|---|---|---|---|
| 30 Sp 2021 | Kearney | Legal Mail | Nelson T. Peña<br>The Peña Law Firm PA<br>7950 NW 156th St<br>Suite 201<br>Miami Lakes, FL<br>33616 | ████████ | | ⟋Dum |
| Oct 21 | Kearney | Legal Mail | FP3<br>P.O. Box 1717<br>Appleton, WI<br>54912-1717 | Cobey LaKemper<br>0767480 | Col | |
| | | Legal Mail | Jason C. Yoder<br>Yoder Law, PLLC<br>P.O. Box 141<br>Carthon, NC 27570 | ████████ | | Sgn Dun |
| | | Legal Mail | Clerk of Sup Ct<br>Moore County<br>P.O. Box 936<br>Carthage, NC<br>28327-0936 | ████████ | | Sgn Dun |
| | | | Next Page | | | |

| DATE | Offender Requesting Mail | Item | Mailed to/from (Address) | To/from (Address) | Staff Member Signature | Offender Signature or Mailing Items |
|---|---|---|---|---|---|---|
| 5 Oct 21 | Kearney (Cont) | Legal Mail | NCPLS, INC NC Industrial Commission 4240 MSC Raleigh, NC 27699-4340 | ███████ | | S. ██ Du |
| | | Legal Mail | Human Rights Defense Center P.O. Box 1151 Lake Worth, Beach FL 33460 | Cobey LaKemper | CM | Syn Du |
| 5 Oct 21 | Kearney | Legal Mail | NCPLS, Inc | ███████ | | Syn Du |
| | | Legal Mail | Clerk of Sup Court Alexander County P.O. Box 100 Taylorsville, NC 28681 | ↓ | Jack | Syn Du |
| | | Legal Mail | Clerk of Sup Court Lenoir County P.O. Box 68 Kinston, NC 28502-0068 | ███████ | | Syn Du |

| | | | (Address) | (Address) | Signature | Date/Time of Mailing Items |
|---|---|---|---|---|---|---|
| | Kearney | | Legal Mail | Pro Law Offices of Stevard 119 E. Council St 28144 | ▮ | Sgt Dun |
| | | | Legal Mail | Clerk of Sup Court Wake County P.O. Box 351 Raleigh, NC 27602-0351 | ▮ | Sgt Dun |
| 2 Oct 21 | Kearney | | Legal Mail | EPS Post Office Box 1717 Appleton, WI 54912-1717 | Cobey LaKemper 0767480 | Sgt Dun |
| | | | Legal Mail | Clerk's Office US District Ct P.O. Box 25670 EDNC Raleigh, NC 27611 | ↓ | Sgt Dun |
| | | | Legal Mail | Ofc of the Appellate Defender 123 W. Main St, Ste 500 | ▮ | Sgt Dun |

| Date | Name | Type of Mail | Address | Signature |
|---|---|---|---|---|
| Dec 20 | Kearney (Cont) | Legal Mail | ████ | Pamlico Clerk of Court<br>P.O. Box 55<br>Bayboro, NC 28515 |
| | | Legal Mail | Coby Lakemper<br>0767480 | North Carolina Industrial Commission<br>1240 Mail Service Center<br>Raleigh, NC 27699-1240 |
| Dec 20 | Kearney | Legal Mail | ████ | Mr. Phillip A Baddour, III Chair<br>NC Industrial Commission<br>1236 MSC<br>Raleigh, NC 27699-1236 |
| | | Legal Mail | | Mr. Barry Block<br>Asst Attorney General<br>NC Dept of Justice<br>Tort Claims Section<br>P.O. Box 629<br>Raleigh, NC 27602-0629 |
| | | Legal Mail | ████ | Crescent Title, LLC<br>7835 Maple Street<br>New Orleans, LA 70118 |

| DATE | | Mail | (Address) | |
|---|---|---|---|---|
| 2 Dec 20 | Kearney (Cont) | Legal Mail | ████ | NCPLS |
| | | Legal Mail | ████ | Todd E. Ishee, Commissioner Division of Adult Corr-/Prisons 831 W. Morgan St 4260 Mail Service Center Raleigh, NC 27699-4260 |
| | | Legal Mail | Cobey LaKemper 0767480 | Clerk of Court U.S. District Court (WDNC) 200 West Broad St Room 304 Statesville, NC 28677 |
| 3 Dec 20 | Kearney | Legal Mail | ████ | Commissioner of Prisons, Todd Ishee NC Department of Public Safety 831 W. Morgan St Raleigh, NC 27611 |
| | | Legal Mail | ████ | NCPLS, Inc |
| | | Legal Mail | ████ | Clerk of Court Lenoir County Superior Court P.O. Box 68 Kinston, NC 28502-0068 |

**Defendants' Response to Plaintiff's RFPD**
**Cobey LaKemper v. Hooks, et al; 5:20-CT-3083**

RFPD 0192

| Date | Name | Type | Control # | Address |
|---|---|---|---|---|
| 3 Dec 20 | Kearney (Cobey) | Legal Mail | ███████ | NCPLS, Inc |
| 9 Dec 20 | Kearney Ꮙ | Legal Mail | Cobey LaKemper 0767480 | Clerk of Court US District Court /EDNC P.O. Box 25670 Raleigh, NC 27611 |
| | | Legal Mail | ███████ | NCPLS |
| | | Legal Mail | ███████ | Guilford County Courthouse Superior Court 201 S Eugene St P.O. Box 3427 Greensboro, NC 27402 |
| | | Legal Mail | ███████ | NCPLS, Inc |
| | | Legal Mail | ███████ | State of NC Clerk of Superior Court Guilford County, Greensboro P.O. Box 3008 Greensboro, NC 27402-3008 |

**Defendants' Response to Plaintiff's RFPD**
**Cobey LaKemper v. Hooks, et al.**

**RFPD 0193**

| | | | | | |
|---|---|---|---|---|---|
| 29 Dec20 Kearney (con't) | Legal Mail | ▮ | NCPLS, Inc | | |
| | Legal Mail | ▮ | Attn: Joseph Dupree, II Owens, Nelson, Owens, & Dupree, PLLC Attorneys at Law 204 West Third Street P.O. Box 36 Greenville, NC 27835 | | |
| | Legal Mail | ▮ | Chris Cassou 13 East Carver St Huntington, NY 11743 | | |
| | Legal Mail | ▮ | Clerk of Superior Court 300 Courthouse Sq Beaufort, NC 28516 | | |
| 30 Dec 20 Kearney | Legal | Cobey LaKemper 0767480 | Mr. Todd Ishee, Commissioner Commissioner of Prisons 831 W. Morgan St. 4201 MSC Raleigh, NC 27699-4201 | | |

**Defendants' Response to Plaintiff's RFPD**
**Cobey LaKemper v. Hooks, et al; 5:20-CT-3083-FL** Case 5:20-CT-3083-FL Document 81-37 Filed 04/05/24 Page 194 of 232
**RFPD 0194**

| DATE | Officer Inspecting Mail | Item | From (Address) | To (Address) | Inmate's Signature | Officer Inspecting for Mailing Item |
|------|------------------------|------|----------------|--------------|--------------------|-------------------------------------|
| Jan 21 | Kearney | Legal Mail | Cobey LaKemper 0767480 | NC Industrial Commission 1240 Mail Service Center Raleigh, NC 27699-1240 | | |
| | | Legal Mail | Cobey LaKemper | JKC Concierge LLC 1140 Cornell Street Scranton, PA 18504 | | |
| | | Legal Mail | ████████ | North Carolina Dept of Justice Attn: Tort Claims Section 9001 Mail Service Center Raleigh, NC 27699-9001 | | |
| | | Legal Mail | ████████ | Mr Shawn Jacobs, Esq Attorney At Law P.O. Box 1857 Nags Head, NC 27959 | | |
| | | Legal Mail | ████████ | Industrial Commission Clerk's Office 1236 Mail Service Center Raleigh, NC 27699-1236 | | |
| | | Legal Mail | ████████ | Clerk of Superior Court Johnston County P.O. Box 297 Smithfield, NC 27577-0297 | | |

**Defendants' Response to Plaintiff's RFPD**
**Cobey LaKemper v. Hooks, et al.** Case 5:20-ct-03083-FL   Document 81-37   Filed 04/05/24   Page 195 of 232   **RFPD 0195**

| DATE | Officer Inspecting Mail | Item | Reference (Address) | (Address) | Signature | For Mailing Items |
|---|---|---|---|---|---|---|
| Jan 21 | Kearney (Cont) | Legal Mail | Cobey LaKemper 0767480 | Clerk of Court U.S. District Court, WDNC 200 West Broad St Statesville, NC 28677 | | |
| Jan 21 | Kearney | Legal Mail | ████ | The Clerk of Court Supreme Court of NC P.O. Box 184 Raleigh, NC 27602 | | |
| | | Legal Mail | ████ | NCPLS, INC. | | |
| | | Legal Mail | ████ | Clerk of Superior Court County of Martin 305 East Main St. Williamston, NC 27892 | | |
| | | Legal Mail | | Clerk of Courts NC Court of Appeals P.O. Box 2779 Raleigh, NC 27602 | | |
| | | Legal Mail | Cobey LaKemper 0767480 | Elite Paralegal Svcs P.O. Box 1717 Appleton, WI 54912-1717 | | |

**Defendants' Response to Plaintiff's RFPD**
**Cobey LaKemper v. Hooks, et al; 5:20-CT-3083**
Case 5:20-ct-03083-FL    Document 81-37    Filed 04/05/24    Page 196 of 232

**RFPD 0196**

| Mail | | (Hard Copy) | |
|---|---|---|---|
| z Feb21 Kearney (Cont) | Legal Mail | ██████████ | Chief Superior Court Judge 500 Courthouse Dr Wilkesboro, NC 28697 |
| | Legal Mail t | | District Attorney's Office 500 Courthouse Dr Wilkesboro, NC 28697 |
| | Legal Mail | ██████████ | Chief Superior Court Judge 115 Nash St, E Wilson, NC 27893 |
| | Legal Mail | | District Attorney's Office 115 Nash St. E. Wilson, NC 27893 |
| | Legal Mail | ██████████ | Governor's Clemency Office 4294 MSC Raleigh, NC 27699-4294 |
| | Legal Mail | Cobey LaKemper 0767480 | National Lawyer's Guild Foundation 132 Nassau St, Rm 922 New York, NY 10038 |

| | | | | |
|---|---|---|---|---|
| 3 Feb 21 | Kearny (Cont) | Legal Mail | Cobey LaKemper 0767480 | Attn: Robert Brayan Elite Paralegal Services Appleton, WI 54912-1717 |
| 1 Feb 21 | Kearney | Legal Mail | ███████████ | Pamlico County Clerk of Courts 202 Main St Bayboro, NC 28515-0202 ↓ |
| | | Legal Mail | | |
| | | Legal Mail | ↓ | Clerks Office U.S District Court P.O. Box 25670 Eastern District of N.C. Raleigh, NC 27611 |
| | | Legal Mail | ███████████ | N.C.P.L.S, Inc ↓ |
| | | Legal Mail | ███████████ | ↓ |

| | | | | |
|---|---|---|---|---|
| 7 Mar 21 | Kearney (Court) | Legal Mail | ████████ | District Attorney's Office<br>Wake County Justice Center<br>P.O. Box 351<br>Raleigh, NC 27602-0351 |
| 7 Mar 21 | Kearney | Legal Mail | ████████ | Clerk of Court<br>Cumberland County Courthouse<br>117 Dick St<br>Fayetteville, NC 28301 |
| | | Legal Mail | Cobey LaKemper<br>0767480 | NC Industrial Commission<br>1240 MSC<br>Raleigh, NC 27699-1240 |
| | | Legal Mail | | NC Dept of Justice<br>Attorney General's Office<br>P.O. Box 629<br>Raleigh, NC 27602-0629 |
| | | Legal Mail | | Elite Paralegal & Prisoner Services<br>P.O. Box 1717<br>Appleton, WI 54912-1717 |
| | | Legal Mail | ████████ | NC Industrial Commission<br>1236 MSC<br>Raleigh, NC 27699-1236 |

| Date | | | | | |
|---|---|---|---|---|---|
| 24 Mar 21 | Kearney | Legal Mail<br>1730849 | ███████ | Superior Court<br>Moore County<br>P.O. Box 936<br>Carthage, NC 28327—0396 | |
| | | Legal Mail | Cobey LaKemper<br>0767480 | Ms Beth Thomas<br>Executive Director<br>NCPLS, INC | |
| | | Legal Mail | ███████ | office of the Clerk<br>U.S. District Court<br>324 W. Market St, Room 401<br>Greensboro, N.C. 27401 | |
| 25 Mar 21 | Kearney | Legal Mail | Cobey LaKemper<br>0767480 | NC Industrial Commission<br>1240 MSC<br>Raleigh, NC 27699-1240 | |
| | | | ↓ | National Lawyers Guild<br>168 Canal St<br>New York, NY 10038 | |
| | | | ███████ | ofc of the Clerk, U.S. District Court<br>324 West Main St, Room 401<br>Greensboro, NC 27401 | |

| | | Legal Mail | ████ | District Attorney P.O. Box 1029 Smithfield, NC 27577-1029 | | | |
| | | Legal Mail | ████ | William D. Spence Atty-At-Law P.O. Box 1230 106 West King Street Kinston, NC 28503 | | | |
| | | Cobey LaKemper Legal Mail | Cobey LaKemper | Todd Ishee, Commissioner of Prisons NC Dept of Public Safety 831 W. Morgan St 4260 MSC Raleigh, NC 27699-4260 | | | |
| | | Legal Mail | ████ | ↓ | | | |
| | | Legal Mail | ████ | M. Burroughs, Dep Clerk—Civil Clerk of Sup Court Guilford County P.O. Box 3008 Greensboro, NC 27402-3008 | | | |

| Mail | | | (Address) | (Address) | Signature | Confirmation |
|---|---|---|---|---|---|---|
| 31 Mar 21 | Kearney (Post) | Legal Mail | | NCDPS, Inc | | |
| 1 Apr 21 | Kearney | Legal Mail | Coby LaKemper 0767480 | Elite Paralegal Svcs P.O. Box 1717 Appleton, WI 54917-1717 | | |
| | | Legal Mail | | Ms Evely Sanders Law Office of Hallscott-Megaro 1300 Semoran Blvd, Suite 195 Orlando, FL 32807 | | |
| | | Legal Mail | | Patrick Megaro, ESQ 1300 Semoran Blvd, Suite 195 Orlando Fl 32807 | | |
| | | Legal Mail | | Clerk of Superior Court Cumberland County P.O. Box 363 Fayetteville, NC 28302-0363 | | |
| | | Legal Mail | | Campbell and Associates 717 East Boulevard Charlotte, NC 28203 | | |

| DATE | Outgoing/Incoming Mail | Type | (Address) | Addressee |
|---|---|---|---|---|
| 12 Apr 21 | Kearney (Bil) | Legal Mail | ▮ | X C F L 'S |
| | | Legal Mail | ▮ | Penal Law Project Community Legal Info Clinic 25 Main St. Chico, CA 95929 |
| | | Legal Mail | ▮ | Washington Lawyers' Committee for Civil Rights and Urban Affairs 11 Dupont Cir N.W. #400 Washington, DC 20036 |
| | | Legal Mail | | |
| 13 Apr 21 | Kearney | Legal Mail | ▮ | Administrative Office of the Courts NC Innocence Inquiry Commission P.O. Box 2448 Raleigh, NC 27602 |
| | | Legal Mail | Cobey LaKemper | Ms Saybil, Office of the General Counsel NC Industrial Commission 1240 MSC Raleigh, NC 27699-1240 |

| Date | Officer Receiving Mail | Item | From (Address) | To (Address) | Item & Signature | Officer Delivering or Mailing Item |
|------|------------------------|------|----------------|--------------|------------------|-------------------------------------|
| 14 Apr 21 | Kearney (Con't) | Legal Mail | ▉ | Dir of Public Defenders Judicial Dist. 3B Beaufort, NC 28516 | | |
| | | Legal Mail | Cobey LaKemper 0167480 | Mr. Robert Branum Elite Paralegal Svcs P.O. Box 1717 Appleton, WI 54912-1717 | | |
| | | Legal Mail | ▉ | Sr. Resident Superior Ct Judge Honorable Joshua W. Willey, Jr 300 Courthouse Sq Beaufort, NC 28516 | | |
| | | Legal Mail | ▉ | Governor's Clemency Office 4294 MSC Raleigh, NC 27699-4294 | | |
| 5 Apr 21 | Kearney | Legal Mail | ▉ | Judicial Standards Commission P.O. Box 1122 Raleigh, NC 27602 | | |
| | | Legal Mail | ▉ | Ofc of the Attorney General of the U.S. U.S. Dept of Justice 950 Pennsylvania Ave. N.W. Washington, DC 20530-0001 | | |

| DATE | Officer Inspecting Mail | Item | (From) (Address) | (Address) | (Inmate's Signature) | (Officer's Mailing Date) |
|---|---|---|---|---|---|---|
| Apr 21 | Kearney | Legal Mail | Cobey LaKemper 0767480 | Clerk of Court<br>U.S. District Court/EDNC<br>P.O. Box 25670<br>Raleigh, NC 27611 | | |
| | | Legal Mail | | Elite Paralegal Services<br>P.O. Box 1717<br>Appleton, WI 54912-1717 | | |
| | | Legal Mail | | NC Industrial Comm<br>Clerks Office<br>1236 MSC<br>Raleigh, NC 27699-1236 | | |
| | | Legal Mail | | NC Dept of Justice<br>Office of the Attorney General<br>P.O. Box 629<br>Raleigh, NC 27602-0629 | | |
| | | Legal Mail | ▮▮▮▮▮ | Industrial Commission<br>1240 Mail Service Center<br>Raleigh, NC 27699-1240 | | |
| | | Legal Mail | | Dept of Justice, Attorney General's Office<br>P.O. Box 629<br>Raleigh, NC 27602-0629 | | |

**Defendants' Response to Plaintiff's RFPD**
**Cobey LaKemper v. Hooks, et al; 5:20-CT-3083**

**RFPD 0205**

| | | | | |
|---|---|---|---|---|
| a April Kearney | *[illegible]* | | P.O. Box 1064 Lexington, NC 27293-1064 | |
| | Legal Mail | | Sandie Tysinger Chappel Clerk of Superior Court Davidson County, P.B. Box 1064 Lexington, NC 27293-1064 | |
| | Legal Mail | ▮▮▮ | Honorable Keith O. Gregory Superior Court Division County of Johnston P.O. Box 297 Smithfield, NC 27577-0297 | |
| | Legal Mail | Cobey LaKemper | Mr Jonathan Ekblad Asst General Counsel, NCDPS 4201 MSC Raleigh, NC 27699-4201 | |
| | Legal Mail | ▮▮▮ | Attorney-At-Law Mr Fred Webb 341 Carthage St Sanford, NC 27330 | |

**Defendants' Response to Plaintiff's RFPD**
**Cobey LaKemper v. Hooks, et al; 5:20-CT-3083**
Case 5:20-ct-03083-FL   Document 81-37   Filed 04/05/24   Page 206 of 232
**RFPD 0206**

300 S. Salisbury St. Raleigh NC 27604

| | | | |
|---|---|---|---|
| | Legal Mail | ████████ | |
| | Legal Mail | ████████ | Amanda Hitchcock<br>123 W. Main St, Suite 500<br>Durham, NC 27701 |
| | Legal Mail | ████████ | Wake County Clerk of Superior Court<br>P.O. Box 351, Raleigh, NC 27602-0351 |
| | Legal Mail | ████████ | Clerk of Superior Court<br>P.O. Box 3008<br>Greensboro, NC, Dejure |
| | Legal Mail | ↓ | Elizabeth Hopkins Thomas<br>(Executive Director)<br>NCPLS, INC |
| | Legal Mail | Cobey LaKemper<br>0767480 | Clerk of Court<br>US Dist Court, EDNC<br>P.O. Box 25670<br>Raleigh, NC 27611 |

| | | | |
|---|---|---|---|
| | | | Room 210, Charles R. Jonas Bldg. |
| | | | 401 West Trade St. |
| | | | Charlotte, NC 28202 |
| | Legal Mail | | Clerk of Superior Court |
| | | | Watauga County |
| | | | P.O. Box 13 |
| | | | Boone, NC 28607 |
| | Legal Mail | | Asst. Commissioner |
| | | | Brandeshawn Harris |
| | | | 831 West Morgan St. |
| | | | Raleigh, NC 27603-1659 |
| | Legal Mail | | Pamlico County Clerk of Court |
| | | | 202 Main St. |
| | | | Bayboro, NC 28515 |
| | Legal Mail | Cobey LaKemper 0767480 | Elite Paralegal Services |
| | | | P.O. Box 1717 |
| | | | Appleton, WI 54912-1717 |

| | | | | Columbus, OH 43215-3481 | |
|---|---|---|---|---|---|
| 4 May 21 | Kearney | Legal Mail | ███████ | EPS<br>P.O. Box 1717<br>Appleton, WI 54912-1717 | |
| | | Legal Mail | ███████ | Zacchaeus Legal Services<br>310 West Jones St<br>P.O. Box 25<br>Trenton, NC 28585 | |
| | | Legal Mail | ███████ | Clerk of Superior Court<br>P.O. Box 3008<br>Greensboro, NC 27401 | |
| | | Legal Mail | Cobey LaKemper | Clerk of Court, EDNC<br>U.S. District Court, EDNC<br>P.O. Box 25670<br>Raleigh, NC 27611 | |
| 7 May 21 | Kearney | Legal Mail | ███████ | NCPLS, Inc | |

| DATE | Officer Inspecting Mail | Item | From (Address) | To (Address) | Inmate/Staff Signature | Officer Distributing or Mailing Items |
|------|------|------|------|------|------|------|
| May 21 | Kearney (Cont) | Legal Mail | Cobey LaKemper 0767480 | Clerk of Court, US District Court, EDNC P.O. Box 25670 Raleigh, NC 27611 | | |
| | | Legal Mail | ▮▮▮▮▮ | NCPLS, Inc | | |
| 8 May 20 | Kearney | Legal Mail | ▮▮▮▮▮ | The Secretary of Corrections Office Division of Prisons 831 West Morgan St Raleigh, NC 27699 | | |
| | | Legal Mail | ↓ | ↓ | | |
| | | Legal Mail | ▮▮▮▮▮ | Mr Todd E Ishee, Commissioner Division of Adult Correction/Prison Section 831 West Morgan St A260 MSC Raleigh, NC-27699-A260 | | |
| | | Legal Mail | ▮▮▮▮▮ | | | |
| | | Legal Mail | ▮▮▮▮▮ | ↓ | | |

**Defendants' Response to Plaintiff's RFPD**
**Cobey LaKemper v. Hooks, et al; 5:20-CT-3083**

RFPD 0210

| | Mail | (Address) | (Address) | |
|---|---|---|---|---|
| 4 May 21 | Kearney (Cont) | Legal Letter ▮▮▮▮ | EOUSA/DOJ/JMD-A | |
| | | | 175 North St NE | |
| | | | Room 5400, 3 con Bldg | |
| | | | Washington, DG 20530 | |
| | | Legal Mail ▮▮▮▮ | Charles Johnson | |
| | | | NCPLS, Inc | |
| 5 May 21 | Kearney (Cont) | Legal Mail ▮▮▮▮ | Granville County Courthouse | |
| | | | Office of the Clerk | |
| | | | 101 N. Main St | |
| | | | Oxford, NC 27565 | |
| | | Legal Mail ↓ | ↓ | |
| | | Legal Mail Cobey LaKemper 0767488 | Elite Paralegal Svcs | |
| | | | P.O. Box 1717 | |
| | | | Appleton, WI 54912-1717 | |
| | | ▮▮▮▮ | Todd Ishee, Commissioner | |
| | | | Prisons, NCDPS | |
| | | | 831 W Morgan St | |
| | | | Raleigh, NC 27603 | |

| Date | Name | Type | (Address) | (Address) | Signature | or Mailing Items |
|---|---|---|---|---|---|---|
| Jun 21 | Kearney | Legal Mail | ▮ | Jennifer Harjo New Hanover County Public Defender 320 Chestnut St, Ste 201 P.O. Box 2580 Wilmington, NC 28402 | | |
| | | Legal Mail | ▮ | Samuel Dixon, Esq P.O. Box 24 Edenton, NC 27932 | | |
| | | Legal Mail | | District Attorney, Andrew Womble Pasquotank County P.O. Box 449 Elizabeth City, NC 27909 | | |
| | | Legal Mail | Cobey LaKemper 0767480 | Elite Paralegal Service P.O. Box 1717 Appleton, WI 54912-1717 | | |
| | | Legal Mail | ▮ | Wake County Clerk of Superior Court Wake County Justice Center Criminal Division 300 S. Salisbury St Raleigh, NC 27601 | | |

| | | | | |
|---|---|---|---|---|
| June 15, 2021 | Celeste Jpock | Legal Mail | ██████ | North Carolina Prisoner Legal Services P.O. Box 25397 Raleigh, NC 27611 |
| June 15, 2021 | Celeste Jpock | Legal Mail | Cobey LaKemper 0767480 | US Department of Justice Civil Rights Division Special Litigation Section 950 Pennsylvania Ave. Washington DC 20530 |
| June 15, 2021 | Celeste Jpock CT Maurice Stroud | Legal Mail | ██████ | The Division of Prisons Cheif Disciplinary Hearing Officer Disciplinary Appeal Section 831 West Morgan St Raleigh, NC 27699 |
| 2, 16, 2021 | Kearney | Legal Mail | ██████ | Patrick Megaro, Esq Hallzott Megaro Law Firm 1300 N. Semoran Blvd, Ste 95 Orlando FL 32807 |
| | | Legal Mail | ██████ | The Division of Prisons Director of Prisons 831 W. Morgan St Raleigh, NC 27659 |

| | | | | |
|---|---|---|---|---|
| 17 Jun 21 | Kearney (Cont) | Legal/Mail | ████ | NC Center on Actual Innocence<br>P.O. Box 52446, Shannon Plaza Station<br>Durham, NC 27717-2446 |
| | | Legal Mail<br>(Certified) | ████ | Patrick Megaro, Esqr<br>Hallscott Megaro, Esqth<br>1300 N. Semoran Blvd, Suite 195<br>Orlando, FL 32807 |
| | | Legal Mail | ████ | Secretary of Corrections Office<br>Division of Prisons<br>831 West Morgan St<br>Raleigh, NC 27699 |
| | | Legal Mail | ↓ | Division of Prisons<br>Chief Disciplinary Officer<br>Disciplinary Appeals Section<br>831 West Morgan St<br>Raleigh, NC 27699 |
| 8 Jun 21 | Kearney | Legal/Mail | Cobey LaKemper<br>0167480 | Elite Paralegal Svcs<br>Post office Box 1717<br>Appleton, WI 54912-1717 |

| | | | | |
|---|---|---|---|---|
| 1 Jun 21 | Kearney (CP.Ost) | Legal Mail | Cobey La Kemper 0767480 | Clerk of Court U.S. District Court / EDNC P.O. Box 25670 Raleigh, NC 27611 |
| | | Legal Mail | ███████ | Supreme Court of U.S. 1 First St, N.E. Washington, DC 20543-0001 |
| | | Legal Mail | ███████ | Supreme Court of Ohio 65 S. Front Street, 12th Floor Columbus, OH 43215-3431 |
| | | Legal Mail | ███████ | ↓ |
| 3 Jun 21 | Millis | Legal | ███████ | Clerk of Sup. Court Guilford County PO BOX 3008 Greensboro, NC |
| | | | ███████ echu-El, Jr. | Clerks Office General Court of Justice District Court Division 200 E Main St Elizabeth City, NC |

2707 02P1e RFPD 0215

| DATE | Officer Inspecting Mail | Item | From (Address) | To (Address) | Inmate Signature | Officer Distributing or Mailing Items |
|---|---|---|---|---|---|---|
| 7/2/21 | Mullis. | Legal | [REDACTED] | Timothy Morris Att @ Law 102 S. 12th St Erwin, NC 28339 | | |
| | | | | Todd Ishee 4260 MSC | | Carrier |
| | | | | Todd Ishee 4260 MSC | | Carrier |
| | | | Cobey LaKemper 0767480 | ① NC Dept. of Justice TDA Claim Section PO Box 629 Raleigh NC 27602-0629 | | |
| | | | | ② NC Industrial Commission 1240 MSC , Raleigh NC 27699-1240 | | |

| DATE | Officer Inspecting Mail | Item | ~~From~~ (Address) | ~~To~~ (Address) | Signature | ~~for Mailing Items~~ |
|------|------------------------|------|---------|---------|-----------|--------|
| 4 Jul 21 | Kearney | Legal Mail | ███████ | Combined Records NC Dept of Corrections 1020 Yonkers Rd Raleigh, NC 27604 | | |
| | | Legal Mail | ███████ | U.S. Courthouse The U.S. Attorneys ofc for the Western Dst of NC 100 Otis St Asheville, NC 28801 | | |
| | | Legal Mail | | Clerk of Sup Court Pamlico County P.O. Box 38 Bayboro, NC 28515 | | |
| | | | | NC Industrial Commission 4319 MSC Raleigh, NC 27699-4319 | | |
| | | Legal Mail | Cobey LaKemper 0767480 | NC Ind Commission 1240 MSC Raleigh, NC 27699-1240 | | |
| | | | | NC Dept of Justice, Tort Claims Section P.O. Box 629 Raleigh, NC 27602-0629 | | |

| Date | | Mail | (Address) | (Address) | Signature | or Mailing Items |
|---|---|---|---|---|---|---|
| Aug 21 | Kearney (Cont) | Legal Mail | ███████ | T. Allen Grider, Jr.<br>Law Firm<br>201 Court Street<br>Louisburg, NC 27549 | | |
| | | Legal Mail | ███████ | NCPLS, Inc | | |
| | | Legal Mail | ███████ | Judicial District 18<br>Post Office Box 2434<br>High Point, NC 27266 | | |
| | | Legal Mail | ↓ | ↓ | | |
| Aug 21 | Kearney | Legal Mail | ███████ | Zacchaes Legal Services<br>Attn: Atty Mark Bordill<br>310 West Jones St<br>Trenton, NC 28585 | | |
| | | Legal Mail | Cobey LaKemper<br>0767480 | Elite Paralegal Services<br>P.O. Box 1717<br>Appleton, WI<br>54912-1717 | | |
| | | Legal Mail | ███████ | NCPLS, Inc | | |

| Date | Name | Type | (Address) | (Address) | Signature | of Mailing |
|---|---|---|---|---|---|---|
| 7 Aug 21 | Kearney (Cont) | Legal Mail | ███████ | Atty Jane Markham / UNC Institute of Government / UNC Campus Box 3330 / Chapel Hill, NC 27599-3330 | | |
| | | Legal Mail | ↓ | Atty Jeff Welty / UNC Institute of Government / UNC Campus, Box 3330 / Chapel Hill, NC 27599-3330 | | |
| | | Legal Mail | ███████ | Administrative Office of the Courts / NC Innocense Inquiry Commission / P.O. Box 2448 / Raleigh, NC 27602 | | |
| | | Legal Mail | Cobey LaKemper / 0767480 | U.S. District Court / Clerk of Court / P.O. Box 25670 / Raleigh, NC 27611 | | |
| 18 Aug 21 | Kearney | Legal Mail | ███████ | Circuit Court Clerk / 55 W. Church St / Martinsville, VA 24112 | | |

**Defendants' Response to Plaintiff's RFPD**
**Cobey LaKemper v. Hooks, et al.** Case 5:20-cv-03083-FL   Document 81-37   Filed 04/05/24   Page 219 of 232

**RFPD 0219**

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 Aug 21 Kearney (cont) | Legal Mail | | Cobey LaKemper 0767480 | Elite Paralegal Services P.O. Box 1717 Appleton, WI 54912-1717 | | |
| | Legal Mail | | ███████ | Wilson & Johnson 2425 Tamiami Trail North Suite 211 Naples, FL 34103 | | |
| | Legal Mail | | ███████ | NCPLS, Inc | | |
| | Legal Mail | | ███████ | Clerks office U.S. District Court P.O. Box 25670 Eastern District of NC Raleigh, NC 27611 | | |
| 9 Aug 21 Kearney | Legal Mail | | ███████ | NC Dept of Health and Human Services Attn: Lisa Corbett 2001 Mail Service Center Raleigh, NC 27699-2001 | | |
| | Legal Mail | | ███████ | NCPLS, Inc | | |

**Defendants' Response to Plaintiff's RFPD**
**Cobey LaKemper v. Hooks** Case 5:22-ct-03033-FL    Document 81-37    Filed 04/05/24    Page 220 of 232

**RFPD 0220**

| Date | Name | Type | Sender | Address | Signature | Date of Mailing |
|------|------|------|--------|---------|-----------|------------------|
| | | | | NC State (Prisons) | | |
| | | | | Division of Adult Corrections /Prisons Sect | | |
| | | | | 831 West Morgan St | | |
| | | | | 4260 Mail Service Center | | |
| | | | | Raleigh, NC 27699 | | |
| Sep 21 | Kearney | Legal Mail | Cobey LaKemper 0767480 | NC Industrial Commission 1236 Mail Service Center Raleigh, NC 27699-1236 | | |
| | | Legal Mail | ↓ | NC Dept of Justice Attn: Mr Javen Kelly P.O. Box 629 P.O. Box 629 Raleigh, NC 27602-0629 | | |
| | | Legal Mail | ▉ | Atty General NC Dept of Justice Attn: Tort Claims P.O. Box 629 Raleigh, NC 27602-0629 | | |
| | | Legal Mail | ↓ | ↓ | | |

**Defendants' Response to Plaintiff's RFPD**
**Cobey LaKemper v. Hooks, et al, 5:20-CT-3083**

RFPD 0221

| Date | Mail | (Name) | (Address) | (Address) | Inmate Signature | Officer Distribut. or Mailing Item |
|---|---|---|---|---|---|---|
| 7 Sep 21 | Kearney (Cont) | Legal Mail | ▮▮▮▮ | Ian Mance, Esq 709 Mallard Ave Durham, NC 27701 | | |
| | | Legal Mail | Cobey LaKemper 0767480 | Clerk of Court U.S. District Court /EDNC P.O. Box 25670 Raleigh, NC 27611 | | |
| | | Legal Mail | ▮▮▮▮ | Resident Superior Judge Imelda Pate Lenoir County Superior Court P.O. Box 68 Kinston, NC 28502-0068 | | |
| | | Legal Mail | ▮▮▮▮ | Wake Forest Innocence and Justice Clinic P.O. Box 7206 Winston-Salem, NC 27109 | | |
| Sep 21 | Kearney | Legal Mail | ▮▮▮▮ | NCPLS, Inc | | |
| | | Legal Mail | ▮▮▮▮ | Supreme Court of Ohio Law Library 65 South Front Street Columbus, OH 43215-3431 | | |

| | | | | Officer Standing or Mailing Items |
|---|---|---|---|---|
| | Legal Mail | Cobey LaKemper 0767480 | Flik Paralegal Services P.O. Box 1717 Appleton, WI 54912-1717 | |
| | Legal Mail | ↓ | Industrial Commission Clerk's Office 1236 Mail Service Center Raleigh, NC 27699-1236 | |
| | Legal Mail | ■ | Joseph Biden President of the United States Republic 1600 Pennsylvania Ave, NW Washington, DC 20500-0004 | |
| | Legal Mail | | Charles P. Rettig IRS Commissioner 111 Constitution Ave, NW Washington, DC 20224 | |
| | Legal Mail | ↓ | Roy Cooper Gov of the State State Capital 116 W. Jones St Raleigh, NC 27603-8001 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 28 Sept | Kearney (Court) | Legal Mail | | | Clerk of Courts General Court of Justice District Court Division Pasquotank County 206 E Main St Elizabeth City, NC 27902-0206 | | |
| | | Legal Mail | | | | | |
| | | Legal Mail | ✓ | | State of North Carolina Clerk of Court General Court of Justice District Court Division New Hanover County P.O. Box 2023 Wilmington, NC 28402-2023 | | |
| Sep 21 | Kearney | Legal Mail | Cobey LaKemper 0767480 | | Elite Paralegal Services Attn: Mr. Robert Branum, Paralegal P.O. Box 1717 Appleton, Wisconsin 54912-1717 | | |
| | | | | | SC Attorney General, The Honorable Alan Wilson P.O. Box 11549 Columbia, SC 29211 | | |

| | | | |
|---|---|---|---|
| Order Kearney (Cmpd) | Legal Mail | Cobey LaKemper | Elite Paralegal Services |
| | | 0767480 | Mr. Robert Branum |
| | | | P.O. Box 1717 |
| | | | Appleton, WI 54912-1717 |
| | Legal Mail | ▮ | Prison Legal Svcs |
| | | | P.O. Box 25397 |
| | | | Raleigh, NC 27611 |
| | Legal Mail | ↓ | Mr Gordon Widenhouse, PA |
| | | | P.O. Box 2663 |
| | | | Chapel Hill, NC 27515-2663 |
| | Legal Mail | ▮ | NC Industrial Commission |
| | | | 1240 Mail Service Center |
| | | | Raleigh, NC 27699 |
| | Legal Mail | ↓ | Benjamin Gurlitz |
| | | | NC Dept of Justice |
| | | | P.O. Box 627 |
| | | | Raleigh, NC 27602 |
| | Legal Mail | ▮ | Roel Low |
| | | | 1201 W. Peachtree St, Suite 2300 |
| | | | Atlanta, GA 30309 |

**Defendants' Response to Plaintiff's RFPD**
**Cobey LaKemper v. Hooks, Case 5:20-ct-03088FL    Document 81-37    Filed 04/05/24    Page 225 of 232**

**RFPD 0225**

| | | | | |
|---|---|---|---|---|
| | | | ▓▓▓▓ | Clerk of Court<br>Lenoir County Superior Court<br>P.O. Box 68<br>Kinston, NC 28502-0065 |
| Oct 21 | Kearney | Legal Mail | ▓▓▓▓ | Clerk of Court<br>NC Supreme Court<br>P.O. Box 2170<br>Raleigh, NC 27602 |
| | | Legal Mail | ▓▓▓▓ | The Cassar Law Firm, PC<br>13 E. Carver St<br>Huntington, NC 11743 |
| | | Legal Mail | ▓▓▓▓ | Elite Paralegal Svcs.<br>P.O. Box 1717<br>Appleton, WI 54912-1717 |
| | | Legal Mail | Cobey LaKemper<br>0767480 | ↓ |
| | | Legal Mail | ▓▓▓▓ | Clerk of Superior Court<br>Alamance County<br>212 E. Main St   W. Elm St<br>Graham, NC 27253 |

**Defendants' Response to Plaintiff's RFPD**
**Cobey LaKemper v. Hooks, et al.** Case 5:20-ct-03083-FL   Document 81-37   Filed 04/05/24   Page 226 of 232

**RFPD 0226**

Pamlico CI #ᵗʰ50
ACCOUNTING/ TRUST FUND

# REQUEST FOR SPECIAL DRAW
## PAMLICO CORRECTIONAL INSTITUTION   APR 1 5 2021

Offender Name: _Cobey LaKemper_       Date: _15 April 2021_ RECEIVED

OPUS Number: _0767480_         Bed Location: _G-116_

Amount: $ _900.⁰⁰_
　　　　　　　　+ $ 5.00 Bank Money Order Fee or
　　　　　　　　+ $10.00 Bank Cashier's Check Fee ($1,000.00 or more)
$ _905.⁰⁰_     Total withdrawal from Trust Fund Account

Purpose of special draw request, or item to be purchased: _Perform legal research and provide_
_legal material and copies. I have three pending civil lawsuits against NC DOC and need_
_the services of EPS in order to litigate, particularly since NCPLS does NOT provide assistance._
Company or Individual the Money Order or Cashier's Check should be made out to:

Name: _Elite Paralegal Services ("EPS")_

Address: _PO BOX 1717_

City, State, Zip Code: _Appleton, Wisconsin   54912-1717_        _It's A business_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_EP$_

_Cobey LaKemper_
Offender Signature

___Yes   ___No   The additional personal property form (3.22-1) is completed and attached
　　　　　　　　　(If you are ordering publications or photographs)

_✓_ Approved   ___ Disapproved   _[signature]_        _4-14-21_
　　　　　　　　　　　　Unit Manager I or II        Date

Please ensure that you have Unit Management's approval before putting your Special Draw Request
in the mail drop box. Provide a stamped, self-addressed envelope along with any other required
documentation.

Offenders may request approval for a special draw from their Trust Fund account for such purposes as
to help support dependents, pay an attorney or other legitimate creditor, procure articles authorized
under Department regulations and policies, transfer of funds from one inmate's account to another, and
to open a savings account in accordance with Departmental policy. To send money to an individual,
supporting documents must be attached (bills, invoices, statements, etc.). The individual should be on
your approved visitation list. Exceptions may be allowed on a case by case basis.

_NVO_
_X_ Approved   _✓_ Disapproved   _[signature]_        _4/15/21_
　　　　　　　　　　　　Superintendent or Designee        Date

Requests without the required documentation will not be processed and will be returned to you.

Revision Date 10/10/2017

To: Elite Paralegal Services ("EPS")
   Appleton, Wisconsin

From: Cobey LaKemper  0767480
   601 North Third Street
   Bayboro, NC  28515

Date: 15 April 2021

Re: Deposit


Dear EPS—

Please find enclosed an institutional check (or money order) made payable to 'Elite Paralegal Services' in the amount of $900.⁰⁰  Please deposit these funds into my EPS "account" for me to use in upcoming needs pertaining to my civil cases.
   Please be informed that I am intentionally not including my private code herewith, for DOC staff are able to read this letter ~~by~~ leaving it unsealed in order for them to insert the check. I'm cautious after DOC staff in Georgia actually stole my ~~money~~ ruined a business and ruined my credit. They are criminals by and large.
   Thank you.

CC Cobey LaKemper

RFPD 0228

Defendants' Response to Plaintiff's RFPD
Cobey LaKemper v. Hooks, et al, 5:20-cv-083-FL
Case 5:20-cv-00083-FL   Document 108-3   Filed 04/05/24   Page 228 of 232

ser 0767480
Third Street
C 28515


FOREVER USA

Elite Paralegal Services
PO BOX 1717
Appleton, Wisconsin
54912-1717

RFPD 0229

Defendants' Response to Plaintiffs RFPD
Cobey LaKemper v. Hooks, et al, 5:20-CT-3083



# North Carolina Department of Public Safety
## Division of Prisons

Roy Cooper, Governor
Erik A. Hooks, Secretary

Timothy D. Moose, Chief Deputy Secretary
Todd E. Ishee, Commissioner of Prisons
Brandeshawn Harris, Assistant Commissioner

April 27, 2021

Cobey LaKemper, 0767480, G-116

Re: Special Draw Request

Offender LaKemper,

Attached is your special draw request for a money order to Elite Paralegal Services. Per departmental policy IV (a), offenders may request approval for a special draw for such purposes as to help support dependents, pay an attorney or other legitimate creditor, procure articles authorized under Department regulations and policies. Money cannot be sent to open accounts for future use.

Thank you for your cooperation,

T. Freeman
Trust Fund Office

Copy: Trust fund files

Attachments: Special draw request
Stamped envelope with insert

MAILING ADDRESS:
601 N. 3rd Street
Bayboro, NC 28515

www.ncdps.gov



An Equal Opportunity employer

OFFICE LOCATION:
601 N. 3rd Street
Bayboro, NC 28515
Telephone: (252)745-3074
Fax: (252)745-7698

# DISAPPROVED CORRESPONDENCE LOG

| Date Rec'd | Inmate Name | Inmate Number | Sender's Name / Address | Description Correspondence / Contraband | Inmate Appealed Y/N | Date to Review Comm | Disposition of Review Committee/Facility |
|---|---|---|---|---|---|---|---|
| 12/30/2020 | LAKEMPER, COBEY | 0767480 | JESSIE COLON P O BOX 186 NICEVILLE, FL 32578 | MULTI-LAYERED | Y | 12/31/2020 | APPEAL DENIED 2/10 MAILED 3/18 |
| 1/8/2021 | LAKEMPER, COBEY | 0767480 | MOM P O BOX 186 NICEVILLE, FL 32588 | MULTI-LAYERED | Y | 1/11/2021 | APPEAL DENIED 1/26 MAILED 2/17 |
| 1/8/2021 | LAKEMPER, COBEY | 0767480 | KATIE DONOVON 2124 SUNLIGHT TER TALLAHASSEE, FL 32311 | MULTI-LAYERED W/EMBELLISHMENT | Y | 1/11/2021 | APPEAL DENIED 1/26 MAILED 2/17 |
| 1/8/2021 | LAKEMPER, COBEY | 0767480 | MOM P O BOX 186 NICEVILLE, FL 32588 | GLUED INSERT | Y | 1/11/2021 | APPEAL DENIED 1/26 MAILED 2/17 |
| 1/26/2021 | LAKEMPER, COBEY | 0767480 | KATIE DONOVAN 2124 SUNLIGHT TER TALLAHASSEE, FL 32311 | W/GLUED | Y | 1/27/2021 | APPEAL DENIED 2/15 MAILED 3/18 |
| 6/16/2021 | LAKEMPER, COBEY | 0767480 | MEET-AN-INMATE.COM P O BOX 845 WINCHESTER, OR 97495 | SOLICITATION | Y | 6/18/2021 | APPEAL DENIED 8/4 MAILED 8/23 |
| 8/31/2021 | LAKEMPER, COBEY | 0767480 | MOM P O BOX 186 NICEVILLE, FL 32588 | STAINED WITH SUBSTANCE | Y | 9/3/2021 | APPEAL DENIED 9/24 MAILED 10/6 |

DISAPPROVED PUBLICATION LOG

| Date Received | OFFENDER NAME | I/M No. | Sender's Name/Address | Description of Contraband | Inmate Appealed Y/N | Date to PRC | NOTES |
|---|---|---|---|---|---|---|---|
| 9/1/2021 | LAKEMPER, COBEY | 0767480 | MR. MAGAZINE 1625 N CLINTON RD ROCHESTER, NY 14621 | SPORTS ILLUSTRATED WINTER 2017 | Y | 09/02/21 | APPEAL GRANTED. BOOK RECEIVED 10/7/21 |
| 9/3/2021 | LAKEMPER, COBEY | 0767480 | AMAZON.COM P.O BOX 1853 ELKTON, MARYLAND 21922 | SPORTS ILLUSTRATED WINTER 2016 | Y | 09/09/21 | APPEAL DENIED. ALL PAPERWORK FORWARDED TO BERTIE 1/7/22 |