COBEY LAKEMPER,
                 Plaintiff,

        v.                                     **Judgment in a Civil Case**

ERIK A. HOOKS, TODD E. ISHEE,
KENNETH E. LASSITER, BRAD
PERRITT, and BARNEY OWENS,
                 Defendants.               Case Number: 5:20-CT-3083-FL

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, United States District Judge, for consideration of the defendants' motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that defendants Erik A. Hooks and Brad Perritt having been previously dismissed, that the remaining defendants' motion for summary judgment is granted and this action is hereby dismissed.

This Judgment Filed and Entered on September 18, 2024, with service on:
Cobey LaKemper #0767480
Tabor Correctional Institution
4600 Swamp Fox Hwy West
Tabor City, NC 28463  (via U.S. Mail)

Alex Ryan Williams
NC Department of Justice
114 W. Edenton St.
Raleigh, NC 27603  (via CM/ECF Notice of Electronic Filing)

September 18, 2024                             Peter A. Moore, Jr.
                                         Clerk of Court

                                    By: _____
                                         Deputy Clerk