# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

FILED

SEP 25 2024

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

COBEY LAKEMPER, )

       Plaintiff, )

v. )      Civil Action No.: **5:20-CT-3083-FL**

ERIK A. HOOKS, et al., )

       Defendants )

## NOTICE OF APPEAL

Plaintiff, pro se, hereby appeals the Order issued by the Court on 18 September 2024 granting Defendants' summary judgment motion.

Plaintiff is very inexperienced as to appellate processes and thereby uninformed concerning what is typically conveyed to the district court when giving 'Notice,' and as such hereby prays the Court will overlook Plaintiff's ignorance and instigate all necessary procedures despite not being specifically requested, including possibly forwarding any materials Plaintiff may need in order to proceed and, if possible, appellate rules.

Plaintiff remains indigent.

Date: 22 September 2024

Cobey LaKemper

4600 Swamp Fox Hwy West

Tabor City, NC 28463

## CERTIFICATE OF SERVICE

Plaintiff hereby certifies that the 'Notice of Appeal' attached hereto was forwarded to Mr. Alex Williams on the date below by inserting same in an outgoing mail recepticle postage prepaid, for mailing by correctional staff.

Date: 22 September 2024

Cobey LeKemper
4600 Swamp Fox Hwy West
Tabor City, NC 28463